NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Alan M. Dershowitz v. Virginia Giuffre                Docket No.: 16-3945

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Andrew G. Celli, Jr., Esq.

Firm: Emery Celli Brinckerhoff & Abady LLP

Address: 600 Fifth Avenue, 10th Floor, New York, NY 10020

Telephone: 212-763-5000                Fax: 212-763-5001

E-mail: acelli@ecbalaw.com

Appearance for: Intervenor-Appellant
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: David Lebowitz, Emery Celli Brinckerhoff & Abady LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 01/25/1999                                OR

☐ I applied for admission on _____.

Signature of Counsel: [signature]

Type or Print Name: Andrew G. Celli, Jr.