# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

**1. SEE NOTICE ON REVERSE.**   **2. PLEASE TYPE OR PRINT.**   **3. STAPLE ALL ADDITIONAL PAGES**

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| Alan M. Dershowitz, Intervenor-Appellant | Southern Dist. of New York | Robert W. Sweet |
| v. | Date the Order or Judgment Appealed from was Entered on the Docket: 11/3/2016 | District Court Docket No.: 15-cv-7433 (RWS) |
| Virginia Giuffre, Plaintiff-Appellee | | |
| Ghislaine Maxwell, Defendant | Date the Notice of Appeal was Filed: November 23, 2016 | Is this a Cross Appeal? Yes ✓ No |

**Attorney(s) for Appellant(s):**
- Plaintiff
- Defendant
- N/A (Intervenor)

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Andrew G. Celli, Jr.; Emery Celli Brinckerhoff & Abady, LLP, 600 Fifth Avenue, 10th Floor; New York, NY 10020, Tel: (212) 763-5000, ext. 5040; Fax: (212) 763-5001 Email: acelli@ecbalaw.com

**Attorney(s) for Appellee(s):**
- ✓ Plaintiff
- Defendant

Counsel's Name: Address: Telephone No.: Fax No.: E-mail:

Sigrid S. McCawley; Boise, Schiller & Flexner LLP; 401 East Las Olas Blvd., Suite 1200; Fort Lauderdale, FL 33301; Phone: (954) 256-0011, Fax: (954) 356-0022 Email: smccawley@bsfllp.com

| Has Transcript Been Prepared? | Approx. Number of Transcript Pages: | Number of Exhibits Appended to Transcript: | Has this matter been before this Circuit previously? Yes ✓ No |
|---|---|---|---|
| N/A | N/A | N/A | If Yes, provide the following: Case Name: 2d Cir. Docket No.:    Reporter Citation: (i.e., F.3d or Fed. App.) |

*ADDENDUM "A"*: COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; (3) A COPY OF THE NOTICE OF APPEAL AND A CURRENT COPY OF THE LOWER COURT DOCKET SHEET; AND (4) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

*ADDENDUM "B"*: COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

**1. Federal Jurisdiction**
- U.S. a party
- ✓ Diversity
- Federal question (U.S. not a party)
- Other (specify): _____

**2. Appellate Jurisdiction**
- Final Decision
- ✓ Interlocutory Decision Appealable As of Right
- Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b))
- Other (specify): _____

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

## PART B: DISTRICT COURT DISPOSITION (Check as many as apply)

| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | | 3. Relief | |
|---|---|---|---|---|
| ✓ Pre-trial<br>During trial<br>After trial | Default judgment<br>Dismissal/FRCP 12(b)(1)<br>  lack of subj. matter juris.<br>Dismissal/FRCP 12(b)(6)<br>  failure to state a claim<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>  frivolous complaint<br>Dismissal/28 U.S.C. § 1915(e)(2)<br>  other dismissal | Dismissal/other jurisdiction<br>Dismissal/merit<br>Judgment / Decision of the Court<br>Summary judgment<br>Declaratory judgment<br>Jury verdict<br>Judgment NOV<br>Directed verdict<br>✓ Other (specify): **Sealing** | Damages:<br>Sought: $ ____<br>Granted: $ ____<br>Denied: $ ____<br><br>**N/A** | Injunctions:<br>Preliminary<br>Permanent<br>Denied |

## PART C: NATURE OF SUIT (Check as many as apply)

| 1. Federal Statutes | | | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
|---|---|---|---|---|---|
| Antitrust<br>Bankruptcy<br>Banks/Banking<br>Civil Rights<br>Commerce,<br>Energy<br>Commodities<br>Other (specify): ____ | Communications<br>Consumer Protection<br>Copyright ☐ Patent<br>Trademark<br>Election<br>Soc. Security<br>Environmental | Freedom of Information Act<br>Immigration<br>Labor<br>OSHA<br>Securities<br>Tax | Admiralty/<br>  Maritime<br>✓ Assault /<br>  Defamation<br>FELA<br>Products Liability<br>Other (Specify): | Admiralty/<br>  Maritime<br>Arbitration<br>Commercial<br>Employment<br>Insurance<br>Negotiable<br>Instruments<br>Other Specify | Civil Rights<br>Habeas Corpus<br>Mandamus<br>Parole<br>Vacate Sentence<br>Other |

| 5. Other | 6. General | 7. Will appeal raise constitutional issue(s)? |
|---|---|---|
| Forfeiture/Penalty<br>Real Property<br>Treaty (specify): ____<br>Other (specify): ____ | Arbitration<br>Attorney Disqualification<br>Class Action<br>Counsel Fees<br>Shareholder Derivative<br>Transfer | ✓ Yes    No<br><br>Will appeal raise a matter of first impression?<br><br>✓ Yes    No |

1. Is any matter relative to this appeal still pending below? ✓ Yes, specify: **Underlying action on the merits**    No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   - (A) Arises from substantially the same case or controversy as this appeal?    Yes    ✓ No
   - (B) Involves an issue that is substantially similar or related to an issue in this appeal?    Yes    ✓ No

If yes, state whether "A," or "B," or both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant: **Alan M. Dershowitz**

| Date: **December 1, 2016** | Signature of Counsel of Record: **/s/ Andrew G. Celli, Jr.** |
|---|---|

## NOTICE TO COUNSEL

**Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only 14 days in which to complete the following important steps:**

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file it with the Clerk of the Second Circuit in accordance with LR 25.1.
2. File the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit in accordance with LR 25.1.
3. Pay the $505 docketing fee to the United States District Court or the $500 docketing fee to the United States Tax Court unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE: IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN 14 DAYS, YOUR APPEAL WILL BE DISMISSED.** *SEE* LOCAL RULE 12.1.

<u>*Giuffre v. Maxwell*, No. 15-cv-7433 (RWS) (S.D.N.Y.)</u>

### Addendum "A" to Civil Appeal Pre-Argument Statement (Form C)

1. This is a defamation action brought by Plaintiff Virginia L. Giuffre against Defendant Ghislaine Maxwell, alleging that Maxwell defamed Giuffre by falsely calling Giuffre a liar in published statements. Intervenor-Appellant Alan M. Dershowitz is not a party to the underlying action. This interlocutory appeal concerns the district court's denial of Professor Dershowitz's motion to unseal certain documents, or in the alternative to modify the applicable protective order to permit dissemination of those documents. The interlocutory district court order in question is appealable as a matter of right under the collateral order doctrine. *See S.E.C. v. TheStreet.Com*, 273 F.3d 222, 228 (2d Cir. 2001).

2. The district court granted Professor Dershowitz's motion for permissive intervention under Federal Rule of Civil Procedure 24(b), but denied his motion to unseal certain documents or to modify the protective order.

3. A copy of the notice of appeal and a current copy of the district court's docket sheet are attached.

4. The district court's order is filed under seal as entry number 496 on the district court's docket.

### Addendum "B" to Civil Appeal Pre-Argument Statement (Form C)

The issues proposed to be raised on appeal are as follows:

1. As a question of first impression in this Circuit, does the presumption of public access to court proceedings and records under the First Amendment and/or federal common law apply to documents filed in connection with discovery motions?

2. Did the district court commit reversible error in denying Dershowitz's motion to unseal?

3. In the alternative, did the district court commit reversible error in denying Dershowitz's motion to modify the protective order?

Pursuant to the appellate standard of review applicable to questions "1" and "2" above, this Court examines the district court's "factual findings for clear error, its legal determinations de novo, and its ultimate decision to seal or unseal for abuse of discretion." *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 139 (2d Cir. 2016). As to question "3," this Court reviews the district court's order for abuse of discretion. *See TheStreet.Com*, 273 F.3d at 228; *see also Lederman v. N.Y.C. Dep't of Parks & Recreation*, 731 F.3d 199, 202 (2d Cir. 2013).