## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: __Alan M. Dershowitz v. Virginia Giuffre__     Docket No.: __16-3945__

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: __David Lebowitz, Esq.__

Firm: __Emery Celli Brinckerhoff & Abady LLP__

Address: __600 Fifth Avenue, 10th Floor, New York, NY  10020__

Telephone: __212-763-5000__     Fax: __212-763-5001__

E-mail: __dlebowitz@ecbalaw.com__

Appearance for: __Intervenor-Appellant__
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: __Andrew G. Celli, Jr., Esq.__ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on __10/28/2013__     OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: __David Lebowitz__