# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Giuffre v. Maxwell  Docket No.: 16-3945

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sigrid S. McCawley

Firm: Boies, Schiller & Flexner LLP

Address: 401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301

Telephone: 954-356-0011    Fax: 954-356-0022

E-mail: smccawley@bsfllp.com

Appearance for: Virginia L. Giuffre/Plaintiff - Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: Bradley James Edwards/Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman P.L. )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Sigrid S. McCawley

Type or Print Name: Sigrid S. McCawley