RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA SMALL
JESSICA CLARKE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

December 14, 2016

*Via CM/ECF*

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *Dershowitz v. Giuffre*, Court of Appeals Docket No. 16-3945

Dear Ms. O'Hagan-Wolfe:

  This firm represents Intervenor-Appellant Alan M. Dershowitz in the above-referenced appeal. We write to request a deadline for filing the Appellant's brief as required under Local Rule 31.2(a)(1)(A).

  As this Court's docket sheet reflects, Appellant filed Form D, which indicated that no transcript would be ordered, on December 2, 2016. We request that this Court set February 16, 2017—which is 76 days from the "ready date" of this appeal—as the due date for the Appellant's brief.

           Respectfully submitted,

           /s/ *Andrew G. Celli, Jr.*

           Andrew G. Celli, Jr.
           David A. Lebowitz

c. All Counsel of Record (*via CM/ECF*)