NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Giuffre v. Maxwell  Docket No.: 16-3945

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Paul G. Cassell

Firm: S.J. Quinney College of Law at the University of Utah

Address: 383 S. University St., Salt Lake City, UT 84112-0730

Telephone: (801) 585-5202  Fax: (801) 585-2750

E-mail: cassellp@law.utah.edu

Appearance for: Virginia L. Giuffre/Plaintiff - Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sigrid S. McCawley/Boies, Schiller & Flexner LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 9, 2015  OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Paul G. Cassell

Type or Print Name: Paul G. Cassell