*MARTIN G. WEINBERG, P.C.*
ATTORNEY AT LAW

*20 PARK PLAZA, SUITE 1000*
*BOSTON, MASSACHUSETTS 02116*

(617) 227-3700

FAX (617) 338-9538

*NIGHT EMERGENCY:*
(617) 901-3472

EMAIL ADDRESSES:

owlmcb@att.net
owlmgw@att.net

January 4, 2017

**Via CM/ECF**
Catherine O'Hagan Wolf
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    RE:   **Giuffre v. Maxwell**
              **15-cv-07433-RWS**

Dear Ms. O'Hagan Wolfe:

    I am counsel of record for Jeffrey Epstein in relation to the underlying matter in the United States District Court for the Southern District of New York, *Giuffre v. Maxwell*, 15-cv-07433-RWS, in which Mr. Epstein is neither a party nor an intervenor. Mr. Epstein has not filed a notice of appeal from any decision in that matter and has no interest in the subject matter of the above-captioned appeal. Accordingly, he should be removed from the list of parties to this appeal.

    Thank you for your consideration of this request.

                                                     Yours Truly,

                                                   Martin G Weinberg