## LAW OFFICES OF GREGORY L. POE PLLC
1001 PENNSYLVANIA AVENUE, N.W.
SUITE 7204
WASHINGTON, D.C. 20004
WWW.GPOELAW.COM

Tel: (202) 583-2500                                                    gpoe@gpoelaw.com
Fax: (202) 583-0565

January 4, 2017

<u>Via Email</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
 for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

                                     Re:     <u>Giuffre</u> v. <u>Maxwell</u>, No. 16-3945cv

Dear Ms. O'Hagan Wolfe:

     This follows up on my telephone conversations today with Case Manager Dana Ellwood of your office. As Ms. Ellwood instructed, I am sending this letter to inform the Court that my firm does not represent Jeffrey Epstein. See the attached Notice of Withdrawal and Substitution "so ordered" by the Honorable Robert W. Sweet on August 17, 2016 in *Giuffre v. Maxwell*, No. 15-cv-07433-RWS (S.D.N.Y. (Dkt. 376).

                                                                     Sincerely,

                                                                     *[signature: Gregory Poe]*

                                                                     Gregory L. Poe

Attachment (as stated)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/16

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

  Plaintiff,

v.        No. 15-cv-07433-RWS

GHISLAINE MAXWELL,

  Defendant.

RECEIVED
AUG 17 2016
JUDGE SWEET CHAMBERS

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR NON-PARTY JEFFREY EPSTEIN

Undersigned counsel and non-party Jeffrey Epstein, through counsel, respectfully submit this notice of withdrawal and substitution of counsel. Upon approval of this Court, the Law Offices of Gregory L. Poe PLLC (including Gregory L. Poe and Rachel S. Li Wai Suen) shall withdraw from the representation of Mr. Epstein in connection with this action and Jack Goldberger, Atterbury, Goldberger & Weiss, P.A., 250 N. Australian Avenue #1400, West Palm Beach, Florida 33401, (561) 207-8305, shall enter an appearance on behalf of Mr. Epstein as a non-party in this action.

_____
Jeffrey Epstein

Respectfully submitted,

_____
Gregory L. Poe (admitted *pro hac vice*)

_____
Rachel S. Li Wai Suen (RS-1145)

Law Offices of Gregory L. Poe PLLC
The Executive Building
1030 15th Street, N.W., Suite 580 West
Washington, D.C. 20005
(202) 583-2500
gpoe@gpoelaw.com
rliwaisuen@gpoelaw.com

So ordered
Sweet USDJ
8-17-16