# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of February, two thousand and seventeen.

Before:     Ralph K. Winter,
                     *Circuit Judge.*

_____

Virginia L. Giuffre,

      Plaintiff - Appellee,

**ORDER**

Docket No. 16-3945

v.

Alan M. Dershowitz,

      Intervenor - Appellant.

_____

Appellant filed a motion to hold this appeal in abeyance pending resolution of certain matters in the district court or to extend Appellant's time to file his brief until April 28, 2017. Appellee filed a response to the motion in which she opposed an indefinite delay of the appeal but consented to an extension of time until April 28, 2017, for Appellant to file his brief.

IT IS HEREBY ORDERED that an extension until April 28, 2017, is GRANTED. However, the appeal is dismissed effective April 28, 2017, unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

