**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945

**Caption [use short title]**

**Motion for:** Reinstatement of Appeal, Consolidation with No. 17-1625, and Extension of Time to File Opening Brief

ALAN M. DERSHOWITZ,
Intervenor-Appellant,

v.

**Set forth below precise, complete statement of relief sought:**

VIRGINIA GIUFFRE,
Plaintiff-Appellee.

To reinstate this appeal (No. 16-3945) and to consolidate it with No. 17 1625, with a consolidated opening brief to be due in both appeals by August 24, 2017.

**MOVING PARTY:** Alan M. Dershowitz
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Virginia Giuffre

**MOVING ATTORNEY:** David A. Lebowitz

**OPPOSING ATTORNEY:** Paul Cassell

[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor, New York, NY 10020
(212) 763-5000 / acelli@ecbalaw.com

S.J. Quinney College of Law
383 University St., Salt Lake City, UT 84112
(801) 585-5202 / cassellp@law.utah.edu

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☑ No
Has this relief been previously sought in this Court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ David A. Lebowitz   **Date:** July 17, 2017   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)