UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ALAN M. DERSHOWITZ,

   Intervenor-Appellant,

v.

VIRGINIA GIUFFRE,

   Plaintiff-Appellee.

No. 16-3945

**INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S
<u>UNOPPOSED</u> MOTION TO REINSTATE APPEAL,
CONSOLIDATE APPEAL WITH NO. 17-1625, AND
EXTEND THE TIME TO FILE OPENING BRIEF**

  Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court to reinstate this appeal and to consolidate this appeal with No. 17-1625. Appellee Virginia Giuffre, through counsel, has consented to the relief sought herein.

**<u>BACKGROUND</u>**

  1. This is an appeal from a collateral order entered by the district court, which denied a motion by Intervenor Alan M. Dershowitz, the Harvard Law School professor, to unseal certain documents filed in the district court, or in the alternative to modify the applicable protective order to permit dissemination of those documents. The district court granted Dershowitz's motion for permissive

intervention under Federal Rule of Civil Procedure 24(b), but denied his motion to unseal certain documents or to modify the protective order.

2. Relying on the First Amendment and common law right of access to judicial documents recognized repeatedly by this Court, Dershowitz seeks to unseal documents filed with the district court by the parties to the underlying action in connection with discovery motions.

3. On April 17, 2017, the parties to this appeal stipulated, pursuant to Local Rule 42.1, to the withdrawal of this appeal without prejudice to reinstatement at Dershowitz's election by July 28, 2017. This Court so-ordered that stipulation on April 18, 2017.

4. During the pendency of this appeal, Ghislaine Maxwell, the defendant in the underlying action, moved the district for summary judgment in her favor. The district court permitted the parties to file their papers supporting and opposing summary judgment largely under seal.

5. On January 19, 2017, third-party intervenor Michael Cernovich d/b/a Cernovich Media moved the district court to unseal the parties' summary judgment filings. On February 10, 2017, Dershowitz joined Cernovich's motion.

6. On May 3, 2017, the district court issued an order construing the motion to unseal the parties' summary judgment filings as a motion to modify the applicable protective order and denying relief.

7. Dershowitz timely appealed the district court's May 3, 2017 order. That appeal is currently pending before this Court. *See Giuffre v. Dershowitz*, No. 17-1625.[1]

8. Dershowitz's principal brief in No. 17-1625 is due to be filed by August 24, 2017.

## RELIEF REQUESTED

9. Dershowitz now seeks to reinstate this appeal (No. 16-3945) and to consolidate it with No. 17-1625, with a consolidated opening brief to be due in both appeals by August 24, 2017.

10. Consolidation of Dershowitz's appeals pursuant to Federal Rule of Appellate Procedure 3(b)(2) is appropriate where "consolidation would be both efficient and equitable for the disposition of the appeals." *Chem One, Ltd. V. M/V RICKMERS GENAO*, 660 F.3d 626, 642 (2d Cir. 2011). Here, Dershowitz's appeals challenge the district court's denial of two motions to unseal. Both motions were based on the same general body of law, and the documents they sought to unseal overlap.[2] Accordingly, it would be an extremely inefficient use of the time and resources of this Court and of the parties for the two appeals to proceed separately.

---

[1] Dershowitz's appeal has been consolidated with Cernovich's appeal, No. 17-1722.

[2] Several of the same documents Dershowitz sought to unseal on the basis that they were filed in connection with discovery motions were filed again in connection with summary judgment practice.

3

11. Dershowitz therefore respectfully requests that this Court reinstate this appeal and consolidate it with No. 17-1625.

12. At the time the parties filed their Local Rule 42.1 stipulation on April 17, 2017, Dershowitz's principal brief in this appeal was due April 28, 2017; Dershowitz had eleven (11) days remaining to file his brief. Under Local Rule 31.2(a)(3), Dershowitz would therefore ordinarily have eleven days from the filing of a notice of reinstatement to file his brief in No. 16-3945.

13. Dershowitz therefore additionally seeks an extension of the time to file his opening brief in No. 16-3945 to August 24, 2017 (*i.e.* the existing deadline in No. 17-1625).

14. Appellee Virginia Giuffre, through counsel, has consented to the relief sought herein.

Dated: July 17, 2017
     New York, New York

EMERY CELLI BRINCKERHOFF & ABADY LLP

    /s/ David A. Lebowitz
Andrew G. Celli, Jr.
David A. Lebowitz

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant Alan M. Dershowitz*

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2017, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                               /s/ David A. Lebowitz
                                            David A. Lebowitz