# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
JESSICA CLARKE
EMMA L. FREEMAN

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

July 17, 2017

*Via CM/ECF*

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *Dershowitz v. Giuffre*, Court of Appeals Docket No. 16-3945

Dear Ms. O'Hagan-Wolfe:

This firm represents Intervenor-Appellant Alan M. Dershowitz in the above-referenced appeal. Pursuant to Local Rule 42.1, we write to request that this appeal be reinstated.

On April 17, 2017, the parties stipulated, pursuant to Local Rule 42.1, to the withdrawal of this appeal without prejudice to reinstatement at Dershowitz's election by July 28, 2017. This Court so ordered that stipulation on April 18, 2017. Once this appeal is reinstated, we respectfully request that it be consolidated with No. 17-1625, as detailed in Dershowitz's motion filed earlier today.

Respectfully submitted,

/s/ *David A. Lebowitz*

Andrew G. Celli, Jr.
David A. Lebowitz

c.       All Counsel of Record (*via CM/ECF*)