UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand and seventeen,

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz,

    Intervenor - Appellant.

**ORDER**
Docket No. 16-3945

 This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

 Counsel for the appellant has submitted a timely notice of reinstatement.

 IT IS HEREBY ORDERED that the appeal is reinstated.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court