# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of July, two thousand seventeen.

_____

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Alan M. Dershowitz,

    Intervenor - Appellant.

_____

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

_____

**ORDER**

Docket No. 16-3945

Docket Nos. 17-1625(L),
17-1722(Con.)

Appellant Alan M. Dershowitz filed an unopposed motion to consolidate the appeal docketed under 16-3945 with the appeal docketed under 17-1625 and to set the due date for his brief in the consolidated appeal to August 24, 2017.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

