**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945, 17-1625

**Caption [use short title]**

**Motion for:** Leave to File Brief Under Seal

ALAN M. DERSHOWITZ,
Intervenor-Appellant,

v.

**Set forth below precise, complete statement of relief sought:**

VIRGINIA GIUFFRE,
Plaintiff-Appellee.

Leave to file an unredacted principal brief under seal, and to publicly file a redacted principal brief, pending this Court's review of the district court's sealing orders.

**MOVING PARTY:** Alan M. Dershowitz
☐ Plaintiff ☐ Defendant
☑ Appellant/Petitioner ☐ Appellee/Respondent

**OPPOSING PARTY:** Virginia Giuffre

**MOVING ATTORNEY:** David A. Lebowitz
**OPPOSING ATTORNEY:** Paul Cassell
[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor, New York, NY 10020
(212) 763-5000 / acelli@ecbalaw.com

S.J. Quinney College of Law
383 University St., Salt Lake City, UT 84112
(801) 585-5202 / cassellp@law.utah.edu

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this Court? ☐ Yes ☑ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ David A. Lebowitz  **Date:** August 22, 2017  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN M. DERSHOWITZ,<br><br>    Intervenor-Appellant,<br><br> v.<br><br>VIRGINIA GIUFFRE,<br><br>    Plaintiff-Appellee. | Nos. 16-3945, 17-1625 |

**INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S
MOTION TO FILE BRIEF UNDER SEAL**

Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court for leave to file his opening brief under seal, for the following reasons:

1. During the course of proceedings in the district court, the parties entered into a confidentiality agreement that was "so-ordered" by the district court (the "Protective Order"). The Protective Order is entry number 62 on the district court's docket (No. 15 Civ. 07433, S.D.N.Y.).

2. The Protective Order provided that papers filed in the district court which incorporated or revealed information designated confidential would be filed under seal. Accordingly, the parties filed a number of motions, briefs, exhibits, and other filings under seal during the course of the litigation, and the district court sealed several of its opinions in whole or in part.

3. In these appeals, Intervenor-Appellant Alan Dershowitz seeks review of two orders of the district court that denied unsealing of documents filed on the district court docket. Accordingly, Dershowitz's opening brief will reference a significant amount of information that the district court has ordered sealed.

4. While Dershowitz disagrees with the district court's sealing orders, to avoid running afoul of them before they can be reviewed by this Court, the portions of Dershowitz's brief that reference information filed under seal in the district court must be filed under seal.

5. Should the Court grant this motion, Dershowitz will publicly file a redacted version of his principal brief on August 24, 2017 and will file an unredacted version under seal pending this Court's ultimate decision.

**WHEREFORE**, it is respectfully requested that this Court grant Intervenor-Appellant Alan Dershowitz's motion to file under seal an unredacted version of his principal brief.

Dated: August 22, 2017
New York, New York

                         EMERY CELLI BRINCKERHOFF
                         & ABADY LLP

                           /s/ David A. Lebowitz
                         Andrew G. Celli, Jr.
                         David A. Lebowitz

 600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant
Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                                  /s/ David A. Lebowitz
                                                  David A. Lebowitz