A-335

Professor Alan Dershowitz
Harvard Law School
1575 Massachusetts Avenue
Hauser Hall 518
Cambridge, MA 02138

Hon. Louis J. Freeh
Mobile: 202.215.8321
Freeh@FreehGroup.com

January 22, 2016

RE: FOIA Request

Dear Professor Dershowitz:

As you know, on April 6, 2015, a request was made to the United States Secret Service under the federal Freedom of Information Act (FOIA; 5 U.S.C. Sec. 552), relating to the period 1/01/01 to 1/1/03, for "any and all shift logs, travel records, itineraries, reports and other records for USSS personnel traveling with former President Bill Clinton to Little St. James Island and the US Virgin Islands" (Attachment A).

The basis of the above-described FOIA request was a claim by Virginia Roberts, in court papers filed in early 2015 in Florida federal court, that she and former President Clinton were on Little St. James Island at the same time during the 1/01/01 to 1/1/03 period.

As set forth in a January 16, 2016 letter from Kim E. Campbell, United States Secret service Special Agent In Charge, Freedom of Information Act and Privacy Act Officer, the "USSS has conducted a reasonable search for responsive records. It appears, from a review of USSS main indices, that there are no records pertaining to your request that are referenced in these indices" (Attachment B).

I therefore conclude from this response that former President Clinton did not in fact travel to, nor was he present on, Little St. James Island between January 1, 2001 and January 1, 2003.

Based upon my experience and knowledge of the duties, protocols and operations of USSS Protective Details, the Special Agents accompany and escort former President Clinton 24 hours per day, and would have certainly went with him to Little St. James Island during the period at issue. If the Agents had accompanied the former President to that location, they would had been required to make and file shift logs, travel vouchers and related documentation relating to the visit.

The total absence of any such records and documentation, in my opinion, strongly establishes that former President Clinton was not present on Little St. James Island during the period at issue.

Best Regards,

*Louie Freeh*

Louie Freeh

A-336



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act and Privacy Act Branch
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:   JAN 15 2016

Patti Bescript
3711 Kennett Pike, Suite 130
Wilmington, DE 19807

File Number:  20150826

Dear Requester:

This is the final response to your Freedom of Information Act/Privacy Acts (FOIA/PA) request
originally received by the United States Secret Service (USSS) on April 16, 2015, for information
pertaining to any and all shift logs, travel records, itineraries, reports, and other records for USSS
personnel traveling with former President Bill Clinton to Little St. James Island and the US Virgin
Islands.

In response to your request, the USSS has conducted a reasonable search for responsive records.  It
appears, from a review of USSS main indices, that there are no records pertaining to your request
that are referenced in these indices.  Enclosed is a copy of your original request.

Alternatively, if you deem our decision an adverse determination, you may exercise your appeal
rights.  Should you wish to file an administrative appeal, your appeal should be made in writing and
received within sixty (60) days of the date of this letter, by writing to:  Freedom of Information
Appeal, Deputy Director, U.S. Secret Service, Communications Center, 245 Murray Lane, S.W.,
Building T-5, Washington, D.C. 20223.  If you choose to file an administrative appeal, please
explain the basis of your appeal and reference the case number listed above.

If you have any questions or would like to discuss this matter, please contact this office at
(202) 406-6370.  FOIA File No. 20150826 is assigned to your request.  Please refer to this file
number in all future communication with this office.

Sincerely,

Kim E. Campbell
Special Agent In Charge
Freedom of Information Act & Privacy Act Officer

Enclosure:  Copy of Original Request

**A-337**

Patti Bescript
3711 Kennett Pike
Suite 130
Wilmington, DE 19807
302 824 7144

April 6, 2015

Delores Barber
Deputy Chief FOIA Officer, Director, Disclosure & FOIA, The Privacy Office
Department of Homeland Security
Headquarters & Privacy Office
Building 410 - STOP-0655
245 Murray Drive, SW
Washington, DC 20528-0655

### FOIA REQUEST

Dear FOIA Officer:

Pursuant to the federal Freedom of Information Act, 5 U.S.C. § 552, I request access to and copies of For the period 1/1/01 to 1/1/03, any and all shift logs, travel records, itineraries, reports, and other records for USSS personnel traveling with former President Bill Clinton to Little St James Island and the US Virgin Islands.

I agree to pay reasonable duplication fees for the processing of this request.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material. I, of course, reserve the right to appeal your decision to withhold any information or to deny a waiver of fees.

I look forward to your reply within 20 business days, as the statute requires.

Thank you for your assistance.

Sincerely,

Patti Bescript

A-338

# Exhibit J

**A-339**

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT, IN
AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE 15-000072

BRADLEY J. EDWARDS and PAUL G.
CASSELL,

   Plaintiff,

vs.

ALAN M. DERSHOWITZ,

   Defendant,

_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR
## PARTIAL SUMMARY JUDGMENT

   Plaintiffs, Edwards and Cassell, by and through their undersigned counsel, and pursuant to the terms of the confidential settlement agreement and mutual release between the parties to this action, do hereby give notice of the withdrawal of the motion for partial summary judgment they filed in this lawsuit and all supporting documents.

   In the event that the noticed withdrawal is determined to be subject to Court approval, the Plaintiffs would show in support of this notice that Edwards and Cassell continue to represent Virginia Giuffre in separate pending matters, and shall continue to advance her legitimate legal interests in those matters. As expressly understood by the parties upon the execution of the Confidential Settlement Agreement and Mutual Release, Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken. Edwards and Cassell do acknowledge that the public filing in the Crime Victims'

Edwards/Cassell vs. Dershowitz
Case No.: CACE 15-000072
Notice of Withdrawal of Motion for Partial Summary Judgment
Page 2 of 3

Rights Act case of their client's allegations against Defendant Dershowitz became a major

distraction from the merits of the well-founded Crime Victims' Rights Act case by causing delay

and, as a consequence, turned out to have been a tactical mistake. For that reason, Edwards and

Cassell have chosen to withdraw the referenced filing as a condition of settlement.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve

to all Counsel on the attached list, this _8TH_ day of _APRIL_, 2016.

JACK SCAROLA
Florida Bar No.: 169440
Attorney E-Mail(s): jsx@searcylaw.com and
mep@searcylaw.com
Primary E-Mail: _scarolateam@searcylaw.com
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Phone: (561) 686-6300
Fax:    (561) 383-9451
Attorneys for Edwards and Cassell

A-341

Edwards/Cassell vs. Dershowitz
Case No.: CACE 15-000072
Notice of Withdrawal of Motion for Partial Summary Judgment
Page 3 of 3

## COUNSEL LIST

Sigrid Stone McCawley, Esquire
smccawley@bsfllp.com;
sperkins@bsfllp.com; ftleserve@bsfllp.com
Boies Schiller & Flexner, LLP
401 E Las Olas Boulevard., Suite 1200
Fort Lauderdale, FL 33301
Phone: (954)-356-0011

Bruce S. Rogow, Esquire
Bruce S. Rogow, P.A.
100 NE 3rd Avenue, Suite 1000
Fort Lauderdale, FL 33301
Phone: (954)-767-8909
Fax: (954)-764-1530
Attorneys for Alan M. Dershowitz

Thomas Emerson Scott, Jr., Esquire
Thomas.scott@csklegal.com;
Steven.safra@csklegal.com;
Renee.nail@csklegal.com;
shelly.zambo@csklegal.com
Cole Scott & Kissane P.A.
9150 S Dadeland Boulevard, Suite 1400
Miami, FL 33156
Phone: (305)-350-5329
Fax: (305)-373-2294
Attorneys for Alan M. Dershowitz

Bradley J. Edwards, Esquire
staff.efile@pathtojustice.com;
brad@pathtojustice.com;
maria@pathtojustice.com
Farmer Jaffe Weissing Edwards Fistos &
Lehrman, P.L.
425 N Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Phone: (954)-524-2820
Fax: (954)-524-2822

Kenneth A. Sweder, Esquire
ksweder@sweder-ross.com
Sweder & Ross, LLP
131 Oliver Street
Boston, MA 02110
Phone: (617)-646-4466
Fax: (617)-646-4470
Attorneys for Alan M. Dershowitz

Ashley Eiler, Esquire
AEiler@wileyrein.com
Mary E. Borja, Esquire
MBorja@wileyrein.com
Richard A. Simpson, Esquire
RSimpson@wileyrein.com
Wiley Rein, LLP
1776 K Street NW
Washington, DC 20006
Phone: (202)-719-4252
Fax: (202)-719-7049
Attorneys for Alan M Dershowitz

# Exhibit K

 MENU



Are you positioned
the new legal servi

Legal Solutions from Thomson Reute
Innovations to optimize and advance

The intelligence, technology and human expe
you need to find trusted ans

ALAN DERSHOWITZ, DEFAMATION, LAW PROFESSORS

# Settlement Reached In Litigation Between Alan Dershowitz, Paul Cassell, And Bradley Edwards

By DAVID LAT

💬 6 Comments / ➔ 32 Shares / Apr 8, 2016 at 6:16 PM



*Alan Dershowitz*

Welcome celebrated lawyer and law professor Alan Dershowitz back to the headlines — and not because of his role in *The People v. O.J. Simpson: American Crime Story*. We have a Friday night news dump on our hands.

The defamation case filed against Dershowitz by two other prominent members of the legal community, high-profile Florida lawyer Brad Edwards and former federal judge Paul Cassell, just settled. As you may recall, Edwards and Cassell sued Dershowitz for defamation last year in Florida state court. The two lawyers alleged that Dershowitz defamed them when he claimed that they knowingly filed a lawsuit containing falsehoods about him or at least failed to properly investigate their client's allegations that Dershowitz had sexual relations with her when she was a minor. Settlement talks in the defamation case have been going on for months, and the two sides just reached agreement.

Shortly before 5 p.m. today, Edwards and Cassell moved to withdraw their motion for partial summary judgment. Their moving papers acknowledge a confidential settlement and mutual release between themselves and Dershowitz, then go on to state:

> In the event that the noticed withdrawal is determined to be subject to Court approval, the Plaintiffs would show in support of this notice that Edwards and Cassell continue to represent [Dershowitz accuser] Virginia Giuffre in separate pending matters, and shall continue to advance her legitimate legal interests in those matters. As expressly understood by the parties upon the execution of the Confidential Settlement Agreement and Mutual Release, Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken. Edwards and Cassell do acknowledge that the public filing in the Crime Victims' Rights Act case of their client's allegations against Defendant Dershowitz became a major distraction from the merits of the well-founded Crime Victims' Rights Act case by causing delay and, as a consequence, turned out to have been a tactical mistake. For that reason, Edwards and Cassell have chosen to withdraw the referenced filing as a condition of settlement.

So Virginia Giuffre, formerly known as Virginia Roberts, stands by her accusations that Alan Dershowitz had sexual relations with her when she was a minor. But her lawyers, Brad Edwards and Paul Cassell, concede that dragging the Dersh into this matter "became a major distraction from the merits of the well-founded Crime Victims' Rights Act case" challenging the deal federal prosecutors struck with one of Dershowitz's former clients, financier Jeffrey Epstein. (Accused of having sexual relations with multiple underage girls, Epstein ultimately pleaded guilty to just a single state charge of soliciting prostitution.)

A spokesman for Boies, Schiller & Flexner, which also represents Virginia Giuffre, issued this statement earlier today: "Virginia Giuffre was not a party to that [defamation] lawsuit and was not a party to the settlement. We continue to represent Ms. Giuffre in other litigation and Ms. Giuffre stands by her allegations."

We'll have more later. We suspect, however, that many of our readers will be disappointed to learn that this clash of the legal titans has been averted, preventing the allegations on all sides from being explored in greater depth in open court.

**UPDATE (4/9/2016, 10:55 a.m.)**: Here is the statement of Alan Dershowitz about the settlement:

> I am pleased that the litigation has concluded and I am gratified by the Joint Statement issued today by Jeffrey E. Streitfeld on behalf of the parties, in which "Edwards and Cassell acknowledge that it was a mistake to have filed sexual misconduct accusations against Dershowitz and the sexual misconduct accusations made in all public filings (including all exhibits) are hereby withdrawn." Mr. Streitfeld's announcement and the Joint Statement are copied below.

You can access mediator Jeffrey Streitfeld's statement and the joint statement of the parties — which, to be honest, aren't very exciting — over here.

Speaking to the Boston Globe, Dershowitz said, "It's as if I've been waterboarded for 15 months. This has taken a terrible toll on my family, on my friends. . . . I never met this woman [Virginia Giuffre], I didn't know her."

**UPDATE (4/11/2016, 1:20 p.m.)**: For additional interesting commentary, see Vivia Chen, Dershowitz Settles Sex Case, But Is He Vindicated?, and Casey Sullivan, Alan Dershowitz Extends Truce Offer to David Boies Amid Bitter Feud.

**UPDATE (4/12/2016, 10:45 a.m.)**: Did money change hands as part of this settlement? See Vivia Chen, Did Dershowitz Pay Big Bucks to Settle Sex Case?

Edwards v. Dershowitz: Notice of Withdrawal of Motion for Partial Summary Judgment [Seventeenth Judicial Circuit]
Lawyers Acknowledge Mistake In Filing Sexual Misconduct Charges Against Professor

Dershowitz [Wiley Rein]

Sex allegations against Dershowitz called 'mistake' [Boston Globe]

**Earlier**: Alan Dershowitz Fights Back Against Allegations Of Sexual Relations With A Minor
The Latest Legal Superstar To Collide With Alan Dershowitz: David Boies

**TOPICS**

Alan Dershowitz, Alan M. Dershowitz, Boies Schiller, Boies Schiller & Flexner, Bradley Edwards, Bradley J. Edwards, Broward County, Casey Sullivan, Crime Victims' Rights Act (CVRA), David Boies, Defamation, Depositions, Extortion, Florida, Jack Scarola, Jeffrey E. Streitfeld, Jeffrey Epstein, Jeffrey Streitfeld, Law Professors, Paul Cassell, Paul G. Cassell, Sex, Sex Scandals, Sextortion, Virginia Giuffre, Virginia Roberts, Vivia Chen

ATL LAW FIRM DIRECTORY

## Boies, Schiller & Flexner LLP  More stats and coverage



INSIDER RATING

# B

INDUSTRY REPUTATION

# A

TOP PRACTICE BY HEADCOUNT
## Litigation **87%**

LATEST REVENUE
$345,000,000

FIRM SIZE
282 lawyers

LARGEST OFFICE
New York

LATEST ON BOIES, SCHILLER & FLEXNER LLP



**Did This Biglaw Firm Get Benched In Daily Fantasy Sports Litigation?**



**Reinventing The Law Business: Where Is The Legal Profession Heading? (Part 3)**



**Legal Eagle Wedding Watch: Love Wins**



**Congratulations And Best Wishes To Elizabeth Wurtzel And Jim Freed On Their Marriage!**




TALK TO THE RECRUITERS WHO TALK TO
DECISION MAKERS



# Love ATL? Let's make it official. Sign up for our newsletter.

Your email address                                    Subscribe

☑ News (daily updates)                    ☑ ATL Small Law Firms

☑ Bonus Alerts (real-time alerts)         ☑ ATL In-House Counsel

☑ Layoff Alerts (real-time alerts)        ☑ ATL Legal Technology

☑ ATL Partner Issues

**POPULAR ARTICLES**                                      ‹   ›



Harsh Message From Law School Right In The Middle Of Finals



What's Behind The New Am Law 100 Numbers?



One Thing Can Improve All Your Law School Grades



A-348

**FROM THE ABOVE THE LAW NETWORK**

2016 Top Transactional Law Firm Rankings

ABOVE THE LAW

Law Firm Gender Diversity Index

ABOVE THE LAW

Your Next Client Wants to Hire You — NOW!

LAWYER MARKETING

You Can't Control Your Firm's Reputation

LAWYER MARKETING



# 6 comments

(hidden for your protection)

comments sponsored by



## SHOW ALL COMMENTS

---

DALLAS® | BIG THINGS HAPPEN HERE    PLAN YOUR EVE

## ━ NEWSLETTER SIGNUP ━

Subscribe and get breaking news, commentary, and opinions on law firms, lawyers, law schools, lawsuits, judges, and more.

| nicoleaudet@gmail.com | Submit |

---

## ━ EDITORIAL STAFF ━

**Managing Editor**

David Lat

**Editors**

Staci Zaretsky

Joe Patrice

**Breaking Media Editor at Large**

Elie Mystal

---

────── **OUR SITES** ──────









© 2016 Breaking Media, Inc. All rights reserved. Registration or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.



   

By Vivia Chen                                                                                    Published: Apr 10, 2016

## Dershowitz Settles Sex Case, But Is He Vindicated?



*Alan Dershowitz*

I've been covering Alan Dershowitz for over a year now, and I can assure you he's not repressed (http://www.americanlawyer.com/id=1202715316005/Prof-Dershowitz-Tell-Me-How-You-Really-Feel?slreturn=20160310223823). When we chatted on the phone on Saturday, he got right to the point: "I got what I always wanted. They withdrew everything!"

Dershowitz is talking about the settlement that he reached with lawyers Brad Edwards and Paul Cassell (http://www.americanlawyer.com/id=1202716384195/Meet-the-Lawyer-Whos-Giving-Dershowitz-Hell), who sued the famous Harvard professor for defamation; Dershowitz also countersued them. (If you need a refresher, the backdrop is that Edwards and Cassell's client Virginia Roberts Giuffre accused Dershowitz, along with Prince Andrew and others (http://www.americanlawyer.com/id=1202716145382/Jane-Doe-3-Swears-She-Had-Sex-with-Dershowitz-), of having sex with her when she was a minor. Dershowitz denied the charges and accused her two lawyers of acting improperly.)

Last Friday, Edwards and Cassell issued a notice of withdrawal of the motion for partial summary judgement, and the litigation came to an end. The notice is short and sweet; here's the key part:

> As expressly understood by the parties upon the execution of the Confidential Settlement Agreement and Mutual Release, Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken. Edwards and Cassell do acknowledge that the public filing in the Crime Victims' Rights Act case of their client's allegations against Defendant Dershowitz became a major distraction from the merits of the well-founded Crime Victims' Rights Act case by causing delay and, as a consequence, turned out to have been a tactical mistake. For that reason, Edwards and Cassell have chosen to withdraw the referenced filing as a condition of settlement.

Let's parse this: Edwards and Cassell say they the accusations against Dershowitz were a "distraction" and "tactical mistake," though they stand by their clients allegations. That's essentially saying, "Oops, our bad for accusing Dershowitz of those nasty things, but that doesn't mean he's innocent."

If Dershowitz was looking for total vindication, I'm not sure this cuts it. But Dershowitz says he's satisfied with the wording in the settlement. As a legal matter, he says, Giuffre's lawyers couldn't admit she was wrong to accuse him. "They can't take back the claims because that could be used against her on a perjury indictment. That would mean

throwing her under the bus," he explains. "Ultimately, they'll have to make a claim that it was case of mistaken identity, that it was done in good faith."

What might give Dershowitz more satisfaction is the joint statement that he, Edwards and Cassell issued about the settlement:

> Edwards and Cassell maintain that they filed their client's allegations in good faith and performed the necessary due diligence to do so, and have produced documents detailing those efforts. Dershowitz completely denies any such misconduct, while not disputing Roberts's statements that the underlying alleged misconduct may have occurred with someone else. Dershowitz has produced travel and other records for the relevant times which he relies on to establish that he could not have been present when the alleged misconduct occurred. He has also produced other evidence that he relies upon to refute the credibility of the allegations against him.

> The parties believe it is time to take advantage of the new information that has come to light on both sides during the litigation and put these matters behind them.

> Given the events that have transpired since the filing of the documents in the federal court and in this action in which Dershowitz was accused of sexual misconduct, including the court order striking the allegations in the federal court filings, and the records and other documents produced by the parties, Edwards and Cassell acknowledge that it was a mistake to have filed sexual misconduct accusations against Dershowitz; and the sexual misconduct accusations made in all public filings (including all exhibits) are hereby withdrawn. Dershowitz also withdraws his accusations that Edwards and Cassell acted unethically.

Lots of legal contortions here, but this is the eye-popper: "Edwards and Cassell acknowledge that it was a <u>mistake</u> to have filed sexual misconduct accusations against Dershowitz." And this time, "mistake" was not preceded by the word "tactical." I can only imagine the amount of negotiation that must have been expended on this joint statement.

Dershowitz says he feels "gratified" by the result. "Nobody believes [Giuffre]; her credibility came from her lawyers, and they have withdrawn the accusations," he says.

Edwards and Cassell, however, aren't happy with the way Dershowitz has been spinning the settlement. On Sunday, they issued a statement, which says in part:

> **Following the announcement of the settlement of defamation claims against Alan Dershowitz, he has been making public statements suggesting that he has prevailed in the lawsuit and that the terms of the settlement exonerate him of any wrongdoing. Those statements are at best misleading.**

> It is a mistake for anyone to conclude based upon Mr. Dershowitz's statements that the case against him was abandoned due to lack of factual support. It is a mistake for anyone to conclude based upon Mr. Dershowitz's statements that Bradley Edwards and Paul Cassell had determined that the allegations against Alan Dershowitz made by Virginia Roberts Giuffre were false or unfounded. Neither the terms of the settlement nor the agreed upon joint public statement issued as part of the settlement support any such conclusions, and it is false to state or suggest otherwise.

Pow. Wham. Not sure where this leaves us. It certainly seems that Edwards and Cassell are now backing away from their "mistake" remark in the joint statement.

For now, at least, Dershowitz says he's not bothered by that latest comment. Overall, he seems pretty content with the outcome—though he tells me: "Part of me is disappointed because I wanted to have a trial and have evidence come out."

And what has this case cost him? Though Dershowitz says he spent over $1 million on legal fees (insurance covered a chunk of it), he won't disclose if the settlement entails any monetary rewards, citing a confidentiality clause. But he says he's not suffering financially because of the ordeal: "I continue to be sought after; people call me every day for legal work."

*vchen@alm.com*

*Next posts: What's up with the confidentiality agreement in the Dershowitz settlement? And the continuing saga of the Alan Dershowitz and David Boies feud.*

**A-353**

I've been covering Alan Dershowitz for over a year now, and I can assure you he's not repressed (http://www.americanlawyer.com/id=1202715316005/Prof-Dershowitz-Tell-Me-How-You-Really-Feel?slreturn=20160310223823). When we chatted on the phone on Saturday, he got right to the point: "I got what I always wanted. They withdrew everything!"

Dershowitz is talking about the settlement that he reached with lawyers Brad Edwards and Paul Cassell (http://www.americanlawyer.com/id=1202716384195/Meet-the-Lawyer-Whos-Giving-Dershowitz-Hell), who sued the famous Harvard professor for defamation; Dershowitz also countersued them. (If you need a refresher, the backdrop is that Edwards and Cassell's client Virginia Roberts Giuffre accused Dershowitz, along with Prince Andrew and others (http://www.americanlawyer.com/id=1202716145382/Jane-Doe-3-Swears-She-Had-Sex-with-Dershowitz-), of having sex with her when she was a minor. Dershowitz denied the charges and accused her two lawyers of acting improperly.)

Last Friday, Edwards and Cassell issued a notice of withdrawal of the motion for partial summary judgement, and the litigation came to an end. The notice is short and sweet; here's the key part:

> As expressly understood by the parties upon the execution of the Confidential Settlement Agreement and Mutual Release, Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken. Edwards and Cassell do acknowledge that the public filing in the Crime Victims' Rights Act case of their client's allegations against Defendant Dershowitz became a major distraction from the merits of the well-founded Crime Victims' Rights Act case by causing delay and, as a consequence, turned out to have been a tactical mistake. For that reason, Edwards and Cassell have chosen to withdraw the referenced filing as a condition of settlement.

Let's parse this: Edwards and Cassell say they the accusations against Dershowitz were a "distraction" and "tactical mistake," though they stand by their clients allegations. That's essentially saying, "Oops, our bad for accusing Dershowitz of those nasty things, but that doesn't mean he's innocent."

If Dershowitz was looking for total vindication, I'm not sure this cuts it. But Dershowitz says he's satisfied with the wording in the settlement. As a legal matter, he says, Giuffre's lawyers couldn't admit she was wrong to accuse him. "They can't take back the claims because that could be used against her on a perjury indictment. That would mean throwing her under the bus," he explains. "Ultimately, they'll have to make a claim that it was case of mistaken identity, that it was done in good faith."

What might give Dershowitz more satisfaction is the joint statement that he, Edwards and Cassell issued about the settlement:

> Edwards and Cassell maintain that they filed their client's allegations in good faith and performed the necessary due diligence to do so, and have produced documents detailing those efforts. Dershowitz completely denies any such misconduct, while not disputing Roberts's statements that the underlying alleged misconduct may have occurred with someone else. Dershowitz has produced travel and other records for the relevant times which he relies on to establish that he could not have been present when the alleged misconduct occurred. He has also produced other evidence that he relies upon to refute the credibility of the allegations against him.

> The parties believe it is time to take advantage of the new information that has come to light on both sides during the litigation and put these matters behind them.

> Given the events that have transpired since the filing of the documents in the federal court and in this action in which Dershowitz was accused of sexual misconduct, including the court order striking the allegations in the federal court filings, and the records and other documents produced by the parties, Edwards and Cassell acknowledge that it was a mistake to have filed sexual misconduct accusations against Dershowitz; and the sexual misconduct accusations made in all public filings (including all exhibits) are hereby withdrawn. Dershowitz also withdraws his accusations that Edwards and Cassell acted unethically.

Lots of legal contortions here, but this is the eye-popper: "Edwards and Cassell acknowledge that it was a mistake to have filed sexual misconduct accusations against Dershowitz." And this time, "mistake" was not preceded with the word "tactical." I can only imagine the amount of negotiation that must have been expended on this joint statement.

Dershowitz says he feels "gratified" by the result. "Nobody believes [Giuffre]; her credibility came from her lawyers, and they have withdrawn the accusations," he says.

Edwards and Cassell, however, aren't happy with the way Dershowitz has been spinning the settlement. On Sunday, they issued a statement, which says in part:

Following the announcement of the settlement of defamation claims against Alan Dershowitz, he has been making public statements suggesting that he has prevailed in the lawsuit and that the terms of the settlement exonerate him of any wrongdoing. Those statements are at best misleading.

It is a mistake for anyone to conclude based upon Mr. Dershowitz's statements that the case against him was abandoned due to lack of factual support. It is a mistake for anyone to conclude based upon Mr. Dershowitz's statements that Bradley Edwards and Paul Cassell had determined that the allegations against Alan Dershowitz made by Virginia Roberts Giuffre were false or unfounded. Neither the terms of the settlement nor the agreed upon joint public statement issued as part of the settlement support any such conclusions, and it is false to state or suggest otherwise.

Pow. Wham. Not sure where this leaves us. It certainly seems that Edwards and Cassell are now backing away from their "mistake" remark in the joint statement.

For now, at least, Dershowitz says he's not bothered by that latest comment. Overall, he seems pretty content with the outcome—though he tells me: "Part of me is disappointed because I wanted to have a trial and have evidence come out."

And what has this case cost him? Though Dershowitz says he spent over $1 million on legal fees (insurance covered a chunk of it), he won't disclose if the settlement entails any monetary rewards, citing a confidentiality clause. But he says he's not suffering financially because of the ordeal: "I continue to be sought after; people call me every day for legal work."

*vchen@alm.com*

*Next posts: What's up with the confidentiality agreement in the Dershowitz settlement? And the continuing saga of the Alan Dershowitz and David Boies feud.*

Industry: • Law Firms (/the-legal-industry/lawfirms) • Law Schools (/the-legal-industry/lawschool)

# TRENDING NOW



Argument Preview: Gibson Dunn's Olson Takes Aim at CFPB (http://www.litigationdaily.com/home/id=1202754644393)



High Court's First Latina Justice Calls for More Diversity (http://www.newyorklawjournal.com/home/id=1202754614920)



Did Dershowitz Pay Big Bucks to Settle Sex Case? (http://www.alm.law.com/jsp/law/locateArticle.jsp?id=1202754666961)



Goldman Sachs Deal May Spell Big Payday for Kellogg Huber, Korein Tillery (http://www.americanlawyer.com/home/id=1202754670719)



$50,000 Punitive Award Given in Attorney Fee Dispute (http://www.dailybusinessreview.com/home/id=1202754650885)

## MOST POPULAR
## FROM THE ALM NETWORK



'Equally Divided' Supreme Court is Asked to Rehear Union-Fees Case (/sites/articles/2016/04/08/equally-divided-supreme-court-is-asked-to-rehear-union-fees-case/)



Argument Preview: Gibson Dunn's Olson Takes Aim at CFPB (/sites/articles/2016/04/11/argument-preview-gibson-dunns-olson-takes-aim-at-cfpb/)



Split Panel Backs Tenancy for Disabled Woman's Son (/sites/articles/2016/04/11/split-panel-backs-tenancy-for-disabled-womans-son/)



Eastern District Patent Filings Plummet (/sites/articles/2016/04/09/eastern-district-patent-filings-plummet/)

## MORE STORIES



'Equally Divided' Supreme Court is Asked to Rehear Union-Fees Case (/sites/articles/2016/04/08/equally-divided-supreme-court-is-asked-to-rehear-union-fees-case/)



Argument Preview: Gibson Dunn's Olson Takes Aim at CFPB (/sites/articles/2016/04/11/argument-preview-gibson-dunns-olson-takes-aim-at-cfpb/)

Split Panel Backs Tenancy for Disabled Woman's Son (/sites/articles/2016/04/11/split-panel-backs-tenancy-for-disabled-womans-son/)

A-356




Eastern District Patent Filings Plummet (/sites/articles/2016/04/09/eastern-district-patent-filings-plummet/)



(https://twitter.com/alm.com/41356345477920512303/posts)
Legal~         http://feeds.feedblitz.com/law-law-

© 2016 ALM Media Properties, LLC.
All Rights Reserved
Privacy Policy [New] (http://www.alm.com/privacy-policy) | ALM License Agreement
(http://www.alm.com/about/terms-use)

(http://oasc17.247realmedia.com/RealMedia/ads/click_lx.ads/alm.law/articledisplay/1193836805/x26/default/empty.gif/777436355331514f2f6e63414370324c?x)
(http://oasc17.247realmedia.com/RealMedia/ads/click_lx.ads/alm.law/articledisplay/163852931/x25/default/empty.gif/777436355331514f2f6e63414370324c?x)



Photo by John Lamparski/Getty Images for Hulu

# Alan Dershowitz Extends Truce Offer to David Boies Amid Bitter Feud

1 day ago

Famed lawyer Alan Dershowitz has extended a truce offer to the prominent U.S. litigator David Boies after the two attorneys squared off in a year-long battle over the handling of underage sex allegations against Dershowitz.

The allegations were struck from court record last year but have still rankled the 77-year-old Harvard law professor and prompted him to publicly criticize lawyers representing the alleged victim, Virginia Roberts.

"It's a tragedy that we have gotten into this personal conflict, and I would like to put this to an end," said Dershowitz, in an interview Saturday night, after a defamation settlement with other lawyers in the matter was announced Friday. "We both do important things and it's a distraction."

On Friday, Dershowitz settled a defamation lawsuit with Florida lawyers Bradley Edwards and Paul Cassell, who sued Dershowitz last year after he made public statements about their representation of Roberts, including an interview with CNN International in which he called them "sleazy, unprofessional and unethical."

The controversy started in December 2014, when Roberts claimed that convicted sex offender Jeffrey Epstein forced her to have sex with Dershowitz, the U.K'.s Prince Andrew and other men, at Epstein's private Caribbean island and other places, more than 15 years ago. Roberts never filed suit against Dershowitz — Boies pointed to a statute of limitations that restricted her from doing so — but she made the claims to join a federal case filed in 2008 by other alleged victims of Epstein, who sued the U.S. government to quash a non-prosecution agreement with Epstein.

Today, no claims are pending against Dershowitz regarding the alleged sex acts, which he and Prince Andrew have denied. A federal judge last year ordered the claims struck from the record because they weren't relevant to the 2008 case. And in the settlement Friday, **Edwards and Cassell issued a joint statement (https://bol.bna.com/wp-content/uploads/2016/04/Dershowitz-Settlement-Release.pdf)** with Dershowitz acknowledging that it was a mistake to have filed sexual misconduct accusations against him. The pact came with a statement from former FBI director Louis Freeh, who said he conducted an internal investigation into the accusations against Dershowitz but that "the totality of the evidence" refuted the claims. Yet, Dershowitz has nonetheless made a point to speak out against Roberts' lawyers, including David Boies, who he feels have acted inappropriately for representing a client with frivolous claims, among other things.



(https://bol.bna.com/wp-content/uploads/2016/04/202856580-e1460334193173.jpg)

David Boies, chairman of Boies Schiller & Flexner LLP. Photo by Andrew Harrer/Bloomberg

Boies, in an interview, said that "Alan has been loose with some of the things he says" which he said have been used as a strategy to deflect attention from himself. He also said that Roberts stands by her allegations against Dershowitz, even though they are no longer filed in court, and that Boies's firm has done nothing wrong.

"I don't know what Mr. Freeh did," said Boies, in response to the Freeh investigation. "Louis Freeh never contacted me — he never contacted my client, he never called up Sigrid McCawley, who is the lawyer day-to-day representing her, to say, 'Can I see your client? Can I see what documentation your client has? Can I talk to any other witnesses?'"

Dershowitz responded by saying that if Boies is willing to have Freeh speak with Virginia Roberts, "she should expect a call next week." Freeh was not immediately available for comment.

Boies also questioned the terms of the settlement, saying, "What did he have to give up? How much did he have to pay to avoid this litigation?"

After Friday's settlement, the only outstanding piece of related litigation against Dershowitz is a motion for sanctions that Boies' firm filed in December 2015 in Florida circuit court. The motion said that Dershowitz disclosed confidential settlement discussions with Roberts' lawyers and wrongfully characterized what was said when he told media outlets that Boies told him privately that he believed he was innocent. Boies disputes he ever said it.

"I am perfectly willing to bury the hatchet with David Boies," said Dershowitz, on Saturday. "We used to be friends. I think we had mutual respect for each other. I think it's a tragedy that we have come into conflict, and I extend an offer to him to sit down and try to resolve our differences. Just between two old friends — agree where we agree, disagree where we disagree — shake hands and go on with our lives."

He said that he likes to live by the Jewish Law called Lashon Hara, which he said prohibits falsely speaking ill of anybody.

"I actually have told him, that if he thinks I said anything that is wrong, to tell me what it is and I will correct the record," said Dershowitz. "I don't want to say anything false about anybody."

Dershowitz's comments came after a contentious back-and-forth set of interviews, in which the two lawyers went from attacking each other and calling each other liars, to Dershowitz's nostalgic invitation, referring to Boies as "an old friend" who he was introduced to years ago through the late Sen. Ted Kennedy (D-Mass.).

"It has been a disappointment to me that our friendship has been hurt by this conflict, because it's not really between me and him — it's between a woman who made up a story and me, and I've resolved that, so we should move on with our lives," said Dershowitz.

Boies, in response, issued the following statement: "I am certainly willing to sit down with Alan Dershowitz. Everything I have said about Alan publicly, and in court, has been in response to something he has said about me or my firm."

The invitation marks a twist in the legal battle between Boies and Dershowitz, and it could be one of the last chapters of their high profile feud.

For years, both have operated at the top of the legal profession: Boies, the chairman of Boies Schiller & Flexner, was instrumental in overturning California's Proposition 8 ban on gay marriage and counts some of the largest corporations and U.S. politicians as clients.

Dershowitz is perhaps most prominently known for being the appellate defense lawyer in the murder trial of O.J. Simpson in 1995, and, an outspoken supporter of gun control, he is a frequent speaker on the U.S. legal system. His other clients have included Mike Tyson and Patty Hearst.

The interviews — two with Dershowitz, and one hour-long interview with Boies — started after Dershowitz's defamation settlement was announced on Friday. At first, Dershowitz continued to criticize Roberts' lawyers — including Boies, saying that "he has some very hard questions to answer" — and vowed to advocate for law reform that would prevent meritless claims from being brought against innocent people. He told Big Law Business that he hopes at least Roberts will be investigated by law officials for perjury.

Boies fired back, saying that he welcomes law enforcement officials to become involved in the case to investigate perjury, including any possible perjury Dershowitz could have committed.

Asked what kind of charges could be brought against Dershowitz, Boies said: "I'm not trying to fuel this by making charges against Alan… His situation is sad enough."

Dershowitz said he is happy to cooperate with any law agency that would investigate "whether it is she or I that is lying." He also said that he took issue with how the sex allegations were handled from the start, in 2014 and 2015.

"It really paints the prominent people in the legal profession in a very bad light," said Dershowitz. "Lawyers shouldn't be doing things like this. They should be careful. They shouldn't be making mistakes. For them, it was a mistake, but for me it was 15 months of being waterboarded with these claims, and you can imagine what it means for my grandchildren. They never even called me and asked if there was any proof that it could have happened."

Dershowitz said that he kept meticulous records of his whereabouts through cell phone and other records and was able to track that he wasn't near the Caribbean island on dates that Roberts had alleged he had sex with her, around 2000.

"Remember, I'm a lawyer — I bill by the hour. I have a record of every single day," said Dershowitz. "She said she had dinner with Bill Clinton on the island twice, and we did a FOIA request and found that Bill Clinton was never on the island. She said she met Al Gore on the island, and he was never on the island. And David Boies could have easily checked that. All he had to do was pick up the phone and make the phone call, but he didn't do it."

Boies, in turn, said that Dershowitz "doesn't know what I did or did not do" and that whether they were on the island or not "was wholly irrelevant" to Boies's involvement in court.

Separately, Dershowitz took issue with the way he said Boies' firm approached him after Roberts' claims first arose in late 2014. Dershowitz said that one of Boies Schiller's lawyers, Carlos Sires, emailed and then called him, saying that he would represent Dershowitz and asked him to turn over documents related to the Roberts case, including his case strategy and "some investigative work," Dershowitz said.

"And then, only then, did he tell me he wouldn't represent me," said Dershowitz.

"Initially, they lied about the reason. They said that one of their partners was the chair of Columbia University and they didn't want to get involved in cases involving academics. That was a blatant lie. So while they were representing Virginia Roberts, they got all my client privileged information."

Sires, contacted Sunday, disputed Dershowtiz's account, saying that it is not accurate, and that there was no conflict. "We challenged Mr. Dershowitz many months ago that if he thought there was any support for

A-361



(https://bol.bna.com/wp-content/uploads/2016/04/GettyImages-508280642.jpg)

Alan Dershowitz attends Hulu Presents "Triumph's Election Special" produced by Funny Or Die at NEP Studios on February 3, 2016 in New York City. Photo by John Lamparski/Getty Images for Hulu

**A-362**

his claim whatsoever he should bring it to court," said Sires via email. "He did not do so. He did not do so because his claim is baseless."

Earlier on Saturday evening, Boies said in an interview that Dershowitz isn't a party to any lawsuit he is handling, and that Dershowitz's criticism of him and his firm is misplaced.

Boies's firm is currently only representing Roberts in a defamation case against British socialite Ghislaine Maxwell for saying that Roberts made "obvious lies" when accusing Maxwell of recruiting Roberts to become a victim of sex trafficking between 1999 to 2002.

"Alan Dershowitz is not a party to that litigation," said Boies. "There is a statute of limitations issue. He could only be sued for sexual abuse of a minor if he waived the statute of limitations, and he has declined to do that... All he has to do is sign his name — sign a piece of paper like the one that has been given to him, and if he's lost it, we'll give it to him again."

Instead, Boies said that Dershowitz has reverted to a "very sad" PR campaign against the lawyers representing Roberts.

Dershowitz disputed Boies's comments that he declined to waive the statute of limitations, saying that he filed an affidavit under oath that he never had sex with Roberts, which opened himself up to a perjury indictment if prosecutors felt that he could have been lying.

But Boies, like Sires, said that Dershowitz has not brought any of his claims against the firm in court, even though Boies Schiller has encouraged him to do so.

"He's obviously more comfortable making claims to reporters than he is making claims in court," said Boies. "He can get away with that to a point, but he's not going to get away with that with me. When he first made these claims with, for example my firm, we wrote him a letter that said, 'Put up or shut up, bring these claims to court or move on.' "

Dershowitz issued a statement following Boies's comments, saying, "I may well do so."

Asked if Boies has considered bringing his own defamation lawsuit against Dershowitz, Boies dismissed the possibility, saying "almost all public debate belongs in the public field... I'm also comfortable with the public record."

For the meantime, Boies Schiller's sanction motion against Dershowitz in a Florida circuit court remains outstanding. Dershowitz said that a hearing in Florida will take place in mid-May regarding the sanctions motion, but he hopes that his invitation to Boies will smooth over their fractured relationship. At most, he confirmed that the discussions, if successful, could result in another settlement to put the entire Roberts matter behind him.

"I mean, that would be a show of good faith, but we're prepared to litigate," said Dershowitz. "We have all of our litigation strategies lined up."

*(This story has been updated to include details about Dershowitz's settlement and additional comments from Boies and Dershowitz)*

A-363

For more legal resources, visit Bloomberg Law. (http://www.bna.com/bloomberglaw?promocode=BLBBLAW)

# THE AMERICAN LAWYER

**NOT FOR REPRINT**

🖶 Click to Print or Select '**Print**' in your browser menu to print this document.

Page printed from: _The American Lawyer_

---

# Did Dershowitz Pay Big Bucks to Settle Sex Case?

Vivia Chen, The Careerist

April 11, 2016

_Note: Since the original publication of this post, we've included additional statements by Alan Dershowitz about the circumstances under which he's prepared to waive confidential information._

It's not over.

If you thought the settlement that Alan Dershowitz reached on Friday with the lawyers representing Virginia Roberts Giuffre puts the controversy to bed, you're naive. Possibly delusional. (Giuffre alleged that she was coerced into having sex with Dershowitz and others when she was a minor. Here are details about the settlement.)

The latest bombshell: Jack Scarola, counsel for Giuffre's lawyers Paul Cassell and Bradley Edwards, emailed me this: "If Mr. Dershowitz were to request a waiver of the confidentiality provisions, we would agree to the request."

Talk about throwing down the gauntlet! That would mean spilling the terms of the settlement— about who had to shell out what to make this messy lawsuit go away. I assumed Cassell and Edwards paid Dershowitz and wanted confidentiality, since they admitted in the settlement to making "mistakes" in alleging that Dershowitz had sex with Giuffre.

But David Boies, who represents Giuffre in a related matter, tells me I'm off target. In a phone conversation on Sunday, Boies dangled this tidbit of information before me: "I don't know the terms of the settlement, but I know that it was proposed that [Edwards and Cassell] be paid hundreds of thousands of dollars [by Alan Dershowitz] to drop the case."

My eyes widened. Go on, Mr. Boies, I said. He continued: "Ask Alan Dershowitz who paid whom. I know Dershowitz asked for confidentiality, and Edwards and Cassell will waive it . . . And if Dershowitz won't waive confidentiality, that should tell you if there's something incriminating."

So I rushed to ask Cassell and Edwards about waiving confidentiality, and got the response from Scarola that they'd essentially do it in a New York minute. Scarola also emailed me a post settlement statement (which I covered in part yesterday) that says this:

What is true is that Mr. Edwards and Professor Cassell entered into a monetary settlement that resolved the defamation claims they filed against Mr. Dershowitz, but they are precluded from revealing the economic terms of the settlement as the agreement requires the monetary specifics to remain confidential.

Though Dershowitz, citing the confidentiality agreement, wouldn't comment about compensation when I asked him about the settlement, Edwards and Cassell's statement makes it clear that money exchanged hands. But how much? And what about the implication that Dershowitz was the one who paid big bucks for the settlement that supposedly establishes his innocence?

I went back to Dershowitz to get some clarity. Clearly miffed, he took umbrage at Boies' comment: "David Boies doesn't know terms of the agreement because it's subject by confidentiality agreement. My lawyer has advised me that my discussion of the terms would breach the agreement, but I assure you there's nothing incriminating."

So how about waiving the confidentiality agreement to make everything transparent? Dershowitz's answer: No. "I'm sticking with the agreement . . . My lawyers tell me I can't change the settlement, which is multi-facted and complex."

*[Addition to original post]* Later, he adds, however: "I'd be prepared to enter negotiations to unseal confidential information and other matters if [Edwards, Cassell and Boies] are prepared to enter negotiations to unseal Virgina Giuffre's deposition and my affidavit regarding Boies, which Boies Schiller has demanded be sealed." The point is, he says, is that "it has to be mutual."

So that's the end of the chapter.

Hah.

*vchen@alm.com*

---

Copyright 2016. ALM Media Properties, LLC. All rights reserved.

A-366

Tuesday, April 12, 2016 | 9:52 a.m.

## Palm Beach Daily News

Subscribe | ePaper

the shiny sheet

Posted: 3:54 p.m. Monday, April 11, 2016



# Epstein victims' attorneys clarify settlement

**Related**

By Michele Dargan

Daily News Staff Writer

The two attorneys who settled a defamation lawsuit with law professor Alan Dershowitz on Friday say they didn't drop the defamation case against Dershowitz "due to lack of factual evidence," according to a statement released Monday.

West Palm Beach Attorney Jack Scarola released the statement on behalf of attorneys Brad Edwards and Paul Cassell, **who sued Dershowitz for defamation** in January 2015. Dershowitz filed a defamation counterclaim.

Both sides agreed to drop their cases in Broward County Circuit Court on Friday. Edwards and Cassell "entered into a monetary settlement that resolved the defamation claims," but the amount remains confidential, according to their statement.

Edwards and Cassell represent underage victims of Palm Beach billionaire sex offender Jeffrey Epstein. One of those victims is Virginia Roberts Giuffre, **who alleges Epstein kept her as a sex slave** when she was a minor and made her have sex with his rich and powerful friends. In sworn statements, Giuffre alleged that **she was made to have sex with Dershowitz** at the behest of Epstein. Dershowitz vigorously denied those claims, saying he's never met Giuffre.

**> More on Palm Beach billionaire sex offender Jeffrey Epstein case**

Dershowitz then went on a media blitz, calling into question the two attorneys' ethics for making Giuffre's claims public when he insisted the allegations weren't true. **That led to the dueling lawsuits.**

Following the settlement, Dershowitz released a statement by former FBI Director Louis Freeh, saying Freeh had supervised an independent investigation that "found no evidence to support the accusations of sexual misconduct against Professor Dershowitz. In fact, in several instances, the evidence directly contradicted the accusations made against him. In my opinion, the totality of the evidence found during the investigation refutes the allegations made against Professor Dershowitz."

Dershowitz issued his own statement saying he was pleased the litigation was over and that Edwards and Cassell acknowledged it was a mistake to have filed sexual misconduct accusations against him.

Assertions that Dershowitz has made suggesting that he has prevailed "and that the terms of the settlement agreement exonerate him of any wrongdoing … are misleading at best," according to Edwards and Cassell's statement.

"Ms. Giuffre reaffirms her allegations, and the withdrawal of the referenced filings is not intended to be, and should not be construed as being, an acknowledgement by Edwards and Cassell that the allegations made by Ms. Giuffre were mistaken," court papers show.

Edwards and Cassell acknowledge that the public filing of Giuffre's claims about Dershowitz in their ongoing **federal Crime Victims' Rights Act lawsuit** "became a major distraction" from the merits of the case and turned out to be "a tactical mistake," according to court papers.

The three parties issued a joint statement Friday, saying Edwards and Cassell maintain that "they filed their clients allegations in good faith and performed the necessary due diligence to do so and have produced documents detailing those efforts. Dershowitz completely denies any such misconduct, while not disputing (Giuffre's) statements that the underlying alleged misconduct may have occurred with someone else. Dershowitz has produced travel and other records for the relevant times which he relies on to establish that he could not have been present when the alleged misconduct occurred. He has also produced other evidence that he relies upon to refute the credibility of the allegations against him."

**Comments**

If you would like to post a comment please Sign in or Register

**More News**

### Promoted Stories

- The Weekly Click List (One Kings Lane)
- Inside A Seriously Stunningly Atlanta Home (One Kings Lane)
- Crowdfunding is Changing Real Estate Investing (TechCrunch)
- Ever look yourself up? This new site is addicting. If you enter your name on this site, the results will surprise you. (Instant Checkmate)
- How Did the Most Legendary NCAA Players Do in the NBA? (PointAfter)
- Donald Trump's filthy richness in 33 photos. These pictures prove just how filthy rich he is. Crazy! (Filthy Rich Stars)

### You Might Also Like

- Palm Beachers remember 'special man' Ogden Mills "Dinny" Phipps
- Ogden Mills Dinny Phipps dies
- Trump's former estate: The story behind the $95-million mansion tear-down
- Florida parents upset over transgender student's use of boy's restroom at school
- 10-year-old house on North Ocean Way brings $4 million
- The big 40: Il Circolo celebrates anniversary, two honorees at gala

Recommended by **outbrain**

**SOUTH FLORIDA**   APRIL 11, 2016 2:06 PM

# Defamation case settled over sex-misconduct accusations against lawyer Alan Dershowitz

**HIGHLIGHTS**

The famous defense lawyer has reached a settlement with the accuser's attorneys in South Florida

The Jane Doe case grew out of initial sex-ring allegations against convicted billionaire Jeffrey Epstein



For people with atrial fibrillation (AFib), an irregular heartbeat, not caused by a heart valve problem.

Eliquis.
(apixaban)tablets 5mg 2.5mg

Reduced stroke risk better plus had less major bleeding than warfarin.

ELIQUIS and other blood thinners increase the risk of bleeding, which can be serious, and rarely may lead to death. In another trial compared to aspirin, ELIQUIS had a modest increase in major bleeding.

IMPORTANT SAFETY INFORMATION & INDICATION

For people taking ELIQUIS for atrial fibrillation: Do not stop taking ELIQUIS® (apixaban) without talking to the doctor who prescribed it for you. Stopping ELIQUIS increases your risk of having a stroke. ELIQUIS may need to be stopped prior to surgery or a medical or dental procedure. Your doctor will

U.S. Full Prescribing Information, including Boxed WARNINGS



Case 16-3945, Document 69-2, 08/24/2017, 2109778, Page34 of 101

**A-368**





BY JAY WEAVER
*jweaver@miamiherald.com*

A major law firm representing renowned defense attorney Alan Dershowitz has claimed victory in his defamation case against lawyers who accused him of having sex with an underage South Florida girl more than a decade ago.

"Lawyers acknowledge mistake in filing sexual misconduct charges against Professor Dershowitz," read the news release headline issued by the Washington, D.C., firm Wiley Rein.

Dershowitz told the Miami Herald over the weekend that the accusation was like a "drive-by shooting."

But while Dershowitz's defamation dispute with Fort Lauderdale attorney Bradley Edwards and colleague Paul Cassell was settled last week for an undisclosed sum, the allegation by a woman now in her early 30s is not going away — contrary to the former Harvard law professor's take.

"It is a mistake for anyone to conclude based upon Mr. Dershowitz's statements that the case against him was abandoned due to lack of factual support," said West Palm Beach attorney Jack Scarola, who represents Edwards and Cassell, the lawyers for the woman.

The defamation case erupted last year after their client accused Dershowitz of having sex with her between 1999 and 2002 when the minor was employed by Palm Beach billionaire Jeffrey Epstein, who later pleaded guilty to a state charge of soliciting minors for prostitution.

Edwards and Cassell made the allegation against Dershowitz in late 2014 in a lawsuit filed against the U.S. government. They are seeking to force South Florida federal prosecutors to break an agreement made years earlier not to charge Epstein and others with running an alleged international sex ring — a deal brokered by Epstein's high-profile defense team, including Dershowitz.

Dershowitz was quoted in news stories published in the Miami Herald and elsewhere that Edwards and Cassell would be "disbarred" for making the "false" allegation against him. Instead, Edwards and Cassell sued Dershowitz for defamation in Broward Circuit Court, and he countersued — leading to last week's settlement.

The parties' joint statement on the settlement was murky, leading the Herald to initially post a report that Edwards and Cassell were going to withdraw their client's sexual misconduct accusation against Dershowitz.

Here's why: A key section of the statement read: "Edwards and Cassell acknowledge that it was a mistake to have filed sexual misconduct accusations against Dershowitz, and the sexual misconduct accusations made in all public filings (including all exhibits) are hereby withdrawn. Dershowitz also withdraws his accusations that Edwards and Cassell acted unethically."

In an interview, Dershowitz, who lives in New York City and winters in Miami Beach, told the Herald that Jane Doe No. 3's accusations in the federal suit would no longer stand the test of truth.

"We were able to demonstrate where I was during the relevant time" between 1999 and 2002, said Dershowitz, who hired former FBI director Louis Freeh to investigate the sexual misconduct allegation. "It just didn't happen. This is a case where the first time I laid eyes on this woman was in a deposition three months ago."

Her explosive accusations were added to the federal suit in which two other alleged victims — identified as Jane Doe No. 1 and Jane Doe No. 2 in court records — had sought to use the Crime Victims' Rights Act to force the U.S. Department of Justice to prosecute Epstein for sex trafficking of children by fraud, among other offenses.

Her attorneys, Edwards and Cassell, said she and other alleged victims had the right to join the suit because they were not notified by federal prosecutors when they cut a then-secret non-prosecution agreement with Dershowitz in September 2007 that immunized not only Epstein but also possible co-conspirators in his alleged sex ring. Instead, the U.S. Attorney's Office deferred to the Palm Beach County State Attorney's Office for criminal charges.

On Monday, their defamation lawyer, Scarola, said the attorneys now acknowledge making a "tactical error" in filing Jane Doe No. 3's claim, but that they and their client still stand behind the allegation of sexual misconduct against Dershowitz and plan to pursue it in the

on-going suit against the U.S. government. There is no individual civil suit against Dershowitz.

The allegations were reported in January 2015 in the Herald in a story written by the Florida Center for Investigative Reporting.

The story described Epstein as a wealthy Wall Street money manager who traveled the world in circles that included President Bill Clinton and businessman Donald Trump. Epstein owned palatial properties not only in Palm Beach, but also Manhattan, the U.S. Virgin Islands and New Mexico.

That all changed in 2005, when a woman contacted Palm Beach police fearing that Epstein had molested her 14-year-old daughter. The girl told detectives she'd been invited to Epstein's mansion, where she was paid $300 after stripping to her underwear and massaging Epstein as he masturbated.

Police then located a community college student who gave a sworn statement that she had taken six girls, all between the ages of 14 and 16, to Epstein. In 2008, Epstein pleaded guilty to a single felony charge of soliciting minors for prostitution. Epstein, now 63 and listed on a state registry of sex offenders, served 13 months of an 18-month jail sentence.

After his conviction, Epstein's story grew even more bizarre, the Herald story reported, with anonymous women accusing him in federal court of conspiring with Ghislaine Maxwell, daughter of the late British media baron Robert Maxwell, to operate an international underage sex ring.

Edwards and Cassell filed their Jane Doe lawsuit against the U.S. government, alleging that Epstein had committed crimes against their clients, including sex trafficking of children by fraud.

Their case initially involved two women, identified as Jane Doe No. 1 and Jane Doe No. 2, who said they were sexually abused by Epstein and trafficked as minors. But in late 2014, Edwards asked to have two new accusers added to the case — identified as Jane Doe No. 3 and Jane Doe No. 4.

Jane Doe No. 3 alleged in the court filing that Maxwell and Epstein kept her as a "sex slave" from 1999 through 2002, when she escaped to an unspecified foreign country. Epstein forced Jane Doe No. 3, who was then a minor, to have sex with politically connected and wealthy people, the court filing alleged.

A-371

"Epstein's purpose in 'lending' Jane Doe [along with other young girls] to such powerful people [was] to ingratiate himself with them for business, personal, political and financial gain, as well as to obtain blackmail information," the filing alleged.

Jane Doe No. 3 identified one of the men she was forced to have sex with as Dershowitz, the former Harvard law professor and famous criminal defense lawyer. In the same filing, she also identified Prince Andrew, the Duke of York, as another alleged offender — an accusation that Buckingham Palace said was "categorically untrue."

The court filing — already stricken by a federal judge — was withdrawn as part of the settlement reached through mediation by former Broward Circuit Court Judge Jeffrey Streitfeld.

Dershowitz claimed that he was defamed by the sexual-misconduct accusation made in the filing, asserting Jane Doe No. 3's lawyers had not done the "necessary due diligence" beforehand, according to the joint statement of the parties. The lawyers maintained they filed their client's allegation in "good faith and performed the necessary due diligence."

The statement further said: "Dershowitz completely denies any such misconduct, while not disputing [Jane Doe No. 3's] statements that the underlying alleged misconduct may have occurred with someone else."

"Dershowitz has produced travel and other records for the relevant times which he relies on to establish that he could not have been present when the alleged misconduct occurred. He has also produced other evidence that he relies upon to refute the credibility of the allegations against him."







## MORE SOUTH FLORIDA

## YOU MAY LIKE

Sponsored Links by Taboola

**The battle is about to begin, get your Army of Dragons ready and Charge! Play Stormfall Now!**
Stormfall - Online Game

**17 facts about FOX News anchor Megyn Kelly**
PoliticsChatter

**Could 'DC madam' case impact the presidential election?**
PoliticsChatter

**The biggest presidential scandals in American history**
PoliticsChatter

## COMMENTS

**3 Comments**

Sort by    Oldest



Add a comment...



**Leonard S Feinman**

The law is not equal for everyone. Men are always named in sexual misconduct suits, and women never are. In this case, the facts show the allegations to be patently untrue. Yet, the news is filled with explanations of the withdrawel of charges against Mr. Dershewitz. Why is his accuser still unnamed? She should be charged with a crime. People should know about her. She is a part of a major lie, and her false testimony could have brought down many people.

I want to know who she is, and who is protecting her now. We assume men don't need or want the same legal protections, and that is false. Equal protection is the law. Equal prosecution should be too.

Like · Reply · 17 hrs



**James J Pfarr** · Hard Knocks University

If he was so innocent why settle? If I'm innocent i'm fighting it.

Like · Reply · 12 hrs



**Leonard S Feinman**

James J Pfarr It is referred to as a settlement because he also withdrew his own charges against the lawyer who brought the suit. It would be a waste of his own time, and he would still not gain anything. But MY POINT is that the law is not evenly balanced for men. You ASSUME he is guilty of something, but if he was, there would not be any settlement, only a court case. He had overwhelming evidence of his own innocence. Please read the story a few times, and kindly refrain from asking very stupid questions.

Like · Reply · 12 hrs



**Roberto Ravelo**

They all had money to fight if it would had been a regular citizen he or she would had been in jail n a register sex offender n the year say in the USA that justice is for all BS

Like · Reply · 👍 1 · 12 hrs



**Tadzio Sawicko** · Island Falls, Maine

Why is there so little emphasis on the fact that Dershowitz withdrew his lawsuit against Edwards and Cassell? The whole kerfuffle is between lawyers and has nothing to do with with the admitted pedophile Epatein and his pals/blackmail targets.

Like · Reply · 5 hrs

f  Facebook Comments Plugin



### Accident Or No: Trump's Kids Will Not Be Voting For Their Father

Donald Trump has no shame in boasting about the support he believes is guaranteed from GOP voters in his home state of New York. However, the ...

**SPONSORED CONTENT**





SPONSORED CONTENT

# Ever Googled Someone? Do A "Deep Search" Instead

Searching a Name on this site may reveal info you thought was private. Try yourself or someone you know.

By BeenVerified

**The New York Times** | http://nyti.ms/1qlUdpM

BUSINESS DAY

# Alan Dershowitz and 2 Other Lawyers Settle Suit and Counter Claim

By BARRY MEIER    APRIL 12, 2016

The noted defense lawyer **Alan M. Dershowitz** and two lawyers who had sued him claiming defamation have dropped court actions against each side, **ending a prominent dispute** that included accusations of sexual misconduct against Mr. Dershowitz.

The settlement, announced on Friday, included a financial arrangement. But a lawyer involved in the case would not say who had paid.

"The contractual terms of the settlement prevent me from saying anything," said the lawyer, Jack Scarola, who represents the two lawyers who had sued Mr. Dershowitz in a circuit court in Florida about a year ago claiming defamation, Bradley J. Edwards and Paul G. Cassell.

Mr. Dershowitz, who has represented such celebrities as O.J. Simpson and Leona Helmsley, said he was traveling. However, a spokesman for him, Richard Simpson, declined to discuss the agreement's financial arrangements saying they were confidential.

A-376

The dispute traces back to Mr. Dershowitz's representation of Jeffrey E. Epstein, a money manger who was accused a decade ago of paying underage girls for sexual services. Mr. Epstein subsequently pleaded guilty to two charges and was sentenced to 18 months in jail, though he was allowed to spend many days working on the outside.

In 2014, one of Mr. Epstein's accusers, Virginia Roberts Giuffre, claimed in court papers filed in a lawsuit seeking to have his plea agreement thrown out, that Mr. Dershowitz had sex with her while she was a teenager. Mr. Dershowitz adamantly denied the assertions and described her lawyers, Mr. Edwards and Mr. Cassell, as "villains" who had fabricated the charges.

The two men subsequently sued Mr. Dershowitz claiming defamation, and he responded with a counterclaim. Meanwhile, a judge struck Ms. Giuffre's comments from a court filing.

Under the settlement, Mr. Edwards and Mr. Cassell acknowledged making what they described as a "tactical mistake" in filing the sexual misconduct accusations against Mr. Dershowitz as part of a lawsuit in which he was not a party.

However, they issued a statement saying their client, Ms. Giuffre, stands behind her claims.

Mr. Dershowitz has said he has travel records and other documents to prove that he was not in same place as Ms. Giuffre when she claims they had encounters.

On Friday, he released a statement by Louis J. Freeh, the former director of the Federal Bureau of Investigation, whom Mr. Dershowitz hired to investigate the matter.

"Our investigation found no evidence to support the accusations of sexual misconduct," Mr. Freeh's statement said.

A-377

A version of this article appears in print on April 12, 2016, on page B2 of the New York edition with the headline: Dershowitz and 2 Other Lawyers Settle Legal Fight.

© 2016 The New York Times Company

# THE AMERICAN LAWYER

**NOT FOR REPRINT**

🖶   Click to Print or Select '**Print**' in your browser menu to print this document.

Page printed from: *The American Lawyer*

---

# What's Everyone Hiding in the Dershowitz Case?

Vivia Chen, The Careerist

April 14, 2016

I feel like a carrier pigeon in a game of chicken. Sorry for those fowl metaphors, but that's how it is.

Last time I reported on the Alan Dershowitz's legal morass, the hot issue was what was hiding in the confidentiality agreement in his settlement with lawyers Bradley Edwards and Paul Cassell. Dershowitz wouldn't say, but Edwards and Cassell added a twist: They'll waive confidentiality. In response, Dershowitz said he'd waive it too, provided that (1) Edwards, Cassell and Boies Schiller & Flexner agree "to unseal Virgina Giuffre's deposition;" and (2) Boies Schiller release Dershowitz's affidavit regarding David Boies.

I conveyed Dershowitz's offer to Edwards and Cassell. And their lawyer Jack Scarola emailed me this:

> There is no need to negotiate anything with Bradley Edwards and Professor Paul Cassell. They unconditionally accept Alan Dershowitz's offer and are willing to agree to a mutual waiver of the confidentiality of all defamation claim-related filings and settlement documents. The agreement would become effective immediately upon receipt of an email response from Alan Dershowitz which need say nothing more than "I agree."

Easy, breezy, right? Ha. The stickler is that what Dershowitz wants released is Giuffre's desposition and his affidavit regarding Boies. To those conditions, Scarola's response is, hey, that's not in our control:

> The deposition and affidavit referenced by Mr. Dershowitz were sealed by court order based upon a request made by the Boies Schiller law firm to protect their client. Those rights are not negotiable. What's more, those rights have nothing to do with the amount of money involved in the settlement of the defamation lawsuit. Any matters relating to David Boies and the Motion for Contempt pending against Mr. Dershowitz for his violation of that court order are matters for the Boies Schiller firm and the Court to sort out.

Scarola is correct that the settlement was between his clients and Dershowitz. Why, then, is Dershowitz dragging Boies into this? The professor tells me: "Boies demanded that the Roberts depo[sition] and my affidavit be sealed. He and Scarola have a joint defense agreement and

are playing team tag. Any negotiation must involve them all."

True, Boies was in the loop for a while. According to Boies and Dershowitz, Boies acted as a go-between between the Harvard law professor and Edwards and Cassell in settlement talks last year. Boies, however, was not involved in the final settlement. (Since last year, Boies Schiller has been representing Giuffre in her defamation suit against heiress Ghislaine Maxwell, who allegedly recruited her to serve as a sex slave for billionaire Jeffrey Epstein, a former friend and former client of Dershowitz.)

Is there a chance that Boies will release the documents that are the conditions of Dershowitz's waiver? Hell, no. Boies' spokesperson would barely dignify my query with a direct response: "David Boies is going to take Mr. Dershowitz at his word that he wants to avoid further debate, and he will not respond further unless Mr. Dershowitz makes additional assertions to which he has to respond."

Indeed, it would be shocking if Boies Schiller agreed to release those documents. In December, the firm sought an emergency order to seal Dershowitz's affidavit, which the court granted. In January, the firm also sought sanctions against Dershowitz for violating the terms of the order. (The sanction hearing, according to the firm, is scheduled for May.) Boies claims in the sanction motion that Dershowitz repeatedly tried to put false information from the confidential settlement discussions into the record.

Both sides seem to have something they don't want out of the bag. For Dershowitz, it's the terms of the settlement. Assuming he coughed up big bucks to get the settlement, as Boies had suggested to me, some people might jump to the conclusion that the sexual allegations against Dershowitz might not be totally baseless. But there might be other reasons that have nothing to do with the sexual allegations, such as Dershowitz's concern that Edwards and Cassell might win their defamation suit against him. Who really knows?

And what's in the Giuffre deposition and Dershowitz affidavit that Boies doesn't want out? Could it be that Giuffre's deposition contains information about her alleged relations with Dershowitz that might show inconsistencies? Or is it just too lurid and prejudicial? As for the content of Dershowitz's affidavit, we can make a good guess: A New York Times article in December reports that Dershowitz said in the deposition that Boies told him that he thought the professor was innocent. (In Boies Schiller's motion for sanction, the firm accused Dershowitz of violating the court order by leaking his affidavit to the Times.)

It's all a game. The way I see it, everyone involved has a reason to keep something under wraps. Despite all the posturing by Cassell and Edwards and Dershowitz that they're ready to let the truth out, they know—and we know—that it ain't gonna happen.

Related posts: *Careerist's* *Previous Posts on Alan Dershowitz.*

vchen@alm.com

Copyright 2016. ALM Media Properties, LLC. All rights reserved.

Monday, May 2, 2016 | 5:45 p.m.

Palm Beach Daily News

Subscribe | ePaper

the shiny sheet

Posted: 7:00 a.m. Sunday, May 1, 2016



SEASON IN REVIEW

# Dershowitz, Croghan, DeRosa: Busy season in Palm Beach court cases

**Related**

By Michele Dargan

Daily News Staff Writer

Among the notable court news this season was the settlement of a **high-profile defamation case** between law professor Alan Dershowitz and the two attorneys who represent victims of sex offender Jeffrey Epstein.

Attorneys Brad Edwards and Paul Cassell **sued Dershowitz for defamation** in January 2015 and Dershowitz filed a defamation counterclaim.

Edwards and Cassell represent Virginia Roberts Giuffre, who alleges **Epstein kept her as a sex slave** when she was a minor and made her have sex with his rich and powerful friends.

**>More on Palm Beach billionaire sex offender Jeffrey Epstein case**

In a federal lawsuit filed by Edwards and Cassell, Giuffre gave sworn statements, alleging she was made to have sex with Dershowitz at the behest of Epstein. Dershowitz vigorously denied those claims, saying he's never met Giuffre.

Dershowitz then went on a media blitz, calling into question the two attorneys' ethics for making Giuffre's claims public when he insisted the allegations weren't true. That led to the dueling lawsuits.

Both sides agreed to drop their cases in Broward County Circuit Court last month.

**> Palm Beach Season In Review**

Dershowitz issued a statement saying he was pleased the litigation was over and that Edwards and Cassell acknowledged it was a "mistake" to have filed sexual misconduct accusations against him. He also released a statement by former FBI Director Louis Freeh, saying Freeh had supervised an independent investigation that "found no evidence to support the accusations of sexual misconduct against Professor Dershowitz."

Edwards and Cassell followed with their own statement, saying they didn't drop the defamation case against Dershowitz "due to lack of factual evidence ... There was not and is no acknowledgement that the allegations themselves were mistaken or that information developed in the course of proceedings in the defamation case somehow exonerate Mr. Dershowitz."

**Condo shooting plea deal**

**Charles Croghan**, the former doorman who **shot and seriously wounded a Palm Beach condo manager**, accepted a plea deal in March that will put him behind bars for 20 years.

On Oct. 3, 2014, Croghan, of Lantana, walked into The President of Palm Beach condominium, went to the office of manager Jeremy Holland and **shot him point-blank in the head**. Crogan also threatened Holland's fiancée, Dana Enriquez, with a gun.

He was charged with first-degree attempted murder and aggravated assault with a firearm.

Croghan, 74, pleaded guilty to the altered charge, attempted second-degree murder with a firearm, a first-degree felony, plus two counts of aggravated assault with a firearm, third-degree felonies.

Holland and Enriquez signed off on the plea deal.

"We are happy with it," Enriquez said. "It saved us from having to testify and the emotional drain of a trial. It would have brought up too many raw feelings."

**Judge clears fired firefighter of wrongdoing**

Fired Palm Beach firefighter **Jeremy DeRosa** was exonerated by a judge in January on a felony charge of workers' compensation fraud.

Palm Beach County Circuit Judge John Kastrenakes granted the defense's request for a directed verdict at the end of a one-day trial. Kastrenakes ruled that the state presented insufficient evidence for him to allow the case to be decided by a jury.

"The overall evidence does not rise to the level of continued practice of deception with the intent to gain money," the judge said. "I have seen fraud cases ... this is not even in the same ballpark."

State officials alleged that DeRosa, a firefighter/paramedic, misrepresented the extent of an injury while out of work and collected his full pay under workers' compensation. He went on leave after falling in the kitchen of Fire Station 3 on July 10, 2013, and injuring his right ankle.

DeRosa was charged with workers' compensation fraud in December 2013. Two months later, Public Safety Director Kirk Blouin **fired the 5 1/2-year town employee**.

After the verdict, a tearful DeRosa said it was a bittersweet win because his life had been ripped apart by state's decision to charge him and the town's decision to fire him.

## Comments

If you would like to post a comment please Sign in or Register

**More News**

**Promoted Stories**

**You Might Also Like**

- Inside a Charming-Chic Studio Apartment Makeover (One Kings Lane)
- Must-See! Inside a Chic Designer's Incredible Home (One Kings Lane)
- Donald Trump's Children Lead Lives You Wouldn't Believe (LifeDaily)
- Enter your name and state, brace yourself. You'll be surprised about what info is out there for the public to see. (Instant Checkmate)
- Jennifer Lopez: I Get Better With Age (Demon Apps)
- News Anchors Who Will Make Your Jaw Drop ()

- Palm Beach In Memoriam: Mid-October 2015 to April 2016
- Public safety: Alarming events, from shooting to garage explosion
- Palm Beach utilities task force to discuss transformers, bonds Tuesday
- Plans for new grocery store good news for residents in far South End
- Police: Teenagers broke into cars on Palm Beach's North End
- 'Daily News' Food Drive Donors: Week 4

Recommended by

A-382

# Exhibit N

**Lichtenstein, Alexander**

| | |
|---|---|
| **From:** | Susan Moss <smoss@17th.flcourts.org> |
| **Sent:** | Wednesday, November 04, 2015 11:23 AM |
| **To:** | Thomas E. Scott; Steven R. Safra; Simpson, Richard; Borja, Mary; Eiler, Ashley; Jack Scarola; Mary E. Pirrotta; smccawley@bsfllp.com |
| **Subject:** | Edward & Cassell v. Dershowitz CACE 15-000072 (05) |

Good morning,

I am advising of Judge Lynch's rulings on the above referenced case. His rulings are as follows:

Non Party's motion to quash, or for protective order, regarding subpoena served on non party law firm Boies Schiller:    The subpoena, as to the law firm, is quashed

As to the "Jane Doe #3" subpoena:    The motion is granted as to request #9, 17, 18, 20 and 23.

The motion is denied as to the other requests, but a confidentiality order shall be entered.

Regarding the deposition:    The depo shall be limited to 4 hours without prejudice to request additional time in the future.

The Defendant can be present at the depo.

The depo will be taken at the law firm representing the witness.

There shall be a special master, paid by the Defendant, present at the depo, to rule on objections.

The depo will be limited to the issues of this case without prejudice for another depo, if required, in the future.

The issues and said limitations will be determined by the special master.

Each attorney who had a motion heard, is to prepare the order on their motion for the judges signature, along with sufficient copies, self addressed, self stamped envelopes for all parties.

These orders cannot be submitted through the order portal.

Respectfully,


Susan Moss
Judicial Assistant to Judge Thomas M. Lynch, IV
201 S.E. 6th Street, Rm 920B
Fort Lauderdale, Florida  33301
954-831-7831

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

            Plaintiff,

  -against-

GHISLAINE MAXWELL,

            Defendant.

Index No. 15 Civ. 7433 (RWS)

**SUPPLEMENTAL
DECLARATION OF
ALAN M. DERSHOWITZ**

        **ALAN M. DERSHOWITZ** declares under penalty of perjury that the following

is true and correct:

      1.     I am personally familiar with the facts set forth in this supplemental declaration,

which I am submitting to clarify certain averments made in my August 11, 2016 declaration in

support of my pending motion to intervene and to unseal documents.

      2.     In my previous declaration, I characterized the offenses to which Jeffrey Epstein

pleaded guilty as "involving sex with minors" (¶ 7) and "related to sex with minors" (¶ 10).

These statements were imprecise; they were not intended to imply that Mr. Epstein was

convicted of having sex with minors (he was not).  Rather, and for the avoidance of any

ambiguity, Mr. Epstein pleaded guilty to solicitation of prostitution and to procuring a person

under the age of 18 for prostitution.

      3.     In paragraph 11 of my previous declaration, I stated: "During the criminal

investigation of Mr. Epstein, which spanned the years 2006 through 2008, Ms. Giuffre was

interviewed by law enforcement and provided details about Mr. Epstein's alleged criminal acts."

I further stated: "Ms. Giuffre did not allege to law enforcement that I engaged in sexual

misconduct of any sort. According to the Assistant United States Attorney who was

negotiating Mr. Epstein's plea arrangement, while he was at the U.S. Attorney's Office, Ms.

Giuffre never mentioned me as having been involved in any sexual misconduct, much less

suggested that she had been trafficked to me by Mr. Epstein." This language may confuse the

precise timeline of these events. According to FBI records, Ms. Giuffre was contacted in 2007

about the investigation of Mr. Epstein, although she did not provide a detailed interview at that

time. Ms. Giuffre has asserted elsewhere that she first supplied details concerning her

allegations against Mr. Epstein in 2011. Regardless, I was told by the Assistant United States

Attorney that he was aware of no allegations made against me by anyone during his tenure at the

U.S. Attorney's Office, where he worked until approximately 2010. As further detailed in my

previous declaration, as far as I am aware, Ms. Giuffre never claimed that I had sexual contact

with her—a claim that is utterly false—before her filing in the CVRA Action in late 2014.

Dated: August 19, 2016
     Chilmark, Massachusetts

_____
ALAN M. DERSHOWITZ

A-386 - A-387

**THESE PAGES INTENTIONALLY LEFT BLANK**

# Exhibit O

1

1        IN THE CIRCUIT COURT OF THE SEVENTEENTH
         JUDICIAL CIRCUIT IN AND FOR
2            BROWARD COUNTY, FLORIDA

3           CASE NO.  CACE 15-000072

4

5    BRADLEY J. EDWARDS and PAUL G. CASSELL,

6
             Plaintiffs/Counterclaim Defendants,
7
             vs.
8

9    ALAN M. DERSHOWITZ,

10
             Defendant/Counterclaim Plaintiff.
11   _____/

12

13

14           VIDEOTAPED DEPOSITION OF

15              PAUL G. CASSELL

16      TAKEN ON BEHALF OF THE DEFENDANT

17        VOLUME I, PAGES 1 to 151

18

19

20          Friday, October 16, 2015

21         1:33 p.m. - 4:31 p.m.

22
            110 Southeast 6th Street
23          110 Tower - Suite 1850
         Fort Lauderdale, Florida  33301
24

25          Theresa Tomaselli, RMR

1           That is the basis for that particular

2    allegation.

3           Q.   Mr. Cassell, does the police report you're

4    referring to, at any point, say Professor Dershowitz

5    abused any of these particular minors -- not were they

6    abused at the mansion -- but did it say anywhere that

7    Professor Dershowitz did that?

8           A.   The police report itself does not refer to

9    Professor Dershowitz abusing these girls.  However, when

10   you look at the police report, what it shows is a

11   pattern of egregious sexual abuse of approximately 23 to

12   24 young girls over an extended period of time at a

13   mansion that was owned by Jeffrey Epstein, who was one

14   of the closest personal friends, from what I could

15   gather, of Mr. Dershowitz.

16           And so that was -- there -- there's other

17   information.  I don't want to filibuster you on that.  I

18   would be happy to elaborate on that, but that is the

19   first piece of evidence that I would begin referring to.

20           If you want a more -- if you want -- just so

21   the record is clear, if you want to know all the

22   bases -- all the grounds for which that allegation

23   appears, then I would like to make a more extended

24   presentation.

25           Q.   We -- we will get there.  But my -- my -- I

```
 1            think you will need a standing objection.
 2                 MR. SIMPSON:  Well, I'll just make the
 3            objection there and --
 4                 MR. SCAROLA:  Thank you.
 5                 MR. SIMPSON:  -- I will go back to my
 6            question.
 7       BY MR. SIMPSON:
 8            Q.   My question had nothing to do with whether
 9       you could identify girls that Jeffrey Epstein abused.
10       My question was:  As of December 30th, 2014 -- and you
11       don't have to give me the name right now -- is there any
12       specific girl that you had evidence Professor Dershowitz
13       abused?
14            A.   What I had was the police report moving girls
15       and the girls were named in the police report, although
16       the police report that I think has been made public has
17       the names redacted.  Those girls were moving through the
18       mansion at the time when, for example, household staff
19       were saying that Mr. Dershowitz was receiving massages.
20                 And so, yes, I have 24 names in mind as
21       possible sexual abuse victims that Dershowitz may or may
22       not have abused.  And I have not been able to pinpoint
23       exactly what happened, because the people who would be
24       in the best position to help me sort out what the names
25       were, specifically Jeffrey Epstein, among others, have
```

```
1     refused to cooperate and give me those names.
2              MR. SIMPSON:  Move to strike the
3          nonresponsive portion of the answer.
4              THE WITNESS:  Can I ask what part of that was
5          nonresponsive in your view?
6              MR. SCAROLA:  That -- that's all right.
7              THE WITNESS:  Okay.
8              MR. SCAROLA:  Professor Cassell, you don't
9          need to do that.
10             THE WITNESS:  Okay.
11    BY MR. SIMPSON:
12        Q.   If I understood you correctly, you said in
13    that answer, which I think -- strike that.
14             If I understood you correctly, you said in
15    that answer that there was a universe of 24 girls, I
16    believe you said, or approximately, that Professor
17    Dershowitz may or may not have abused; is that your --
18    your -- your position?
19        A.   That's correct.  It's been impossible to
20    narrow down exactly what happened because of the lack of
21    cooperation from, for example, Jeffrey Epstein.
22        Q.   If as of December 30th, 2014, based on your
23    information, Professor Dershowitz may or may not have
24    abused other minors, why did you allege that he did?
25        A.   Your question, as I understood it, was did I
```

152

1        IN THE CIRCUIT COURT OF THE SEVENTEENTH
                JUDICIAL CIRCUIT IN AND FOR
2                BROWARD COUNTY, FLORIDA

3            CASE NO.  CACE 15-000072

4

5    BRADLEY J. EDWARDS and PAUL G. CASSELL,

6

7            Plaintiffs/Counterclaim Defendants,

        vs.
8

9    ALAN M. DERSHOWITZ,

10

11           Defendant/Counterclaim Plaintiff.
     _____/

12

13

14           VIDEOTAPED DEPOSITION OF

15               PAUL G. CASSELL

16       TAKEN ON BEHALF OF THE DEFENDANT

17         VOLUME II, PAGES 152 to 335

18

19

20         Saturday, October 17, 2015

21          8:32 a.m. - 12:14 p.m.

22

23         425 North Andrews Avenue
                  Suite 2
         Fort Lauderdale, Florida  33301
24

25         Theresa Tomaselli, RMR

1    of the flight logs support that proposition?

2         A.    The face of the flight logs for the relevant

3    period of time, we can call it the hot period of time or

4    whatever you want, did not reveal the presence of

5    Mr. Dershowitz on those flights, yes.

6         Q.    Okay.  So during the period -- well,

7    actually, there's no flight log that shows Virginia

8    Roberts and Professor Dershowitz on the same airplane,

9    correct?

10         A.    That's my understanding, yes.

11         Q.    And --

12              MR. SCAROLA:  By name.  You're -- you're --

13              MS. McCAWLEY:  And it --

14              MR. SCAROLA:  -- asking whether she was there

15         identified by name?

16    BY MR. SIMPSON:

17         Q.    To your knowledge, isn't it correct that

18    there is no flight log that's been produced in this case

19    by any party that reflects Professor Dershowitz and

20    Virginia Roberts on the same plane, as you read the

21    flight log?

22              MR. SCAROLA:  I'm sorry.  Are you asking

23         whether those same names appear on the flight log

24         together?

25              MR. SIMPSON:  My question, I think, is

1          A.    Yes.   In part.  I mean, there are other

2   reasons it's significant, as we have been talking about,

3   names are circled who appear to have relevant

4   information on Jeffrey Epstein's criminal activities.

5          Q.    Donald Trump was a friend of Jeffrey Epstein;

6   is that not correct?

7          A.    I really don't -- my understanding is, yes,

8   but I -- I don't have a lot of information about Trump.

9          Q.    It's true also, is it not, that Mr. Trump was

10  a frequent visitor to Mr. Epstein's residence?

11         A.    I -- I know that he visited frequent.  I -- I

12  don't have a lot of information about Trump.

13         Q.    And his name is circled in this book; is it

14  not?

15         A.    I believe it is.

16         Q.    Based on him -- assuming he's a frequent

17  visitor to Mr. Epstein's home, and that he's a friend of

18  Mr. Epstein's, and that his name is circled in this

19  book, do you infer that he was engaged in criminal

20  sexual abuse of minors?

21              MS. McCAWLEY:  I'm going to object to the

22               extent that your answer would reveal anything

23               that my client has told you.

24              THE WITNESS:  No.

25

# Exhibit P

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE 15-000072

BRADLEY J. EDWARDS and PAUL G.
CASSELL,,

         Plaintiffs,

vs.

ALAN M. DERSHOWITZ,

         Defendant.

_____/


CONTINUED VIDEOTAPE DEPOSITION OF

ALAN M. DERSHOWITZ


VOLUME 2
Pages 180 through 333


Friday, October 16, 2015
9:18 a.m. - 12:26 p.m.


Cole Scott & Kissane
110 Southeast 6th Street
Fort Lauderdale, Florida


Stenographically Reported By:
Kimberly Fontalvo, RPR, CLR
Realtime Systems Administrator

1    conclusively prove that Bill Clinton was never on

2    Jeffrey Epstein's island, yes.

3          **Q.    And you were denied those records,**

4    **correct?**

5          A.    No, no, no.

6          **Q.    Oh, you got them?**

7          MR. SCOTT:   Well, wait a minute.   Let's

8          take it slow.   Ask a question.

9          A.    As any lawyer knows, FOIA requests take a

10   long, long period of time.   So they were neither

11   denied nor were they given to us.   They are very

12   much in process.

13     BY MR. SCAROLA:

14         **Q.    When was --**

15         A.    While we're talking about -- may I

16   complete -- I want to amend one answer I gave

17   previously.

18          While we're talking about the plane logs,

19   I must say that during the recess, my wife Googled

20   Tatiana and found out that she was, in fact, 24

21   years old in 1995, at the time she flew on that

22   airplane.   So that my characterization of her as

23   about 25 years old is absolutely correct.

24          And the implication that you sought to

25   draw by showing me those pictures was not only

1    demonstrably false, but you could have easily

2    discovered that the implication you were drawing was

3    demonstrably false by simply taking one second and

4    Googling her name as my wife did.

5        BY MR. SCAROLA:

6        **Q.   And so at 25 years old, she wasn't a young**

7    **woman?**

8        A.   She was not the kind of woman that I was

9    describing as underage.  She was a mature, serious,

10   I think I said in my public statements a model.  I

11   wasn't aware at the time that see was working for

12   Victoria's Secrets, but Google demonstrates that.

13   And I described her exactly, in exactly the right

14   terms, a serious person.

15        I always saw her dressed when I saw her --

16   I saw her maybe on two or three occasions, dressed

17   appropriately.  She was a serious adult worker and I

18   think you insult and demean her when you suggest

19   that anything other than that she was a serious

20   adult when she flew on that airplane.

21       **Q.   You were asked on the occasion of that**

22   **same Don Lemon CNN interview what possible motive**

23   **the attorneys, Brad Edwards and Paul Cassell, could**

24   **have had to have identified you in the pleading that**

25   **was filed in the Crime Victim's Rights Act case.**

A-400

# Exhibit Q

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY,
FLORIDA

CASE NO.:  CACE 15-000072

EDWARDS, *et al.*,

      Plaintiffs / Counterclaim Defendants,

        v.

DERSHOWITZ,

      Defendant / Counterclaim Plaintiff.

_____/

## AFFIDAVIT OF JUAN P. ALESSI
## REGARDING KNOWLEDGE OF ALAN M. DERSHOWITZ

**A. Introduction**

1. My name is Juan P. Alessi. I make this declaration voluntarily and without

    compensation on personal knowledge concerning Alan Dershowitz and his visits at

    my former employer Jeffrey Epstein's home in Palm Beach, Florida.

2. I worked for Mr. Epstein from January 1991 to December 2002 as a full-time

    employee performing maintenance services and then also became the manager for the

    home on 358 El Brillo Way in Palm Beach, Florida.

3. Since Mr. Epstein was investigated and arrested, I have spoken with police,

    investigators, and attorneys concerning my time working for Mr. Epstein.

4. On September 8, 2009, I gave a deposition in the case captioned *Jane Doe No. 2 v.*

    *Jeffrey Epstein*, Case No. 08-CV-80119 in which I truthfully answered the questions

    posed by the attorneys.  I also gave a sworn statement on November 21, 2005 to

1

Detective Joseph Recarey of the Palm Beach P.D. during their investigation of Mr.
Epstein.

5.  I have reviewed the statements that Bradley Edwards and Paul Cassell attribute to me
in their papers in the cases against the Government and against Mr. Dershowitz.
Because I do not believe they accurately reflect the statements I previously made, I
submit this affidavit to have my statements accurately reflected and made clear on the
record.

**B.  Summary of My Knowledge of Massages at Mr. Epstein's Palm Beach Home**

6.  As I stated in my deposition, a massage was like a treat for all the guests at Mr.
Epstein's home.  Mr. Epstein usually received his massages in his private suite, but
guests would also be given massages in their respective rooms or by the pool area.

7.  There were between fifty (50) to one hundred (100) masseuses – mostly women but
also some men - who would come to give massages during this time.  I provided
names of masseuses in my deposition.

8.  As I stated in my deposition, I was unaware of any masseuses being under the age of
18.  I believed that the females' age ranged from overage to maybe mid-forties.  As I
stated in my deposition, I received as a gift a massage from a male masseuse at Mr.
Epstein's home in Palm Beach.

9.  In my deposition, I was asked about cleaning up after massages.  I stated that when I
cleaned Mr. Epstein's bedroom suite, which included the bathroom of Ms. Maxwell,
after massages, I would, on occasion, find vibrators and sex toys.  I have specific
recollection of finding these items in the sink of Ms. Maxwell's bathroom.  I did not
state or imply that vibrators or sex toys were found after massages in other rooms
used by guests because that was not the case.  Guests having massages did not have

2

massages in Mr. Epstein's private bedroom suite. This area was private and off-limits to guests, which I explained to the lawyers during my deposition. As I said in my deposition, massage tables were located in almost every room, including guest rooms and by the pool. I never found, and never heard anyone in the house finding, a vibrator or a sex toy in the same room where any guest, including Alan Dershowitz, had a massage.

10. The following statement made by Virginia Roberts's attorneys in a filing on January 21, 2015 is not accurate and is a misrepresentation of what I said in my deposition: "The private, upstairs room where Dershowitz got his 'massages' was one that contained a lot of vibrators – Maxwell had 'a laundry basket . . . full of those toys' in that room."

**C. Summary of My Interaction with Alan M. Dershowitz**

11. During the approximate thirteen years I worked for Mr. Epstein, I believe I saw Mr. Dershowitz visit Mr. Epstein's Palm Beach home approximately four or five times a year. I recall driving him to the airport on multiple occasions.

12. At the time, I understood that Mr. Dershowitz was a famous lawyer. His visits to the house would typically involve a group of intellectuals or business men in social, but professional type gatherings.

13. I can recall that Mr. Dershowitz had a massage on at least one occasion during a visit to Mr. Epstein's home in Palm Beach (although I cannot recall that Mr. Dershowitz received a massage on more than one occasion). I do not recall Mr. Dershowitz being massaged by anyone who I thought was less than 18 years old. I have no reason to doubt Mr. Dershowitz's statement that this massage was done by a woman named Olga who was in her forties. In fact, I do remember a masseuse named Olga that

3

**A-404**

lived in Palm Beach, though I do not know her last name.  As I have said, I never saw Mr. Dershowitz around young girls.  I have also explained that there were masseuses, both male and female, that were in their mid-forties.

14. I never saw Mr. Dershowitz do anything improper or be present while anyone else was being improper.

15. Before asking me about Jeffrey Epstein speaking to celebrities at the house, the attorney for "Jane Doe 102" asked me about Jean Luc Brunel, Mark Epstein, Daniel Estes, Matt Groening, and Leslie Wexner.  I then listed Senator Mitchell, Prince Andrew, Princess Sarah Ferguson, Miss Yugoslavia, Miss Germany, Alan Dershowitz, Princess Diana's secretary with her children, Mr. Trump, Mr. Robert Kennedy, Jr., Frederik Fekkai, and a couple Noble prize winners as celebrities that I had seen while working for Mr. Epstein.  I also mentioned a reunion of Nobel prize winners that was held at the house, and that I met President Clinton at Mr. Epstein's plane the last month that I was working for Mr. Epstein.

**C. Summary of My Interaction with Virginia Roberts**

16.  The first time I saw Virginia Roberts was at Mar-a-Lago where I believed she worked in the spa.  I only recall seeing Virginia Roberts come to Mr. Epstein's house during the last year that I worked for Mr. Epstein.  During this time, I believe she visited Mr. Epstein's home in Palm Beach two or three times a week.

17. I never saw any photographs of Virginia Roberts in Mr. Epstein's house.  I was shown a photo of Virginia Roberts during my deposition, and I recognized the woman in the photo as Virginia Roberts.

18.  As I stated in my deposition, I am not sure whether Virginia Roberts came to the house when Prince Andrew was there.

4

19. I was never asked by any attorneys if Virginia Roberts came to the house when Mr.
    Dershowitz was there.  If I had been asked, I would have answered that I never saw
    Virginia Roberts at the house when Mr. Dershowitz was there.

20. The following statement made by Virginia Roberts's attorneys and their own attorney
    in a filing on December 4, 2015 is not accurate and is a misrepresentation of what I
    said in my deposition: "Alessi was able to identify a photograph of Ms. Giuffre as
    someone who was at the mansion as the same time as Dershowitz."

21. As far as I can recall, since I gave my deposition in 2009, I have never been asked by
    Brad Edwards or Paul Cassell about my knowledge regarding Virginia Roberts or
    Alan Dershowitz or about my 2009 deposition testimony.

**I understand that I am swearing or affirming under oath to the truthfulness of the
claims made in this affidavit and that the punishment for knowingly making a false
statement includes fines and/or imprisonment.**

Dated:  January 13,  2016

Juan Alessi

STATE OF   FLORIDA
COUNTY OF   PALM BEACH

Sworn to or affirmed and signed before me on  JANUARY 13, 2016
by  JUAN PATRICIO, who provided his driver's
license.   ALESSI

NOTARY PUBLIC or DEPUTY CLERK
LINDA S. COHEN
[Print, type, or stamp commissioned name of
notary or clerk.]

LINDA S. COHEN
MY COMMISSION #FF022305
EXPIRES: SEP 23, 2017
Bonded through 1st State Insurance

5

# Exhibit R

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CIV-80119-MARRA/JOHNSON

JANE DOE NO. 2,

      Plaintiff,

-vs-

JEFFREY EPSTEIN,

      Defendant.
_____/

Related cases:

08-80232, 08-08380, 08-80381, 08-80994
08-80993, 08-80811, 08-80893, 09-80469
09-80591, 09-80656, 09-80802, 09-81092

_____/

VIDEOTAPED DEPOSITION OF

SARAH KELLEN

EXCERPT - CROSS-EXAMINATION BY MR. GARCIA - VOL I

Wednesday, March 24, 2010
10:37 - 6:51 p.m.

250 Australian Avenue South
Suite 1500
West Palm Beach, Florida 33401

Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting Services
Job No.:  1484

Page 39

1    the dental work done?

2            MR. RHEINHART:  Instruct the witness not

3        to answer.  Objection to the form, instruct the

4        witness not to answer.

5            THE WITNESS:  On the instruction of my

6        lawyer, I must assert my Fifth Amendment right.

7    BY MR. GARCIA:

8        Q.   Do you know Kevin Spacey?

9            MR. RHEINHART:  Are you asking if she's

10       ever met Kevin Spacey?

11           MR. GARCIA:  Yes, I'm sorry.

12           MR. KUVIN:  There you go.

13           MR. RHEINHART:  Instruct the witness not

14       to answer the question.

15           THE WITNESS:  At the instruction of my

16       lawyer, I must invoke my Fifth Amendment right.

17   BY MR. GARCIA:

18       Q.   Did you ever met Chris Tucker?

19           MR. RHEINHART:  Same instruction.

20           THE WITNESS:  At the instruction of my

21       lawyer I must invoke my Fifth Amendment

22       privilege.

23   BY MR. GARCIA:

24       Q.   Did you ever meet Bill Clinton?

25           MR. RHEINHART:  Same instruction.

Electronically signed by cynthia hopkins (601-051-976-2934)                    18d6512b-a8c7-4cca-9f2d-2e183b47e8dd

Page 40

1            THE WITNESS:  On the instruction of my

2       lawyer, I must invoke my Fifth Amendment right.

3   BY MR. GARCIA:

4       Q.   Did you ever fly with these three

5   gentlemen and Jeffrey Epstein to Africa on Jeffrey

6   Epstein's 727 airplane?

7            MR. RHEINHART:  Objection to the form.

8       It's a compound question.  Instruct the witness

9       not to answer based on the Fifth Amendment.

10            THE WITNESS:  At the instruction of my

11       lawyer, I must invoke my Fifth Amendment right.

12   BY MR. GARCIA:

13       Q.   Has Mr. Epstein ever told you that he had

14   any type of surgical procedure performed on his

15   penis?

16            MR. RHEINHART:  Objection to the form to

17       the extent it assumes any knowledge of

18       Mr. Epstein and instruct the witness not to

19       answer.

20            THE WITNESS:  On the instruction of my

21       lawyer, I must invoke my Fifth Amendment right.

22   BY MR. GARCIA:

23       Q.   Has he ever told you that he's ever had a

24   penile implant added to his penis?

25            MR. RHEINHART:  Same instruction, same

Electronically signed by cynthia hopkins (601-051-976-2934)                    18d6512b-a8c7-4cca-9f2d-2e183b47e8dd

# Exhibit S

**A-411**

# ALAN M. DERSHOWITZ

1575 MASSACHUSETTS AVENUE
CAMBRIDGE · MASSACHUSETTS · 02138

August 15, 2011

Jack Scarola, Esq.
Searcy Denney Scarola Barnhart & Shipley
2139 Palm Beach Lakes Blvd.
West Palm Beach, Florida 33409

Re:  Edwards adv. Epstein

Dear Mr. Scarola:

As you may know, I was Jeffrey Epstein's attorney when he submitted his guilty plea.
Accordingly, "any knowledge" I may have in connection with that plea is privileged information.
If you would let me know what non-privileged information you would seek from me, I would
then be able to decide whether to cooperate.

Sincerely,

Alan M. Dershowitz

Dear Mr. Dershowitz :
   We do not intend to inquire about any
privileged communications or attorney work product. We
do, however, have reason to believe that you have
personally observed Jeffrey Epstein in the presence of
underage females, and we would like the opportunity
to question you under oath about those observations.
   Thank you for your anticipated cooperation.

Sincerely,

J. S.

cc: client

SCAROLA 016566

**A-412**



SEARCY
DENNEY
SCAROLA
BARNHART
& SHIPLEY, P.A.
*Attorneys
at Law*

**WEST PALM BEACH OFFICE:**

2139 PALM BEACH LAKES BLVD.
WEST PALM BEACH, FLORIDA 33409

P.O. BOX 3626
WEST PALM BEACH, FLORIDA 33402

(561) 686-6300
1-800-780-8607
1-800-220-7006 Spanish

**TALLAHASSEE OFFICE:**

THE TOWLE HOUSE
517 NORTH CALHOUN STREET
TALLAHASSEE, FL 32301-1231

P.O. BOX 1230
TALLAHASSEE, FLORIDA 32302

(850) 224-7600
1-888-549-7011

August 23, 2011

ATTORNEYS AT LAW:

ROSALYN SIA BAKER-BARNES
*F. GREGORY BARNHART
T. HARDEE BASS, III
LAURIE J. BRIGGS
BRIAN R. DENNEY
*EARL L. DENNEY, JR.³
BRENDA S. FULMER
JAMES W. GUSTAFSON, JR.
JACK P. HILL
DAVID K. KELLEY, JR.
WILLIAM B. KING⁷
DARRYL L. LEWIS¹
*WILLIAM A. NORTON
PATRICK E. QUINLAN²
EDWARD V. RICCI
*JOHN SCAROLA
*CHRISTIAN D. SEARCY
*JOHN A. SHIPLEY III
CHRISTOPHER K. SPEED ⁸⁰
BRIAN P. SULLIVAN ²⁴⁵
KAREN E. TERRY
*C. CALVIN WARRINER III

SHAREHOLDERS
*BOARD CERTIFIED

ALSO ADMITTED
¹KENTUCKY
²MAINE
³MARYLAND
⁴MASSACHUSETTS
⁵MISSISSIPPI
⁶NEW HAMPSHIRE
⁷NEW JERSEY
⁸VIRGINIA
⁹WASHINGTON DC

PARALEGALS:

VIVIAN AYAN-TEJEDA
RANDY M. DUFRESNE
DAVID W. GILMORE
JOHN C. HOPKINS
DEBORAH M. KNAPP
VINCENT L. LEONARD, JR.
JAMES PETER LOVE
ROBERT W. PITCHER
MARK P. PONCY
KATHLEEN SIMON
STEVE M. SMITH
BONNIE S. STARK
WALTER A. STEIN

Alan M. Dershowitz, Esquire
Hauser Hall 520
1575 Massachusetts Avenue
Cambridge, MA 02138

Re:     Edwards adv. Epstein
        Our File No.: 291874

Dear Mr. Dershowitz:

We do not intend to inquire about any privileged communications or attorney work product. We do, however, have reason to believe that you have personally observed Jeffrey Epstein in the presence of underage females, and we would like the opportunity to question you under oath about those observations.

Thank you for your anticipated cooperation.

Sincerely,

JACK SCAROLA
JS/mep

cc:     Bradley J. Edwards, Esq.



WWW.SEARCYLAW.COM

SCAROLA 016567

A-413

**Mary E. Pirrotta**

| | |
|---|---|
| **From:** | dersh@law.harvard.edu |
| **Sent:** | September 07, 2011 6:50 PM |
| **To:** | Mary E. Pirrotta |
| **Subject:** | Re: Edwards adv. Epstein:  Letter from Jack Scarola, Esq. to Alan Dershowitz, Esq. 9/7/11 |

| | |
|---|---|
| **Caseld:** | 10201635 |
| **CategoryID:** | 0 |
| **oCaseld:** | -1 |

If you in fact have such testimony it is perjurious. I have never seen Epstein in the presence of an underage female.

**From:** "Mary E. Pirrotta" <MEP@Searcylaw.com>
**Date:** Wed, 7 Sep 2011 15:49:15 -0400
**To:** <dersh@law.harvard.edu>
**Subject:** Edwards adv. Epstein: Letter from Jack Scarola, Esq. to Alan Dershowitz, Esq. 9/7/11

**Copitrak Scan Notification**

# copitrak

*Your Scanned File is Attached*

1

SCAROLA 016570

A-414

# Exhibit T

Case 16-3945, Document 69-2, 08/24/2017, 2109778, Page80 of 101

A-415

9/14/2016          Case 1:15-cv-07433-RWS   Document 45-6   Filed 09/15/16   Page 2 of 9
Bill Clinton and the 15-year-old masseuse: I met twice, claims Epstein's girl | Daily Mail Online

# Teenage girl recruited by paedophile Jeffrey Epstein reveals how she twice met Bill Clinton

By SHARON CHURCHER and POLLY DUNBAR FOR MAILONLINE

**UPDATED:** 19:53 EST, 5 March 2011

**24**

View comments

As a New Yorker from humble beginnings, Jeffrey Epstein played on his blue-collar credentials and enormous wealth to extend tentacles of influence throughout America's liberal political elite.

During the outcry over the Epstein case, it emerged that another man with a notorious appetite for young women, Bill Clinton, travelled with Epstein to a number of destinations, including three times on the billionaire's private aircraft.

On one occasion, Epstein flew the former President, Hollywood actor and staunch Democrat Kevin Spacey and another actor friend of Mr Clinton's, Chris Tucker, to Africa, to 'discuss AIDS policy'.




**Claims: Virginia Roberts says she twice met ex-president Bill Clinton, pictured last month, but was never 'lent out'**

Epstein, who has donated more than £75,000 over the years to candidates from the Democratic Party, also flew with Mr Clinton in November 2003 to destinations including Russia, Oslo, Hong Kong, Shanghai and Beijing.

Yet Virginia Roberts stresses that she was never 'lent out' to Mr Clinton.

On one occasion, she adds, Epstein did invite two young brunettes to a dinner which he gave on his Caribbean island for Mr Clinton shortly after he left office. But, as far as she knows, the ex-President did not take the bait.

'I'd have been about 17 at the time,' she says. 'I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

**SHARE THIS ARTICLE**

**RELATED ARTICLES**



**FBI to reopen case against sex offender friend of Prince...**



**Epstein's Girl Friday 'fixer': Dead tycoon's daughter...**

'She'd always wanted to fly and Jeffrey paid for her to take lessons, and I remember she was very excited because she got her licence around the first year we met.

'I used to get frightened flying with her but Bill had the Secret Service with him and I remember him talking about what a good job she did.

'I only ever met Bill twice but Jeffrey had told me that they were good friends.

'I asked, "How come?" and he laughed and said, "He owes me some favours." Maybe he was just joking but it constantly surprised me that people with as much to lose as Bill and [Prince] Andrew weren't more careful.

'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island.



Speaking out: Virginia, now aged 26, in her new home in Australia

'They were covered with pictures of Jeffrey shaking hands with famous people and photos of naked girls, including one of me that Jeffrey had at all his houses, lying in a hammock.

'We all dined together that night. Jeffrey was at the head of the table. Bill was at his left. I sat across from him. Emmy Tayler, Ghislaine's

Case 16-3945, Document 69-2, 08/24/2017, 2109778, Page83 of 101

blonde British assistant, sat at my right.

'Ghislaine was at Bill's left and at the left of Ghislaine there were two olive-skinned brunettes who'd flown in with us from New York.

'I'd never met them before. I'd say they were no older than 17, very innocent-looking.

'They weren't there for me. They weren't there for Jeffrey or Ghislaine because I was there to have sex with Jeffrey on the trip.

'Maybe Jeffrey thought they would entertain Bill, but I saw no evidence that he was interested in them. He and Jeffrey and Ghislaine seemed to have a very good relationship. Bill was very funny.

'He made me laugh a few times. And he and Jeffrey and Ghislaine told blokey jokes and the brunettes listened politely and giggled.

**'Bill must have known about Jeffrey's girls. There were three desks in the living area of the villa on the island... covered with photos of naked girls'**

'After dinner I gave Jeffrey an erotic massage. I don't remember seeing Bill again on the trip but I assume Ghislaine flew him back.'

According to prison records, when Epstein was serving his jail term, his visitors included a long-time – and highly controversial – Clinton acquaintance, Arnold Prosperi.

'In the final hours of the Clinton presidency, in January 2001, Prosperi was facing three years in prison after being convicted of tax fraud. Mr Clinton commuted his sentence to house arrest.

'Clinton, Prosperi and Epstein make an odd threesome on the face of it,' says a law enforcement source.

'Was Prosperi visiting Epstein as some kind of intermediary for Bill?

'Maybe Bill wanted to know if Epstein knew anything that could embarrass him. Or did Bill commute Prosperi's sentence as some kind of favour

for Epstein?'

Virginia disclosed that Mr Clinton's vice-president Al Gore and his wife, Tipper, were also guests of Epstein on his island.



Guests: Virginia says she also met former Vice President Al Gore, pictured right with Mr Clinton

Last summer, the Gores abruptly announced that they were ending their supposedly fairytale marriage and, just weeks later, it emerged that Mr Gore – the famously sanctimonious global-warming disciple – had been accused of trying to force sex on a woman with whom he had booked a therapeutic massage at an Oregon hotel.

'I had no clue that anything was up,' Virginia says. 'The Gores seemed like a beautiful couple when I met them. All I knew was that Mr Gore was a friend of Jeffrey's and Ghislaine's. Jeffrey didn't ask me to give him a massage.

'There might have been a couple of other girls there on that trip but I could never have imagined this guy would do anything wrong. I was planning to vote for him when I turned 18. I thought he was awesome.'

Virginia said that yet another American liberal icon, President Obama's Middle East peace envoy Senator George Mitchell, frequently visited Epstein's New York residence.

Mr Mitchell, aged 77 – who previously led America's Northern Ireland peace initiative – 'was very close to Jeffrey,' Virginia recalled. 'He is very clean-cut. You wouldn't think of him being part of Jeffrey's crew.'



© Richard Young / Rex Features

Scandal: U.S. authorities want to interview Jeffrey Epstein (left) and may wish to quiz his friend, Prince Andrew

Epstein's contacts book contains a work and a home telephone number for the senator.

Another acquaintance was Israel defence secretary Ehud Barak, whose spokesman told The Mail on Sunday: 'Mr Barak did attend several small functions in Mr Epstein's home in New York that were usually attended by leading businessman, university presidents, Nobel Prize Laureates and prominent public figures.'

Epstein's many Hollywood pals include Matt Groening, creator of The Simpsons.

'Jeffrey once had me give Matt a foot massage when he was flying on the jet with us,' Virginia says.

'He laughed and did drawings of Bart and Homer for my little brother and my dad.

'I also met Naomi Campbell at a birthday party of hers on a yacht in the South of France. She is a friend of Ghislaine's but she was a real bitch to me.

'She was very fake. She turned away from me when we were introduced by Ghislaine and Jeffrey.

'Donald Trump was also a good friend of Jeffrey's. He didn't partake in sex with any of us but he flirted with me. He'd laugh and tell Jeffrey, "You've got the life." '

Palm Beach Police say Epstein seemed utterly unfazed by the allegations against him when they began their long and detailed investigation.



'Jeffrey's crew: Middle East peace envoy George Mitchell, right, pictured with President Barack Obama and U.S. Secretary of State Hilary Clinton, frequently visited Epstein¿s New York residence, Virginia also claims

But he also took his defence very seriously indeed. Epstein engaged his friend, the Harvard law professor Alan Dershowitz – whose celebrity clients have included Mike Tyson, Patty Hearst, Claus von Bulow and O.J. Simpson – to run his legal defence.

He also employed a firm of private investigators to investigate the backgrounds of the girls.

Detectives painstakingly built a case which they believed showed that Epstein systematically paid teenage girls to recruit other teenage girls to his sex ring.

However, as the investigation continued, they found that Epstein's team had already spoken to key witnesses, suggesting that the financier would reward those who helped him.

In addition, Epstein's defence team agreed to the unusual move of suggesting that the alleged victims sue Epstein in the civil courts. The result was a plea bargain in which Epstein admitted a single charge of soliciting an underage girl for prostitution – a deal which infuriated many police officers who worked on the case.

More than 20 of Epstein's girls are said to have sued him for damages. At least 17 have settled out of court.

Mr Clinton, Mr Gore and Mr Mitchell were all contacted about their friendship with Epstein but declined to comment.

# Exhibit U

Page 2

```
1   JANE DOE NO. 6,        Case No: 08-CV-80994
2        Plaintiff,
3   Vs
4   JEFFREY EPSTEIN,
5        Defendant.           /
6
    JANE DOE NO. 7,        Case No. 08-CV-80993
7
         Plaintiff,
8
    Vs
9
    JEFFREY EPSTEIN,
10
         Defendant.
11   _____/
12   C.M.A.,               Case No: 08-CV-80811
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.
17
    JANE DOE,              Case No: 08-CV-80893
18
         Plaintiff,
19
    Vs
20
    JEFFREY EPSTEIN,
21
         Defendant.
22   _____/
23
24
25
```

Page 3

```
1   JANE DOE NO. II,       Case No: 08-CV-80469
2        Plaintiff,
3   Vs
4   JEFFREY EPSTEIN,
5        Defendant.           /
6
    JANE DOE NO. 101,      Case No: 09-CV-80591
7
         Plaintiff,
8
    Vs
9
    JEFFREY EPSTEIN,
10
         Defendant.
11   _____/
12   JANE DOE NO. 102,      Case No: 09-CV-80656
13        Plaintiff,
14   Vs
15   JEFFREY EPSTEIN,
16        Defendant.           /
17
18
19
20           1031 Ives Dairy Road
             Suite 228
21           North Miami, Florida
             July 29, 2009
22           11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
1         V I D E O T A P E D
2         D E P O S I T I O N
3              of
4         ALFREDO RODRIGUEZ
5
6      taken on behalf of the Plaintiffs pursuant
7   to a Re-Notice of Taking Deposition (Duces Tecum)
8
9              - - -
10  APPEARANCES:
11
12       MERMELSTEIN & HOROWITZ, P.A.
         BY: STUART MERMELSTEIN, ESQ.
         18205 Biscayne Boulevard
13       Suite 2218
         Miami, Florida 33160
14       Attorney for Jane Doe 2, 3, 4, 5,
         6, and 7.
15
16       ROTHSTEIN ROSENFELDT ADLER
         BY: BRAD J. EDWARDS, ESQ., and
17       CARA HOLMES, ESQ.
         Las Olas City Centre
18       Suite 1650
         401 East Las Olas Boulevard
19       Fort Lauderdale, Florida 33301
         Attorney for Jane Doe and E.W.
20       And L.M.
21
         PODHURST ORSECK
22       BY: KATHERINE W. EZELL
         25 West Flagler Street
23       Suite 800
         Miami, Florida 33130
24       Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
1
    APPEARANCES:
2
3        LEOPOLD-KUVIN
         ADAM J. LANGINO, ESQ.
4        2925 PGA Boulevard
         Suite 200
5        Palm Beach Gardens, Florida 33410
         Attorney for B.B.
6
7        RICHARD WILLITS, ESQ.
         2290 10th Avenue North
8        Suite 404
         Lake Worth, Florida 33461
9        Attorney for C.M.A.
10
11       BURMAN, CRITTON, LUTTIER &
         COLEMAN, LLP
12       BY: ROBERT CRITTON, ESQ.
         515 North Flagler Drive
13       Suite 400
         West Palm Beach, Florida 33401
14       Attorney for Jeffrey Epstein.
15
16
    ALSO PRESENT:
17
         JOE LANGSAM, VIDEOGRAPHER
18
19
             - - -
20
21
22
23
24
25
```

Page 26

1   with a copy.
2       Q.   Were you the only one who was allowed to
3   answer the phone?
4       A.   Yes.
5       Q.   I'm sorry, what would you do --
6       A.   I would leave it on the counter next to
7   the kitchen so when I find that piece all crumbled
8   I knew that Mr. Epstein saw the message, so we
9   communicated like that.
10      Q.   Now, you mentioned Mr. Epstein would give
11  you instructions during the course of the day.
12      A.   Through his assistant.
13      Q.   And his assistant was whom?
14      A.   Sarah Kellen.
15      Q.   But you didn't view her as your
16  supervisor?
17      A.   She take orders from Mrs. Maxwell but she
18  will tell me, Alfredo, we need to buy this, we
19  need to do this, and so and so was coming.  I
20  couldn't talk directly to Mr. Epstein.
21      Q.   Okay.  So any communications from Mr.
22  Epstein always came through Ms. Kellen?
23      A.   Or from the office in New York.  Lesley,
24  his secretary, or somebody else, the comptroller,
25  the architect, any lawyer.

Page 27

1       Q.   Lawyer, what kind of instructions would
2   you get from lawyers?
3       A.   We used to have a lot of time, for
4   instance, the dock construction, you need to have
5   a lot of permits in Palm Beach so they were there
6   for that reason.
7       Q.   Okay.  Now, so you would interact with
8   the staff from New York and that would include I
9   think you said Lesley?
10      A.   Lesley, Bella.
11      Q.   What was Lesley's position?
12      A.   Lesley is the secretary, secretary to Mr.
13  Epstein.
14      Q.   Okay.  Is that Lesley Groff?
15      A.   I believe it was, I don't remember the
16  last name.
17      Q.   Bella, who was Bella?
18      A.   Bella was the assistant comptroller.
19      Q.   Anyone else that you dealt with in New
20  York?
21      A.   Doug Shadow was the architect and he used
22  to come to the house in a regular basis because we
23  used to have a lot of projects going on.
24      Q.   Okay.  Would you get advance notice when
25  Mr. Epstein was going to arrive in Palm Beach?

Page 28

1       A.   Yes.  Sometimes very short notice but,
2   yes, I was.
3       Q.   So that varied?
4       A.   Yes.
5       Q.   Who would give you that notice?
6       A.   Mrs. Maxwell or Sarah or Larry, the
7   pilot.
8       Q.   And then you would drive to pick them up
9   at the airport?
10      A.   Yes.
11      Q.   And who traveled with him?
12      A.   The three pilots and some guests.
13      Q.   What do you mean by guests?
14      A.   He will have some friends from Harvard,
15  he will have -- well, very important people that,
16  you know, friends, acquaintances from New York or
17  Europe because I was just told the number of
18  people was coming on the plane.
19      Q.   Were there people who were employed by
20  him who came regularly?
21      A.   Yes.
22      Q.   And who would they be?
23      A.   Like I said, they were the pilots, Larry
24  Bisosky, George, and I don't remember the flight
25  engineer, and he will have two girlfriends.

Page 29

1       Q.   The pilot would have two girlfriends?
2       A.   Mr. Epstein.  This is all people coming
3   in the plane together.
4       Q.   Right.  What do you mean by girlfriends?
5       A.   Friends, you know, that he was always
6   having friends that he will befriend in New York,
7   I don't know, or some other places.
8           But I was just told -- my concern was how
9   many people I have to feed, how many cars do I
10  need to transport these people from the airport to
11  the house, and to arrange accommodations in the
12  house.
13      Q.   What about Sarah Kellen, did she travel
14  with him?
15      A.   Yes.
16      Q.   So she was on the plane?
17      A.   Yes.
18          MR. CRITTON:  Form.
19  BY MR. MERMELSTEIN:
20      Q.   And Ms. Maxwell?
21          MR. CRITTON:  Form.
22          THE WITNESS:  No, she will have different
23      plane.
24  BY MR. MERMELSTEIN:
25      Q.   Okay.

Page 270

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,          CASE NO: 08-CV-80119

 4        Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7        Defendant.
      _____/
 8

 9    JANE DOE NO. 3,          CASE NO: 08-CV-80232

          Plaintiff,
10
      Vs.
11
      JEFFREY EPSTEIN,
12
          Defendant.
13    _____/

14    JANE DOE NO. 4,          CASE NO: 08-CV-80380

15        Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18        Defendant.
      _____/
19
      JANE DOE NO. 5,          CASE NO: 08-CV-80381
20
          Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
          Defendant.
24    _____/

25
```

CONDENSED

PL 001431

Page 271

```
 1  JANE DOE NO. 6,      CASE NO: 08-CV-80994
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                          /
 6
    JANE DOE NO. 7,      CASE NO: 08-CV-80993
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                        /
12  C.M.A.,       CASE NO: 08-CV-80811
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
17                        /
    JANE DOE,      CASE NO: 08-CV-80893
18
       Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
       Defendant.
22                        /
23
24
25
```

Page 272

```
 1  JANE DOE NO. II,      CASE NO: 08-CV-80469
 2     Plaintiff,
 3  Vs.
 4  JEFFREY EPSTEIN,
 5     Defendant.
                          /
 6
    JANE DOE NO. 101      CASE NO: 08-CV-80591
 7
       Plaintiff,
 8
    Vs.
 9
    JEFFREY EPSTEIN,
10
       Defendant.
11                        /
12  JANE DOE NO. 102,      CASE NO: 08-CV-80656
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
17                        /
18
19
20
21
22
23
24
25
```

Page 273

```
 1              IN THE CIRCUIT COURT OF THE 15TH
                JUDICIAL CIRCUIT IN AND FOR
 2              PALM BEACH COUNTY, FLORIDA
 3              CASE NO. 502008CA037319XXXXMB AB
 4
    B.B.,
 5
       Plaintiff,
 6
    Vs.
 7
    JEFFREY EPSTEIN,
 8
       Defendant.
 9                        /
10
11
12              1031 Ives Dairy Road
                Suite 228
13              North Miami, Florida
                August 7, 2009
14              1:15 p.m. to 5:30 p.m.
15
16              C O N T I N U E D
17              V I D E O T A P E D
18              D E P O S I T I O N
19              of
20              ALFREDO RODRIGUEZ
21
22     taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                  - - -
```

Page 274

```
 1  APPEARANCES:
 2
 3          MERMELSTEIN & HOROWITZ, P.A.
            BY: ADAM HOROWITZ, ESQ.
 4          18205 Biscayne Boulevard
            Suite 2218
 5          Miami, Florida 33160
            Attorney for Jane Doe 2, 3, 4, 5,
 6          6, and 7.
 7
 8          ROTHSTEIN ROSENFELDT ADLER
            BY: BRAD J. EDWARDS, ESQ., and
 9          CARA HOLMES, ESQ.
            Las Olas City Centre
10          Suite 1650
            401 East Las Olas Boulevard
11          Fort Lauderdale, Florida 33301
            Attorney for Jane Doe and E.W.
12          And L.M.
13
14          PODHURST ORSECK
            BY: KATHERINE W. EZELL, ESQ.
15          25 West Flagler Street
            Suite 800
16          Miami, Florida 33130
            Attorney for Jane Doe 101 and 102.
17
18
            LEOPOLD-KUVIN
19          BY: ADAM J. LANGINO, ESQ.
            2925 PGA Boulevard
20          Suite 200
            Palm Beach Gardens, Florida 33410
21          Attorney for B.B.
22
23
24
25
```

Page 423

```
 1   York house?
 2       A.  He will have massages.
 3           MR. CRITTON:  Form.
 4   BY MR. EDWARDS:
 5       Q.  And are we still talking about a habit of
 6   two a day?
 7           MR. CRITTON:  Form.
 8           THE WITNESS:  I don't know that.
 9   BY MR. EDWARDS:
10       Q.  Okay.  So for the time period when you
11   have been familiar with Mr. Epstein and known his
12   habits, is it fair to say that he would have
13   roughly two girls a day in that same age group
14   wherever he was?
15       A.  Yes.
16           MR. CRITTON:  Form.
17   BY MR. EDWARDS:
18       Q.  All right.  And have you talked to
19   anybody that has given you similar information
20   from his Island home?
21       A.  No.
22       Q.  Do you know any of the girls that have
23   been over to his Island?
24       A.  Yes.
25       Q.  And who are they?
```

Page 424

```
 1       A.  Nadia, the girls who used to stay at the
 2   home in El Brillo used to go over there to the
 3   Island.
 4       Q.  When he would have these girls -- I guess
 5   we've kind of categorized them as the girls who
 6   would come over with him on an airplane and stay
 7   at the house.
 8       A.  Yes.
 9       Q.  When they would be staying at the house
10   would he also have the local Palm Beach girls
11   coming over that you were told to call masseuses?
12       A.  Yes.
13       Q.  So these girls that came on the airplane
14   with him, were they also -- did they also have
15   knowledge that these young girls were coming over
16   to give massages?
17           MR. CRITTON:  Form.
18           THE WITNESS:  Yes, sir.
19   BY MR. EDWARDS:
20       Q.  Okay.  Who are the girls from the
21   airplane other than Nadia that you remember?
22       A.  Sarah.  There were so many, sir, I don't
23   recall right now.  But Sarah is for sure, Nadia
24   was one of the main girlfriends, but I don't
25   remember that.
```

Page 425

```
 1       Q.  And is your understanding that Mr.
 2   Epstein was intimate with any of those girls?
 3           MR. CRITTON:  Form.
 4           THE WITNESS:  Yes.
 5   BY MR. EDWARDS:
 6       Q.  With all of them?
 7           MR. CRITTON:  Form.
 8           THE WITNESS:  Yes.
 9   BY MR. EDWARDS:
10       Q.  With Sarah as well?
11       A.  Yes.
12           MR. CRITTON:  Form.
13   BY MR. EDWARDS:
14       Q.  With Nadia?
15       A.  Yes.
16           MR. CRITTON:  Form.
17   BY MR. EDWARDS:
18       Q.  And the girls who would come over on the
19   airplane?
20           MR. CRITTON:  Form.
21           THE WITNESS:  Yes.
22   BY MR. EDWARDS:
23       Q.  Did you ever have occasion to go into the
24   bedroom and find the vibrators or back massagers
25   out after Mr. Epstein was in the room with any of
```

Page 426

```
 1   the girls that came over on the plane?
 2           MR. CRITTON:  Form.
 3           THE WITNESS:  Yes.
 4   BY MR. EDWARDS:
 5       Q.  So that's something that would be out
 6   after the girls that came over on the plane or the
 7   girls that came over for the massages?
 8       A.  Yes.
 9           MR. CRITTON:  Form.
10   BY MR. EDWARDS:
11       Q.  And at the time when you were house
12   manager you had a 15-year old daughter?
13       A.  Yes.
14       Q.  Did she live down here?
15       A.  In New Jersey.
16       Q.  Okay.  When Alan Dershowitz was at the
17   house I understood you to say that these local
18   Palm Beach girls would come over to the house
19   while he was there but you're not sure if he had a
20   massage from any of those girls.
21       A.  Exactly.
22       Q.  And what would he do while those girls
23   were at the house?
24           MR. CRITTON:  Form.
25           THE WITNESS:  He will read a book with a
```

Page 427

1        glass of wine by the pool, stay inside.
2    BY MR. EDWARDS:
3        Q.   Did he ever talk to any of the girls?
4        A.   I don't know, sir.
5        Q.   Certainly he knew that they were there?
6            MR. CRITTON:  Form.
7            THE WITNESS:  I don't know, sir.
8    BY MR. EDWARDS:
9        Q.   Do you know how Sarah Kellen knows Mr.
10   Epstein?
11       A.   No, sir.
12       Q.   Or how long she's known him?
13           MR. CRITTON:  Form.
14           THE WITNESS:  She was on board two years
15       or a year and a half before I came on board.
16   BY MR. EDWARDS:
17       Q.   Okay.
18       A.   So it's probably 2003 or 2.
19       Q.   All right.  You mentioned this Citrix
20   system.
21       A.   Yes.
22       Q.   Is that a system that was used to operate
23   the phones and the computers?
24       A.   The computers mainly.
25       Q.   All right.  But you then also described

Page 428

1    some system where someone would call on the
2    telephone and that would be automatically
3    downloaded to the computer?
4        A.   Yeah, you can retrieve who called in a
5    transcript written who called, what's the message,
6    the time so you have it on a piece of paper, you
7    can print it out.
8        Q.   Is it your understanding that is also
9    part of the Citrix system?
10       A.   Yes.
11       Q.   All right.  Did you have an e-mail?
12       A.   Right now, yes.
13       Q.   No, when you were working at --
14       A.   Yes, I did.
15       Q.   -- Mr. Epstein?
16           And did Sarah Kellen have an e-mail?
17       A.   Yes.
18       Q.   And did all of the e-mails end the same
19   way such as Epstein's house dot com or something?
20       A.   Yes.
21       Q.   Okay.  What was Sarah Kellen's e-mail?
22       A.   I don't remember.
23       Q.   What was your e-mail?
24       A.   Staff house -- I don't remember, sir.
25       Q.   Do you recall how it ended?  I mean

Page 429

1    usually it's Yahoo dot com or at Bellsouth dot
2    net.
3        A.   It was very uncommon.  I don't remember,
4    sir.
5        Q.   Did everybody in the -- I think you
6    called it the organization, did everybody have
7    e-mails?
8        A.   Yes.
9        Q.   Okay.  Would that include Nadia?
10       A.   Yes.
11       Q.   All right.  And did Mr. Epstein have an
12   e-mail?
13       A.   Yes.
14       Q.   Did you ever correspond with Mr. Epstein
15   by e-mail?
16       A.   Yes.
17           MR. EDWARDS:  You can go ahead.
18           THE WITNESS:  That's the only one that I
19       remember.
20           THE VIDEOGRAPHER:  Okay, we're off the
21       record.
22           (Thereupon, a recess was had.)
23           THE VIDEOGRAPHER:  We're back on the
24       record with tape number four.
25   BY MR. EDWARDS:

Page 430

1        Q.   Mr. Rodriguez, what was Mr. Epstein's
2    e-mail?
3        A.   Jeep project at something -- Jeep
4    project -- I can't remember it right now.
5        Q.   Okay.  In the course of this next 10 or
6    15 minutes --
7        A.   I can recall.
8        Q.   -- if it comes to you just tell me.  So
9    it was Jeep project --
10       A.   Like Jeep, the brand name Jeep, Jeep
11   project at -- I can't remember.
12       Q.   Okay.  Was that his only e-mail to your
13   knowledge?
14       A.   No.
15       Q.   He had other e-mail addresses?
16       A.   Yes.
17       Q.   Do you know what any of his other e-mail
18   addresses were?
19       A.   No, I don't remember.
20       Q.   Do you know who the carriers were for the
21   other e-mail addresses owned by Jeffrey Epstein?
22       A.   No, sir.
23       Q.   Whether it was Yahoo or hot mail or --
24       A.   No, none of those.
25       Q.   Okay.  Was this Jeep project e-mail run

4 (Pages 427 to 430)

# Exhibit V

<u>**PRIVILEGED PURSUANT TO FS 766.205(4) and/or WORK PRODUCT**</u>

**TELECON**

**PARTICIPANTS:**   **JACK SCAROLA**
                            **BRAD EDWARDS**
                            **VIRGINIA ROBERTS**

**RE:**                    **Edwards adv. Epstein**
                            **291874**

**DATE:**                **April 07, 2011**

---

JS:    Virginia, Jack Scarola and Brad Edwards

BE:    Hi Virginia.

V:     Hi Jack! Hi Brad! How you guys doing?

JS:    We're doing fine, thank you. I'm sorry for all of the trouble and before we go any further, let me tell you, if I have your permission, I have started a tape recorder and I want to be able to tape this conversation from the very beginning. Is that alright with you?

V:     Sure, that's fine, Jack. No problem

JS:    Ok, good, thank you. I appreciate that. Let me start off by introducing myself. I know that Brad has spoken to you about me but I am Brad's lawyer, and I assume that you can confirm that you and I have never had any communication before. Is that right?

V:     That's correct.

JS:    Alright. I have, however, gotten some information from Brad about conversations that you have had with him, and that will enable me, hopefully, to make this a little bit more efficient and take up a minimum amount of your time while still getting the information that we think is going to be helpful to us and to any jury that might ultimately have to hear these facts.

        So, let me begin by asking you first to tell us what your full name is.

V:     Virginia Louise Roberts. That's my maiden name. My married name is Virginia Louise ████.*

**A-432**

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 2 of 23

JS:     Could you spell your last name for us?  That is your married last name:

V:      ████████████████████████.*

JS:     Alright, thank you, and where are you living right now?

V:      I live in Australia.

JS:     And how long have you resided in Australia.

V:      This is my 19th year.

JS:     That is where you are right now, correct?  We've reached you in Australia for this phone conversation?

V:      That is correct, yes.

JS:     And what time is it in Australia right now?

V:      I think it's about 9:00 now.

JS:     Ok.  That's 9am, correct?

V:      That's correct.

JS:     Alright.  Virginia, the reason for this conversation is because it is our understanding that you know a man by the name Jeffrey Epstein, and I want to begin by asking you please to tell us about the circumstances of your first meeting Mr. Epstein.

V:      Ok.  I was introduced to Mr. Epstein by Ghislaine Maxwell.  I was working at Donald Trump's spa in Mar-a-Lago and I was prompted by Ghislaine to come to Jeffrey's mansion in Palm Beach that afternoon after work to make some extra money and to learn about massage.  She met me at the spa, and I was reading a book about anatomy, so I was already interested in massage therapy as it was and not having any of the education or you know anything behind me, I thought this was a great opportunity to work for her and go.  So, I went to Jeffrey's mansion about 5 or 6 in the afternoon.  My dad drove me there.  My dad worked at Mar-a-Lago with me, and he met Ghislaine and she seemed like a nice, proper English lady, and she knows, I mean, you know, one time then _once before I left to travel overseas, she just seemed really nice and like she would like to help me out.  So my dad left, and I had no problem getting home that night, one of her drivers would take me back after my trial.  So she led me upstairs, and into Jeffrey's bedroom, and past that is Jeffrey's massage room, which has got his steam room and a shower and a massage table, and there is actually an extra room that has, that nobody knows about it, it's kinda like a secret room and it's got a whole bunch of decorative pictures of pornographic literature and sex toys and I can ___?___ what happened in there.

**A-433**

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 3 of 23

JS:   When you say that the room was hidden, Virginia, how was the room concealed?

V:    It wasn't like a door that you would normally go into, like some kind of special opening, you open that and then a little door, so it looks like it's a little closet so-to-speak, but when you walk in there, it's obviously a lot bigger than just a closet.  It wasn't too big, but it was bigger, you know.  It wasn't a gigantic room, it was just like a small room, which you know, it probably could fit some shoes in there, _it had racks of shoes, boxes, some sweatshirts neatly folded, and the ceiling to the floor was covered in pornographic pictures of the girls that he had met.

JS:   When you say…

V:    So anyways, that was getting there, and I was introduced to Jeffrey, he was laying naked on top of the massage table, and obviously for one, I'm a 15 year old girl and seeing him on the table was weird but, also learning about anatomy and massage, I thought this would be part of it.  So obviously, I thought it was part of the massage program, so I said ok, this is fine.  And, he then instructed me on how to touch the body, Jeffrey's body, how to massage him, and for the first hour, it was actually a real massage, maybe not an hour, maybe like 40 minutes or something, but of something like that _and that's when he turned over on the other side and to expose himself fully. So then Ghislaine told me that she wanted me to undress and began to take off my shirt and skirt, my white uniform from Mar-A-Lago, she also took off her shirt and got undressed, and so I was there with just my undies on, and she was completely bare, and made some kind of little flake about the underwear that I was wearing because it wasn't my normal sexy girl underwear and just like, I don't know, had red hearts on it or something like that; just your normal, you know, real cute underwear.  Anyways, so during all of this I'm kind of like what's going on, how do I act, what do I say, I was so afraid of, not afraid or fearful for my life but _unsure of how all this started and wanting to obtain a profession_ I was so afraid thinking about upsetting and disappointing them, I don't know, it's a weird situation by far and I was expected to _Lick his nipples, instructed on how to do so by J.E_ and give him oral sex while he wanted to fondle me, and then at the end, I was told by Ghislaine to get on top and straddle Jeffrey sexually, and when we were done, we went and had a shower in the room and Jeffrey told me to wash him up and down, you know with a bar of soap and make sure he was all cleaned up.  And then he took me downstairs and took me to two of the guards and told John to bring me home. John was the butler at the time.

JS:   Let me interrupt you for just a moment there if I could, Virginia.  You mentioned as you were recounting those details that you were 15 years old at the time.  What is your date of birth?

V:    August 9th, 1983

JS:   And can you tell us please, as best you're able to estimate it, what the date was when this first encounter occurred?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 4 of 23

V:      I've got it written down.  It's like  - I'm not good with math – hold on – I thought I wrote it down but I didn't.  I'm not too sure, I think it was 1998 off the top of my head and around June of 1998, I would say as I was turning 16 at the end of the summer.

JS:     Alright.  You talked about the room where Jeffrey had the pornographic photographs.  Did you actually see that room on the occasion of your first visit there?

V:      No, I got to see that room a few visits after but I was just trying to describe that room to you guys so you knew exactly what room I was talking about.

JS:     Another question for you, and I don't mean to be prying into your personal life, and if I ask you any questions at all that you're uncomfortable answering, then you just tell me that and we'll move on, because I appreciate your cooperation and the last I thing I want to do is impose upon that cooperation, but can you tell us please just generally what kind of sexual experience you had had prior to this confrontation with Jeffrey?

V:      Yeah, sure.  A close family friend has sexually abused me, and I was on the streets at 13 years old.  I was picked up by a 67 year old man named Ron _Eppinger_ who did exactly what Jeffrey did with me abuse and violate my youthfulness _ & I was with him for 6 months.  So, he was gone and then I had this boyfriend who was like my school friend from young days but we just kept in contact with each other and we were on and off constantly, and that was Tony Figeroua_, and there was also another younger guy was near my age, Michael, I can't remember his last name, but yeah, there, I mean, there wasn't like a string of men or anything, but there was Ron, like I told you, and he was the first guy expecting me to do so-called disgusting affairs.  Jeffrey actually knew Ron, which was quite weird when I told Jeffrey the story about Ron, and Jeffrey had actually met him, and yeah.  Anyway, just another story, and yeah, there were a couple of men, but that gives you an idea.

JS:     Now when you described the photographs in the room as pornographic, tell me just a little bit about the photographs, if you would please?  First, how many of them were there?

V:      At least 100, and like I said, they covered the room from the ceiling, not the ceiling but from the top of the edge of the wall to the bottom of the floor.  I want to say at least a hundred, even more, there could have been more in the boxes _Some of them were A4_ photographs, like the large size, some of naked women posing, you know, positions, sexy positions.  Others were, you know, some girls had bikinis on, and it wasn't so pornographic, but it was all women, and it was all in a sexual nature.

JS:     Were there photographs where more than one person appeared?

V:      Oh yeah, plenty of them. There were lots of naked photographs, I mean I was just trying to give you a visual range.  There was anything from 5x6s to 4x8s to 8x4s.  Some of them

A-435

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 5 of 23

had frames, some of them were out of frames, but they were all, like I said, they were all women, they were all sexual in nature.

JS:     Was it your impression that there were a hundred photos of a hundred different people or were there multiple photos of the same woman or girl?

V:      There was definitely a lot of different girls.  I mean it wasn't easy to sit there and say, you weren't finding 5 girls out of some photos, no.  Were there a hundred different ones?  There could have been pictures of some girls, I really couldn't get close necessarily to actually recognize faces or anything like that.  But if you, you know, the range of them were all different, majority of them were different, yeah.

JS:     Did there ever come a point in time when you became aware that a photograph of you had been added to the collection?

V:      Yes, there was.  Ghislaine took several nude photographs of me for Jeffrey. So, yeah, there were pictures of me and there were pictures, he wasn't shy, that wasn't the only place in his house that he kept the photos.  He liked photos all over his house.  If you looked in his den or on his desk or in on the hall table, a giant hall table in his house, there were at least a hundred photos of girls in frames.  Not all of them were naked, a lot of the ones that were all around his house were not naked girls posing pornographically, some were pictures of celebrities and politicians he had known_or things like that or had pants on or whatever, but yeah, there was a lot of mixed photographs in the outside ones.

JS:     Were there any photographs of girls or young women that you knew or that you subsequently came to know that you saw in the house?

V:      Yeah, yeah, there was.  There was pictures of Nadia  Bjournik_____, pictures Sarah Keller, pictures Emmy, pictures of me, pictures of the regulars, but a lot of the girls, sometimes Jeffrey could have like 7 girls a day, and he would only see those girls once if he got bored.  I don't know.  These weren't my days.  I heard he's gotten a lot sloppier since I left.  So, I don't know anyways, but when I knew him, there was just a, it seemed, there was such an influx of girls coming in and out, so did I recognize a lot of them?  Maybe, maybe not, but then they were all definitely beautiful, they were all ranging in age, some of them young, some of them older in their 20's, I mean it was just they were all beautiful.

JS:     You've told us about the first visit.  Was there any discussion on the occasion of that first visit about your returning?

V:      Yes, they were very pleased with me and after the encounter was finished, the sexual encounter, he went and told me I did well and I have a lot of potential to become a massage therapist and if I'd like I could return tomorrow, you know, and do the same thing and get paid $200/hr, so Jeffrey insisted that I come after work, and over the next few days, I guess the relationship grew into more, and within a couple of weeks, not even

Case 16-3945, Document 69-2, 08/24/2017, 2109778, Page101 of 101

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 6 of 23

a couple of weeks, maybe a week, I had quit Mar-a-Lago and I was working for Jeffrey full time.

JS:     Ok, let's talk about your job at Mar-a-Lago, if we could.  You said that your Dad was working there.  What was his position at Mar-a-Lago?

V:      He was a maintenance supervisor I think is what it was called?  He like managed the tennis courts and air conditioners and things like that.

JS:     What is your Dad's full name?

V:      Sky William Roberts.

JS:     And is he still living here in South Florida now?

V:      No, he's not, he's in California.

JS:     Ok.  Is your Dad aware of what is currently going on with regard to your having made public statements about your relationship with Jeffrey?

V:      Yes, he is well aware of it.  I told my family even before all this stuff came out, because they were the first ones contacted by the journalists from Mail on Sunday.  I know that they the Mail on Sunday printed that I had gone out and tried to, I mean I think one of the photos said that I was angry that I saw Jeffrey and the Prince walking together and that is why I came out and went public with everything.  Not true.  I mean, I am angry about how they are still up to their old ways together and that they're still hanging out but I didn't contact the Mail on Sunday and I didn't bring it out.  I figured that everyone was going to bring it out anyway and I better bring it out the right way.  He's known everything from the start, and my family is very supportive with everything going on.

JS:     I'm kind of going to jump around a little bit and I apologize for that, but since the subject has come up, tell me first of all why you are providing this cooperation to us, and I am certainly very appreciative of it, but I want you to tell us why it is you've chosen to spend time with us on the telephone and provide this information that you're now providing.

V:      I'm out to help the bigger picture, you know, I think all of us can make a big difference in a lot of other people's lives and I think that this has gone on long enough and it's a big slap in my face that he can get away with hurting me so bad let alone so many other girls and laugh about it.  I guess I talked to you guys out because I want to see the right thing happen, not just to him, but I want people in the world to understand this is not the way of life, you know, it's not acceptable to go out procure young girls and make them think that, this is the way you should be living and that's all.  Yeah, I guess my reason for doing it is to help the bigger picture, you know, I'm a big believer in karma and I believe that good things  will come back to you, so I guess that's why I'm doing this.