# 16-3945-cv(L),
## 17-1625 (CON), 17-1722 (CON)

# United States Court of Appeals
## for the
## Second Circuit

---◆❙◆---

VIRGINIA L. GIUFFRE,

*Plaintiff-Appellee,*

– v. –

GHISLAINE MAXWELL,

*Defendant,*

– v. –

SHARON CHURCHER, JEFFREY EPSTEIN,

*Respondents,*

ALAN M. DERSHOWITZ, MICHAEL CERNOVICH, dba CERNOVICH MEDIA,

*Intervenors-Appellants.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

## JOINT APPENDIX
## Volume III of VI (Pages A-437 to A-653)

---

PAUL CASSELL, ESQ., PROFESSOR
UNIVERSITY OF UTAH
S.J. QUINNEY COLLEGE OF LAW
332 South 1400 East, Room 101
Salt Lake City, Utah 84124
(801) 585-5202

– and –

BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Attorneys for Plaintiff-Appellee*

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant
Alan M. Dershowitz*

i

# Table of Contents

**Page**

District Court Docket Entries ..................................................... A-1

Complaint, Dated September 21, 2015 ...................................... A-112

Protective Order of the Honorable Robert W. Sweet,
    Dated March 17, 2016 ............................................................ A-124

Transcript of Proceedings before the Honorable
    Robert W. Sweet, Dated April 21, 2016 ................................ A-130

Transcript of Proceedings before the Honorable
    Robert W. Sweet, Dated June 23, 2016................................... A-159

Minute Entry of Oral Argument before the Honorable
    Robert W. Sweet, Entered on June 27, 2016.......................... A-194

Standing Order of the Honorable Robert W. Sweet,
    Dated August 9, 2016............................................................. A-196

Notice of Motion by Proposed Intervenor Alan M. Dershowitz
    to Intervene and to Unseal Certain Documents Previously
    Filed with the District Court, Dated August 11, 2016 ........... A-197

Declaration of Proposed Intervenor Alan M. Dershowitz
    in Support of his Motion to Intervene and Unseal,
    Dated August 11, 2016
    (Reproduced in confidential appendix at pp.
    A-654 to A-671)

    Exhibit A to Dershowitz Declaration -

        (i) E-mail Exchange between Sharon Churcher
        and Virginia Giuffre, Dated from May 10, 2011
        to May 12, 2011
        (Reproduced in confidential appendix at pp.
        A-672 to A-674)

        (ii) E-mail Exchange between Sharon Churcher
        and Virginia Giuffre, Dated June 8, 2011
        (Reproduced in confidential appendix at pp.
        A-675 to A-677)

ii

Page

Exhibit B to Dershowitz Declaration -
Excerpts of "The Billionaire's Playboy Club",
by Virginia Roberts
(Reproduced in confidential appendix at pp.
A-678 to A-819)

Exhibit C to Dershowitz Declaration -
Complaint and Demand for Jury Trial, in *Jane Doe No. 102*
*v. Epstein* (U.S. District Court, Southern District of Florida
Case No. 09-cv-80656), Dated May 1, 2009.......................... A-199

Exhibit D to Dershowitz Declaration -
Order of the Honorable Kenneth A. Mara Denying
Petitioners' Motion to Join Under Rule 21 and Motion
to Amend Under Rule 15, in *Jane Doe 1 et ano. v. USA*
(U.S. District Court, Southern District of Florida Case
No. 08-cv-80736), Dated April 6, 2015 ................................. A-228

Exhibit E to Dershowitz Declaration -
Subpoena to Attend and Produce .......................................... A-239

Exhibit F to Dershowitz Declaration -
Motion to Quash for Protective Order Regarding Subpoena
Served on Non-Party Jane Doe No. 3, in *Edwards v.*
*Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated April 9, 2015 ............................................................. A-245

Exhibit 1 to Motion to Quash -
"Florida judge tosses 'sex slave' claims involving
Prince Andrew, Alan Dershowitz", by Oren Yaniv and
Dareh Gregorian (*NY Daily News*, April 7, 2015) ............. A-260

Exhibit 2 to Motion to Quash -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ................................................................ A-265

Exhibit 3 to Motion to Quash -
Transcript of CNN News Segment,
Dated January 6, 2015 ......................................................... A-269

Exhibit 4 to Motion to Quash -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015 ......................................... A-278

iii

**Page**

Exhibit 5 to Motion to Quash -
"After Vindication, Alan Dershowitz Vows to Sue
Sex Accuser in Court", by Ilan Shavit
(www.jewishbusinessnews.com, April 8, 2015) ................ A-282

Exhibit 6 to Motion to Quash -
Subpoena to Attend and Produce, Dated March 30, 2015 .... A-286

Exhibit 7 to Motion to Quash -
"Alan Dershowitz Wants Attorney Behind 'Totally False'
Underage Sex Claims to Be Disbarred", by Hilary Lewis
(*The Hollywood Reporter*, January 5, 2015) ...................... A-300

Exhibit 8 to Motion to Quash -
Affidavit of Jane Doe No. 3 in Support of Motion to
Quash or for Protective Order, Sworn to April 9, 2015 ..... A-304

Exhibit 9 to Motion to Quash -
Non-Party Jane Doe No. 3's Objections to Defendant
Alan Dershowitz's Subpoena *duces tecum*,
Dated April 9, 2015 ........................................................... A-307

Exhibit 1 to Objections to Subpoena *duces tecum* -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015
(Reproduced in non-confidential appendix at
pp. A-278 to A-281)

Exhibit 2 to Objections to Subpoena *duces tecum* -
"Florida judge tosses 'sex slave' claims involving
Prince Andrew, Alan Dershowitz", by Oren Yaniv and
Dareh Gregorian (NY Daily News, April 7, 2015)
(Reproduced in non-confidential appendix at
pp. A-260 to A-264)

Exhibit G to Dershowitz Declaration -
Deposition Transcript of Virginia Roberts Giuffre, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated January 16, 2016
(Reproduced in confidential appendix at pp.
A-820 to A-1042)

iv

**Page**

Exhibit H to Dershowitz Declaration -
"Lawyers Acknowledge Mistake in Filing Sexual
Misconduct Charges Against Professor Dershowitz"
(Press Release, April 8, 2016)................................................ A-330

Exhibit I to Dershowitz Declaration -
"Investigation by Former FBI Director Louis Freeh
Concludes that the Totality of the Evidence Refutes
Allegations Made Against Professor Dershowitz"
(Press Release, April 8, 2016)................................................ A-333

Exhibit J to Dershowitz Declaration -
Notice of Withdrawal of Motion for Partial Summary
Judgment, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated April 8, 2016 ........................................... A-338

Exhibit K to Dershowitz Declaration -

(i) "Settlement Reached In Litigation Between Alan
Dershowitz, Paul Cassell, And Bradley Edwards", by
David Lat (www.abovethelaw.com, April 8, 2016) ........... A-342

(ii) "Dershowitz Settles Sex Case, But Is He Vindicated?",
by Vivia Chen (www.law.com, April 10, 2016) ................ A-351

(iii) "Alan Dershowitz Extends Truce Offer to
David Boies Amid Bitter Feud", by John Lamparski
(Bloomberg Law, April 11, 2016)..................................... A-357

(iv) "Did Dershowitz Pay Big Bucks to Settle Sex Case?",
by Vivia Chen (*The American Lawyer*, April 11, 2016).... A-364

(v) "Epstein victim's attorneys clarify statement",
by Michele Dargan (*Palm Beach Daily News*,
April 11, 2016) .................................................................. A-366

(vi) "Defamation case settled over sex-misconduct
accusations against lawyer Alan Dershowitz",
by Jay Weaver (*Miami Herald*, April 11, 2016) ............... A-367

(vii) "Alan Dershowitz and 2 Other Lawyers Settle Suite
and Counter Claim", by Barry Meier (*The New York
Times*, April 12, 2016)........................................................ A-375

(viii) "What's Everyone Hiding in the Dershowitz Case?",
by Vivia Chen (*The American Lawyer*, April 14, 2016).... A-378

v

Page

    (ix) "Dershowitz, Croghan, DeRosa: Busy season in Palm
    Beach court cases", by Michele Dargan (*Palm Beach
    Daily News*, May 1, 2016).................................................. A-380

Exhibit L to *Dershowitz* Declaration -
Protective Order of the Honorable Robert W. Sweet,
Dated March 17, 2016
(Reproduced in non-confidential appendix at pp.
A-124 to A-129)

Exhibit M to Dershowitz Declaration -
Reply Memorandum of Law in Further Support of
Non-Party Sharon Churcher's Motion to Quash
Subpoena, Dated July 5, 2016
(Reproduced in confidential appendix at pp.
A-1043 to A-1057)

Exhibit N to Dershowitz Declaration -
E-mail from Susan Moss to Thomas E. Scott,
Steven R. Safra, Richard Simpson and Others,
Dated November 4, 2015 ....................................................... A-382

Supplemental Declaration of Proposed Intervenor Alan M.
    Dershowitz in Support of his Motion to Intervene
    and Unseal, Dated August 19, 2016...................................... A-384

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
    to Proposed Intervenor Alan M. Dershowitz's Motion
    to Intervene and Unseal, with Exhibits 1 through 23,
    Dated August 29, 2016
    (Reproduced in confidential appendix at pp.
    A-1058 to A-1254)

Declaration of Paul G. Cassell, for Plaintiff, in Opposition
    to Proposed Intervenor Alan M. Dershowitz's Motion
    to Intervene and Unseal, with Exhibits 1 through 4,
    Dated August 29, 2016
    (Reproduced in confidential appendix at pp.
    A-1255 to A-1333)

Reply Declaration of Proposed Intervenor Alan M. Dershowitz
    in Further Support of his Motion to Intervene and Unseal,
    Dated September 14, 2016
    (Reproduced in confidential appendix at pp.
    A-1334 to A-1360)

vi

**Page**

Exhibit O to Dershowitz Reply Declaration -
Excerpts of Deposition Transcripts of Paul G. Cassell, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015, and October 17, 2015.................... A-388

Exhibit P to Dershowitz Reply Declaration -
Excerpts of Deposition Transcript of Alan M. Dershowitz,
in *Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015 ....................................................... A-396

Exhibit Q to Dershowitz Reply Declaration -
Affidavit of Juan P. Alessi, in *Jane Doe No. 2 v. Epstein*
(U.S. District Court, Southern District of Florida Case
No. 08-cv-80119), Sworn to January 13, 2016 .................... A-400

Exhibit R to Dershowitz Reply Declaration -
Excerpts of Deposition Transcript of Sarah Kellen, in *Jane
Doe 2 v. Epstein* (U.S. District Court, Southern District of
Florida Case No. 08-cv-80119), Dated March 24, 2010........ A-406

Exhibit S to Dershowitz Reply Declaration -

    (i) Letter from Alan M. Dershowitz to Jack Scarola,
    Dated August 15, 2011 ...................................................... A-410

    (ii) Letter from Jack Scarola to Alan M. Dershowitz,
    Dated August 23, 2011 ...................................................... A-412

    (iii) E-mail from Alan M. Dershowitz to Mary E. Pirrotta,
    Dated September 7, 2011 ................................................... A-413

Exhibit T to Dershowitz Reply Declaration -
"Teenage girl recruited by paedophile Jeffrey Epstein
reveals how she twice met Bill Clinton", by Sharon
Churcher (*Daily Mail*, March 5, 2011) ................................. A-414

Exhibit U to Dershowitz Reply Declaration -
Excerpts of Deposition Transcripts of Alfredo Rodriguez,
in *Jane Doe No. 2 v. Epstein* (U.S. District Court,
Southern District of Florida Case No. 08-cv-80119),
Dated July 29, 2009, and August 7, 2009 ............................. A-423

Exhibit V to Dershowitz Reply Declaration -
Transcript of Telephone Interview with Virginia Roberts,
Dated April 7, 2011................................................................ A-430

**Page**

Exhibit W to Dershowitz Reply Declaration -
Redacted Affidavit of Virginia Roberts,
Sworn to January 19, 2015 .................................................. A-454

    Exhibit 1 to Roberts Redacted Affidavit -
    Letter from A. Marie Villafana to Virginia Roberts,
    Dated September 3, 2008 .................................................. A-469

    Exhibit X to Dershowitz Reply Declaration -
    Transcript of Non-Party Virginia Roberts' Emergency
    Motion to Seal, in *Edwards v. Dershowitz* (Circuit Court
    of the 17th Judicial Circuit, Broward County, Florida Case
    No. 15-000072), Dated December 18, 2015 ......................... A-474

Notice of Appeal by Proposed Intervenor Alan M. Dershowitz,
    Dated November 21, 2016 .................................................. A-508

Notice of Motion by Proposed Intervenor Cernovich Media
    to Intervene and to Unseal Certain Documents Previously
    Filed with the District Court, Dated January 19, 2017........... A-509

Declaration of Michael Cernovich, for Proposed Intervenor
    Cernovich Media, in Support of its Motion to Intervene
    and Unseal, Dated January 19, 2017 ..................................... A-512

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
    to Proposed Intervenor Cernovich Media's Motion to
    Intervene and Unseal, Dated February 2, 2017 ..................... A-514

    Exhibit 1 to McCawley Declaration -
    Transcript of Australian Broadcasting System News
    Segment, Dated January 6, 2015
    (Reproduced in non-confidential appendix at pp.
    A-278 to A-281)

    Exhibit 2 to McCawley Declaration -
    "Alan Dershowitz: 'Sex slave' accuser is serial liar,
    prostitute", by Bob Norman (www.local10.com,
    January 22, 2015)
    (Reproduced in non-confidential appendix at pp.
    A-265 to A-268)

Declaration of Jay M. Wolman, for Proposed Intervenor
    Cernovich Media, in Further Support of its Motion to
    Intervene and Unseal, Dated February 9, 2017 ..................... A-528

viii

**Page**

Exhibit 1 to Wolman Declaration -
"Pedophile Jeffrey Epstein is accused of luring an underage
girl into his elaborate sex trafficking enterprise under the
guise of using his wealth and connections to get her into
a prestige NYC college", by Martin Gould (*Daily Mail*,
January 27, 2017) .................................................................. A-530

Exhibit 2 to Wolman Declaration -
"High-profile cases: Crimes that shook Palm Beach through
the decades", by Palm Beach Daily News Staff (*Palm Beach
Daily News*, February 2, 2017) ............................................. A-563

Exhibit 3 to Wolman Declaration -
Cast and Crew of "Silenced: Our War on Free Speech"
(www.silencedmovie.com)...................................................... A-572

Memorandum of Law by Proposed Intervenor Alan M.
  Dershowitz in Support of Proposed Intervenor Cernovich
  Media's Motion to Intervene and Unseal,
  Dated February 10, 207........................................................ A-579

Transcript of Proceedings before the Honorable
  Robert W. Sweet, Dated February 16, 2017 ......................... A-582

Plaintiff's Motion to Exclude Proposed Intervenor Cernovich
  Media's Opposition to Notice of Intent to Request Redaction
  of February 16, 20107 Hearing Transcript,
  Dated March 21, 2017........................................................... A-645

Sealed Opinion of the Honorable Robert W. Sweet,
  Dated March 22, 2017
  (Reproduced in confidential appendix at pp.
  A-1361 to A-1436)

Letter from Eric J. Feder to the Honorable Robert W. Sweet,
  Dated May 4, 2017................................................................ A-648

Notice of Appeal by Proposed Intervenor Cernovich Media,
  Dated May 31, 2017.............................................................. A-652

## **Confidential Material**

Declaration of Proposed Intervenor Alan M. Dershowitz
  in Support of his Motion to Intervene and Unseal,
  Dated August 11, 2016.......................................................... A-654

ix

Page

Exhibit A to Dershowitz Declaration -

    (i) E-mail Exchange between Sharon Churcher
    and Virginia Giuffre, Dated from May 10, 2011
    to May 12, 2011.................................................................. A-672

    (ii) E-mail Exchange between Sharon Churcher
    and Virginia Giuffre, Dated June 8, 2011 ......................... A-675

Exhibit B to Dershowitz Declaration -
Excerpts of "The Billionaire's Playboy Club",
by Virginia Roberts ................................................................. A-678

Exhibit G to Dershowitz Declaration -
Deposition Transcript of Virginia Roberts Giuffre, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated January 16, 2016........................................................... A-820

Exhibit M to Dershowitz Declaration -
Reply Memorandum of Law in Further Support of
Non-Party Sharon Churcher's Motion to Quash Subpoena,
Dated July 5, 2016................................................................... A-1043

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
    to Proposed Intervenor Alan M. Dershowitz's Motion to
    Intervene and Unseal, Dated August 29, 2016..................... A-1058

Exhibit 1 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ................................................................... A-1063

Exhibit 2 to McCawley Declaration -
Flight Logs ............................................................................. A-1067

Exhibit 3 to McCawley Declaration -
"Criticism Prompts 'GMA' to Flip Fuhrman's Title, Ax
Pay", by Gail Shister (*Miami Herald*, March 18, 2000) ...... A-1077

Exhibit 4 to McCawley Declaration -
Excerpts of Deposition Transcript of Virginia Roberts
Giuffre, in *Edwards v. Dershowitz* (Circuit Court of the 17th
Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated January 16, 2016 .................................... A-1081

x

**Page**

Exhibit 5 to McCawley Declaration -
"Kiddie Porn, Sex Toys & Worse: Clinton Pal Jeffrey
Epstein's Pedophile Palace Revealed", by Radar Staff
(www.radaronline.com, July 7, 2016)................................. A-1087

Exhibit 6 to McCawley Declaration -
Excerpts of Deposition Transcript of Juan P. Alessi, in
*Jane Doe No. 2 v. Epstein* (U.S. District Court, Southern
District of Florida Case No. 08-cv-80119),
Dated September 8, 2009 .................................................... A-1090

Exhibit 7 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ............................................................... A-1095

Exhibit 8 to McCawley Declaration -
Excerpts of Deposition Transcripts of Alfredo Rodriguez,
in *Jane Doe No. 2 v. Epstein* (U.S. District Court,
Southern District of Florida Case No. 08-cv-80119),
Dated July 29, 2009 and August 7, 2009 ........................... A-1099

Exhibit 9 to McCawley Declaration -

(i) Excerpts of Deposition Transcript of Nadia
Marcinkova, in *Jane Doe v. Epstein* (U.S. District Court,
Southern District of Florida Case No. 08-cv-80893),
Dated April 13, 2010 ........................................................ A-1107

(ii) Excerpts of Deposition Transcript of Sarah Kellen,
in *Jane Doe 2 v. Epstein* (U.S. District Court, Southern
District of Florida Case No. 08-cv-80119),
Dated March 24, 2010 ...................................................... A-1111

(iii) Excerpts of Deposition Transcript of Adriana Ross,
in *Jane Doe v. Epstein* (U.S. District Court, Southern
District of Florida Case No. 08-cv-80893),
Dated March 15, 2010 ...................................................... A-1117

Exhibit 10 to McCawley Declaration -

(i) Excerpts of Deposition Transcript of Joseph Recarey,
Dated June 21, 2016 ........................................................ A-1121

(ii) "How Alan Dershowitz bullied rape victims to protect
a serial child molester", by Rania Khalek (*The Electronic
Intifada*, January 10, 2015)............................................. A-1126

xi

**Page**

Exhibit 11 to McCawley Declaration -
Notice of Appeal, in *Edwards v. Dershowitz* (Circuit Court
of the 17th Judicial Circuit, Broward County, Florida Case
No. 15-000072), Dated May 27, 2016 ................................. A-1131

Exhibit 12 to McCawley Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP and Jane Doe No. 3's Motions to
Quash Subpoenas or for Protective Order, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated November 12, 2015 ................................................. A-1136

Exhibit 13 to McCawley Declaration -
Excerpts of Deposition Transcript of Virginia Giuffre,
Dated May 3, 2016 ............................................................. A-1139

Exhibit 14 to McCawley Declaration -
Excerpts of Transcript of Non-Party Virginia Roberts'
Emergency Motion to Seal, in *Edwards v. Dershowitz*
(Circuit Court of the 17th Judicial Circuit, Broward County,
Florida Case No. 15-000072), Dated December 18, 2015 ... A-1142

Exhibit 15 to McCawley Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP's Motion to Seal, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated December 18, 2015 ................................................... A-1149

Exhibit 16 to McCawley Declaration -
Motion to Strike and for Sanctions, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated December 16, 2015 ................................................... A-1151

Exhibit 17 to McCawley Declaration -
Sealed, Unredacted Supplemental Motion to Strike and for
Sanctions, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated January 28, 2016 ................................. A-1160

Exhibit 18 to McCawley Declaration -
Transcript of Proceedings before the Honorable
Robert W. Sweet, Dated March 17, 2016 ........................... A-1168

xii

**Page**

Exhibit 19 to McCawley Declaration -
Transcript of Proceedings before the Honorable
Robert W. Sweet, Dated April 21, 2016 ............................ A-1204

Exhibit 20 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ................................................................ A-1234

Exhibit 21 to McCawley Declaration -
Transcript of CNN News Segment, Dated January 6, 2015. A-1238

Exhibit 22 to McCawley Declaration -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015 ........................................ A-1247

Exhibit 23 to McCawley Declaration -
"After Vindication, Alan Dershowitz Vows to Sue
Sex Accuser in Court", by Ilan Shavit
(www.jewishbusinessnews.com, April 8, 2015) .................. A-1251

Declaration of Paul G. Cassell, for Plaintiff, in Opposition
to Proposed Intervenor Alan M. Dershowitz's Motion
to Intervene and Unseal, Dated August 29, 2016 ................ A-1255

Exhibit 1 to Cassell Declaration -
Excerpts of Deposition Transcript of Paul G. Cassell, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015 ...................................................... A-1268

Exhibit 2 to Cassell Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP and Jane Doe No. 3's Motions to
Quash Subpoenas or for Protective Order, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated November 12, 2015
(Reproduced in confidential appendix at pp.
A-1136 to A-1138)

xiii

**Page**

Exhibit 3 to Cassell Declaration -
Order of the Honorable Thomas M. Lynch, IV Granting
Unopposed Motion for Order of Non-Waiver of Privilege,
in *Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated June 16, 2015 ........................................................... A-1328

Exhibit 4 to Cassell Declaration -
Notice of Withdrawal of Motion for Partial Summary
Judgment, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated April 8, 2016 ........................................ A-1330

Reply Declaration of Proposed Intervenor Alan M. Dershowitz
in Further Support of his Motion to Intervene and Unseal,
Dated September 14, 2016 .................................................. A-1334

Sealed Opinion of the Honorable Robert W. Sweet,
Dated March 22, 2017 ........................................................ A-1361

Edwards adv. Epstein
*Telephone interview with Virginia Roberts*
Page 7 of 23

JS:  Just for the record, neither Brad, nor I, nor anyone representing that they have anything to do with us has made any promises to you.  Is that correct?

V:  That is correct.  I'll tell you, since this is our first conversation, that nobody has made me feel like I've been bribed or bought or had to say anything.  I've told you anything that I know from my own self, not some things somebody told me.  If anything, Brad's been extra careful not to tell me anything and let me do all the talking, so it's quite opposite I think.

JS:  Alright.  Let's get back then to the story of your relationship with Jeffrey, and we've talked about your first encounter with him and how it evolved from that into your full time employment with Jeffrey, but what were you doing at Mar-a-Lago before you quit Mar-a-Lago?

V:  I was just a locker room attendant and sometimes I did babysitting for the rich and famous.  So, I wasn't anything big.  I worked in the spa area.  That's why I was studying anatomy, because I was really really interested in becoming a _massage therapist_, and at the locker room, I didn't do much.  I mean I was making tea for a living, I would, you know, make sure the toilet paper had a little triangle in it after everybody went to the toilet, or wipe down the water from the basin, you know, it was a very easy peasy job.

JS:  Did you get that job through your Dad?

V:  Yes, my Dad got me the job.

JS:  Ok, and you were only 15 years old at the time, were they aware of how old you were at Mar-a-Lago?

V:  Of course, definitely.  We had to go through extensive, you know, we even had to get drug tested and id test and so on and so forth. I mean, Mantas (?) is very strict on employment, yeah, everybody knew.

JS:  Ok.  Was there ever any conversation with Ghislaine about how old you were before you were taken to Jeffrey's mansion?

V:  No.  She didn't ask me how old I was from the start, but when I did get to Jeffrey's mansion, it was discussed how old I was.

JS:  With whom?

V:  During the entire hour of what I call the legitimate massage I was giving him, it was cat and mouse games getting information from me to find out who I am, am I a willing participant in these kind of things, and how would I react if they were about to take the next step.  But they got information off of me, they got my age, they got my, a little bit of my history so they knew I was, you know, not very stable at home, and they knew that,

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 8 of 23

you know, I was actually interested in making my life better by studying so what they were offering me was a chance to become a legitimate masseuse but it was getting trained. They would have people show me how to work the body and be called a massage therapist and get me books on it, and you know, keep me interested, and every time, you know, I was with Jeffrey, literally was about massages, I don't mean just going in and have sex with him. I mean massage, because it would always start out with massage and then it would lead into sometimes other things.

JS:     Alright, once this evolved into full time employment, what did full time employment mean?

V:      That was entirely having to travel with Jeffrey in every city. When he was in Palm Beach, I stayed at my apartment, and he would call me to his house once or twice a day sometimes, and that's, you know, do things with him. Sometimes we'd go out shopping, sometimes we'd go out and watch a movie. You know, simple things like that, go to an expo or a fair, whatever it was. But when we were in other cities, I was at my apartment_, I lived with him full time. What I mean by full time is even in the middle of the night, I could get a ring on my phone next to me and tell me to come in his room, you know, so it was literally full time.

JS:     When you say that when you were in Palm Beach you were living in your apartment, were you living on your own or were you living with members of your family at that time?

V:      No, after I quit Mar-a-Lago, Jeffrey offered to get me an apartment in Palm Beach somewhere, Royal Palm Beach, and it was a nice apartment. He furnished it for me, it was absolutely beautiful, but yeah, that's the only time I would spend time away from him really.

JS:     This apartment was on Royal Palm Beach Boulevard or out in the Village of Royal Palm Beach?

V:      I so honestly don't remember. I've been trying to rack my brain because the FBI was asking the same thing and were trying to find it, but yeah, I'm Not sur_. I didn't get to spend as much time in it, I was only there about an entire week out of every month probably, but the majority of the time I was with Jeffrey anyways. It was somewhere in Royal Palm Beach. I don't know about Royal Palm Beach drive. I don't even remember the Royal Palm Beach drive anymore so I'm not too sure.

JS:     Ok, let me see if I can draw the distinction for you and maybe that will help you to help us? Royal Palm Beach is a village that is…

V:      No, no, no, I got Royal Palm Beach, I just didn't know the Royal Palm Beach Drive, like what street it's off of. Were you talking about a street?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 9 of 23

JS:    Yes, I was talking about a street. Royal Palm Drive is on the island of Palm Beach, and it's a street that is lined with large royal palm trees, and I'm wondering if this was an apartment on the island or was this an apartment out west of town…

V:    No, it was actually in Royal Palm Beach, not on the island.

JS:    Alright.

V:    I would be driven, it was closer to my family than it was closer to him. I wanted to be close enough to everybody else so that when I was in town, I could just go see them quickly.

JS:    Ok. So we're not talking about Royal Palm Boulevard. We're talking about the town of Royal Palm west of town. Jeffrey got you an apartment out there.

V:    That's correct.

JS:    When he was in Palm Beach, you were generally not staying at the mansion, you were staying at the apartment that he got for you out west of town.

V:    That's correct.

JS:    Ok.

V:    I mean then there was times, I don't wanna say that every time I stayed at my apartment. There was times we'd fly back from some city maybe too late at night to really want to go back home, so you know, it's like 12:00 at night or 1:00 in the morning. I was just staying in the yellow room, or something like that; one of the guest rooms in Palm Beach. But majority of the time, I would definitely want to get back to my own apartment.

JS:    Alright. What were the general hours of your full time employment when …?

V:    There was not set hours. It wasn't like logging, and you know, hitting the shift button, nothing like that. The way I would get paid would be, ok, if I was in Palm Beach, I would get $200 an hour to massage Jeffrey or some of his friends and then go home. So it would be like that. If I was traveling with him, it would be per massage, so I would be getting paid per day. So I wouldn't be getting paid on an hourly rate. He wouldn't say ok, today you're going to work for me from 7:00 in the morning until 8:00 at night. It never like that. I was on call all the time.

JS:    When you were here in Palm Beach, were you actually getting paid only for the time spent massaging Jeffrey or were you getting paid from your arrival at his house until you left the house?

V:    From the time the massage started.

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 10 of 23

JS:     From the time the massage started.  Ok.

V:      Sometimes we'd go there and I would wait for a while or talk with Ghislaine and Jeffrey about something or we'd meet somewhere and talk about something.  A lot of times, I'd meet him upstairs in his room where he was ready for me.  But then there was a lot of times where it didn't start right away, so he couldn't really pay me from the time I got there sometimes unless it was just paid from the time I massaged him til the time the massage was over.

JS:     Alright.  Did your duties for Jeffrey ever include anything other than providing him massages and sex in connection with the massages?  Did he ever give you any other responsibilities to perform?

V:      I was asked to do the same things that I did to Jeffrey to a few of his fellow colleagues as well.  Those were my duties.  He looked at it this way is that I was going to be a professional massage therapist, and maybe I needed some clientele, so he had me perform erotic massages on a few people.

JS:     Did that start here in Palm Beach County?

V:      It did.  The first one did.

JS:     Ok, and how long after you first met Jeffrey did he first ask you to provide services for one of his friends?

V:      About 9 months, I think it was.  It wasn't a full year, it wasn't 6 months, but between 6 months and a year, which is why I'm saying 9 months.

JS:     And when you provided services to a friend of Jeffrey's, who paid you for those services?

V:      Jeffrey would. I would get paid the next time I saw Jeffrey, so if I was invited to the Breakers Hotel to give a massage, I would give a massage, I would go home, and the next day when I saw Jeffrey, he would pay me for what I did.  So, it was paid always by him, it was set up by him, so he always knew what to pay me.  I did get tips and things like that, if you call it that, you know, like a hundred dollar tip or something from a few of them, you know, yeah.

JS:     Was there ..

V:      There was always payment from Jeffrey.

JS:     Was there ever any discussion with Jeffrey about what was expected to happen when you provided massage services to one of Jeffrey's friends?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 11 of 23

V:      In a roundabout way, yes.  In so many ways, Jeffrey really really had to train me, and that was why Ghislaine said that she and Jeffrey enjoyed me so much was because they never really had to speak much to me to tell me what they wanted me to do.  You know, I wasn't waiting for you know, their directions.  Jeffrey would tell me to go give an erotic massage to friends.  He wouldn't give me much detail about it, but he would say to treat them like you treat me.

JS:     Did he refer to it as an erotic massage or are those your words?

V:      Erotic massage is my words.  That's exactly what it was, but he would tell me to treat them how he wanted it, so I'd do what he wanted without having to say to me words more.  I mean, I complied with what he wanted because it was somewhat of a, I don't know, I don't know how to say it, it was just very mindboggling how I let him have so much control or power over me basically. The massages would be routine to what Jeffrey wanted with my so called new clientele, and with their own words would ask me to provide them with sexual pleasure after the massage.

JS:     Did you ever report back to Jeffrey about what happened when you provided massages to his friends?

V:      Of course, of course, and I knew that his friends were reporting back to him as well because there were times where he would instigate conversation by saying you know, so and so had a great time, you did wonderful, you know so and so gave me a call and told J.E how it went_...

JS:     Did Jeffrey ever elicit details from you?  "Tell me what happened, describe in detail what went on?"

V:      No, but he would have a laugh, he had a laugh with me a few times about some of their different mannerisms, I guess you would say, like some of them, one guy had a foot fetish and that was really weird and I mentioned it to Jeffrey, and we would have a laugh over it.  He didn't want to know details.  He wasn't asking me "so tell me what did you guys do exactly."  No, he just basically gave me a slap on the back and said, you know, good job. And we had some kind of conversation about it.  I can't recall any conversation off the top of my head.  I really don't know one.  It's been that long.  But yeah, we did talk about it briefly.

JS:     Can you give me an estimate as to the number of friends for whom Jeffrey provided and paid for your services?

V:      There was about, you know, I don't know, 8 guys possibly.

JS:     And are you able to name those people for me?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 12 of 23


V:     No, not at this stage.  I just, some of these people are really influential in power, and I don't want to start another shitstorm with a few of them.  I'll tell you that there was some erotic massages given to, I'm just afraid to say it to you.

JS:    Ok, Virginia.

V:     It's like geez, I don't know if I want to, I'm really scared of where this is gonna go.

JS:    Alright. I understand that, and as I told you from the beginning, if I ask you a question that you are uncomfortable answering, you just tell me that, and I will move on, and I understand that at least right now, you are uncomfortable answering, and I am certainly going to respect that.

V:     Thank you so much, Jack.

JS:    No, that's quite alright.  I am very appreciate of the cooperation you are providing, and I don't want you at any time to feel that we are taking unfair advantage of that cooperation, so give me the information that you're comfortable giving me, and if we get to a point where you're uncomfortable, I will respect that and we'll move on from there.

V:     Ok.

JS:    I want to talk a little bit about the traveling that you did with Jeffrey.  About how long into your relationship with him did that first start?

V:     Immediately.  I started traveling immediately.  Not internationally until I think about, Gosh, I can't remember even, I think it was a year later that we started doing international travel.  Maybe like 9 months to a year again. Not too sure to be honest.

JS:    So that would have been approximately the summer of 1999?  Somewhere around there?

V:     Yes.  Somewhere around there.  Somewhere around a year, somewhere around there, I can't pinpoint it exactly.   But like I said, we started doing domestic traveling immediately, so my first destination with him was New York and Santa Fe and the Carribean, California, I would take trips with him occasionally.  Sometimes we would go to St. Louis or New Orleans or Santa Cruz.  We were traveling just about everywhere I think.

JS:    How did you travel?

V:     Well, we took Jeffrey's private jet, and unless I was being sent somewhere by myself for what we were just talking about before, then I would travel on a what do you call, a public jet, whatever it is…

JS:    commercial flight?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 13 of 23

V:      Yes.  Just a normal flight, an e-ticket.

JS:     Like the rest of us common folk.

V:      But when I was traveling with Jeffrey, the majority of the time would be on the black jet.

JS:     Now, when you say there would be times when you would travel by yourself because he was sending you somewhere, tell me about that.  How did that come about?

V:      So, one of his colleagues would be at the Carribean or Santa Fe or even New York, or wherever, and he would call me up on those days where I am not working with him or in Palm Beach with him, and he would ask me to get on the next plane to so and so and go meet so and so, and that's when I would take e-tickets.  His secretary or special assistant, whatever, would organize it for me and give me the details and I would just walk up the line and they'd let me right through.

JS:     Can you give me any ideas as to how many times it happened that Jeffrey would send you off to meet some friend of his at some location outside of Palm Beach?

V:      How many times it happened?  I'm not too sure.  Probably about 10-15 times.

JS:     Ok.  And on those occasions, how much time would you spend with one of Jeffrey's friends when you were sent to a location that you would have to travel to?

V:      Only a couple of days.  Only 2 days, that's it.

JS:     And how were you paid for those trips?

V:      I would be paid in cash upon my arrival back with Jeffrey.  So, whenever I was back with Jeffrey, he would count up how many days I've had, sometimes give me even more than what I deserved, not deserved, but what I earned and give me a little extra.

JS:     Was there a daily rate for those trips or was that per massage also?

V:      Per massage.  With Jeffrey, I would be honest.  I wouldn't tell him I did 15 massages if I didn't.  He knew he could trust me.  He could always come back to the other person that *he sent me to give massages and ask them as well, so you know, it was always by per massage.*

JS:     Alright.  When we've been talking about massages, tell me exactly what it is we're talking about when we speak about massages.

V:      Same thing I would do to Jeffrey.  Again, it would start out as a massage, which would start with them being naked, and me giving him a legitimate massage to begin with, so

I'd start with his feet, go up to his calves, up his legs, buttocks, back, his neck, his head, his arms, yada yada, and then it would be time to flip over, and some of the men would want me to continue on massaging the front side of them and  they would  instigate me to begin having sex with them or foreplay, whatever you want to call it.

JS:     So routinely, these massages involved sexual activity.  Is that accurate?

V:      That is accurate.

JS:     Ok.  Let's talk about the travel that you were involved in when you were on Jeffrey's private plane.  Generally speaking, who were the passengers on the plane when you traveled.

V:      Well, Larry was the pilot, and then there was a short, small solid guy, I don't know his name, but he was a co-pilot, and then he changed and there was another guy brought in later on.  Generally speaking, there was always Jeffrey, sometimes Ghislaine, sometimes Emmy, sometimes a whole bunch of other girls, sometimes famous people, sometimes some politicians or yeah, just about anybody could fly on his plane.  There was never no any set routine who would come and who would go.  It was an influx of people on Jeffrey's airplane.

JS:     I want to deal with these things separately in order to respect some of the reservations that you have, so I'm going to ask you who the people were that you remember flying with Jeffrey on his plane when you were personally present without regard to whether there was any sexual activity that occurred on the plane or not.  So I'm not asking you to implicate any of these famous people in improper conduct, but just tell me what the names of the people are that you remember that you consider to be famous people.

V:      Ok, there was Naomi Campbell, Heidi Klum, there was Bill Clinton.  There was Al (?) Gore, there was a whole bunch of models, I wouldn't really honestly be able to give their names.  There was Matt Groning the producer of the simpons cartoon, Jack CCousteau's granddaughter a lot of interior designers, architects, politicians.  I am just trying to think of as many names as possible for you.  Off the top of my head, that's as good as I can get for now.

JS:     Ok, alright, that's fine.  And again, I am not implying by my questions, nor do I want your answers to be interpreted as your suggesting that any of those people that you have just identified were engaged in any improper activities on any particular flight, but I want to talk to you now about what went on on occasion on the airplane. Ok?

V:      Ok.  It was a lot of the same thing that went down on the ground.  A lot of times, it would be just be me and Jeffrey, or me and Jeffrey and Ghislaine, or me and Jeffrey and some other girl, sometimes Emmy, Sarah, and Nadia Bjournik. There would be sexual conduct, there would be foreplay, there was a bed in there, so we could basically reenact exactly

what was happening in the house.  It would start off with massaging or we would start off with foreplay, sometimes it would lead to, you know, orgies.

JS:    Were there occasions when you were in Jeffrey's company, whether on the ground or in the air, where there were other girls present whom you knew to be under age 18?

V:    Yes.  There was a constant influx of girls coming in and going out.  And we were all very young. On occasion, there was some older girls, and I don't mean older as in like in their 30s or anything, I mean like 28, 29, something like that, just very rarely.  The majority of the girls that Jeffrey actually met or had on his plane or in his house were under age.

JS:    Do you know how it is that Jeffrey established with any of these underage girls?

V:    Yes, I do.  He would send me personally or with other girls to clubs or shops, to _pick up anywhere, I mean we were constantly on the look for other girls that might satisfy Jeffrey.

JS:    What instructions were you given about what to look for?

V:    Young, pretty, you know, a fun personality. They couldn't be black.  If they were any other descent other than white, they had to be exotically beautiful.  That was just about it.

JS:    Who gave you those criteria?

V:    They both gave us the instructions, and it wasn't just me, Jeffrey asked most girls to bring a friend and make extra money. They would use us young girls So that way it probably looked a lot more safer to a girl that we were procuring to younger girls that were already doing it.  That was the way that Jeffrey had it.

JS:    Were you given any instruction at all on how to approach these girls?

V:    Yes.  Jeffrey and Ghislaine both taught me to, depending on the circumstances, depending on the girl, you could offer them a job as a massage therapist or you could tell them you have a really rich friend with, you know, great contacts in the acting world or modeling world and he loves pretty girls, you should come back and meet him, make some money, you know, we had a whole bunch of ways to be able to procure girls.

JS:    *Can you give me any idea as to the total number of underage girls that you know engaged in sexual conduct with Jeffrey during the period of time you had your relationship with him?*

V:    I would have no way of estimating that whatsoever.  I mean, there could be a hundred, there could be more, honestly I'm not too sure how many girls, really.  I wish I did know. I mean like I said there were so many over the course of 4 years with Jeffrey.

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 16 of 23

JS:   Let me see if we can try to narrow it down a little bit.  Is there any doubt in your mind that it was more than 10?

V:   Yes, there was definitely more than 10.

JS:   Ok, what I want you to do is to give me the highest number that you are comfortable in saying there were definitely more than X number of underage girls that I know Jeffrey Epstein engaged in sex with while I had a relationship with him.  How would you fill in that blank?  Definitely more than how many?

V:   I'd say definitely more than a hundred.

JS:   Alright.  Did Jeffrey ever help to pick out your clothes?

V:   Oh yes.  I mean he wasn't out to dress me like a porn star or anything.  He would always dress me very classy, but we'd just go shopping all the time together.

JS:   Did he ever express any style preferences in terms of how he wanted you to dress?  Besides dressing classy, I'm, you know, any other suggestion to you about how he wanted you dressed?

V:   He didn't, like I said, wasn't trying to dress me in any prostitute way or anything like that.  It was nice, classy outfits I was wearing like Gucci, Dolce Gabbana, Chanel, things like that.  He was buying me a lot of very, very nice clothing.  It was provocative.  I mean I was wearing miniskirts, and tight short shorts and little shirts that showed my belly and my cleavage and everything, but they were very expensive clothes.

JS:   Was there every any dress up role playing?

V:   Yes.  There was.  Lots of it.  Jeffrey loved the latex outfits Ghislane had for us girls, he had bondage outfits, he had all different kinds of outfits, but his favorite was the schoolgirl.

JS:   Tell me about that.

V:   Well, you know, Ghislaine would take me to dress me up to surprise J.E or Jeffrey would ask me to get dressed up, that would include wearing a tiny little skirt with nothing underneath, a white collared shirt that you would be wearing to school with a tie in it, tied up _in a bow_, my hair in pigtails, stockings on up to my knees, and I would go in there and act like a kid and we'd do role playing sexing.

JS:   Did Jeffrey ever brag to you about the age of any of the girls with whom he had relationships?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 17 of 23

V:     Yes, he did. He did all the time.  The worst one that I heard from his own mouth was this pretty 12 year old girls he had flown in for his birthday.  It was a surprise birthday gift from one of his friends and they were from France.  I did see them, I did meet them. Jeffrey bragged afterwards after he met them that they were 12 year olds and flown over from France because they're really poor over there, and their parents needed the money or whatever the case is and they were absolutely free to stay and flew out.  Those were the worst ones.  He was constantly bragging about girls' ages or where he got them from or their past and how terrible their past was and good he is making it for them.

JS:    Where were the 12 year old girls flown to from France?  Where did they come to?

V:     Palm Beach.

JS:    And were they flown in on Jeff's private plane or did they get transported?

V:     No. They were transported by somebody else.

JS:    Ok.  Was the sexual activity that went on on the airplane conducted in such a way so that any of the crew was aware of what was going on?

V:     They were told to knock if they had to come out, if the crew had to come out.  They were told, you know, to come out as little as possible, so they weren't out there hanging out watching everything, no, but it doesn't take an idiot to put two and two together to say well there's a whole bunch of half dressed teenagers on board with this old man who is constantly being massaged by them and he wants me to keep the door shut for what reason?  I mean, only they could put that together, but yeah, they knew.

JS:    Did Mr. Epstein ever talk to you about people of power and influence owing him favors?

V:     He would laugh about it, you know, I never really knew what to take serious from Jeffrey because he was such a funny character at times.  You never knew if what he was saying was true or not.  Yeah, lots of people owed him favors from what he told me.  He's got everybody in his pocket, and he would laugh about he helps people for the sole purpose in the end they owe him something.  That's why I believe he does so many favors in the first place.

JS:    When and how did you first become aware that Mr. Epstein was in trouble with the law?

V:     I was first informed by, I think someone from the FBI called me first and started to ask me questions, and I started to answer the questions but then fear took over, and I just said look, I don't know what's going on, I've got a young family that I don't want to risk, you know, please don't bother me about this again, and it was real short simple conversation, and within a week or 2, I had gotten a call from Jeffrey's attorney, and then a week later, Jeffrey himself.

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 18 of 23

JS:     Ok, well let's back up before we get to those conversations and tell me approximately when it was that you were contacted by the person who you believe was with the FBI.

V:      Ok. It's hard for me to pinpoint, if I had to pinpoint it, it would be in 2007 sometime.

JS:     Alright. And you were living in Australia at that time, correct?

V:      Correct.

JS:     You were contacted by telephone?

V:      That's correct, by my cell phone.

JS:     Ok and do you have any idea how your name came up leading to that contact.

V:      No idea. No idea whatsoever. When I did ask, I was told that some girls had revealed my name, I guess, and that's how everybody, the FBI knew to contact me.

JS:     OK.

V:      But I don't know offhand or sorry, I just walked into the wrong room.

JS:     Ok.

V:      Sorry go on.

JS:     Yes & I'll never tell her you said that. Virginia, how long was it after that phone call from the FBI person were you contacted by Mr. Epstein's lawyers.

V:      Like a week. It was back to back to each other. I remember being so scared after talking to the FBI thinking what's happening, what's going on. It's been like 6 years, 7 years at that stage, how did they find me & what do I have to do with this? So yeah, I do remember that very well, and it was only about a week later I was called by his attorney.

JS:     Who was it that contacted you, do you remember?

V:      I want to say Bill Riley, but he might have been from the FBI. No, it was Bill Riley. Bill Riley. Not sure if that's his correct name, but that's what is coming to mind

JS:     What do you remember about that conversation?

V:      I remember a Mr. Goldberger as well, I remember, there might have been two of them.

JS:     Alright.

Case 16-3945, Document 70, 08/24/2017, 2109784, Page27 of 221

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 19 of 23

V:     I can't remember which one it was.  I want to say Bill Riley is the good one.

JS:    Alright, so either Bill Riley or a Mr. Goldberger or both of them contacted you, and what do you remember about that?

V:     I don't know if it was the same guy who contacted me that week later who put me in touch with Jeffrey.  I think he was on the phone and he put speakerphone on with Jeffrey.  So he connected me with Jeffrey.  I don't know if it was the same guy or different, but I definitely know that Bill Riley was the first guy to contact me.  I'm pretty sure about that.

JS:    Ok.  Tell me about that conversation.

V:     He asked me what I knew about what's going on with Jeffrey and apparently, there was an investigation being held about some of the girls who had come out and said that Jeffrey had sexual contact with them under the age of a minor and that he was discrediting lot of these girls and making them out to be drug addicts and prostitutes and what have you so they wouldn't be looked upon as worthy in the court's eyes so to speak.  And you know, he told me in the first five minutes that, you know, if I stay quiet, that "I'll be looked after" .  And that was the exact way it was said.  It wasn't like you know, I'm gonna pay you a zillion dollars or anything if you be quiet, but if I stay quiet, I would "looked after".  And I remember saying I don't want any part to do with this.  You know, this is not something I want to be a part of, I've got a young family.  I wish the best for everybody in this, you know, take care kind of thing.  A week later, I was called after the hearing by one of Jeffrey's lawyers.  I can't tell you exactly which one it was but he had Jeffrey on the other line and he connected Jeffrey and I, and Jeffrey tried to make some simple conversation, "How are you? How have things been?" You know what I mean, catching up.

JS:    Do you know if the lawyer, did the lawyer stay on the line while Jeffrey was speaking to you?

V:     I'm pretty sure he did.  That's why I think Jeffrey was on speaker phone because it sounded a lot different, and I never taken off the line to begin with or connected to another line, so I was pretty sure Jeffrey was on speaker phone and the lawyer was making the call.  After the simple conversation, it led to what was going on again and you know, Jeffrey couldn't believe it.  You know, he thought he helped all these girls out.  He didn't think he was wrong in any circumstance here at all.  A lot of these girls were drug addicts and just after drug money.  You know, he was really putting down these women or these girls I should say, not giving them the credit they deserved, and then he exactly repeated what the lawyer said the week before is that he would look after me if I stayed quiet, and if I need any help, you know, his lawyers would represent me and he would get legal help for me, whatever I need, he would do, and I told him exactly, I said, "Jeffrey, I'm the mother of two children at that stage.  I'm away from everything there, I don't want to be a part of it.  I'm not going to speak to anybody and I don't want to speak to anybody, I don't want to be involved."  That was the last time I heard from him.  And the

Case 16-3945, Document 70, 08/24/2017, 2109784, Page28 of 221

**A-450**

Case 1:15-cv-07433-RWS   Document 435-8   Filed 09/15/16   Page 21 of 24

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 20 of 23

next thing I knew, I was sent my victim's letter, my notification of being a victim through the US Attorney's Office and that's when I knew it was well out there enough not to have Jeffrey's lawyers come back on me and discredit me in the same way he had done to all the other girls. So, I called up Joseph Bird who was the recommended lawyers on my paperwork that they had given me and started going from there.

JS:     So you contact Mr. Joseph Bergs' office and then you were dealing with his office from that point forward.

V:      That's correct.

JS:     Tell me about the ending of your relationship with Jeffrey. That is, at what point in time did your full time employment end and how did that happen?

V:      Ok. So, it hadn't really ended. I walked away from it all. Jeffrey sent me to Thailand where I met my husband and escaped to Australia, never to return back to the states. About 6 months prior to that, he came up with a proposition that I thought was really disgustingly sick. And it really showed me for the first time in 4 years I had been with him that nothing was going to change and I was always just going to be used by him(?) which I did not like. He offered me a mansion and some of his money every month, I forget what he called it, a monthly income of what he made to bear one of his children. The proposition was that if anything ever happened between Jeffrey and I, that I would have to sign my child over to him basically and that the child would be his and Ghislaine's, and I would be looking after it as long as nothing happened between Jeffrey and I. So, I was kind of freaked out by all of that. I pushed Jeffrey more to please get me some more training, you know, and I was getting older and not of as much interest to Jeffrey anyways. I was 19 now, and he likes a female a lot younger. So he sent me to Thailand, in September 2002_. I was first supposed to meet a girl there and bring her back with me, but I never met up with her. I proceeded get a short course in Thai massage so that was to shut me up about my training so I went there, and one of my friends from school invited me to watch a fight, like a muay thai fight, which is like a form kickboxing. So I went and watched it, and I saw this guy that was a really good fighter, and a girl's word, looked really hot, so I asked my friend who knew him to introduce me. We got introduced and fell in love immediately, 3 days later Rob proposed and 7 days later I was being married in a buddist temple. I called Jeffrey and told him I'm sorry, I'm never coming back. I've gotten married, I've fallen in love. I thought he'd wish the best for me but he was kind of rude and he just said "have a good life" and hung up the phone, and that was the last time I'd talked to him ever until all this started again.

JS:     Ok. Virginia, is there anything else that you would like to add to what you have told us up to this point in time?

V:      I'd like to know that this time around something's going to be done about it and that Jeffrey and a lot of his colleagues, no matter how rich they are, will know that there is

Case 16-3945, Document 70, 08/24/2017, 2109784, Page29 of 221

A-451

Case 1:15-cv-07433-RWS   Document 435-8   Filed 09/15/16   Page 22 of 24

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 21 of 23

law and that there is people that still believe in it. So that's it. Thank you guys for listening to me, hearing me out and helping me. It's kind of hard to get through.

JS:   Thank you very much. Yes, I'm sure it has been very difficult and I am very appreciative of the courage you have shown in doing what you have done, which really brings me to the last subject, and that is what was it that motivated you to go public with all of this?

V:   Sharon Richard contacted me. I like her, I do, I like her a lot. I know she's a journalist, and journalists are normally bloodsucking leeches, but I like her for that, but she is an honest bloodsucking leech. She told me a lot about what was still going on, and she showed me a picture of Jeffrey with a little girl who looks like she could have been 12 years old. I mean it was disgusting. I agreed to talk with her, I never agreed to do anything until she showed me some pictures, and at that stage, being a mother of 3 children and having a daughter who I would do anything for to protect, I would put my neck on the line to make sure she never has to go through what I had to go through, and knowing all of this, and knowing that he's still out there doing the same exact thing with no regrets, no remorse, no worry about what he's doing to those girls, and all those girls feeling the same way that I did, so I, you know, I'm doing it because I believe in my heart of hearts it's the right thing to do. It's what I would want somebody to do for my daughter or my sister or my friend, and it saddens me to know that it's still going on right now. It's like the seashell story. I don't know if you're heard the story about the little kid who throws back a starfish, you know, the little brother tries to ask his sister, "why do you throw them in, they're all gonna die anyways, the little girl says "well, it's this one that I can help, and this one that I can help," and that's what I feel like I'm doing. I'm making a small dent in this big world we live in.

JS:   I certainly appreciate that courage, and I have heard that story, and you're absolutely right, that one person may not be able to make a difference for everyone, but one person can make a difference for someone, and hopefully, you are making a difference for someone, and we're gonna do the best we can to make sure you are making a difference for as many people as possible.

V:   Thanks Jack.

JS:   Just a few other follow up things I want to ask you and again, if any of these questions are questions that you're uncomfortable in responding to, then don't hesitate to tell me that. Do you have any recollection of Jeffrey Epstein's specifically telling you that "Bill Clinton owes me favors"?

V:   Yes. I do. It was a laugh though. He would laugh it off. You know, I remember asking Jeffrey what's Bill Clinton doing here kind of thing, and he laughed it off and said well he owes me a favor. He never told me what favors they were. I never knew. I didn't know if he was serious. It was just a joke.

JS:   Where was here?

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 22 of 23

V:     He told me a long time ago that everyone owes him favors.  They're all in each other's pockets.

JS:    When you say you asked him why is Bill Clinton here, where was here?

V:     On the island.

JS:    When you were present with Jeffrey Epstein and Bill Clinton on the island, who else was there?

V:     Ghislaine, Emmy, and there was 2 young girls that I could identify.  I never really knew them well anyways.  It was just 2 girls from New York.

JS:    And were all of you staying at Jeffrey's house on the island including Bill Clinton?

V:     That's correct.  He had about 4 or 5 different villas on his island separate from the main house, and we all stayed in the villas.

JS:    Were sexual orgies a regular occurrence on the island at Jeffrey's house?

V:     Yes.

JS:    If we were to take sworn testimony from the people I am going to name, and if those people were to tell the truth about what they knew, do you believe that any of the following people would have relevant information about Jeffrey's taking advantage of underage girls?  So I'll just name a name, and you tell me yes if they told the truth, I think they'd have relevant information or no, I don't think they would, or I don't know whether they would or not.  Ok?  You understand?

V:     Yes.

JS:    Ok.  Les Wexner.

V:     I think he has relevant information, but I don't think he'll tell you the truth.

JS:    Ok.  Alan Dershowitz.

V:     Yes.

JS:    David Copperfield.

V:     Don't know.

JS:    Tommy Matola.

Edwards adv. Epstein
Telephone interview with Virginia Roberts
Page 23 of 23


V:      Don't know.

JS:     Prince Andrew.

V:      Yes, he would know a lot of the truth.  Again, I don't know how much he would be able
        to help you with, but seeing he's in a lot of trouble himself these days, I think he might,
        so I think he may be valuable.  I'm not too sure of him.

JS:     Ok.  Virginia, I think that's all I have for you.  Let me tell you what I would like to do.
        As I told you in the beginning of this conversation, we've been recording it, and
        hopefully, we've got a clear enough recording so that we've taken down everything
        accurately and when it's transcribed, it will be clear and accurate, but what I would like
        to do is transcribe it, send it to you, have you take a look at it, and if there's anything that
        we got wrong in the statement, you can write back and you can make changes in the
        transcript so that the transcript is accurate.  Is that fair?

V:      No worries.  That is fair. No problem.

JS:     Alright, great.  I really do appreciate that and tell me what the best way is to send the
        transcript to you.

V:      Email.  If you just want to send it by email or if you want to send it by mail, either or.

JS:     Ok.  Give me your email address if you would please.

V:      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓*

JS:     Let me read that back to you: ▓▓▓▓▓▓▓▓▓▓*

V:      Yep that's it.

BE:     Thank you Jenna, appreciate it.

V:      No problem, Brad.

JS:     Thank you very very much. Bye Bye now.

V:      Take care Jack.  Nice meeting you.

JS:     You too.


*Redaction has been made at the request of the witness.

A-454

# Exhibit W

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 08-80736-CIV-MARRA

JANE DOE #1 and JANE DOE #2,
      Petitioners,

vs.

UNITED STATES OF AMERICA,
      Respondent.

_____/

### <u>DECLARATION OF</u> ████████████

1.     My name is ████████ and I was born in August, 1983.

2.     I am currently 31 years old.

3.     I grew up in Palm Beach, Florida. When I was little, I loved animals and wanted to be a veterinarian. But my life took a very different turn when adults began to be interested in having sex with me.

4.     In approximately 1999, when I was 15 years old, I met Ghislaine Maxwell. She is the daughter of Robert Maxwell, who had been a wealthy publisher in Britain. Maxwell asked that I come with her to Jeffrey Epstein's mansion for the purposes of teaching me how to perform "massages" and to train me professionally in that area. Soon after that I went to Epstein's home in Palm Beach on El Brillo Way.

5.     From the first time I was taken to Epstein's mansion that day, his motivations and actions were sexual, as were Maxwell's. My father was not allowed inside. I was brought up some stairs. There was a naked guy, Epstein, on the table in the room. Epstein and Maxwell forced me into sexual activity with Epstein. I was 15 years old at the time. He seemed to be in his 40s or 50s. I was paid $200. I was driven home by one of Epstein's employees.

1

6. I came back for several days following and did the same sorts of sexual things for Epstein.

7. After I did those things for Epstein, he and Maxwell said they were going to have me travel and were going to get an education for me. They were promising me the world, that I would travel with Epstein on his private jet and have a well-paid profession. Epstein said he would eventually match me up with a wealthy person so that I would be "set up" for life.

8. So I started "working" exclusively for Epstein. He took me to New York on his big, private jet. We went to his mansion in New York City. I was shown to my room, a very luxurious room. The mansion was huge. I got scared because it was so big. Epstein brought me to a room with a massage parlor. To me, it looked like an S&M parlor. Epstein made me engage in sexual activities with him there.

9. You can see how young I looked in the photograph below.



2

10.      Epstein took me on a ferry boat on one of the trips to New York City and there he took the picture above.  I was approximately 15 or 16 years old at the time.

11.      Over the next few weeks, Jeffrey Epstein and Ghislaine Maxwell trained me to do what they wanted, including sexual activities and the use of sexual toys.  The training was in New York and Florida, at Epstein's mansions.  It was basically every day and was like going to school.  I also had to have sex with Epstein many times.

12.      I was trained to be "everything a man wanted me to be."   It wasn't just sexual training - they wanted me to be able to cater to all the needs of the men they were going to send me to.  They said that they loved that I was very compliant and knew how to keep my mouth shut.

13.      Epstein and Maxwell also told me that they wanted me to produce things for them in addition to performing sex on the men.  They told to me to pay attention to the details about what the men wanted, so I could report back to them.

14.      From very early on I was fearful of Epstein.  Epstein told me he was a billionaire. I told my mother that I was working for this rich guy, and she said "go, go far away."   Epstein had promised me a lot, and I knew if I left I would be in big trouble.  I also knew that I was a witness to a lot of illegal and very bad behavior by Epstein and his friends.  If I left Epstein, he knew all kinds of powerful people.  He could have had me killed or abducted, and I always knew he was capable of that if I did not obey him.  He let me know that he knew many people in high places.  Speaking about himself, he said "I can get away" with things.  I was very scared, particularly since I was a teenager.

3

15.     I visited and traveled with Jeffrey Epstein from 1999 through the summer of 2002, and during that time I stayed with him, as his sex slave, at each of his houses (really more like mansions) in locations including New York City, New York; the area of Santa Fe, New Mexico; Palm Beach, Florida; an island in the U.S. Virgin Islands; and Paris, France. I had sex with him often in these places and also with the various people he demanded that I have sex with. Epstein paid me for many of these sexual encounters. In fact, my only purpose for Epstein, Maxwell and their friends was to be used for sex.

16.     To illustrate my connection to these places, I include four photographs taken of me in New Mexico (shown below). The first one is a museum in Santa Fe, New Mexico. We had gone sightseeing for the day. Epstein took this picture of me. I was approximately 17 at the time, judging from the looks of it. At the end of the day we returned to Epstein's Zorro Ranch. The second picture is me on one of Epstein's horses on the ranch in New Mexico. The following two are from wintertime in New Mexico.



4






17.     When I was with him, Epstein had sex with underage girls on a daily basis.  His

interest in this kind of sex was obvious to the people around him.  The activities were so obvious

5

and bold that anyone spending any significant time at one of Epstein's residences would have clearly been aware of what was going on.

18.　　Epstein's code word for sexual encounters was that it was a "massage". At times the interaction between Epstein and the girls would start in a massage room setting, it was always a sexual encounter and never just a massage.

19.　　In addition to constantly finding underage girls to satisfy their personal desires, Epstein and Maxwell also got girls for Epstein's friends and acquaintances. Epstein specifically told me that the reason for him doing this was so that they would "owe him," they would "be in his pocket," and he would "have something on them." I understood him to mean that when someone was in his pocket, they owed him favors. I also understood that Epstein thought he could get leniency if he was ever caught doing anything illegal, or more so that he could escape trouble altogether.

20.　　Ghislaine Maxwell was heavily involved in the illegal sex. I understood her to be a very powerful person. She used Epstein's money and he used her name and connections to gain power and prestige.

21.　　One way to describe Maxwell's role was as the "madame." She assumed a position of trust for all the girls, including me. She got me to trust her and Epstein. It turned out that Maxwell was all about sex all the time. She had sex with underage girls virtually every day when I was around her, and she was very forceful.

22.　　I first had sexual activities with her when I was approximately 15 at the Palm Beach mansion. I had many sexual activities with her over the next several years in Epstein's various residences plus other exotic locations. I had sex with Maxwell in the Virgin Islands,

6

New Mexico, New York, as well as France and many other locations. I also observed Maxwell have sex with dozens of underage girls.

23. Maxwell took pictures of many of the underage girls. These pictures were sexually explicit. Maxwell kept the pictures on the computers in the various houses. She also made hard copies of these images and displayed them in the various houses. Maxwell had large amounts of child pornography that she personally made. Many times she made me sleep with other girls, some of whom were very young, for purposes of taking sexual pictures.

24. Harvard law professor Alan Dershowitz was around Epstein frequently. Dershowitz was so comfortable with the sex that was going on that he would even come and chat with Epstein while I was giving oral sex to Epstein.

25. I had sexual intercourse with Dershowitz at least six times. The first time was when I was about 16, early on in my servitude to Epstein, and it continued until I was 19.

26. The first time we had sex took place in New York in Epstein's home. It was in Epstein's room (not the massage room). I was approximately 16 years old at the time. I called Dershowitz "Alan." I knew he was a famous professor.

27. The second time that I had sex with Dershowitz was at Epstein's house in Palm Beach. During this encounter, Dershowitz instructed me to both perform oral sex and have sexual intercourse.

28. I also had sex with Dershowitz at Epstein's Zorro Ranch in New Mexico in the massage room off of the indoor pool area, which was still being painted.

29. We also had sex at Little Saint James Island in the U.S. Virgin Islands. I was asked to give Dershowitz a massage on the beach. Dershowitz then asked me to take him somewhere more private, where we proceeded to have intercourse.

30.     Another sexual encounter between me and Dershowitz happened on Epstein's airplane.  Another girl was present on the plane with us.

31.     I have recently seen a former Harvard law professor identified as Alan Dershowitz on television calling me a "liar."   He is lying by denying that he had sex with me. That man is the same man that I had sex with at least six times.

32.     Epstein made me have sex with Prince Andrew several times.  Prince Andrew, Maxwell, and I are shown in the photograph below.  I had sex with him three times, including one orgy.  I knew he was a member of the British Royal Family, but I just called him "Andy."



33.     One day when I was in London (specifically in a townhouse that is under Maxwell's name), I got news from Maxwell that I would be meeting a prince.  Later that day, Epstein told me I was meeting a "major prince." Epstein told me "to exceed" everything I had been taught.  He emphasized that whatever Prince Andrew wanted, I was to make sure he got.

34.     Eventually Prince Andrew arrived, along with his security guards. The guards then went out of the house and stayed out front in their car.  It was just Epstein, Maxwell, and me inside alone with Andy. I was introduced to the Prince, and we kissed formally, cheek to cheek.

8

There was a lot of legal discussion about Andy and his ex-wife ("Fergie"). Then the discussion turned to me. Maxwell said "guess how old she is." Prince Andrew guessed 17.

35.     Then we all went to a Chinese restaurant for dinner and then to Club Tramp, a fancy "members only" night club in central London. Andy arranged for alcohol to be provided to me at the club. Eventually we left. I rode with Epstein and Maxwell back to the townhouse. On the way there, Epstein and Maxwell informed me that the Prince wanted to see "more of me" that night. Andy traveled in a separate car with his guards.

36.     We all arrived back at the townhome and went upstairs. Epstein took a picture of me and Andy with my own camera. The picture above is that picture, which has been widely circulated on the internet. Andy has his left arm around my waist and is smiling. The picture was developed on March 13, 2001, and was taken sometime shortly before I had it developed. I was 17 years old at the time.

37.     I wanted a picture with the prince because I was keeping in contact with my family. I had told my mom and my grandma that I was meeting Prince Andrew and that I'd take a picture for them. They told me to "be careful."

38.     After the picture, Epstein and Maxwell kissed me and said to "have fun." They left Andy and me alone upstairs. We went to the bathroom and bedroom, which were just steps away from where the picture was taken. We engaged in sexual activities there. Afterwards, Andy left quickly with his security.

39.     I chatted with Epstein about this the next day. I told him, "it went great." Epstein said something to the effect of, "You did well. The Prince had fun." I felt like I was being graded. It was horrible to have to recount all these events and have to try to meet all these needs

Case 16-3945, Document 70, 08/24/2017, 2109784, Page42 of 221

A-464

Case 9:08-cv-80736-KAM Document 291-9 Filed 09/15/16 Page 11 of
Case 9:15-cv-07433-RWS Document 435-9 Filed 09/15/16 Page 11 of
20

and wants. I told Epstein about Andy's sexual interests in feet. Epstein thought it was very funny. Epstein appeared to be collecting private information about Andy.

40.     When I got back from my trip, Epstein paid me more than he had paid me to be with anyone else – approximately $15,000. That money was for what I had done and to keep my mouth shut about "working" with the Prince.

41.     The second time I had sex with Prince Andrew was in Epstein's New York mansion in spring 2001. I was 17 at time. Epstein called me down to his office. When I got there, Epstein was there, along with Maxwell, Johanna Sjoberg, and Andy. I was very surprised to see him again. Epstein and Maxwell were making lewd jokes about "Randy Andy".

42.     I had the impression that Andy had come there to see Epstein and to have sex me with. There was no other apparent purpose for Andy to be there.

43.     I was told to go upstairs with Andy and to go to the room I thought of as the "dungeon" (the massage room, but it is really scary looking). I had sex with Andy there. I was only paid $400 from Epstein for servicing Andy that time.

44.     The third time I had sex with Andy was in an orgy on Epstein's private island in the U.S. Virgin Islands. I was around 18 at the time. Epstein, Andy, approximately eight other young girls, and I had sex together. The other girls all seemed and appeared to be under the age of 18 and didn't really speak English. Epstein laughed about the fact they couldn't really communicate, saying that they are the "easiest" girls to get along with. My assumption was that Jean Luc Brunel got the girls from Eastern Europe (as he procured many young foreign girls for Epstein). They were young and European looking and sounding.

45.     Afterwards we all had dinner by the cabanas. The other girls were chatting away among themselves, and Epstein and the Prince chatted together. I felt disgusted, and went

quickly to my own cabana that night and went to sleep. Prince Andrew must have flown out early the next morning, as I did not see him when I got up.

46.    I have seen Buckingham Palace's recent "emphatic" denial that Prince Andrew had sexual contact with me.  That denial is false and hurtful to me.  I did have sexual contact with him as I have described here – under oath.  Given what he knows and has seen, I was hoping that he would simply voluntarily tell the truth about everything.  I hope my attorneys can interview Prince Andrew under oath about the contacts and that he will tell the truth.

47.    I also had sexual intercourse with Jean Luc Brunel many times when I was 16 through 19 years old. He was another of Epstein's powerful friends who had many contacts with young girls throughout the world. In fact, his only similarity with Epstein and the only link to their friendship appeared to be that Brunel could get dozens of underage girls and feed Epstein's (and Maxwell's) strong appetite for sex with minors.

48.    Brunel ran some kind of modeling agency and appeared to have an arrangement with the U.S. Government where he could get passports or other travel documents for young girls. He would then bring these young girls (girls ranging in age from 12 to 24) to the United States for sexual purposes and farm them out to his friends, including Epstein.

49.    Brunel would offer the girls "modeling" jobs. A lot of the girls came from poor countries or poor backgrounds, and he lured them in with a promise of making good money.

50.    I had to have sex with Brunel at Little St. James (orgies), Palm Beach, New York City, New Mexico, Paris, the south of France, and California. He did not care about conversation, just sex.

51.    Jeffrey Epstein has told me that he has slept with over 1,000 of Brunel's girls, and everything that I have seen confirms this claim. Epstein, Brunel, and Maxwell loved orgies with

kids – that is, having sexual interactions with many young teenagers at the same time. Sometimes as many as ten underage girls would participate in a single orgy with them. I personally observed dozens of these orgies. The orgies happened on Epstein's island in the U.S. Virgin Islands, in New Mexico, Palm Beach, and many other places. Most of the girls did not speak English. It was my understanding that the girls had been persuaded to come by Brunel offering them illegal drugs or a career in modeling. Brunel was one of the main procurers of girls.

52.     In addition to Ghislaine Maxwell, Sarah Kellen, and ▮▮▮▮▮▮▮ were also involved in the orgies. At this stage, I am hopeful that these other women will come forward and tell the truth about everything because that will help prevent future similar abuse.

53.     I have seen reports saying or implying that I had sex with former President Bill Clinton on Little Saint James Island. Former President Bill Clinton was present on the Island at a time when I was also present on the Island, but I have never had sexual relations with Clinton, nor have I ever claimed to have had such relations. I have never seen him have sexual relations with anyone.

54.     I now understand that Epstein reached a non-prosecution agreement with the federal government in 2007 and pled guilty to two state crimes in June 2008. I now know that I was identified by the federal government as one of Epstein's and his co-conspirator's sexually abused victims. However, no one told me about those events until after they happened.

55.     On September 3, 2008, the FBI sent a victim notification letter to me. This was the first written communication I had received from the FBI. The letter is attached as Exhibit 1. The letter describes an agreement in which compensation would be made victims of Epstein's

12

sexual abuse. The letter also said that the federal government was going to "defer federal prosecution." No one had told me about deferring federal prosecution before this.

56.     In 2011, two FBI agents, called me in Australia and then came to meet me. They met me at the U.S. Consulate in Sidney. They seemed to be very professional and hard working. I thought to myself, "Wow, these people will do the right thing against the bad guys and protect me."

57.     The agents were mainly focused on Epstein but while there I provided them some information about others who were involved in illegal acts as well. I was aware that a false statement to these law enforcement officers was a crime and I told the truth – giving them the information that I could recall about the individuals they inquired about.

58.     Epstein also trafficked me for sexual purposes to many other powerful men, including politicians and powerful business executives. Epstein required me to describe the sexual events that I had with these men presumably so that he could potentially blackmail them. I am still very fearful of these men today.

59.     I will continue to cooperate fully in the investigation and prosecution of Epstein, Maxwell, or any of their friends who participated in the sexual abuse of minors. I also hope that this information is treated in a way that will keep me safe from Epstein and others criminals identified here so as to encourage more victims of similar crimes to come forward. If these crimes are not prosecuted, despite my volunteering this information and cooperation, then it may deter other similar victims from coming forward.

60.     In this affidavit, I have tried to focus on how I was trafficked for sexual purposes. I have not described all of the details of the sexual activities Epstein forced me to have. Also, I have not described all of the details of the other events discussed here. If a judge wants me to

present my information in more detail, including more specific descriptions of the sexual activities with the men Epstein sent me to, I could do so.

61.     I have directed my attorneys, Bradley J. Edwards and Paul G. Cassell, to pursue all reasonable and legitimate means to have criminal charges brought against these powerful people for the crimes they have committed against me and other girls. They are representing me in this case pro bono.

62.     Since I filed my motion in this case, my credibility has been attacked. I am telling the truth and will not let these attacks prevent me from exposing the truth of how I was trafficked for sex to many powerful people. These powerful people seem to think that they don't have to follow the same rules as everyone else. That is wrong. I hope that by coming forward, I can help expose the problem of sex trafficking and prevent the same sort of abuse and degradation that happened to me from happening to other girls.

63.     I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2015.

(Location of signature left undisclosed for security reasons)



14

# EXHIBIT 1



U.S. Department of Justice

*United States Attorney*
*Southern District of Florida*

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711*
*Facsimile: (561) 820-8777*

September 3, 2008

## NOTIFICATION OF IDENTIFIED VICTIM

NOTICE: IN ACCORDANCE WITH TITLE 18, UNITED STATES CODE, SECTION 3509(d) AND FLORIDA LAW, THE ATTACHED DOCUMENT IS TO BE TREATED AS CONFIDENTIAL AND SHALL NOT BE DISCLOSED EXCEPT IN CONNECTION WITH A LEGAL PROCEEDING.

 **U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711*
*Facsimile: (561) 820-8777*

September 3, 2008

VIA COURIER

Re:    **Jeffrey Epstein/**                              **NOTIFICATION OF**
       **IDENTIFIED VICTIM**

Dear         :

    By virtue of this letter, the United States Attorney's Office for the Southern District of Florida provides you with the following notice because you are an identified victim of a federal offense.

    On June 30, 2008, Jeffrey Epstein (hereinafter referred to as "Epstein") entered a plea of guilty to violations of Florida Statutes Sections 796.07 (felony solicitation of prostitution) and 796.03 (procurement of minors to engage in prostitution), in the 15th Judicial Circuit in and for Palm Beach County (Case Nos. 2006-cf-009454AXXXMB and 2008-cf-009381AXXXMB) and was sentenced to a term of twelve months' imprisonment to be followed by an additional six months' imprisonment, followed by twelve months of Community Control 1, with conditions of community confinement imposed by the Court.

    In light of the entry of the guilty plea and sentence, the United States has agreed to defer federal prosecution in favor of this state plea and sentence, subject to certain conditions, including the following:

    1.    An independent Special Master was assigned the task of selecting an
          attorney representative to represent the victims, including you, in
          connection with civil actions between the victims and Mr. Epstein. The

NOTIFICATION OF IDENTIFIED VICTIM
SEPTEMBER 3, 2008
PAGE 2 OF 3

Special Master selected Robert Josefsberg, Esq. of the firm Podhurst
Orseck, P.A., a highly-respected and experienced attorney. You are not
obligated to use Mr. Josefsberg as your civil attorney, but, as explained
in greater detail below, Mr. Josefsberg's services will be provided at no
cost to you because Mr. Epstein is obligated to pay the costs and fees
of the attorney-representative. Also, Mr. Epstein and his attorneys can
only contact you via Mr. Josefsberg, assuming that you would like Mr.
Josefsberg to serve as your attorney.

2.   If you elect to file suit against Mr. Epstein pursuant to Title 18, United
     States Code, Section 2255, Mr. Epstein will not contest the jurisdiction
     of the United States District Court for the Southern District of Florida
     over his person and/or the subject matter, and Mr. Epstein waives his
     right to contest liability and also waives his right to contest damages up
     to an amount as agreed to between you and Mr. Epstein, so long as you
     elect to proceed exclusively under 18 U.S.C. § 2255, and you waive any
     other claim for damages, whether pursuant to state, federal, or common
     law. Notwithstanding this waiver, Epstein's agreement with the United
     States, his waivers and failure to contest liability and such damages in
     any suit are not to be construed as an admission of any criminal or civil
     liability.

3.   As stated above, Mr. Epstein has agreed to pay the fees of the attorney
     representative selected by the independent third party. This provision,
     however, shall not obligate Epstein to pay the fees and costs of
     contested litigation filed against him. Thus, if after consideration of
     potential settlements, you and Mr. Josefsberg elect to file a contested
     lawsuit pursuant to 18 U.S.C. § 2255 or you elect to pursue any other
     contested remedy, the obligation to pay the costs of the attorney
     representative, as opposed to any statutory or other obligations to pay
     reasonable attorneys fees and costs such as those contained in Section
     2255, shall cease.

Please contact either myself at                                      or Justice
Department Victim-Witness Specialist Twiler Smith at                with a good
telephone number and/or e-mail address, so that we may provide Mr. Josefsberg with a
timely means of communicating with you. If you would like to contact Mr. Josefsberg

NOTIFICATION OF IDENTIFIED VICTIM
SEPTEMBER 3, 2008
PAGE 3 OF 3

directly, he can be reached at +1 305 358-2800.

If you have already selected other counsel to represent you, or if you do so in the future, and you decide to file a claim against Jeffrey Epstein, Mr. Epstein's attorney, Jack Goldberger, asks that you have your attorney contact Mr. Goldberger at Atterbury Goldberger and Weiss, 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401, (561) 659-8300.

In addition, there has been litigation between the United States and two other victims regarding the disclosure of the entire agreement between the United States and Mr. Epstein. Mr. Josefsberg can provide further guidance on this issue, or if you select another attorney to represent you, that attorney can review the Court's order in the matter of *In re Jane Does 1 and 2*, United States District Court for the Southern District of Florida Court File No. 08-80736-CIV-MARRA.

Please understand that neither the U.S. Attorney's Office nor the Federal Bureau of Investigation can take part in or otherwise assist in civil litigation. Thank you for all of your assistance during the course of the federal and state investigations and please accept the heartfelt regards of myself and Special Agents Kuyrkendall, Slater, and Richards for your health and well-being.

Sincerely,

R. Alexander Acosta
United States Attorney

By: ~~signature~~

A. Marie Villafaña
Assistant United States Attorney

cc:    Robert Josefsberg, Esq.
       Jack Goldberger, Esq.

# Exhibit X

Page 1

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT

IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.:  CACE 15-000072

BRADLEY J. EDWARDS, and

PAUL G. CASSELL,

        Plaintiffs,

vs.

ALAN DERSHOWITZ,

        Defendant.

_____/

TRANSCRIPT OF NON-PARTY VIRGINIA ROBERTS'

EMERGENCY MOTION TO SEAL

DATE TAKEN:    December 18, 2015

TIME:          9:26 a.m - 9:45 a.m.

PLACE:         Broward County Courthouse

               201 Southeast 6th Street

               Fort Lauderdale, Florida 33301

BEFORE:        Thomas M. Lynch, IV, Circuit Court Judge

This cause came on to be heard at the time and place
aforesaid, when and where the following proceedings were
reported by:

Michele Cameron

Magna Legal Services

866-624-6221



Page 2

1    APPEARANCES:
2    On behalf of Non-Party, Virgina Roberts:
3        SIGRID MCCAWLEY, ESQUIRE
         BOIES, SCHILLER & FLEXNER, LLP
4        401 East Las Olas Boulevard
         Suite 1200
5        Fort Lauderdale, Florida 33301
         Phone: (954) 356-0011
6
7    On behalf of the Defendant:
8        STEVEN R. SAFRA, ESQUIRE
         COLE, SCOTT, KISSANE, P.A.
9        9150 South Dadeland Boulevard
         Suite 1400
10       Miami, Florida 33156
         Phone: (305) 294-4440
11
12
13                        -  -  -
                N O   E X H I B I T S   M A R K E D
14                        -  -  -
15
16
17
18
19
20
21
22
23
24
25



```
                                                        Page 3
     1                 (The following proceedings were had:)
     2                 THE COURT:  Good morning, everyone.
     3                 MS. MCCAWLEY:  Good morning, Your Honor.
     4                 MR. SAFRA:  Good morning.
     5                 THE COURT:  Sorry for the delay.
     6                 Do we have anything other than what I
     7            reviewed, the Emergency Motion to Seal?
     8                 MS. MCCAWLEY:  There's the Emergency
     9            Motion to Seal that we filed.
    10                 We also filed, on Wednesday, a Motion to
    11            Strike that affidavit, which is not set for
    12            today.
    13                 THE COURT:  Okay.
    14                 MS. MCCAWLEY:  And counsel would like an
    15            opportunity to respond to that; so I will
    16            just briefly address that, but not in
    17            substance.
    18                 THE COURT:  I just wanted to make sure.
    19                 MS. MCCAWLEY:  Sure.
    20                 MR. SAFRA:  And our opposition to the
    21            emergency motion.
    22                 THE COURT:  Yes.
    23                 MR. SAFRA:  Okay.
    24                 THE COURT:  I also read about everything
    25            in the Sunday Times.
```



Page 4

```
 1               MS. MCCAWLEY:  Your Honor, may I
 2          proceed?
 3               THE COURT:  Sure.
 4               MS. MCCAWLEY:  Great, thank you.
 5               We're here before you today on
 6          non-party, Virginia Roberts', Emergency
 7          Motion to Seal the affidavit of Alan
 8          Dershowtiz.  The issue before the Court is
 9          discrete.  It's a single issue, and that is
10          whether or not Mr. Dershowitz violated the
11          settlement privilege by filing his affidavit
12          in the public file with this Court.
13               To give you some background, how this
14          transpired, Mr. Dershowitz was set for
15          deposition in this case.  As you know, he is
16          a party in this case.  I attended that
17          deposition on behalf of non-party, Virginia
18          Roberts.  During the course of that
19          deposition, there were a number of issues
20          that transpired.  Mr. Dershowitz was
21          difficult to control.  He would make speaking
22          answers that were not pertinent to the
23          question that had been asked.  In the course
24          of that, he started to try to disclose what I
25          allege are confidential settlement
```



Page 5

```
 1          discussions that occurred amongst my client,
 2          her lawyers, and Mr. Dershowitz, along with
 3          some other individuals.  I objected to those.
 4          I tried to talk over -- he continued to talk
 5          over me.  I tried to stop that from
 6          happening.  Eventually, his counsel assisted
 7          in that and got him to hold off, over my
 8          objections, so that we could have the Court
 9          hear that issue.
10              It would have been appropriate for them
11          to present their Motion in Limine asking the
12          Court to rule on those objections.  That
13          piece of their motion is something that the
14          Court would commonly see.
15              What is different about their Motion in
16          Limine is Mr. Dershowitz intentionally
17          attached, and his lawyers allowed him to
18          attach to that Motion in Limine, an
19          affidavit -- I think it's five or six pages
20          long -- where he puts in the public court
21          file everything that he proclaims occurred
22          during those confidential settlement
23          discussions.
24              So my objection was on file.  Rather
25          than allowing the Court to rule on that
```



Page 6

1          objection, he proceeded to put in the public

2          court file his litany, we which contend is a

3          misrepresentation of what occurred during

4          those confidential settlement discussions.

5               Then he proceeded to leak that affidavit

6          to the New York Times, because he knew they

7          were doing a story, and he wanted that

8          information to go to the Times.  This

9          transpired very quickly; that is why I filed

10         an emergency motion.  I don't take that

11         lightly.

12              THE COURT:  Can I ask a question?

13              MS. MCCAWLEY:  Sure.

14              THE COURT:  Is there a dispute as to

15         that quote, unquote, leak?

16              MR. SAFRA:  Yes.

17              THE COURT:  Okay.

18              MS. MCCAWLEY:  Oh, is there a dispute?

19              Okay.  I wasn't aware that there was a

20         dispute.  I thought that was --

21              THE COURT:  I wasn't, either; so that's

22         why --

23              MS. MCCAWLEY:  No, that's good to know.

24              With respect to what transpired, he knew

25         the objections were sitting.



Page 7

1           Now, the basis of the Motion in Limine,

2      his argument, through his lawyers, is that

3      these were not settlement discussions.  In

4      other words, there's no protection here; he's

5      entitled to say whatever he wants about those

6      conversations because they were not

7      settlement discussions.

8           We have been very careful -- my partner,

9      David Boies, who is the Chairman of my

10     firm -- was very careful not to reveal any of

11     those conversations because we contend they

12     are settlement discussions.  But if the Court

13     would allow me, I'd like to submit in camera,

14     for your review, nothing that reveals the

15     settlement discussions, but an e-mail from

16     Mr. Dershowitz's team that characterizes this

17     exact issue as being, quote, This is being

18     sent to you as part of a process of

19     negotiation, hopefully leading to a

20     resolution of the matter involving

21     in Dershowitz and Ms. Roberts.

22          Then the documents attached to that,

23     which I will not submit to the Court because

24     we contend that's part of the confidential

25     settlement process, were labeled



Page 8

1          "Confidential negotiation purposes only".

2               It is shameless that they came before

3          this Court and told the Court that these were

4          not confidential settlement negotiations

5          when, in their own words, in this negotiation

6          process, they labeled them as such.

7               Your Honor, that's sanctionable conduct.

8          We clearly contend that this was a

9          confidential process.  The whole purpose of

10         Statute 90.408 that deals with settlement

11         discussions amongst parties is to allow

12         parties to freely discuss those issues to

13         resolve a matter without worrying about a

14         repercussion that something said during those

15         confidential negotiations could be used

16         against their client.  That is the whole

17         purpose.  That's why we have this protection.

18              There's also the mediation privilege

19         protection, which is set forth in 44.403.

20         And while there was not a mediator, per se,

21         attending these, that statute, the Florida

22         legislature also protected conversations

23         leading up to that mediation.  And as you

24         know, in this case, the parties have engaged

25         in a mediation with Judge Streitfeld.  All of



Page 9

```
 1            these conversations were efforts by the
 2            parties to try to find resolution of the
 3            matters between the issues at stake in this
 4            case; so for them to file a motion saying
 5            that these were not confidential settlement
 6            discussions, I think, is sanctionable
 7            conduct.  I contend that it is.
 8                 The Court has the power -- there's a
 9            number of cases, Parzino, which is cited in
10            our Motion to Strike -- and I know counsel
11            will have an opportunity to respond to this
12            one -- the Court considers that, but that
13            case is directly on point because it dealt
14            with this exact issue, where a party wanted
15            to reveal settlement discussions to the press
16            and to the public, file them publically,
17            revealed them to the press, and the Court
18            struck the pleadings in that case because --
19            and the District Court approved that because
20            it was an appropriate sanction for revealing
21            something that was confidential information,
22            particularly when it was done intentionally.
23                 You don't have to go any further than
24            the face of the Motion in Limine that says,
25            "I have objected that those are confidential
```



Page 10

1           settlement discussions."  They disagree with

2           that objection.  Instead of allowing the

3           Court to rule on that objection, they then

4           submit an affidavit that spews falsehoods of

5           what transpired in those meetings, but then

6           says that they are true; so we contend that

7           the affidavit should be sealed and stricken

8           from the record, but at a minimum, sealed for

9           the moment until the Court can make that

10          ruling.  Because if it's not sealed, the

11          media can continue to use that and they can

12          continue to work that angle without any

13          protection on our end.

14              If the Court is not inclined to do that,

15          if the Court deicides no, that I don't

16          believe these were settlement conversations

17          of some kind and Mr. Dershowitz is allowed to

18          go to the media and any other public source

19          and say these things, then we want a clear

20          statement on the record that we are entitled

21          to do so, as well.  What's good for the goose

22          is good for the gander: all of these

23          documents that we were given, all the

24          information that he gave us in the course of

25          that process, which we have protected as



```
                                             Page 11
 1          confidential settlement discussions --
 2               THE COURT:  Well, I'm sure there would
 3          be no problem with that, correct?
 4               MR. SAFRA:  With regard to the
 5          disclosure of the documentation that was
 6          given to them at meetings at issue?
 7               THE COURT:  Right.
 8               MR. SAFRA:  No problem.
 9               MS. MCCAWLEY:  And everything said
10          during those meetings.  Everything said
11          during those meetings.
12               THE COURT:  You have no problem with
13          that, right?
14               MR. SAFRA:  Yes.
15               THE COURT:  Okay.
16               MR. SAFRA:  Yes, like in agreement as to
17          the documents.
18               MS. MCCAWLEY:  So Your Honor, at bottom,
19          we contend that these were confidential
20          settlement negotiations.  We believe that
21          Mr. Dershowitz intentionally did this
22          knowingly and that he should be sanctioned
23          for this conduct.  Because if not, he will
24          continue to do this.  This is his way of
25          litigating.  It's the wrong way.  It's in bad
```



Page 12

```
 1          faith, and we contend that those discussions
 2          should be protected.
 3               THE COURT:  Thank you.
 4               MS. MCCAWLEY:  Thank you, Your Honor.
 5               MR. SAFRA:  Good morning, Your Honor.
 6               THE COURT:  Good morning.
 7               MR. SAFRA:  I'm going to put my argument
 8          aside for a second and address probably the
 9          three main points that, based upon even your
10          comments, I think it would probably behoove
11          everybody to understand first.
12               What's at issue here is just whether
13          there's a basis, an emergency basis, for
14          sealing.  Not the Motion to Strike, not their
15          pending request for sanctions, and not our
16          Motion in Limine.
17               THE COURT:  Correct.
18               MR. SAFRA:  Okay.  I think the primary
19          argument or the majority of what she has
20          conveyed, Ms. McCawley, deals with what is
21          not at issue; and we got one of those major
22          filings on Wednesday afternoon and are
23          entitled to an opportunity to respond, and
24          that's not in dispute.
25               As to the practices of my client that
```



Page 13

```
1              are alleged and this alleged leaking, I
2              actually think it's the total opposite.
3              Other than one op-ed piece by the Wall Street
4              Journal, okay, my client -- which was a legal
5              analysis piece -- has never been the
6              initiator to any of the press, okay.
7                   What is going on here is that the
8              Plaintiffs, and now also Ms. Roberts, are
9              making their filings in the public record,
10             okay, and then tipping off the press to them
11             either through the filing or themselves and
12             saying, "No comment," or, "I'm not
13             commenting," but here's my comment where I
14             call them a liar or, you know, try to hide
15             under the litigation privilege.  And then
16             they're trying to prevent my client from
17             responding either publically when the Times,
18             for example, contacts them after they've
19             received the filing, or even through public
20             record, if he does make a response --
21                  THE COURT:  How did the Times receive
22             the filing?
23                  MR. SAFRA:  Either from Plaintiffs or
24             getting notice that it was filed, but not
25             from us.
```



Page 14

1              There was a phone call to my client that
2         then said we've interviewed --
3              THE COURT:  Well, certainly Mr. Boies'
4         client wouldn't have any motivation.
5              MR. SAFRA:  They spoke to Mr. Boies
6         before they spoke to my client and told them
7         that they had already spoken to them.
8              THE COURT:  I'm talking about to
9         disclose the filing in question.
10             MR. SAFRA:  The filing in question, no,
11        but the affidavits of Ms. Roberts that after
12        Your Honor --
13             THE COURT:  No, I'm not talking about
14        that.
15             MR. SAFRA:  But that's what --
16             THE COURT:  I'm talking about what we
17        are talking about today.
18             MR. SAFRA:  They called and they had
19        disclosed how they got -- the Times article
20        got the affidavit, they were then checking
21        the court record.
22             But I'm saying that my client was called
23        about the Times and asked for statements in
24        response, but he didn't do any leaking of any
25        sort.  He didn't do any initiating; so I'm



Page 15

```
 1          just advising the Court that our position is
 2          all he did was respond to some questions when
 3          he was contacted, saying that they had
 4          already interviewed Boies, they're doing an
 5          article on this story and so on.  And I
 6          believe they were asked, "Well, how did you
 7          get notice?"  And I can't confirm whether --
 8          but their practice has been -- and that's why
 9          we tried to prevent the affidavit from being
10          put back in the record, and as the Court
11          remembers you ruled, that it should not be
12          sealed; the presumption of openness trumps
13          any desire to seal.
14               THE COURT:  I understand that.
15               MR. SAFRA:  Okay.  So --
16               THE COURT:  But if the argument for that
17          was different than the argument as it relates
18          to this.
19               MR. SAFRA:  Okay.  And as to this, I'll
20          address that.  The first thing is, is that
21          first of all, it's not at issue today whether
22          these are settlement conversations, but I
23          tell this Court, they are not.
24               The e-mail that Ms. McCawley is
25          referencing is from after mediation.  Every
```



Page 16

1          single meeting and subject matter of Mr.

2          Dershowitz's affidavit deals with meetings

3          with Mr. Boise before mediation or any

4          settlement conversation ever occurred.

5               There was a meeting between a

6          non-party's counsel and my client to try to

7          get to the facts, because Mr. Dershowitz

8          believes that if he could have an opportunity

9          to disprove the facts, then maybe, if

10         Mr. Boies agreed and then Ms. Roberts then

11         agreed or they talked to him, then maybe,

12         from a factual standpoint, there could be

13         some resolution and who knows what effect.

14              But Mr. Boise made it very, very clear:

15         he does not represent the Plaintiffs, he has

16         no authority for anything, he is not there

17         for any capacity on their behalf --

18              THE COURT:  I understand.  But I had a

19         question --

20              MR. SAFRA:  -- and that was after -- and

21         I can't get into the specifics of the

22         mediation and the conversations to the extent

23         in which Ms. McCawley and Mr. Boies were

24         involved, which were over the last month or

25         two, and is nothing of the subject matter of



Page 17

1        Mr. Dershowitz's public affidavit.  Those

2        communications had to do with when there was

3        resolution trying to be reached with the

4        Plaintiffs, and one part of it involved

5        Ms. Roberts.  But that's not in the

6        affidavit.  That has no reference, and that's

7        an afterwards.

8            THE COURT:  Well, I've got a question.

9            MR. SAFRA:  They ignore the timeline.

10           THE COURT:  During the deposition of

11       your client, your client certainly was aware

12       that it was their position that these

13       discussions were confidential, right?

14           MR. SAFRA:  They raised an objection,

15       and actually, I disagree with the

16       characterization of Mr. Dershowitz's

17       testimony, because at one point, he even --

18           THE COURT:  That's not my question.

19           MR. SAFRA:  I was going to answer that.

20           THE COURT:  Okay.

21           MR. SAFRA:  Okay.  So he was aware of

22       the objection.  He even stated on the record,

23       "I can't answer that because it implicates

24       that conversation."

25           But we waited over a month for them to


MAGNA ▶
LEGAL SERVICES

Page 18

1          bring it, and they're trying to complete

2          these depositions.  And so we filed our

3          Motion in Limine not addressing the

4          settlement part, but just addressing the

5          non-settlement-related communications that

6          occurred before settlement was even an issue.

7               THE COURT:  That sounds like a, "Yes" --

8               MR. SAFRA:  Yes.

9               THE COURT:  -- to my question.

10              MR. SAFRA:  We were aware of their

11         objection, and we did not implicate that

12         aspect in our affidavit.

13              THE COURT:  So your client was aware of

14         those discussions, that it was their

15         position, were confidential?

16              MR. SAFRA:  They ever never specified

17         which -- the mediation-related ones, yes.

18              THE COURT:  Notwithstanding that fact,

19         there was that filing.  Why would that

20         happen?

21              MR. SAFRA:  That filing has nothing to

22         do with the settlement-related conversations.

23         Those have not been made public --

24              THE COURT:  Well, I know that's your

25         position.



Page 19

1          MR. SAFRA:  -- and Mr. Boise was even

2          contacted and said, "We are going to be" --

3          THE COURT:  It just doesn't seem like

4          it's the right thing to do, if your client is

5          aware that it's their position that those

6          discussions are confidential, and then, after

7          that, the filing occurs.

8          MR. SAFRA:  The right thing to do was

9          wait a time period for them to raise the

10         objections, which we did; contact Mr. Boies,

11         which my client did, and say we are going to

12         be making a filing, okay.  Gave them extra

13         time.  No response.  Nothing.  And then we

14         have no choice but try to proceed.  So that

15         way, when the next deposition comes, we can

16         actually resolve the issues.  We purposely

17         did not address the at-issue settlement time

18         period after the mediation when that issue --

19         when that was involved.  These meetings all

20         occurred months before then and related to an

21         opportunity for Mr. Dershowitz to meet with

22         Mr. Boise to show him, these are my

23         calendars, information, and disprove the

24         facts.  He is a non-party.  There's no

25         resolution, and it did not involve the



Page 20

1          Plaintiffs.  It was not a settlement.  There
2          was no mediator.
3              If it was supposed to be confidential,
4          wouldn't we have seen, for that time period,
5          an e-mail from Mr. Boise, or someone, saying
6          it's confidential?  Something in writing
7          saying it's a confidential settlement?  There
8          is nothing for that time period, and that's
9          the time period that's at issue in his
10         affidavits.
11             THE COURT:  Ma'am, from your standpoint,
12         does it matter that it was published in the
13         Times?
14             I mean, that's where I first learned
15         about it, because I don't monitor filings on
16         the computer, obviously.
17             MS. MCCAWLEY:  Right.  Your Honor, it
18         matters, two things.
19             First, yes, it does matter.  It matters
20         that it was filed in the public record, over
21         my objection.  That, in and of itself, is
22         sanctionable.  But it also matters that it
23         was leaked to the press.
24             THE COURT:  No, no.  I'm not talking
25         about sanctions.



Page 21

```
 1              MS. MCCAWLEY:  Right.  Okay.  Yes, but
 2         it does matter to us, because those are
 3         confidential settlement negotiations.  You
 4         know, with all due respect, I --
 5              THE COURT:  And it's probably all over
 6         the internet, and certainly were mentioned in
 7         the New York Times.
 8              MS. MCCAWLEY:  I understand.  And the
 9         reason why it matters to strike those is
10         because once they're stricken --
11              THE COURT:  No, I'm not talking about
12         the striking.
13              MS. MCCAWLEY:  No, I understand.  But
14         the --
15              THE COURT:  I'm talking about the
16         sealing.
17              MS. MCCAWLEY:  The sealing, yes.  Right.
18              THE COURT:  That's the only thing we're
19         here for.
20              MS. MCCAWLEY:  I understand what you're
21         saying.  Is the cat already out of the bag?
22         How does it help to seal it?
23              THE COURT:  I was going to use that, but
24         cats in bags are troubling to me.
25              MS. MCCAWLEY:  I understand.  It's so
```



Page 22

1          odd, right?

2               MR. SAFRA:  I still need an explanation

3          on that one.

4               THE COURT:  It's, like, skinning cats,

5          cats in bags.

6               MS. MCCAWLEY:  Right.  I know.  My

7          apologies.  But --

8               THE COURT:  Beating dead horses.

9               MS. MCCAWLEY:  Right.

10               THE COURT:  All of that stuff.

11               MS. MCCAWLEY:  But the point is -- and

12          that phrase has been used in case law.  And

13          the point is, that if it is sealed, the media

14          is less likely to repeat those things.  So if

15          there's an action by the Court that says it

16          was not appropriate for those things to be

17          leaked, they're confidential settlement

18          negotiations, that empowers us to have

19          actionability against the media.

20               But I want to be very clear here,

21          because I attended those settlement

22          conversations; I was involved in that.  This

23          e-mail that I have is dated July 9th, 2015,

24          where Dershowitz, out of his own words,

25          labels these as confidential settlement


MAGNA
LEGAL SERVICES

Page 23

1          negotiations between the parties.  It is

2          without question that these were settlement

3          conversations.

4               I appreciate what he is trying to refer

5          to, this later mediation with Judge

6          Streitfeld.  There is a mediation that has

7          gone on in the last couple of weeks with

8          Judge Streitfeld.  These were confidential

9          settlement negotiations that started in May

10         and went up to the present; so to say that --

11              THE COURT:  I agree with you.  I think

12         they're confidential settlement discussions.

13         I'm going to grant the Motion to Seal.

14              MS. MCCAWLEY:  Thank you, Your Honor.

15              MR. SAFRA:  Well, Your Honor --

16              THE COURT:  Over the strong objection of

17         the Defendant.

18              MR. SAFRA:  Can I, for the record --

19              MS. MCCAWLEY:  Thank you.

20              MR. SAFRA:  -- at least also reserve

21         that for the relief that needs to be shown

22         irreparable harm, death, or manifest injury,

23         and it's our position that that hasn't been

24         shown in the requested relief.

25              THE COURT:  You don't think confidential



Page 24

```
 1        settlement agreements should be sealed?  I
 2        know you don't think they are confidential
 3        settlement agreements --
 4             MR. SAFRA:  Well --
 5             THE COURT:  -- but if they are, which
 6        I've made that finding, you don't think they
 7        should be sealed?
 8             MR. SAFRA:  Well, you're making the
 9        finding that they were confidential
10        settlement --
11             THE COURT:  I am.
12             MR. SAFRA:  -- but that wasn't at issue
13        here, and they haven't even filed the
14        opposition, and we have our Motion in Limine;
15        so you're ruling upon that when --
16             THE COURT:  No.  I'm just sealing these
17        because I think they should be sealed.
18             MR. SAFRA:  Okay.
19             THE COURT:  Although, you know --
20             MR. SAFRA:  Take your words for the
21        future.
22             THE COURT:  -- everyone is aware of --
23             MR. SAFRA:  Understood.
24             THE COURT:  Well, everyone.  Whoever
25        read the New York Times is aware of the
```



Page 25

1           situation; so I will grant the motion.

2               MR. SAFRA:  For clarity, the Motion in

3           Limine, when that gets scheduled, is your

4           finding that it's a settlement

5           communication --

6               THE COURT:  I'll listen to any argument

7           anyone has on any issue.  We're not doing

8           that today.

9               MR. SAFRA:  Just the seal.

10              THE COURT:  I'm available for hearings

11          anytime after the 3rd of January.

12              MR. SAFRA:  And can I state, so you

13          don't get a disagreement where we end up back

14          before the Court -- just because I'm aware

15          and I want to raise --

16              MS. MCCAWLEY:  Right.

17              MR. SAFRA:  -- it and so that you have

18          an opportunity, it is our position or my

19          client's position that these meetings

20          occurred in New York and that the sealing

21          would apply to the public filings and in

22          Florida.

23              MS. MCCAWLEY:  Your Honor, if the intent

24          here is to continue to spew the confidential

25          settlement negotiations and have



Page 26

```
 1          Mr. Dershowitz go to New York or other
 2          locations to say these things again, I would
 3          object to that.  I think this Court needs to
 4          be very stern in its response that these are
 5          not appropriate to be disclosed.
 6              THE COURT:  Well, I think he is aware of
 7          that.
 8              MR. SAFRA:  I'm aware, and I will convey
 9          to my client.  I think the Court's
10          jurisdiction is what is it, but I just wanted
11          to raise the issue and we will act in good
12          faith and, you know, do just like we did last
13          time, contact Mr. Boies to give opportunities
14          before anything happens.
15              MS. MCCAWLEY:  Your Honor, I disagree
16          with that.  I have no indication that
17          Mr. Boies was contacted about this in
18          advance.
19              THE COURT:  Thanks.  Nice to see you.
20              MS. MCCAWLEY:  Thank you, Your Honor.
21              MR. SAFRA:  Thank you, Your Honor.  Have
22          a good weekend.
23              THE COURT:  You, too.
24              MS. MCCAWLEY:  I have a Proposed Order
25          with me.  Do you want me to --
```



A-501

Page 27

1          THE COURT:  Yes, it's probably best to

2     do that.

3          MS. MCCAWLEY:  Thank you.

4          THE COURT:  My suggestion would be to

5     follow up with the clerk, as well.

6          MS. MCCAWLEY:  Yes.  Of course, yes.

7          (Whereupon, the proceedings concluded at

8          9:45 o'clock a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 28

1

2

3

4                         CERTIFICATE

5   STATE OF FLORIDA    )

6   COUNTY OF BROWARD   )

7          I, MICHELE CAMERON, Notary Public in and for

8   the State of Florida at Large, do hereby certify that

9   the case of BRADLEY J. EDWARDS, and PAUL G. CASSELL

10   are the Plaintiffs, and ALAN DERSHOWTIZ is the

11   Defendant, was heard before the Honorabe Thomas M.

12   Lynch, IV, as Judge, and that the foregoing pages,

13   numbered 1 to 28, inclusive, constitute a true and

14   correct transcription of the proceedings taken on

15   December 18, 2015.

16          WITNESS my hand and official seal in the City

17   of Fort Lauderdale, County of Broward, State of

18   Florida, this 18th day of December, 2015.

19

20

21        _____

          MICHELE CAMERON

22        Notary Public, State of

          Florida at Large

23        My Commission Expires: 12-27-15

          My Commission No.: EE152087

24

25



## A

**a.m** 1:13,13 27:8
**act** 26:11
**action** 22:15
**actionability** 22:19
**address** 3:16 12:8
 15:20 19:17
**addressing** 18:3,4
**advance** 26:18
**advising** 15:1
**affidavit** 3:11 4:7
 4:11 5:19 6:5 10:4
 10:7 14:20 15:9
 16:2 17:1,6 18:12
**affidavits** 14:11
 20:10
**aforesaid** 1:18
**afternoon** 12:22
**agree** 23:11
**agreed** 16:10,11
**agreement** 11:16
**agreements** 24:1,3
**Alan** 1:7 4:7 28:10
**allege** 4:25
**alleged** 13:1,1
**allow** 7:13 8:11
**allowed** 5:17 10:17
**allowing** 5:25 10:2
**analysis** 13:5
**angle** 10:12
**answer** 17:19,23
**answers** 4:22
**anytime** 25:11
**apologies** 22:7
**APPEARANCES**
 2:1
**apply** 25:21
**appreciate** 23:4
**appropriate** 5:10
 9:20 22:16 26:5
**approved** 9:19
**argument** 7:2 12:7
 12:19 15:16,17
 25:6
**article** 14:19 15:5

**aside** 12:8
**asked** 4:23 14:23
 15:6
**asking** 5:11
**aspect** 18:12
**assisted** 5:6
**at-issue** 19:17
**attach** 5:18
**attached** 5:17 7:22
**attended** 4:16
 22:21
**attending** 8:21
**authority** 16:16
**available** 25:10
**aware** 6:19 17:11
 17:21 18:10,13
 19:5 24:22,25
 25:14 26:6,8

## B

**B** 2:13
**back** 15:10 25:13
**background** 4:13
**bad** 11:25
**bag** 21:21
**bags** 21:24 22:5
**based** 12:9
**basis** 7:1 12:13,13
**Beating** 22:8
**behalf** 2:2,7 4:17
 16:17
**behoove** 12:10
**believe** 10:16 11:20
 15:6
**believes** 16:8
**best** 27:1
**Boies** 2:3 7:9 14:5
 15:4 16:10,23
 19:10 26:13,17
**Boies'** 14:3
**Boise** 16:3,14 19:1
 19:22 20:5
**bottom** 11:18
**Boulevard** 2:4,9
**BRADLEY** 1:4
 28:9

**briefly** 3:16
**bring** 18:1
**Broward** 1:1,14
 28:6,17

## C

**CACE** 1:3
**calendars** 19:23
**call** 13:14 14:1
**called** 14:18,22
**camera** 7:13
**Cameron** 1:20 28:7
 28:21
**capacity** 16:17
**careful** 7:8,10
**case** 1:3 4:15,16
 8:24 9:4,13,18
 22:12 28:9
**cases** 9:9
**CASSELL** 1:4 28:9
**cat** 21:21
**cats** 21:24 22:4,5
**cause** 1:17
**certainly** 14:3
 17:11 21:6
**CERTIFICATE**
 28:4
**certify** 28:8
**Chairman** 7:9
**characterization**
 17:16
**characterizes** 7:16
**checking** 14:20
**choice** 19:14
**Circuit** 1:1,1,15
**cited** 9:9
**City** 28:16
**clarity** 25:2
**clear** 10:19 16:14
 22:20
**clearly** 8:8
**clerk** 27:5
**client** 5:1 8:16
 12:25 13:4,16
 14:1,4,6,22 16:6
 17:11,11 18:13

 19:4,11 26:9
**client's** 25:19
**COLE** 2:8
**comes** 19:15
**comment** 13:12,13
**commenting** 13:13
**comments** 12:10
**Commission** 28:23
 28:23
**commonly** 5:14
**communication**
 25:5
**communications**
 17:2 18:5
**complete** 18:1
**computer** 20:16
**concluded** 27:7
**conduct** 8:7 9:7
 11:23
**confidential** 4:25
 5:22 6:4 7:24 8:1
 8:4,9,15 9:5,21,25
 11:1,19 17:13
 18:15 19:6 20:3,6
 20:7 21:3 22:17
 22:25 23:8,12,25
 24:2,9 25:24
**confirm** 15:7
**considers** 9:12
**constitute** 28:13
**contact** 19:10 26:13
**contacted** 15:3 19:2
 26:17
**contacts** 13:18
**contend** 6:2 7:11,24
 8:8 9:7 10:6 11:19
 12:1
**continue** 10:11,12
 11:24 25:24
**continued** 5:4
**control** 4:21
**conversation** 16:4
 17:24
**conversations** 7:6
 7:11 8:22 9:1
 10:16 15:22 16:22

 18:22 22:22 23:3
**convey** 26:8
**conveyed** 12:20
**correct** 11:3 12:17
 28:14
**counsel** 3:14 5:6
 9:10 16:6
**County** 1:1,14 28:6
 28:17
**couple** 23:7
**course** 4:18,23
 10:24 27:6
**court** 1:1,15 3:2,5
 3:13,18,22,24 4:3
 4:8,12 5:8,12,14
 5:20,25 6:2,12,14
 6:17,21 7:12,23
 8:3,3 9:8,12,17,19
 10:3,9,14,15 11:2
 11:7,12,15 12:3,6
 12:17 13:21 14:3
 14:8,13,16,21
 15:1,10,14,16,23
 16:18 17:8,10,18
 17:20 18:7,9,13
 18:18,24 19:3
 20:11,24 21:5,11
 21:15,18,23 22:4
 22:8,10,15 23:11
 23:16,25 24:5,11
 24:16,19,22,24
 25:6,10,14 26:3,6
 26:19,23 27:1,4
**Court's** 26:9
**Courthouse** 1:14

## D

**D** 2:13
**Dadeland** 2:9
**DATE** 1:13
**dated** 22:23
**David** 7:9
**day** 28:18
**dead** 22:8
**deals** 8:10 12:20
 16:2



dealt 9:13
death 23:22
December 1:13
28:15,18
Defendant 1:8 2:7
23:17 28:11
deicides 10:15
delay 3:5
deposition 4:15,17
4:19 17:10 19:15
depositions 18:2
Dershowitz 1:7
4:10,14,20 5:2,16
7:21 10:17 11:21
16:7 19:21 22:24
26:1
Dershowitz's 7:16
16:2 17:1,16
Dershowtiz 4:8
28:10
desire 15:13
different 5:15
15:17
difficult 4:21
directly 9:13
disagree 10:1 17:15
26:15
disagreement
25:13
disclose 4:24 14:9
disclosed 14:19
26:5
disclosure 11:5
discrete 4:9
discuss 8:12
discussions 5:1,23
6:4 7:3,7,12,15
8:11 9:6,15 10:1
11:1 12:1 17:13
18:14 19:6 23:12
disprove 16:9
19:23
dispute 6:14,18,20
12:24
District 9:19
documentation

11:5
documents 7:22
10:23 11:17
doing 6:7 15:4 25:7
due 21:4

**E**
E 2:13,13
e-mail 7:15 15:24
20:5 22:23
East 2:4
EDWARDS 1:4
28:9
EE152087 28:23
effect 16:13
efforts 9:1
either 6:21 13:11
13:17,23
emergency 1:11 3:7
3:8,21 4:6 6:10
12:13
empowers 22:18
engaged 8:24
entitled 7:5 10:20
12:23
ESQUIRE 2:3,8
Eventually 5:6
everybody 12:11
exact 7:17 9:14
example 13:18
Expires 28:23
explanation 22:2
extent 16:22
extra 19:12

**F**
face 9:24
fact 18:18
facts 16:7,9 19:24
factual 16:12
faith 12:1 26:12
falsehoods 10:4
file 4:12 5:21,24 6:2
9:4,16
filed 3:9,10 6:9
13:24 18:2 20:20

24:13
filing 4:11 13:11,19
13:22 14:9,10
18:19,21 19:7,12
filings 12:22 13:9
20:15 25:21
find 9:2
finding 24:6,9 25:4
firm 7:10
first 12:11 15:20,21
20:14,19
five 5:19
FLEXNER 2:3
Florida 1:1,15 2:5
2:10 8:21 25:22
28:5,8,18,22
follow 27:5
following 1:18 3:1
foregoing 28:12
Fort 1:15 2:5 28:17
forth 8:19
freely 8:12
further 9:23
future 24:21

**G**
G 1:4 28:9
gander 10:22
getting 13:24
give 4:13 26:13
given 10:23 11:6
go 6:8 9:23 10:18
26:1
going 12:7 13:7
17:19 19:2,11
21:23 23:13
good 3:2,3,4 6:23
10:21,22 12:5,6
26:11,22
goose 10:21
grant 23:13 25:1
Great 4:4

**H**
H 2:13
hand 28:16

happen 18:20
happening 5:6
happens 26:14
harm 23:22
hear 5:9
heard 1:17 28:11
hearings 25:10
help 21:22
hide 13:14
hold 5:7
Honor 3:3 4:1 8:7
11:18 12:4,5
14:12 20:17 23:14
23:15 25:23 26:15
26:20,21
Honorabe 28:11
hopefully 7:19
horses 22:8

**I**
ignore 17:9
implicate 18:11
implicates 17:23
inclined 10:14
inclusive 28:13
indication 26:16
individuals 5:3
information 6:8
9:21 10:24 19:23
initiating 14:25
initiator 13:6
injury 23:22
intent 25:23
intentionally 5:16
9:22 11:21
internet 21:6
interviewed 14:2
15:4
involve 19:25
involved 16:24 17:4
19:19 22:22
involving 7:20
irreparable 23:22
issue 4:8,9 5:9 7:17
9:14 11:6 12:12
12:21 15:21 18:6

19:18 20:9 24:12
25:7 26:11
issues 4:19 8:12 9:3
19:16
IV 1:15 28:12

**J**
J 1:4 28:9
January 25:11
Journal 13:4
Judge 1:15 8:25
23:5,8 28:12
JUDICIAL 1:1
July 22:23
jurisdiction 26:10

**K**
K 2:13
kind 10:17
KISSANE 2:8
knew 6:6,24
know 4:15 6:23
8:24 9:10 13:14
18:24 21:4 22:6
24:2,19 26:12
knowingly 11:22
knows 16:13

**L**
labeled 7:25 8:6
labels 22:25
Large 28:8,22
Las 2:4
Lauderdale 1:15
2:5 28:17
law 22:12
lawyers 5:2,17 7:2
leading 7:19 8:23
leak 6:5,15
leaked 20:23 22:17
leaking 13:1 14:24
learned 20:14
legal 1:20 13:4
legislature 8:22
liar 13:14
lightly 6:11



**Limine** 5:11,16,18
  7:1 9:24 12:16
  18:3 24:14 25:3
**listen** 25:6
**litany** 6:2
**litigating** 11:25
**litigation** 13:15
**LLP** 2:3
**locations** 26:2
**long** 5:20
**Lynch** 1:15 28:12

**M**

**M** 1:15 2:13 28:11
**Ma'am** 20:11
**Magna** 1:20
**main** 12:9
**major** 12:21
**majority** 12:19
**making** 13:9 19:12
  24:8
**manifest** 23:22
**matter** 7:20 8:13
  16:1,25 20:12,19
  21:2
**matters** 9:3 20:18
  20:19,22 21:9
**McCawley** 2:3 3:3
  3:8,14,19 4:1,4
  6:13,18,23 11:9
  11:18 12:4,20
  15:24 16:23 20:17
  21:1,8,13,17,20
  21:25 22:6,9,11
  23:14,19 25:16,23
  26:15,20,24 27:3
  27:6
**mean** 20:14
**media** 10:11,18
  22:13,19
**mediation** 8:18,23
  8:25 15:25 16:3
  16:22 19:18 23:5
  23:6
**mediation-related**
  18:17

**mediator** 8:20 20:2
**meet** 19:21
**meeting** 16:1,5
**meetings** 10:5 11:6
  11:10,11 16:2
  19:19 25:19
**mentioned** 21:6
**Miami** 2:10
**Michele** 1:20 28:7
  28:21
**minimum** 10:8
**misrepresentation**
  6:3
**moment** 10:9
**monitor** 20:15
**month** 16:24 17:25
**months** 19:20
**morning** 3:2,3,4
  12:5,6
**motion** 1:11 3:7,9
  3:10,21 4:7 5:11
  5:13,15,18 6:10
  7:1 9:4,10,24
  12:14,16 18:3
  23:13 24:14 25:1
  25:2
**motivation** 14:4

**N**

**N** 2:13
**need** 22:2
**needs** 23:21 26:3
**negotiation** 7:19
  8:1,5
**negotiations** 8:4,15
  11:20 21:3 22:18
  23:1,9 25:25
**never** 13:5 18:16
**New** 6:6 21:7 24:25
  25:20 26:1
**Nice** 26:19
**non-party** 1:10 2:2
  4:6,17 19:24
**non-party's** 16:6
**non-settlement-r...**
  18:5

**Notary** 28:7,22
**notice** 13:24 15:7
**Notwithstanding**
  18:18
**number** 4:19 9:9
**numbered** 28:13

**O**

**O** 2:13
**o'clock** 27:8
**object** 26:3
**objected** 5:3 9:25
**objection** 5:24 6:1
  10:2,3 17:14,22
  18:11 20:21 23:16
**objections** 5:8,12
  6:25 19:10
**obviously** 20:16
**occurred** 5:1,21 6:3
  16:4 18:6 19:20
  25:20
**occurs** 19:7
**odd** 22:1
**official** 28:16
**Oh** 6:18
**okay** 3:13,23 6:17
  6:19 11:15 12:18
  13:4,6,10 15:15
  15:19 17:20,21
  19:12 21:1 24:18
**Olas** 2:4
**once** 21:10
**ones** 18:17
**op-ed** 13:3
**openness** 15:12
**opportunities**
  26:13
**opportunity** 3:15
  9:11 12:23 16:8
  19:21 25:18
**opposite** 13:2
**opposition** 3:20
  24:14
**Order** 26:24

**P**

**P.A** 2:8
**pages** 5:19 28:12
**part** 7:18,24 17:4
  18:4
**particularly** 9:22
**parties** 8:11,12,24
  9:2 23:1
**partner** 7:8
**party** 4:16 9:14
**Parzino** 9:9
**PAUL** 1:4 28:9
**pending** 12:15
**period** 19:9,18 20:4
  20:8,9
**pertinent** 4:22
**phone** 2:5,10 14:1
**phrase** 22:12
**piece** 5:13 13:3,5
**place** 1:14,17
**Plaintiffs** 1:5 13:8
  13:23 16:15 17:4
  20:1 28:10
**pleadings** 9:18
**point** 9:13 17:17
  22:11,13
**points** 12:9
**position** 15:1 17:12
  18:15,25 19:5
  23:23 25:18,19
**power** 9:8
**practice** 15:8
**practices** 12:25
**present** 5:11 23:10
**press** 9:15,17 13:6
  13:10 20:23
**presumption** 15:12
**prevent** 13:16 15:9
**primary** 12:18
**privilege** 4:11 8:18
  13:15
**probably** 12:8,10
  21:5 27:1
**problem** 11:3,8,12
**proceed** 4:2 19:14
**proceeded** 6:1,5
**proceedings** 1:18

3:1 27:7 28:14
**process** 7:18,25 8:6
  8:9 10:25
**proclaims** 5:21
**Proposed** 26:24
**protected** 8:22
  10:25 12:2
**protection** 7:4 8:17
  8:19 10:13
**public** 4:12 5:20
  6:1 9:16 10:18
  13:9,19 17:1
  18:23 20:20 25:21
  28:7,22
**publically** 9:16
  13:17
**published** 20:12
**purpose** 8:9,17
**purposely** 19:16
**purposes** 8:1
**put** 6:1 12:7 15:10
**puts** 5:20

**Q**

**question** 4:23 6:12
  14:9,10 16:19
  17:8,18 18:9 23:2
**questions** 15:2
**quickly** 6:9
**quote** 6:15 7:17

**R**

**R** 2:8,13
**raise** 19:9 25:15
  26:11
**raised** 17:14
**reached** 17:3
**read** 3:24 24:25
**reason** 21:9
**receive** 13:21
**received** 13:19
**record** 10:8,20 13:9
  13:20 14:21 15:10
  17:22 20:20 23:18
**refer** 23:4
**reference** 17:6



**referencing** 15:25
**regard** 11:4
**related** 19:20
**relates** 15:17
**relief** 23:21,24
**remembers** 15:11
**repeat** 22:14
**repercussion** 8:14
**reported** 1:19
**represent** 16:15
**request** 12:15
**requested** 23:24
**reserve** 23:20
**resolution** 7:20 9:2
   16:13 17:3 19:25
**resolve** 8:13 19:16
**respect** 6:24 21:4
**respond** 3:15 9:11
   12:23 15:2
**responding** 13:17
**response** 13:20
   14:24 19:13 26:4
**reveal** 7:10 9:15
**revealed** 9:17
**revealing** 9:20
**reveals** 7:14
**review** 7:14
**reviewed** 3:7
**right** 11:7,13 17:13
   19:4,8 20:17 21:1
   21:17 22:1,6,9
   25:16
**Roberts** 2:2 4:18
   7:21 13:8 14:11
   16:10 17:5
**Roberts'** 1:10 4:6
**rule** 5:12,25 10:3
**ruled** 15:11
**ruling** 10:10 24:15

---

**S**

**S** 2:13
**SAFRA** 2:8 3:4,20
   3:23 6:16 11:4,8
   11:14,16 12:5,7
   12:18 13:23 14:5

14:10,15,18 15:15
   15:19 16:20 17:9
   17:14,19,21 18:8
   18:10,16,21 19:1
   19:8 22:2 23:15
   23:18,20 24:4,8
   24:12,18,20,23
   25:2,9,12,17 26:8
   26:21
**sanction** 9:20
**sanctionable** 8:7
   9:6 20:22
**sanctioned** 11:22
**sanctions** 12:15
   20:25
**saying** 9:4 13:12
   14:22 15:3 20:5,7
   21:21
**says** 9:24 10:6
   22:15
**scheduled** 25:3
**SCHILLER** 2:3
**SCOTT** 2:8
**se** 8:20
**seal** 1:11 3:7,9 4:7
   15:13 21:22 23:13
   25:9 28:16
**sealed** 10:7,8,10
   15:12 22:13 24:1
   24:7,17
**sealing** 12:14 21:16
   21:17 24:16 25:20
**second** 12:8
**see** 5:14 26:19
**seen** 20:4
**sent** 7:18
**Services** 1:20
**set** 3:11 4:14 8:19
**settlement** 4:11,25
   5:22 6:4 7:3,7,12
   7:15,25 8:4,10 9:5
   9:15 10:1,16 11:1
   11:20 15:22 16:4
   18:4,6 19:17 20:1
   20:7 21:3 22:17
   22:21,25 23:2,9

23:12 24:1,3,10
   25:4,25
**settlement-related**
   18:22
**shameless** 8:2
**show** 19:22
**shown** 23:21,24
**SIGRID** 2:3
**single** 4:9 16:1
**sitting** 6:25
**situation** 25:1
**six** 5:19
**skinning** 22:4
**Sorry** 3:5
**sort** 14:25
**sounds** 18:7
**source** 10:18
**South** 2:9
**Southeast** 1:14
**speaking** 4:21
**specifics** 16:21
**specified** 18:16
**spew** 25:24
**spews** 10:4
**spoke** 14:5,6
**spoken** 14:7
**stake** 9:3
**standpoint** 16:12
   20:11
**started** 4:24 23:9
**state** 25:12 28:5,8
   28:17,22
**stated** 17:22
**statement** 10:20
**statements** 14:23
**statute** 8:10,21
**stern** 26:4
**STEVEN** 2:8
**stop** 5:5
**story** 6:7 15:5
**Street** 1:14 13:3
**Streitfeld** 8:25 23:6
   23:8
**stricken** 10:7 21:10
**strike** 3:11 9:10
   12:14 21:9

**striking** 21:12
**strong** 23:16
**struck** 9:18
**stuff** 22:10
**subject** 16:1,25
**submit** 7:13,23
   10:4
**substance** 3:17
**suggestion** 27:4
**Suite** 2:4,9
**Sunday** 3:25
**supposed** 20:3
**sure** 3:18,19 4:3
   6:13 11:2

---

**T**

**T** 2:13
**take** 6:10 24:20
**taken** 1:13 28:14
**talk** 5:4,4
**talked** 16:11
**talking** 14:8,13,16
   14:17 20:24 21:11
   21:15
**team** 7:16
**tell** 15:23
**testimony** 17:17
**thank** 4:4 12:3,4
   23:14,19 26:20,21
   27:3
**Thanks** 26:19
**thing** 15:20 19:4,8
   21:18
**things** 10:19 20:18
   22:14,16 26:2
**think** 5:19 9:6
   12:10,18 13:2
   23:11,25 24:2,6
   24:17 26:3,6,9
**Thomas** 1:15 28:11
**thought** 6:20
**three** 12:9
**time** 1:13,17 19:9
   19:13,17 20:4,8,9
   26:13
**timeline** 17:9

**Times** 3:25 6:6,8
   13:17,21 14:19,23
   20:13 21:7 24:25
**tipping** 13:10
**today** 3:12 4:5
   14:17 15:21 25:8
**told** 8:3 14:6
**total** 13:2
**TRANSCRIPT**
   1:10
**transcription** 28:14
**transpired** 4:14,20
   6:9,24 10:5
**tried** 5:4,5 15:9
**troubling** 21:24
**true** 10:6 28:13
**trumps** 15:12
**try** 4:24 9:2 13:14
   16:6 19:14
**trying** 13:16 17:3
   18:1 23:4
**two** 16:25 20:18

---

**U**

**understand** 12:11
   15:14 16:18 21:8
   21:13,20,25
**Understood** 24:23
**unquote** 6:15
**use** 10:11 21:23

---

**V**

**violated** 4:10
**Virgina** 2:2
**Virginia** 1:10 4:6
   4:17
**vs** 1:6

---

**W**

**wait** 19:9
**waited** 17:25
**Wall** 13:3
**want** 10:19 22:20
   25:15 26:25
**wanted** 3:18 6:7
   9:14 26:10



**wants** 7:5
**wasn't** 6:19,21
  24:12
**way** 11:24,25 19:15
**we're** 4:5 21:18
  25:7
**we've** 14:2
**Wednesday** 3:10
  12:22
**weekend** 26:22
**weeks** 23:7
**went** 23:10
**WITNESS** 28:16
**words** 7:4 8:5 22:24
  24:20
**work** 10:12
**worrying** 8:13
**wouldn't** 14:4 20:4
**writing** 20:6
**wrong** 11:25

---

**X**

**X** 2:13

---

**Y**

**York** 6:6 21:7
  24:25 25:20 26:1

---

**Z**

---

**0**

---

**1**

**1** 28:13
**12-27-15** 28:23
**1200** 2:4
**1400** 2:9
**15-000072** 1:3
**17TH** 1:1
**18** 1:13 28:15
**18th** 28:18

---

**2**

**201** 1:14
**2015** 1:13 22:23
  28:15,18
**28** 28:13

**294-4440** 2:10

---

**3**

**305** 2:10
**33156** 2:10
**33301** 1:15 2:5
**356-0011** 2:5
**3rd** 25:11

---

**4**

**401** 2:4
**44.403** 8:19

---

**5**

---

**6**

**6th** 1:14

---

**7**

---

**8**

**866-624-6221** 1:21

---

**9**

**9:26** 1:13
**9:45** 1:13 27:8
**90.408** 8:10
**9150** 2:9
**954** 2:5
**9th** 22:23



**A-508**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                          Plaintiff,                          No. 15 Civ. 7433 (RWS)

     -against-

GHISLAINE MAXWELL,

                          Defendant.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 23 2016

          Notice is hereby given that Intervenor Alan M. Dershowitz appeals to the

United States Court of Appeals for the Second Circuit from the order entered on

November 2, 2016 denying his motion to unseal or to modify the protective order.


Dated:  November 21, 2016
        New York, New York

                          EMERY CELLI BRINCKERHOFF & ABADY LLP

                          Andrew G. Celli, Jr.
                          David A. Lebowitz
                          600 Fifth Avenue, 10th Floor
                          New York, New York 10020
                          (212) 763-5000

                          *Attorneys for Intervenor Alan M. Dershowitz*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                   :

VIRGINIA L. GUIFFRE,           :
                                   :

              Plaintiff,      :       Case No.: 15-cv-7433 (RWS)
                                   :

      -against-                :
                                   :

GHISLAINE MAXWELL,         :
                                   :

             Defendant.     :
                                   :
-------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the pleadings and papers in the matter, the accompanying Memorandum of Law, and the Declaration of Michael Cernovich, Proposed Intervenor Michael Cernovich ("Cernovich") d/b/a Cernovich Media ("Movant" or "Intervenor") respectfully moves and seeks leave to intervene in the above captioned matter, pursuant to Fed. R. Civ. P. 24(b), and requests that the Court unseal and make public and unredacted Defendant Ghislaine Maxwell's Memorandum of Law in Support of Defendant's Motion for Summary Judgment (ECF No. 541), Declaration of Laura A. Menninger in Support of Defendant's Motion for Summary Judgment (ECF No. 542) and all exhibits annexed thereto, and any and all other notices, pleadings, memoranda, declarations, exhibits, orders, and other documents filed or to be filed under seal in relation to Defendant's Notice of Motion for Summary Judgment (ECF No. 540). Sealing these documents violates the rights of the press and of the people at large, as guaranteed to them under the First Amendment and long-standing traditions of common law Movant will move this Court for such an order before the Honorable Robert W. Sweet, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at 12:00 noon on Thursday, February 16, 2017, or as soon thereafter as counsel may be heard, together with such other and further relief as this Court deems just and proper.

1

A-510

PLEASE TAKE NOTICE that opposition papers, if any, shall be served in accordance with Local Civil Rule 6.1.

Dated: January 19, 2017.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman (JW0600)
RANDAZZA LEGAL GROUP, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tele:   702-420-2001
Fax:    305-437-7662
Email: ecf@randazza.com

*Attorneys for Movant/Putative Intervenor,*
*Cernovich Media*

A-511

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Jay M. Wolman
Jay M. Wolman

3

DocuSign Envelope ID: A2D778C7-8FE7-47ED-9768-960A42EC08F7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
VIRGINIA L. GUIFFRE,                              :
                                                  :
                        Plaintiff,                :
                                                  :        Case No.: 15-cv-7433 (RWS)
          -against-                               :
                                                  :
GHISLAINE MAXWELL,                                :
                                                  :
                        Defendant.                :
                                                  :
---------------------------------------------------------x

### DECLARATION OF MICHAEL CERNOVICH IN SUPPORT OF PROPOSED INTERVENOR MICHAEL CERNOVICH D/B/A CERNOVICH MEDIA'S MOTION TO INTERVENE AND UNSEAL

I, Michael Cernovich, declare:

1.      I am over the age of 18 years and am fully competent to make this Declaration. The facts set forth herein are within my personal knowledge and are true and correct.

2.      I respectfully submit this Declaration in support of my Motion to Intervene and Unseal, filed herewith.

3.      Among other professions and hobbies, I am a lawyer, author, documentary filmmaker, author, and host of the Mike Cernovich Podcast.

4.      My broadcasts on Periscope have over 63,000 subscribers and 13 million "likes". The broadcasts are watched by tens-of-thousands of people per episode. My Periscope coverage of the Republican National Convention and Democrat National Convention was featured on Periscope's main page and served as one of the only real-time sources of information from those conventions.

5.      My photographs and videos are frequently relied upon and utilized by national media outlets.

6.      Online, I usually publish under the brand "Cernovich Media."

7.      I am also directing and producing a documentary film on modern media coverage.

1

**A-513**

8.      I regularly use Twitter as a platform to report on news and provide opinions on current events.  Currently, I have over 192,000 Twitter followers, and my tweets reach millions of people on a monthly basis.

9.      I have been closely following this instant lawsuit, and I have reported on it online.

10.     My coverage of this lawsuit on Twitter and elsewhere has contributed to informing the public about the issues at stake in this case, including the involvement of public figures and government officials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 19, 2017.

DocuSigned by:

79D1562527224FA...

_____

Michael Cernovich

2

A-514

**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

        Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

        Defendant.

_____/


**<u>DECLARATION OF SIGRID MCCAWLEY IN SUPPORT OF</u>**
**<u>PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION TO INTERVENE</u>**

    I, Sigrid McCawley, declare that the below is true and correct to the best of my knowledge as follows:

    1.    I am a Partner with the law firm of Boies, Schiller & Flexner LLP and duly licensed to practice in Florida and before this Court pursuant to this Court's Order granting my Application to Appear Pro Hac Vice.

    2.    I respectfully submit this Declaration in Support of Plaintiff's Response In Opposition to Motion to Intervene (DE 550).

    3.    Attached hereto as Exhibit 1 is a true and correct copy of January 6, 2015, Australian Broadcasting Systems Article.

    4.    Attached hereto as Exhibit 2 is a true and correct copy of January 22, 2015, Local 10 News.

1

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Sigrid McCawley_____
Sigrid McCawley, Esq.



Dated: February 2, 2017.

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Sigrid McCawley
     Sigrid McCawley (Pro Hac Vice)
     Meredith Schultz (Pro Hac Vice)
     Boies Schiller & Flexner LLP
     401 E. Las Olas Blvd., Suite 1200
     Ft. Lauderdale, FL 33301
     (954) 356-0011

     David Boies
     Boies Schiller & Flexner LLP
     333 Main Street
     Armonk, NY 10504

     Bradley J. Edwards (Pro Hac Vice)
     FARMER, JAFFE, WEISSING,
     EDWARDS, FISTOS & LEHRMAN, P.L.
     425 North Andrews Avenue, Suite 2
     Fort Lauderdale, Florida 33301
      (954) 524-2820

     Paul G. Cassell (Pro Hac Vice)
     S.J. Quinney College of Law
     University of Utah
     383 University St.
     Salt Lake City, UT 84112
     (801) 585-5202[1]

_____
[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

A-516

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 2nd day of February, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served to all parties of record via transmission of the Electronic

Court Filing System generated by CM/ECF.

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
        jpagliuca@hmflaw.com

/s/ Sigrid McCawley
        Sigrid McCawley

A-517 - A-527

**THESE PAGES INTENTIONALLY LEFT BLANK**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
VIRGINIA L. GUIFFRE,                                     :
                                                        :
                         Plaintiff,                     :
                                                        :        Case No.: 15-cv-7433 (RWS)
          -against-                                     :
                                                        :
GHISLAINE MAXWELL,                                      :
                                                        :
                         Defendant.                     :
                                                        :
-------------------------------------------------------x

<u>DECLARATION OF JAY M. WOLMAN IN SUPPORT OF REPLY
TO PLAINTIFF'S OPPOSITION TO MOTION TO INTERVENE AND UNSEAL</u>

I, Jay M. Wolman, declare:

1.     I am over the age of 18 years and am fully competent to make this Declaration. The facts set forth herein are within my personal knowledge and are true and correct.

2.     I am an attorney duly licensed in the State of New York and admitted to practice before this Court.  I am counsel of record for proposed intervenor Michael Cernovich in this matter, and I respectfully submit this Declaration in support the Reply to Plaintiff's Opposition to Motion to Intervene and Unseal, filed herewith.

3.     Attached hereto as <u>Exhibit 1</u> is a true and correct copy the article: Gould, Martin, "EXCLUSIVE: Pedophile Jeffrey Epstein is accused of luring an underage girl into his elaborate sex trafficking enterprise under the guise of using his wealth and connections to get her into a prestige NYC college", Daily Mail (Jan. 27, 2017), available at <http://www.dailymail.co.uk/news/article-4164082/Pedophile-Jeffrey-Epstein-accused-new-sex-traffick-case.html>

4.     Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the article: "High-profile cases: Crimes that shook Palm Beach through the decades", Palm Beach Daily News (Feb. 2, 2017), available at <http://www.palmbeachdailynews.com/news/local/high-profile-cases-crimes-that-shook-palm-beach-through-the-decades/9B1wc5GHCMqHHUOeFotwBI/>.

1

5.     Attached hereto as <u>Exhibit 3</u> is the cast list of the movie *Silenced: Our War on Free Speech* (Danger & Play Prods. 2016), as found at the URL: <http://www.silencedmovie.com/category/cast-crew/>.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 9, 2017.

/s/ Jay M. Wolman
Jay M. Wolman

CASE NO. 15-cv-7433 (RWS)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of February 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman

A-530

# EXHIBIT 1

Daily Mail Article
Jan. 27, 2017

2/9/2017

Feedback | Like 8.6M | Follow @MailOnline | DailyMail

Thursday, Feb 9th 2017 10AM 61°F 1PM 69°F 5-Day Forecast



.com

Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | News | World News | Arts | Headlines | Pictures | Most read | News Board | Wires

Login

    

HARRY'S

HANDSOMER   SHARPERER   LESS EXPENSIVER   TRY HARRY'S

○ Site ○ Web   Enter your search

# EXCLUSIVE: Pedophile Jeffrey Epstein is accused of luring an underage girl into his elaborate sex trafficking enterprise under the guise of using his wealth and connections to get her into a prestige NYC college

- **A woman who calls herself Jane Doe 43 has slapped Jeffrey Epstein with a federal lawsuit is demanding damages for forcing her to perform sex acts on him**
- **In court papers obtained by DailyMail.com 'Jane Doe 43' accuses Epstein of giving her no choice but to participate in the sexual acts**
- **Over time she claims she was intimidated, threatened, humiliated and verbally abused**
- **Ghislaine Maxwell, Sarah Kellen, Lesley Groff and Natalya Malyshev are also named in the lawsuit**
- **In 2005 Epstein was investigated for hiring underage girls to massage him in their underwear or totally naked**
- **Epstein pleaded guilty to a single charge of soliciting an under-age prostitute and was sentenced to 18 months in prison**
- **The billionaire served 13 months and had to register as a sex offender**

By MARTIN GOULD FOR DAILYMAIL.COM
PUBLISHED: 09:26 EST, 27 January 2017 | UPDATED: 11:29 EST, 27 January 2017

**2.1k** shares    **185** View comments

Disgraced Wall Street mogul Jeffrey Epstein is being accused by a woman of luring her into his elaborate sex trafficking enterprise under the ruse he would use his wealth and connections to get her into college.

She has slapped him a federal lawsuit in US District Court in New York demanding damages for forcing her to perform sex acts on him, according to documents filed Thursday and obtained by DailyMail.com.

Using the alias 'Jane Doe 43,' the woman filed a federal lawsuit against Epstein, Ghislaine Maxwell, Sarah Kellen, Lesley Groff and Natalya Malyshev.

She describes then 64-year-old Epstein - then 50 - as a billionaire who usesd his wealth to commit illegal sex crimes in violation of the law. and accuses him of having a compulsive sexual preference for young girls as young as 13 and as 'old' as 25.




United States Drivers Born Between 1936 and 1966 are in for a big surprise



Like   Follow
Daily Mail   @DailyMail
Follow   +1
Daily Mail   Daily Mail

## FEMAIL TODAY

▶ **Let's get spiritual!** Kourtney Kardashian, 37, reunites with former fling Justin Bieber, 22, at a church service after Scott Disick's romps with models



▶ **'It feels like a racial issue!'** Jason Derulo slams American Airlines after being 'disrespected' by captain and met with 15 cops after disembarking



▶ **Sports Illustrated's** Hailey Clauson teases a glimpse of her ample bust as she models VERY raunchy swimsuit Used just her hands to protect her modest



▶ **'I'm going to kill myself':** Mischa Barton threatened suicide during meltdown and said that she 'wanted to die' neighbors reveal in 911 calls



▶ **Christie Brinkley's ex,** 58, pictured cuddling up to a 21-year-old college student who he pursued through Instagram and she's just three years older than his daughter



▶ **Can a mattress help you have better sex?** From keeping you cool to the perfect bounce, how your bed could hold the key to your love life SPONSORED







**A-532**

▶ 'I don't have to lie about nothing': New York Knicks star Charles Oakley, 54, says he was unfairly targeted during arrest after 'hurling abuse at team owner'

▶ Kanye West hits the gym for a solo session after enjoying a date night and ice cream with wife Kim Kardashian
The 39-year-old, who suffered breakdown

▶ 'We're back to reality': Tom Brady's dad reveals burden of returning to wife's cancer treatment after Super Bowl and calls NFL commissioner a 'meathead'

▶ How to get a perky butt without EVER doing a squat: Celebrity trainer who helped sculpt Elle Macpherson's body reveals the five moves for an A-list behind

▶ 'You make it work.' Heidi Klum discusses co-parenting with ex-husband Seal
The couple split in 2012 after seven years of marriage

**Both Jeffrey Epstein and Ghislaine Maxwell (above) are being accused by a woman of luring her into his elaborate sex trafficking enterprise under the guise of Epstein using his wealth and connections to get her into college**

vitapulse

**3 Warning Signs**
Before a Heart Attack
Are You at Risk?

▶ 'I chose to pose like that': Ashley Graham defends Vogue cover after critics accused magazine of trying to make her look slimmer
Model hits back

▶ Tara Palmer-Tomkinson was 'last seen with a mystery new boyfriend' four days before a crying cleaner found her dead in her London home

▶ East vs West! Chris Rock can't hide his emotions as he watches the Knicks lose to the Clippers with VIP pals
Comedy actor didn't hold back courtside

▶ Model on the move! Suki Waterhouse displays her sculpted abs in a skimpy crop top as she works up a sweat on a grueling hike
Bradley Cooper's ex, 25

▶ 'I don't want my daughter to see my sex scenes': Girls star Jemima Kirke hopes her children will eventually 'understand' raunchy TV displays

**In an affidavit filed last year Virginia Roberts claims to have been used as a sex slave by Jeffrey Epstein when she was underage-**

In 2008 Epstein pleaded guilty to a single charge of soliciting an under-age prostitute and was sentenced to 18 months in prison, in a deal that was heavily

criticized as being overly lenient. He served 13 months and had to register as a sex offender.

Epstein, a former friend of Prince Andrew, served just 13 months but dozens of women came forward claiming he abused them at his mansion in Palm Beach, Florida.

The new court papers state: When she [Jane Doe 43] knew him he'd have sex virtually every day and assisted in the development and execution of a sex trafficking scheme designed to fulfill his sexual desires.'

The woman describes Epstein's inner circle in the documents who she claims helped with the alleged trafficking. Included in the circle are Ghislaine Maxwell, a high-ranking employee of the enterprise.

Jane Doe 43 claims Maxwell would recruit the young girls and scheme to conceal the crimes.

According to the legal papers, the woman alleges Sarah Kellen worked as a recruiter for Epstein but also maintained his sex schedule in order to ensure that he was not without sexual favors of young females for an extended period of time.

Back in 2006, Jane Doe 43 explains she was recruited into the sexual enterprise by false promises that Epstein would use his connections and resources to get her into The Fashion Institute of Technology.

Sarah Kellen is also named in the new lawsuit

The woman says she would continue in the enterprise until April 2007.

Natalya Malyshev – another alleged recruiter – informed Jane Doe 43 that Epstein was a wealthy philanthropist who used his influence and money to help financially poor females to achieve their goals.

▶Madonna's adoption bid: How pop queen charmed Malawian judge who feared star was 'robbing country's greatest asset'... its children

▶Reunited and it feels so good? NeNe Leakes and Kim Zolciak return for the upcoming season 10 of Real Housewives of Atlanta
The reality TV pair

▶Grey Gardens, the Hamptons home made famous by documentary about eccentric relatives of Jackie Onassis, goes on the market for $19.95M

▶'I'm just a psycho myself!' Actress Bella Heathcote dishes about taking on the role of 'completely unhinged' Leila in Fifty Shades Darker

▶Bikini-clad Doutzen Kroes showcases her flawless physique as she models her new swimwear range in Cuba
Netherlands born model



**United States Drivers Born Between 1936 and 1966 are in for a big surprise**

▶'I'm barely holding it together': Scarlett Johansson reveals the challenges of motherhood after reports she's broken up from husband Romain

▶'He wasn't interested in me': Nicole Kidman reveals it took husband Keith Urban four months to call after their first meeting
The 49-year-old

▶Fifty Shades FITTER: On-set personal trainer reveals how she prepped Dakota Johnson and Jamie Dornan for THOSE steamy sex scenes

▶Blooming beautiful! Maggie Gyllenhaal flaunts her enviable figure in clingy floral dress at Berlinale Film Festival photocall
The 39-year-old actress

▶Jennifer Lopez flaunts her ample cleavage and tiny waist as she shares a saucy snap of her new stage costume
She always pulls out the stops

Jeffrey Epstein is pictured in New York leaving his home and saying goodbye to a young unidentified blonde. Epstein cupped her bottom as she gave him a kiss goodbye before leaving from Teterboro Airport

However, she was told she would need to provide body massages to Epstein in order to reap the benefits. She claims they threatened if she didn't provide sexual favors that they would use their connection to make sure she didn't get into the school or a modeling contract.

She believed that her compliance with their demands were crucial to her physical, psychological, financial and 'reputational' survival.

'Maxwell instructed Plaintiff how to massage Epstein using the techniques that he preferred. During Plaintiff's first massage, Defendant Epstein converted it into a sexual act and made it known to Plaintiff that further sex would be required in order for her to obtain the assistance he promised and to avoid Defendants' threatened retaliation if Plaintiff did not perform as demand,' according to the court papers.

The suit adds, 'The Defendants transported Plaintiff in interstate and foreign commerce, and affecting interstate and foreign commerce, for these sexual purposes.'

Jane Doe 43 accuses Epstein of giving her no option, opportunity or choice to participate in the sexual acts and over time she claims she was intimidated, threatened, humiliated and verbally abused Plaintiff in order to coerce her into sexual compliance.

The boys are back in town! Tom Hardy enjoys a lads' night out in Los Angeles with Lukas Haas... after it's revealed his 'firm lost $2.5million in 12 months'

'You're like a brother to me': 'Dear John' letters written by Jackie O from yacht of her billionaire Greek husband to the besotted British lord desperate to marry her

Gordon Ramsay reveals how he plans to quit swearing, what to cook to impress a date, and why he REFUSED to let his children eat at his restaurants

The Crawley sisters are back! Laura Carmichael looks flirty in printed skirt while former Downton Abbey co-star Michelle Dockery goes edgy

Hi Grandma! Hillary Clinton spotted arriving at Chelsea's NYC home with Secret Service in tow after it's revealed son-in-law Marc CLOSED his hedge fund

Sponsored Links
Gigi Hadid's Go-To Shoe Is Surprisingly Affordable
WhoWhatWear | Everlane

Psoriasis Triggers: What to Watch Out For
HealthCentral.com

This Simple Skin Fix May Surprise You
Primal Plants Dietary Supplement - Gundry MD

'I blame acting for my divorce': Girls star Jemima Kirke says profession caused her to question herself before split from Michael Mosberg

Broadchurch's Phoebe Waller-Bridge is worlds away from prim barrister Abby as she unleashes her inner-dominatrix in racy sex scenes for new show

Soul legend Aretha Franklin announces she's retiring this year as she plans to spend more time with family The Queen of Soul turns 75 in March

Snoop dog! Kate Beckinsale carries a puppy in her sports bra in Instagram snap, joking that 'it may have belonged to a pregnant woman in the 1800s'

'I started crying': Jessa Duggar talks about giving birth to second child as first family images emerge with baby Proud and happy

**A-535**

She admits that Epstein did provide her living quarters in NY, a cell phone, car service for her to use as needed and other valuable consideration in order to make her comply sexually.



**Prince Andrew pictured with Jeffrey Epstein on a stroll in New York. In an affidavit filed last year, one of the girls, Virginia Roberts said that she had had sex with Prince Andrew a on Epstein's properties. Prince Andrew emphatically denied her allegations**

From gawky teen to Hollywood golden boy: As Dev Patel gets Oscar nod, we reveal the other awkward child stars who have blossomed into sex symbols

'Thank you, God for a happy day. Sorry if I've been naughty. Please help me to be good tomorrow': Childlike prayer said by 'troubled' TPT every night

From one storm to another: Victoria Beckham gets caught in a blizzard as she braves the NYC weather amid husband David's email scandal

All partied out! Kristen Stewart looks weary as she and 'girlfriend' Stella Maxwell emerge from Tommy Hilfiger bash with pal Hailey Baldwin
Hectic night for trio

'When you need some Vitamin Sea': Elizabeth Hurley, 51, flaunts her sensational figure in minuscule gold triangle bikini on sun-kissed Indian getaway

Not a long day at the office! Malia Obama is spotting walking out of her Weinstein internship for the day after spending just THREE HOURS in the building

First trailer for Netflix series Dear White People is unveiled... and attracts 17 TIMES more dislikes than likes on YouTube
Satirizes race relations

'There's a spark between them, but they're taking it slowly': Sir Tom Jones 'has embarked on a romance with Elvis Presley's ex Priscilla'

'I love you mama': Chloe Lattanzi snaps a selfie with mom Olivia Newton-John after revealing plans for her own WEED FARM... paid for by the Grease star

Rosie laid bare! Huntington-Whiteley goes topless for new Paige Denim campaign... as pregnancy rumors continue to swirl Jason Statham girlfriend

Sponsored Links

**Gigi Hadid's Go-To Shoe Is Surprisingly Affordable**
WhoWhatWear | Everlane

**Psoriasis Triggers: What to Watch Out For**
HealthCentral.com

**This Simple Skin Fix May Surprise You**
Primal Plants Dietary Supplement - Gundry MD

**Virginia Roberts (center) said that she had had sex with Prince Andrew on Epstein's properties but Prince Andrew has denied the claim**

In January 2007, Epstein sent her to South Africa in part to recruit, for a promised fee, one or more aspiring models but she refused to perform the assignment ... knowing what the girls would be in for when they came to America.

She describes while in South Africa, Epstein and Maxwell told her she would not be allowed back to America unless she lowered her body weight from 125 lbs. to 114 lbs.

She believed she had no choice but to lose the weight ... but her crash diet eventually put her in serious physical jeopardy including kidney malfunction and extreme emotional and psychological distress.

Jane Doe finally returned back to New York but was promptly ordered to have sex with Epstein upon her arrival.

Epstein once again promised to get her into F.I.T. or another college but that never happened.

The woman eventually left the United States in May 2007 and did not return.

---

**SHARE THIS ARTICLE**

**RELATED ARTICLES**

 **Piers Morgan hits back after Ewan McGregor CANCELS his Good...**

 **PIERS MORGAN: Memo to anyone who voted for Trump or Brexit -...**

---

She is suing the defendants for their role in the sex trafficking enterprise ... accusing them of violating numerous laws by transporting, soliciting, harboring, threatening and coercing young girls to engage in commercial sex acts. Jane Doe is demanding unspecified damages for the emotional and mental damage they caused.

Epstein paid off many of the girls in out-of-court settlements, however four of the underage masseuses brought a case against the federal government last year for violating the Crime Victims' Rights Act by not telling her a federal case against him had been dropped.

In an affidavit filed last year, one of the girls, Virginia Roberts said that she had had sex with Prince Andrew and renowned lawyer Alan Dershowitz — a member of OJ Simpson's Dream Team — on Epstein's properties.

Both men emphatically deny her allegations and after Dershowitz sued her lawyers, she retracted the allegation against him.

In her lawsuit, Roberts claimed that Ghislaine Maxwell brought her to Epstein's mansion to teach her how to perform massages. Inevitably they ended up in sexual

▶ One Elle of a look! Isabelle Huppert, 63, commands attention in glittering blue and peach ensemble at 32nd Santa Barbara International Film Festival

▶ EXCLUSIVE: Michael C. Hall and Jodi Balfour to play President John F. Kennedy and Jackie as America's First Family is introduced in second series of The Crown

▶ She even looks glamorous in runners! Nicole Kidman cuts a casual figure in jeans and Converse at Big Little Lies event
The 49-year-old actress

▶ Leggy Sistine Stallone displays her bra under sheer floral top as Julianne Hough flaunts her nude underwear in see-through gown at Dior party

▶ She said yes to yellow! Sara Sampaio proves she has some dangerous curves as she models bikini at Tommyland show
Raven-haired goddess

▶ 'This is bulls***': New York Knicks star Charles Oakley, 54, charged with assault after punching THREE security guards as he was dragged from Madison Square Garden

▶ Jamie Oliver's wife Jools has low-key outing with sons River Rocket and Buddy Bear... shortly after revealing she'd suffered devastating miscarriage

▶ Coordination is key! Queen Maxima matches her cape to her stylish pillbox hat as she greets well-wishers in Leipzig with King Willem-Alexander

▶ Make-up free Karlie Kloss ditches the glamour to show off her natural beauty as she steps out in bobble hat, casual coat and leggings

▶ Kardashian curves! Kim shows off her figure in velvet bottoms while sisters Kourtney and Khloe coordinate in skintight denim and nude bodysuits

▶ Is she fur-real? Ruby Rose stuns as she steps out in a fluffy white coat in New York...after opening up about her new relationship with Jessica Origliasso

▶ Justin Bieber shares shirtless selfies on newly reactivated Instagram account after six-month hiatus
Secretly reactivated it last Friday

**A-537**

activity. What looks like a folded up massage table is tucked away in the closet of Epstein's master bedroom.

## Share or comment on this article

**2.1k**
shares

Sponsored Links by Taboola



**2 Credit Cards Are Offering 0% Interest Until 2018**
NextAdvisor



**How To Fix Your Fatigue And Get More Energy**
Vital Reds Supplement



**Gigi Hadid's Go-To Shoe Is Surprisingly Affordable**
WhoWhatWear | Everlane



**Just Type in Your Name, Wait 10 Seconds, Then Brace Yourself**
Truthfinder People Search Subscription

**Guy Builds His Dream Home In Just 6 Weeks**
Trend-Chaser



**How To Fix Cracked Feet**
DermalMedix Skin Care



**She Had No Idea Why the Crowd Was Cheering**
LifehackLane



**Michael Jordan's Private Jet is Disgusting (Photos)**
Detonate



**American Giant just created the first real leggings designed to replace your Jeans**
WhoWhatWear | American Giant

MOST WATCHED NEWS VIDEOS    Embed this </>

Danielle Bregoli throws punches while boarding

Cameraman 'zooms in' on woman's breasts in

Caught on camera: Bystanders watch

Moment Lindsay Hoyle and Alex Salmond

Danielle Bregoli discusses fighting a

'I don't take no s***': Bus driver kicks drunk

Watch Barack Obama wipe out in kite surfing

McConnell blocks Warren from reading

▶ Gigi Hadid flashes a hint of underboob as she and supermodel sister Bella Hadid bring Venice Beach to a standstill at Tommy Hilfiger's Tommyland catwalk

▶ KATIE HOPKINS: I never knew Tara, and now I never will, but I dearly wish I had because there's a beautiful, crazy part of her in all of us

▶ Ryan Lochte's pregnant fiancée Kayla Rae Reid subtly shows off her baby bump in a low-key white tee as couple enjoy a romantic stroll in LA

▶ Ready for Valentine's Day! Lingerie-clad Khloe Kardashian has hearts on her nipples in new snap as it's claimed 'she wants to wed Tristan Thompson'

▶ Braless Adriana Lima flashes her assets in risqué sheer gown as she leads supermodels Heidi, Alessandra and Barbara at glitzy amfAR NY Gala

▶ Going incognito! Soccer hunk Cristiano Ronaldo and his mini-me son Jnr wear fun disguises for fancy dress day out in Madrid

▶ Little black dress! Shanina Shaik cuts a STUNNING figure in a skimpy mini dress alongside her fiance DJ Ruckus
Victoria's Secret model

▶ Michael Jackson's mother Katherine, 86, accuses nephew-in-law of elder abuse and obtains temporary restraining order
Jackson matriarch

▶ In BOLD position: Lewis Hamilton rocks a very colourful jacket as the F1 ace coxies up to Natasha Bedingfield at Tommy Hilfiger's Los Angeles show

▶ Earning her stripes! Belgium's Queen Mathilde shines in a striking striped dress on a visit to a university in Liege
The 44-year-ol royal

▶ PICTURE EXCLUSIVE: Hoping it will all workout? David Beckham hits the gym amid email hacking scandal
Troubled soccer star

▶ She's so supportive! Kristen Stewart cheers on 'girlfriend' Stella Maxwell as she walks the runway for Tommy Hilfiger
In Venice, California

Ads

**Arrest Records: 2 Secrets**
Find Addresses, Phone Numbers, Felonies, Traffic Records, DUIs and Much More!
Instant Checkmate

**Public Marriage Records**
Type Any Name & State Then Get Marriage Records Instantly
www.persopo.com

**Access Naruto Online free**
Recruit Sasuke, Sakura, Kakashi and many more in Naruto Online, Naruto's Official MMORPG.
Naruto Online

MOST READ NEWS







Socialite Tara Palmer-Tomkinson,

'She hit my mom and I need to

Barack Obam-AIR! New photos show

San Francisco transit janitor who



**Comments (185)**
Share what you think

| Newest | Oldest | Best rated | Worst rated |

View all

The comments below have been moderated in advance.

Nate Smith, Melbourne Beach, 1 week ago

TThis is Bill Clintons good time buddy right .they troll the Caribbean islands for underage women its been said.

Click to rate | 333 | 19

boracare, arlington, United States, 1 week ago

put this guy and his buddy clinton in jail

Click to rate | 286 | 17



StarsNStripes, US of A, United States, 1 week ago

Dershowitz just intimidated her lawyers & probably had her & her family followed & harassed. Bill & Hillary have used this tactic for years. Epstein & Maxwell ought to be put on another trial & this time convicted. This will show that no one is above the law especially when it comes to the underage sexual abuse & trafficking of underage children.

Click to rate | 220 | 10

RedCoatExile, Lost Among The Yankee Traders, United States, 1 week ago

Isn't this guy one of Bill Clinton's buddies? And some people think it's OK to put pedophile-loving Clintons back in the WH. Sick.

Click to rate | 238 | 17



Hooplehead, North Dakota, United States, 1 week ago

Isn't he friend's with the Clintons? Ya thought so.

Click to rate | 198 | 18

MK1980, Portland, United States, 1 week ago

Epstein and Bubba are another good reason Killary lost.

Click to rate | 191 | 14



red hot momma, South Carolina, United States, 1 week ago

Trump and Clinton attend this guys orgies. Take what you will from that. 2 sides of the same coin, and good friends.

They love Tommy! Lisa Rinna and daughters Delilah and Amelia stun in brand classics at Tommy Hilfiger's beachy runway show
Show in LA

Keeping it real: Pregnant Ciara shows off her natural beauty and slaps make-up as she joins husband Russell Wilson on the red carpet

Red alert! Nicki Minaj sizzles in leather one-piece as she flashes cleavage and toned torso in sexy snap
Curvaceous physique

Gaga sports quirky embellished eyes as she flaunts her leg in hotpants at Tommy Hilfiger show in LA... after 'proud' star hits back at body shamers

Victoria's Secret model Lameka Fox leaves nothing to the imagination as she goes braless under VERY sheer mesh dress for amfAR gala

Once more onto the beach! Host Jeff Probst says newly revealed Survivor Game Changers fan favorite cast is strongest ever
Long running show

Model material! Rachel McCord flashes underboob and toned abs in teeny bikini at Tommyland event in Los Angeles
Tonned abdominals too

Joshua Sasse abandons his 'Say I Do Down Under' marriage equality campaign after breaking up year long engagement with Kylie Minogue

Calm before the storm! Rihanna goes make-up free and covers up in comfy tracksuit as she jets to LA ahead of the Grammy Awards
The 28-year-old

The look of love! Anwar Hadid lovingly gazes at new girlfriend Nicola Peltz...as he supports sisters Gigi and Bella at Tommy Hilfiger show
New couple posed up

Let's do the time warp! Sarah Hyland, Ariel Winter and Julie Bowen dress up in vintage clothes for Modern Family shoot
Roaring Twenties garb

Scarlett Johansson forgoes a bra (and her wedding ring) as she flashes cleavage in plunging pantsuit at amfAR...amid split rumors



mjoehrer, Dublin, United States, 1 week ago

I think you mean Clinton. Trump's name has never been mentioned

| | Click to rate | 153 | 36 |

christine, new york, United States, 1 week ago

This is Bill Clinton's bff. They rode down to the Bahamas together on his private plane looking for underage girls- google it!

| | Click to rate | 167 | 8 |

thankgodforhowie, Titletown, United States, 1 week ago

in all seriousness, this is a friend of Bill Clinton. Bubba has gone on Epsteins plane with him. who knows what happened in that plane ride

| | Click to rate | 146 | 7 |

MarkRees, San Francisco, United States, 1 week ago

Jeffrey Epstein, you mean Trumps party buddy of 15 years?

| | Click to rate | 76 | 155 |

View all

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.



Who is this week's top commenter?     Find out now

MORE TOP STORIES

'Princess feels': Madison Beer cuts regal figure in gorgeous beige gown at amfAR Gala
Rose to fame in 2012 when Justin Bieber tweeted her music

'Kroy made $20mil': Kim Zolciak brags about husband's cash as she hits back at Kenya Moore for unemployed jibe and 'duck lips' comment

Prince Charming awaits! Heidi Klum, 43, puts on a cozy display with doting boyfriend Vito Schnabel, 30, as they leave the amfAR New York Gala

Selena Gomez says she has suffered like the characters in 13 Reasons Why as she touches on rehab, her Disney days and peer pressure

Kate Bosworth and Malin Akerman compete to flash the most flesh in racy black gowns at magazine party
Stealing the spotlight on the night

Beach babe! Hailey Baldwin strips down to a black one piece swimsuit as she plays around in the sand before Tommyland Show
Was in great spirits

Will this be where Emma Stone wins her first BAFTA? Preparations get underway as the great and good of Hollywood descend on London

Supermodel Heidi Klum reveals the motto behind her new lingerie line as she showcases her incredible physique in a photoshoot for the collection

Selena Gomez rocks a chic mustard dress, an elegant keyhole frock, florals and skinny jeans as she steps out in FOUR outfits in one day

Just U-sain'! Sprint star Bolt and Australian hurdler Michelle Jenneke look very relaxed together as they share a joke in Melbourne

White hot! Zoe Kravitz flashes nipples in sheer gown with thigh-high slit at amfAR Gala
Was with her boyfriend Karl Glusman

Audrey Hepburn's eldest son is being sued by charity he helped establish in his mother's name 'because he keeps demanding control of the money'

▶ PICTURE EXCLUSIVE:
Beaming new mother
Geri Horner cuddles up
to husband Christian as
they register the birth of
their baby boy
The former Spice Girl

▶ Hot metal! Josephine
Skriver dazzles in off
the shoulder silver
gown at New York City
charity benefit
Looked absolutely
sensational in silver

▶ Bow down little
monster! Tommy
Hilfiger prostrates
himself in front of Lady
Gaga as she sits front
row at his Tommyland
show

▶ Good night, Cressida?
Prince Harry's ex wraps
up in a chic black coat
as she leaves a pre-
BAFTA party (and she
looks a little worse for
wear)

▶ Tommy's Angels! VS
models Joan Smalls
and Romee Strijd stun
in tight swimsuits at
Hilfiger fashion show in
LA
Standout stunners

▶ No bad feelings!
Yolanda Hadid and
BOTH ex-husbands
support Gigi at Tommy
Hilfiger show in LA
Mohamed  David Foster
even posed for photos

▶ David Bowie's long-
time love Iman, 61,
sizzles in scarlet silk
Zac Posen gown at
amfAR Gala in NYC
The legendary Somali
supermodel

▶ Taking a Gamble! Kris
Jenner dons denim and
cackles with joy as she
shows off younger lover
Corey at Tommy Hilfiger
show

▶ Liam Payne and
girlfriend Cheryl keep
their silence on social
media as Twitter goes
into meltdown over
rumors she has gone
into labor

▶ 'I must return': Alec
Baldwin is back as host
of SNL... after his Trump
impersonation helps
boost show's ratings to
22-year high
17th time hosting

▶ She's a Tommy Girl all
right! Gigi Hadid is
stylish in athletic outfit
that flashes her toned
tummy as she heads to
Hilfiger runway show in
LA

▶ Tommy got his MILF!
Fergie shows off her
killer legs in bodysuit as
she performs at
Hilfiger's LA show
Played in front of an
estimated 3,000 crowd

▶Heating up Instagram!
Khloe Kardashian
exposes her black bra
in netted top after
looking hot in a white
lace corset
Stunned in black

▶Vintage vibes! Cindy
Crawford's model kids
Kaia and Presley Gerber
show off rock-and-roll
style at Tommyland
show in LA
Rocked the scene

▶Former Top Gear star
Jeremy Clarkson looks
in good spirits as he
puffs on a cigarette
during dinner with
female friends
The Grand Tour host

▶Sofia Richie bares her
midriff in skimpy
bralette at Tommyland
fashion show in Los
Angeles
Amped up her look with a
statement red lip

▶'I might have just
fallen apart': Rosamund
Pike 'rips' dress while
competing in random
words contest with
Jimmy Fallon

▶'My first debut': Kim
Kardashian shares
Snapchat video of
public premiere in 1988
special issue of Barbie
magazine
Throwback to when

▶Ruby Rose writes a
message for her mother
on a T-shirt after a
'massive wardrobe
malfunction' forces the
actress to create a new
outfit

▶A bit of all white!
Alessandra Ambrosio
stuns in elegant single-
strap gown at amfAR
HIV/AIDS charity event
in NYC
Looked very glamorous

▶'He's immediately
mean to me
afterwards!': Kelly Ripa
blasts husband Mark
Consuelos' post-sex
behavior on morning
show

▶'What happened to
Gigi's hand?': Vogue
accused of
Photoshopping cover
and trying to make
Ashley Graham appear
thinner

▶Paula Patton bonds
with son Julian in LA
after ex Robin Thicke's
disastrous day in court
amid custody battle
Beamed with her son in
LA

▶Judge blocks Robin
Thicke's attempt to
change visitation with
son Julian amid custody
war with Paula Patton
Seeking changes in the
arrangement

They haven't changed a bit! Cindy Crawford, 50, reunites with longtime friend and fellow supermodel Gail Elliott, 50, to go shopping and go boating

Raising the Bar! Refaeli shows off her charms in bust-boosting bra and Rolling Stones denim jacket at Tommy Hilfiger spring collection event
Sheer jean-ius fashion

'Working on something!' Kylie Jenner dons midnight blue wig at Hollywood studio with boyfriend Tyga
Starlet covered her natural raven bob

It's a hit! Netflix renews Brit Marling's popular sci-fi show The OA for season two
The show debuted in December, just four days after it was announced.

Ashley Graham teams up with two 'non-models' of different sizes and races to pose in ANOTHER stunning swimwear ad for the SI Swimsuit Issue

Debra Messing reveals a director called for her to have a NOSE JOB while filming a love scene with Keanu Reeves, insisting it was 'ruining' the movie

'Pool time!': Elsa Pataky sizzles in a black swimsuit as she takes a dip in the Dominican Republic... after posing for a sultry photo shoot
Chris Hemsworth's wife

Kandi Burruss bursts into tears as insists she does NOT have a sex dungeon and admits she wants to 'choking a b****' on new RHOA trailer

Heidi Klum flashes flesh in a plunging split-to-the-hip dress at amfAR as fashion week kicks off in New York
The 43-year-old blonde positively stunned

Melania Trump's new social secretary married into the Mellons - and she's planned events for Republicans AND Hillary Clinton
Prep for the White House

'What happened to your a**'?': Gabrielle Union says her booty-ful Women's Health cover caused her own personal 'deflate-gate'
On Jimmy Kimmel Live!

Oops, there goes my dress! Paris Hilton flashes thigh on her way to amfAR ball in NYC as a gust of wind lifts up her gold gown
Always glamorous

Following her big sister! Bella Hadid tries to keep a low profile in black hat as she arrives at Tommyland Show in LA after Gigi
In Venice, California

Lady is a vamp! Hailey Baldwin rocks edgy all-black look featuring fishnet top and mini skirt for Tommy Hilfiger show
At the Tommyland fashion show in NYC

Model behavior! Kendall Jenner hops on pal Gigi Hadid's back as they lark about in behind the scenes video for Vogue shoot
Having so much fun

Whisked from an orphanage onto Madonna's private jet: Twin sisters from Malawi begin their new life after the 'overjoyed' star adopts them

Embracing the single life? Paris Jackson goes braless in hippie attire amid claims she's split from her rocker boyfriend
Looking care-free

'You vengeful b*tches!' Nicole Kidman, Colin Farrell, Elle Fanning and Kirsten Dunst star in fiery trailer for Sofia Coppola's The Beguiled remake

Australian model Ellie Gonsalves reveals she has been offered a role in a movie with The Rock since appearing in $10 million Super Bowl commercial

'She is so thin I hate her!' Curvaceous Serena Williams reveals she is jealous of her sister Venus as she posts series of hilarious Snapchats

The mane attraction! Julianne Hough shows off her bombshell locks after a hair appointment in West Hollywood
Dancer is always on the move

It's not just Obama. Branson's shamelessly invited legions of celebs and royals to his Caribbean idyll - and all for the greater glory of one man and his brand

'I don't obsess about what I eat!': Michelle Monaghan, 40, shows off her stunning figure in Shape as she insists she's not into diets
Barely-there black bikini

'No baby, only cysts': My Big Fat Fabulous Life star Whitney Thore reveals she is NOT pregnant despite three positive tests
The 32-year-old star

Case 16-3945, Document 70, 08/24/2017, 2109784, Page112 of 221

**A-544**

'Why don't you answer my damn questions?': Dame Judi Dench grills Daisy Ridley to spill Star Wars script secrets
Hilarious clip was uploaded by Josh Gad

Naomi Campbell oozes glamour while attending amfAR gala with Donatella Versace... as she vows to continue fight against lack of diversity in fashion

Maggie Gyllenhaal displays her kooky flair for fashion in a long floral frock with a keyhole design at Berlinale Film Festival photocall

'Unforgivable!' Fans outraged as Donald Trump's congressional address to preempt NBC hit show This Is Us Is slated to begin February 28 at 9/8c

Costly win! Maria Menounos reveals she lost a diamond from her engagement ring as she celebrated the Patriots Super Bowl success
Patriots supporter

Britney Spears reveals eight-year-old niece Maddie is 'making progress' after tragic ATV accident two days ago that left her submerged underwater

'The biggest gift is getting my sport back': Maria Sharapova smiles at LAX after Madrid Open invitation
Madrid granted her a wild card invitation

The secret of La La Land Emma's perfect pout... Actress reveals she uses a Korean patch to keep her lips moisturised
Filled with collagen

She's taking off! Sophie Turner flashes taut tummy while catching departing flight in sporty style in Los Angeles
Game of Thrones star

'He just doesn't give a f**k about you!' Seven Year Switch star breaks down in tears after her husband's experimental wife boldly claims 'he doesn't love her'

SNL's Kate McKinnon lands Mrs. Frizzle role in Netflix reboot of Magic School Bus
Will give voice to the headmistress who drives the bus

Socialite Tara Palmer-Tomkinson, 45, is found dead at her London penthouse flat five DAYS after construction workers heard a 'very loud bang' from inside

▸ From skiing with Prince Charles to making a splash in the jungle: The moments that defined Tara Palmer-Tomkinson
After a life in the spotlight

▸ Party girl who longed for love: Beautiful, friend of the royals, the original It-girl had the world at her feet. So why couldn't Tara escape her downward spiral?

▸ She's all that! Diane Kruger rocks boldly patterned and multicolored mini dress as she stuns at amfAR gala in NYC
Looked stunning

▸ 'I love telling people what to do': Eva Longoria says she began directing because she 'wasn't reaching her full potential' as an actress

▸ Bethenny Frankel steps out with daughter Bryn in NYC as more details of her ugly schoolyard showdown with ex Jason Hoppy emerge

▸ Fitness guru who's trained Ryan Gosling and Reese Witherspoon reveals workout tips, diet plans - and why she LOVES ice cream
Ashley Borden

▸ Gorgeous in leather! Heidi Klum, 43, looks half her age in motorcycle jacket and skinny jeans as she's spotted in NYC
Knows how to style up

▸ Katy Perry launches global scavenger hunt for fans to get a first listen to her new song Chained to the Rhythm
Provided a map where for her devoted KatyCats

▸ Lazy lunch: Sofia Richie looks casual in hoodie and jeans as she dines at Mauro's in West Hollywood
Was spotted looking comfy and retro

▸ Jamie's wife reveals tragedy of miscarriage: Jools Oliver speaks for the first time about her loss... and says a sixth child could be on the way

▸ 'Taylor's an amazing woman': Tom Hiddleston spills on his Swift romance, THAT 'I heart T.S.' shirt and why the relationship failed
The 35-year-old actor

▸ EXCLUSIVE: 'I was scared Dannielynn would be the next one dead.' Anna Nicole's mother reveals her fears after grandson's mysterious overdose

Seeing double? Kylie Jenner is being accused of REPACKAGING old lip kits as limited-edition after fans point out striking similarities on social media

EXCLUSIVE: A custom-designed pool, antique oil paintings and $75,000 worth of fake grass - Million Dollar Listing Miami star Chris Leavitt shows off his mansion

All eyes on me! Ashley James puts on a very leggy display as she attends exclusive bash in just a pink Tupac-themed T-shirt with thigh-high boots

Can't stop, won't stop: Rob Gronkowski keeps the party going after chugging his way though Patriots parade with booze-fueled night of dancing

I felt suicidal over the guilt of cheating says Nigel Havers: Actor says he checked himself into a psychiatric ward as his first marriage broke down

A treat after the treadmill: Lily Collins is in good spirits as she grabs an iced coffee post workout session in West Hollywood
Treating herself

Now Ivanka's in trouble with TJ Maxx and Marshalls: Signs advertising her brand are thrown out and her displays are taken away in 'unusual' move

That's not exactly Fifty Shades Darker! Dakota Johnson shuns a racy ensemble in favour of a Victorian-style frock at film photocall in Madrid
Unusual styling

Who wore it better? Selena Gomez greets fans in same jacket Drew Barrymore wore two months ago
The Weeknd's girlfriend stepped out in NYC

Exercising up to the last minute! Heavily pregnant Natalie Portman goes on hike in LA as her due date creeps near
The 35-year-old star

'Scott calls me his girl and we're in love': Model Bella Banos claims she's the woman Disick took to his hotel during KUWTK Costa Rica trip
The leggy 20-year-old

Scott Disick has turned to sexy models like Bella Banos 'because Kourtney Kardashian coldly rejected his marriage proposal in Costa Rica'

▶ Two million British
viewers watch
Clarkson's new show:
The Grand Tour pulls in
less than half of the
audience of Top Gear
Slow start for show

▶ She's lost all the
weight! Charlize Theron,
41, is slender in black
leather slacks after
shedding the 35lbs she
gained to star in new
movie Tully

▶ Out of work: Chelsea
Clinton's husband Marc
Mezvinsky shut down
his hedge fund in
December just weeks
after Hillary lost
election

▶ 'At first it broke me
down!' Justin
Timberlake reveals he
struggled with
fatherhood and how
being a dad made him
confront his demons

▶ Ready for combat!
Ruby Rose dons
camouflage jacket and
chunky boots as the
actress layers up for
Today Show appearance
in New York

▶ Tallia Storm flashes
her abs in a tiny leather
bralet and high-waisted
trousers as she leads
the glamour at dating
bash
Scottish pop star

▶ 'I was broken': Evan
Rachel Wood reveals
she was so depressed
when struggling with
her bisexuality she
didn't think she would
survive
The Westworld star

▶ Split! Chris Evans and
Jenny Slate end their
relationship after less
than a year of dating but
are remaining 'very
close friends'
Quietly broke up

▶ Miss Universe
Denmark stripped of
title over 'links to a
criminal investigation'
after ex-boyfriend - the
son of an African
dictator - has $100M
yacht seized

▶ Oprah sells Gustav
Klimt painting for
whopping $150million to
private buyer in China -
pocketing a $63million
profit in just a decade
100-year-old painting

▶ Don't give up the day
job: Kristen Stewart's
academic paper on AI in
film making dismissed
as 'brief and more like a
case study' by experts
Published at Cornell

▶ GMA's Ginger Zee
reveals her post-
pregnancy struggle with
a condition that leaves
her face covered in
blotchy patches
The 36-year-old

**A-548**

▸ Lady Gaga covers up in cowgirl outfit in nod to her new John Wayne music video after hitting back at body shamers Wearing country-inspired getup in Maliby

▸ Houston police narrow their search for Tom Brady's missing $500,000 Super Bowl jersey as city's crime stoppers offer reward in hunt for the thief

▸ Run into Malia Obama! Weinstein Co. uses former first daughter as a selling point as it auctions off an internship for charity Cashing in on teen

▸ Ruby Rose flashes her midriff in grey crop top and bizarre turtleneck knit for NYC outing The 30-year-old wore a belly baring ensemble on mild day in Big Apple

▸ A 'daily kiss with Prince Charles' and a high profile battle with cocaine: The amazing life and tragic downfall of socialite Tara Palmer-Tomkinson

▸ The last photo of tragic Tara Palmer-Tomkinson: Pictured two weeks ago after revealing her battle against brain tumor Walking outside her London apartment

▸ 'A fun, feisty woman who battled many demons': Piers Morgan lead a host of celebrity tributes to Tara Palmer-Tomkinson as she dies aged 45

▸ Lady Gaga releases clip for new music video John Wayne... just days after successful Super Bowl halftime show and world tour announcement

▸ 'I'm proud of who I am': Chrissy Metz talks finding happiness after years of depression and reveals the health scare that triggered 100lb weight loss

▸ She certainly doesn't travel light! Rita Ora touches back down in London with mountains of luggage after performing three outfit changes in one day

▸ She's gone gray! Blac Chyna calls herself a 'beauty' as she models old-lady wig and very unusual dress Dramatic new look for 28-year-old mom

▸ Patrick Swayze's memorabilia to be auctioned including shirt from Ghost and leather jacket from Dirty Dancing Star died in 2009

'It all came down to a desperate attempt for stardom': Kylie Minogue's friends were 'concerned about Joshua Sasse's intentions with her

'She loves Beyoncé!': Grey's Anatomy star Camilla Luddington reveals her baby kicks when hearing the singer as she covers Fit Pregnancy And Baby

Light my fire! Charlotte McKinney pairs statement top with very short leather skirt and kinky boots as she visits Guess offices in NYC
Some sexy clothing

Suits you, Cressida! Prince Harry's ex-girlfriend opts for an androgynous look in harem pants and braces at a Gentlemen in Film event

New appointments! Patricia Clarkson and Campbell Scott to join cast of House Of Cards season five
Clarkson had recurring role in Parks & Rec

Flying high! Busty Rihanna plays the captain in couture while paying homage to Amelia Earhart in striking new photo shoot
The 28-year-old singer

Now you can get the look! Prince's iconic Under the Cherry Moon costume and touching handwritten speech among huge batch of items up for auction

'I knew my heart was stopping': Late former cocaine addict Tara Palmer-Tomkinson revealed she almost died from an overdose in devastating interview



Sponsored Links
Gigi Hadid's Go-To Shoe Is Surprisingly Affordable
WhoWhatWear | Everlane

Psoriasis Triggers: What to Watch Out For
HealthCentral.com

This Simple Skin Fix May Surprise You
Primal Plants Dietary Supplement - Gundry MD

DON'T MISS

What WAS Tara Palmer-Tomkinson's brain tumor? Socialite had a benign mass that

causes fatigue and low
blood pressure - but
deaths are very rare

'They told me my voice
was going to go away':
Country singer and
American Idol runner-up
Lauren Alaina reveals
her six-year battle with
bulimia

Dwayne 'The Rock'
Johnson set to make
cameo in wrestling
movie based on true
story of WWE standout
diva Paige
The wrestler turned actor

Well, that escalated
quickly! Robbie
Williams SNOGS the 55-
year-old host of Italy's
Sanremo Music Festival
live on stage
Surprised!

Orange Is The New
Black gets a season five
premiere date as Netflix
shares a new sneak
peek of the series
Much-awaited shows
released on June 9

Letting loose!
'Pregnant' Irina Shayk
covers up in a baggy
black top and leather
jacket as she heads out
for casual shopping trip
Bradley Cooper girlfriend

Eleven's new look:
Millie Bobby Brown
debuts curly locks as
she joins Stranger
Things cast for cover of
Entertainment Weekly
The 12-year-old actress

She's a blonde
bombshell now! Girls
star Allison Williams
reveals her beauty
secrets as she goes
platinum for new cover
shoot

'It's impossible!'
Spencer Pratt hints that
wife Heidi is PREGNANT
as he reveals he's
struggling to select a
baby name
Former The Hills stars

Doing business by
phone now, David?
Beckham smiles while
making a call... days
after being left red-faced
by hacked email
scandal
Under pressure star

RHONJ's Danielle
Staub returns to the hit
Bravo show after
her infamous table
flipping fight seven
years ago
The 54-year-old

It's the Meghan effect!
Now it's Harry's
girlfriend whose fashion
choices are driving
sales (and her tastes
are a lot more frugal
than Kate Middleton's)

**A-551**

▶ Helena Christensen, 48, flaunts her phenomenal figure in lacy black lingerie as she shares raunchy behind the scenes clip at photoshoot

▶ The final weeks of an It Girl: Tragic Tara toured Net A Porter and visited Thailand before returning to the London apartment where she was found dead

▶ Soap actress, pop star and a super rich property developer: Tara Palmer Tomkinson's colorful love life revisited after the socialite dies aged 45

▶ Queen Maxima swaps her somber coat for a sequinned gown as the Dutch royals make a stylish entrance at a glittering dinner in Germany

▶ Mena Suvari beams as she goes make-up free after fitness session with friends
The American Beauty actress looked cheerful as she headed out

▶ 'Got hit by a speeding loon and he fled': Chrissy Teigen reassures fans after being involved in a hit and run car accident
Hollywood smash

▶ Almost a mom! Makeup-free Amanda Seyfried can barely conceal her bump in tight T-shirt and winter jacket as she strolls in Los Angeles

▶ 'I'm disgusted when I look at her': Javi Marroquin slams Teen Mom ex Kailyn Lowry following bitter Twitter spat
Bitter dispute

▶ Mackenzie Phillips, 57, reveals that members of her own family still blame HER for exposing her 10-year incestuous relationship with her father

▶ 'I must live on another planet!' Dakota Johnson is stunned to only just learn of Beyonce's pregnancy ... days after THAT Instagram announcement

▶ Well, diamonds are a girl's best friend! Stylish Sofia Vergara shops at Beverly Hills jewelry shop
Cut a relaxed chic look in torn jeans and stilettos

**A-552**

Doting mom Hilaria Baldwin shares precious bonding time with one-year-old son Rafael during morning stroll in New York

Barefaced beauty Sienna Miller cuts a chic figure in skinny jeans and a khaki bomber jacket as she enjoys a stroll
Stepped out in New York

Melissa McCarthy undergoes another amazing transformation on set of new film with Richard E. Grant... after THAT Sean Spicer parody on SNL

Dannii Minogue smiles broadly amid claims sister Kylie's family are 'thrilled' the Joshua Sasse engagement is off

Daddy cool: John Travolta cuts a stylish figure on the slops as he watches over son Ben, six, during ski lesson in Austria
The 62-year-old star

'I don't want to piss Nicole Kidman off!' Viola Davis jokes she doesn't want an Oscar win over Australian actress as she wants to be invited to her Sydney mansion

Xoxo! Leighton Meester stuns in a rare magazine shoot as she talks going back to work after having a baby and growing up Blair Waldorf

Ivanka shares sweet snap of her and 'personal assistant' baby Theodore at the White House as husband Jared is seen leaving for work early

Hanging with his second Bourne! Matt Damon keeps it casual as he spends quality time with daughter Gia in Los Angeles
The Hollywood actor

'I love looking beautiful... but it's one tiny piece of me': Ugly Betty star America Ferrera reflects on her responsibility to women in Hollywood

The scarves! Catherine Zeta-Jones gives tour of her cavernous closet loaded with luxury
The 47-year-old Oscar winner shared a video

Could Tamron Hall be Kelly Ripa's next co-host? Presenter is 'being encouraged to throw her hat in the ring' after abruptly quitting Today show

A-553

▶ Aiming to please!
Dakota Johnson
accentuates her slender
frame in quirky jumper
and wide-leg pants as
she promotes Fifty
Shades Darker in
Madrid

▶ In the bag! Lily-Rose
Depp shows off new
Chanel purse and model
looks while arriving at
studio in Los Angeles
The 17-year-old was
looking fabulous

▶ Careful there! Kylie
Jenner busts out of a
bustier as she gives
fans more than just a
sneak peek of new
collection from hers and
sister Kendall's line

▶ 'I'm proud of my body':
Lady Gaga hits back at
body shamers... while
thanking fans for
support after Super
Bowl gig
Sensational show

▶ Brad Goreski of
Fashion Police deems
Tamra Judge as
Housewives star 'most
in need of a makeover'
on WWHL

▶ Gigi Hadid and Zayn
Malik head out on a low-
key outing as they
surface for first time
since supermodel
became embroiled in
'racism' accusations

▶ Shades of boob!
Jennifer Lopez shares
VERY energetic
rehearsal for Vegas
show... and narrowly
escapes wardrobe
malfunction

▶ Keeping it hot! Kyle
Richards shares a
steamy lip-lock with
husband Mauricio on
vacation in Cabo
This couple keeps it hot
on vacation

▶ 'I won't be offended if
you untag me when
making plans for my
death': J.K. Rowling's
VERY snippy response
to a fan who made a
heartwarming meme

▶ Michael Jackson was
near bankruptcy banker
testifies as court
prepares to decide if his
estate owes $1 BILLION
in unpaid taxes
Terrible state of affairs

▶ 'Needs to sew her
f***ing lips shut': Kyle
Richards lashes out at
Lisa Rinna for
badmouthing her sister
on RHOBH
She was not happy

▶ 'I just single white
femaled my friend!'
Olivia Wilde debuts new
platinum bob at Tiffany
bash only to find it
looks EXACTLY like
Kate Mara's

**A-554**

WATCH as Kristen Stewart plays the vulnerable and brittle heroine in the new unnerving full-length trailer for Personal Shopper

Emily Ratajkowski packs on the PDA with musician boyfriend Jeff Magid as they share rare insight into their romance on saucy Snapchat

An unlikely duo! Justin Bieber appears in a VERY bizarre Japanese phone commercial with eccentric comic Piko Taro
What's he up to?

Selena Gomez puckers up for selfie in white halter dress... after hot date with The Weeknd
Pop diva had just caught a fight out of LAX Airport that same morning

Pitter patter of little feet? Newlyweds Margot Robbie and Tom Ackerley start their family as they ADOPT a gorgeous rescue puppy named Boo Radley

'Now is the right time': Adele 'is planning for baby number two' with partner Simon Konecki ahead of summer hiatus
Keen to extend her family

Make SNL Great Again! Alec Baldwin's Trump impersonation and Melissa McCarthy's portrayal of Sean Spicer gives show its highest rating in 22 years

What a firecracker! Dancing With the Stars beauty Kym Johnson is ravishing in red at the Woman's Day Red Dress Awards in New York
Ballroom queen, 40

'It was sexy': Keith Urban surprised Nicole Kidman with huge fireworks display one Valentine's Day... but awards will keep them apart this year

Make-up free Alessandra Ambrosio shows off her slender frame in tight Victoria's Secret gym gear as she heads for grueling workout

'He loves getting drunk and I love getting drunk': Ed Sheeran, 25, reveals he has boozy nights out with 52-year-old actor Russell Crowe

What's your secret? Bella Hadid and a host of models board the Air Tommy jet ahead of the Hilfiger show... but does it remind you of something?

▶ Chip off the old block!
Reese Witherspoon
brings her lookalike
daughter Ava to
premiere of Big Little
Lies
Mother-daughter duo

▶ Make-up free Jennifer
Garner looks
effortlessly chic in a
cozy gray jumper and
skinny jeans on
shopping trip
She's fast approaching
her 45th birthday

▶ How sweet! Busty Kim
Kardashian treats
Kanye West to a spa
day and even makes a
stop at ice cream shop
so her husband can get
a cone
Romantic date

▶ 'Rest with the galactic
stars!' George Takei and
Dirk Benedict lead
tributes to Battlestar
Galactica's Richard
Hatch who has died
from cancer at 71

▶ Patriots star James
White enjoys day at
Disney World after
Super Bowl but reveals
he lost game-winning
football - and he won't
be getting a car this
year

▶ Living like a celebrity
in the City of Angels'
most heavenly hotels:
Inside Kim Kardashian's
favorite LA lodgings
and the plush star of
Pretty Woman

▶ Bethenny Frankel
wears kinky knee-high
boots as she steps out
for a night on the
town...after ex was
arrested for stalking
Looking great

▶ Miley Cyrus dresses
down for lunch date
with fiancé Liam
Hemsworth at Malibu
bistro Ollo
The 24-year-old pop diva
was ready for the gym in
a black Vans hoodie

▶ Dressing to match
your mood? Stern-faced
Victoria Beckham dons
somber ensemble and
sneakers as she
focuses on work amid
David's email scandal

▶ A step Beck in time:
Brooklyn Beckham
shares sweet throwback
snap with dad David
amid email hacking
scandal
Showed his loyalty

▶ Cheerful Camilla is
presented with
bouquets of flowers as
she and Charles tour an
art gallery in Hull after
it's named 2017's
European City of
Culture

▶ So in love! Nicole
Kidman flashes flesh in
plunging split gown as
she packs on PDA with
Keith Urban at Big Little
Lies premiere
Looked sensational

Pedophile Jeffrey Epstein accused of new sex trafficking crime | Daily Mail Online

'It's an unfair and unwinnable game': Lena Dunham defends Taylor Swift's dating history as she brands criticism as sexist
Long list of ex lovers

Why stars like David Bowie turn to sex, drugs and rock 'n' roll: Music acts on the brain in the same way as addictive pleasures
Canadian researchers

Turning the street into a catwalk! Supermodel Cindy Crawford, 50, struts her stuff in tight white jeans on first visit to Australia in ten years

A vision in white: Keke Palmer shows cleavage at the Young Hollywood studio as she promotes her new book I Don't Belong To You
Showed off personality

Queen Maxima and King Willem-Alexander lay flowers at the Buchenwald memorial as the Dutch royals continue their official tour of Germany

Long-lost 8mm footage of the Beatles performing in Canada at the height of their fame is expected to sell for $12,000 at auction
1964 show in Montreal

That's the power of love! Celine Dion left flabbergasted as man proposes in front of her... and photobombs magic moment with funny facial expression

Tyga sued by process server who was 'attacked by rapper's entourage' while handing him summons for another case

'Baseless rumors': Nikki Reed posts cozy photo with husband Ian Somerhalder and his ex Nina Dobrev and BLASTS speculation of a feud

Jack's back! Nicholson 'set to star in English language remake of Oscar nominated German film Toni Erdmann'
Has won three Oscars

Scottie Pippen and estranged wife Larsa 'halt divorce proceedings as they begin working on their marriage'
Reconciliation rumours

'She'll be taking it easier than normal': Pregnant Beyonce will tone down her performance at the Grammys
Expecting twins

**A-557**

▶ Dev Patel jets out of LAX as he heads to London for the BAFTAs... after being tipped for Best Supporting Actor award glory for role in Lion

▶ 'I am not overwhelmed, but I am definitely whelmed': Blazing Saddles legend Mel Brooks, 90, to receive BAFTA Fellowship at glitzy prizegiving

▶ She has good jeans! Sophie Turner shows off her super-slim legs in skintight denim as she steps out in LA
Game of Thrones beauty.

▶ Ex-Top Gear host James May itches to sell the classic 1972 Rolls Royce Corniche he dreamed of owning after finding out he is allergic to its leather seats

▶ Olivia Palermo is stylish in black coat and faux fur scarf at NYC launch event for Ashley Biden's hoodie collection

▶ Ouch! Kate Winslet appears bruised and battered on set of The Mountain Between Us in British Columbia
That looks like it must have hurt

▶ Top of the crops! Bella Hadid bares her toned tummy in behind-the-scenes footage for latest modeling gig with Nike
Sexy yet sporty

▶ Beau my word! Ellen DeGeneres' former lover Anne Heche smooches boyfriend at Big Little Lies premiere
Was once involved with Ellen DeGeneres

▶ Just like Kim! Kourtney Kardashian shows off her bare legs as she wears a hoodie as a dress when taking Mason out in LA
Flashed her legs

▶ Putting her best face forward! Melanie Griffith, 59, shows off slim figure in tight black leggings after leaving skincare salon
Pampered herself

▶ Shailene Woodley teams up with Zoe Kravitz as they reveal some decolletage at premiere for HBO's Big Little Lies in Hollywood
Glamorous and beautiful

▶ Lena Dunham wears orange silk dress as she joins business partner Jenni Konner for a talk about anxiety and OCD
Attended talk about social difficulties

Black-clad Selma Blair
strolls in Beverly Hills
and mourns the death of
her beloved dog Wink
It's been an emotional
week for the 44-year-old
Grammy nominee

What a doll! Gigi Hadid
is transformed into a
Barbie doll for new
Tommy Hilfiger capsule
collection
One of the world's most
sought after models

He's got a Passenger!
Chris Pratt keeps
walking as son Jack
clings to his leg during
fun family outing in
Atlanta
Adorable candid shots

'Don't call ME
ignorant!' Zayn Malik
lashes out at trolls who
called him a
TERRORIST... after
defending girlfriend Gigi
Hadid in 'racism' storm

'Be mine, marry me'
New Fifty Shades
Darker trailer teases
Christian's dreamy
proposal... and more
steamy moments from
the film
Pivotal moment

'He's eating like a little
pig': Father of nine Mel
Gibson, 61, says
newborn son Lars is
'doing great'
Oscar nominee is proud
of his new baby boy

Peep show! Kelly
Rutherford flashes her
bra in semi-sheer
jumpsuit at the Epson
Digital Couture
Made quite the
appearance

Scarlett Johansson
and 'estranged'
husband Romain
Dauriac keep a low
profile as they jet into
New York following
rumors of split
Traveling together

Hitting the ground
running! Cindy
Crawford looks amazing
as the supermodel
arrives in Australia for
the first time in 10 years
wearing a leather jacket

'I've got two words for
you my friend - the
gym!': Denzel
Washington pokes fun
at Mel Gibson's weight
at the Oscar nominees
luncheon in Beverly
Hills

Did YOU spot them?
Fashion fan highlights
secret details in Lady
Gaga's Super Bowl
outfit that he believes
are signs of her support
for the LGBT
community

'Get a life!': Sharon
Osbourne SHAMES
David Beckham over
'shallow' calls to get a
knighthood in furious
rant over his leaked
email scandal

▶ 'You need to be single!': Kelly Ripa and husband Mark Consuelos roast Bachelor star Nick Viall during his Live! appearance
Honest advice

▶ 'I grew up not loving how I looked': Christie Brinkley's daughters Sailor and Alexa plead for women to accept their bodies after starring in SI

▶ EXCLUSIVE PICTURES: Flaunting it! Hailey Baldwin splashes around in the water on bikini break in Hawaii
The 20-year-old model Guess in Waikiki

▶ Full of youthful exuberance! Sarah Silverman grins with glee at airport... after being mistaken for Kate Beckinsale's daughter
Beamed a huge smile

▶ Queens, start your engines! Lady Gaga is to guest judge season premiere of RuPaul's Drag Race after delivering ace Super Bowl performance

▶ 'Hopefully she turns a corner': Tom Brady says prognosis of mom's cancer battle is good... and he's praying Super Bowl win provides 'healing energy'

▶ Bottoms up! Jimmy Fallon flaunts his delightful derriere as Joe Jonas gives him underwear modelling lesson
Passing on tips

▶ Comedian Irwin Corey known as The World's Foremost Authority dies in New York aged 102
The Brooklyn native passed away at his home in Manhattan

▶ Beyoncé 'being sued by estate of New Orleans rapper Messy Mya for sampling the artist's work without permission in Formation'
Heading to court

▶ Taking it hard? Amy Adams looks downcast leaving grocery store after being snubbed for an Oscar nomination for Arrival
Looked mellow

▶ Gabrielle Union shows stylish side in green overcoat while arriving for Jimmy Kimmel Live show in Hollywood
Actress arrived in style for her guest slot

▶ There he goes! Ed Sheeran takes selfies with fans at Sydney Airport as he wraps up Australian promotional tour for his upcoming album

Case 16-3945, Document 70, 08/24/2017, 2109784, Page128 of 221

A-560

▶ 'Who's this cruel f**k?': Ed Sheeran forced to make rude remarks in VERY awkward interview with Australian radio hosts Hughesy and Kate

▶ Ed Sheeran worries that Sunrise's Sam and Kochie playing a viral video of Donald Trump 'singing' his hit Shape Of You has 'ruined his chances' at Number One

▶ Buxom Pamela Anderson writhes around in skimpy lace lingerie as she performs solo sex act for a VERY raunchy anti-Valentine's Day video

▶ Tom Brady reveals Gisele Bundchen asked him to retire THREE TIMES the night of Super Bowl win... but he is 'having too much fun' The 39-year-old

▶ Eva Mendes looks fresh faced and happy as she visits celeb hot spot Epione in Beverly Hills Was out getting lunch in LA

▶ She's Taken again! Maggie Grace shares snap of horself with fiance Brent Bushnell after getting engaged Posted a pictured to Instagram

▶ Mischa Barton looks in good spirits as she emerges make-up free in LA following shocking 'meltdown' The 31-year-old was spotted running errands

▶ Seeking frills! Braless Pamela Anderson teases her famous cleavage in nothing but high-waisted knickers and a sheer lace frock Rolling back the years

▶ Hats off! Princess Mary steps out in her favorite purple pillbox... appearing to take style inspiration from the late Jackie Kennedy at exhibition opening

▶ Human Ken Doll Rodrigo Alves steps out in blazer and skinny jeans during night out in London... after denying he's addicted to plastic surgery

▶ Katy Perry asks 'why are we all so chained?' as she teases new song Chained To The Rhythm written by Sia A silver disco ball that is chained to her ankle

| Today's headlines | Most Read |
| --- | --- |

 'Links to the Illuminati', Masonic masters and a corpse that was evicted a year after being buried: The...

'Go buy Ivanka's stuff': Kellyanne breaks federal regulations to shamelessly plug Trump daughter's fashion...

**A-561**


Top U.S. general says thousands more troops are needed in Afghanistan and Russia is causing problems in...


Russian newspaper tells women beaten by their husbands to 'be proud of their bruises' after Putin...


'I'm putting it off until I get my birthday gift': People reveal their VERY cold-hearted reasons for waiting...


Trafficked by her own family: Brave survivor of sexual abuse reveals how paedophiles made her 'star' in vile...


Mother-of-two is charged in child pornography case involving an ex-firefighter who dressed as clown for...


Michigan mother, 19, 'sexually abused her three-month-old son and created child porn'


Married couple in their 40s arrested after 'offering to pay their 16-year-old daughter's two friends for...


Mother of girl, 14, 'molested by a female teacher for months found sexts from the married 32-year-old woman...


What a difference a day makes! Schools closed, more than 3,500 flights cancelled as huge storm dumps up to a...


Madonna's adoption bid: How pop queen charmed Malawian judge who feared star was 'robbing country's greatest...


Mystery red sprites and blue jets are spotted in space: Astronaut captures best ever images of the strange...


Can YOU spot all TWELVE members of the Household Cavalry hiding in the Brunei jungle in this amazing...


'I know this wasn't your intention': Mom FORGIVES home invaders for killing her nine-year-old daughter as...


Pictured: Former auctioneer, 51, who 'hijacked a taxi while drunk and went on a naked joyride through a...


Are these the worst selfie fails EVER? Hilarious images sweeping the web feature rogue photobombers...


Experienced sheriff is sacked after he was filmed pinning an inmate to a metal table and smashing him in the...


Luxury cars, flash hotels and celebrity links: Inside the high-flying lifestyle of a suspected Asian 'drug...


'I don't have to lie about nothing': New York Knicks star Charles Oakley, 54, says he was unfairly targeted...


Filming in the eye of the storm: Footage gets VERY close to a tornado that destroyed homes in Louisiana and...


Fifty Shades FITTER: On-set personal trainer reveals how she prepped Dakota Johnson and Jamie Dornan for...


'I'm going to kill myself': Mischa Barton threatened suicide during meltdown and said that she 'wanted to...


'I'd slept with the boss': Applicants reveal their most embarrassing job interviews EVER (including falling...


El Chapo's sons are injured in cartel attack: Relatives of jailed drug lord 'are wounded by their father's...


'I'm a lawyer too you stupid woman!' Astonishing video captures two legal workers in furious row over an ARM...


Putin apologises after a Russian air strike accidentally kills three Turkish soldiers while trying to hit...


Pentagon says airstrikes in Syria killed 11 al-Qaeda operatives - including 'a senior leader who once had...

Terror mastermind Khalid Sheikh Mohammed sent a letter to Obama days before the ex-President left office...

▶ MORE HEADLINES



2/9/2017   Case 1:15-cv-07433-RWS   Document 605-1   Filed 02/09/17   Page 33 of 33

Sponsored Links

**Gigi Hadid's Go-To Shoe Is Surprisingly Affordable**
WhoWhatWear | Everlane

**Psoriasis Triggers: What to Watch Out For**
HealthCentral.com

**This Simple Skin Fix May Surprise You**
Primal Plants Dietary Supplement - Gundry MD

**FROM THE MAKERS OF CANDY CRUSH**



**Farm Heroes Saga, the #4 Game on iTunes. Play it now!**

more

Back to top

**Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists**

Sitemap | Archive | Video Archive | Topics Index | Mobile Apps | Screensaver | RSS | Text-based site | Reader Prints | Our Papers | Top of page
Daily Mail | Mail on Sunday | This is Network | This is Money
Metro | Jobsite | Mail Travel | Zoopla.co.uk | Prime Location

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Contact us    How to complain    Advertise with us    Contributors    Work with Us    Terms    Privacy policy & cookies

A-563

# EXHIBIT 2

Palm Beach Daily News Article
Feb. 2, 2017

Case 16-3945, Document 70, 08/24/2017, 2109784, Page132 of 221

A-564

High-profile cases: Crimes that shook Palm Beach through the decades    Case 1:15-cv-07433-RWS    Document 605-2    Filed 02/09/17    Page 2 of 9    2/9/17, 10:24 AM



THE SHINY SHEET®
Palm Beach Daily News

CLASSIFIEDS    HOMES    PUBLIC NOTICES    ADVERTISE    ☁ 79°    🚗    🔍

NEWS    SHINY SHOTS    REAL ESTATE    SOCIETY    LIFESTYLES    ARTS    FASHION    MORE    EPAPER

SUBSCRIBE
as low as $9.99

👤 LOG IN





MAC FABRICS
Your Design Destination

Quality, Selection,
Experience Full
Service in-house
workroom

Maccents
for Home & Garden Decor

Click for
Location

# High-profile cases: Crimes that shook Palm Beach through the decades

**Palm Beach Daily News celebrates 120 years of covering the island.**

NEWS    By PBDN

     2

Case 16-3945, Document 70, 08/24/2017, 2109784, Page133 of 221

A-565

High-profile cases: Crimes that shook Palm Beach through the decades    Case 1:15-cv-07433-RWS    Document 605-2    Filed 02/09/17    Page 3 of 9    2/9/17, 10:24 AM



Richard Sullivan is shown after his arrest in 1971. His prison sentence of 35 years was reduced by 15 years after he cooperated with authorities and told them where to find the near $600,000 he took from The Bank of Palm Beach and Trust Co. An accomplice, Gary Allen Ansin, held bank President Jake Morgan's family hostage during the robbery. The man escorting Sullivan is unidentified. Daily News File Photo

Posted: 11:32 a.m. Thursday, February 02, 2017

Palm Beach is known as a safe enclave but there have been some standout crimes through the decades. Here are some of them:

**Jamaica Lane shooting, 1951.** Eighteen-year-old Hugh Berry, who was committed to a sanitarium but was turned away because of a shortage of beds, went on a shooting spree that left his grandmother dead. News reports at the time characterized the hunt for Berry as "the greatest manhunt in the history of the Palm Beaches." Hugh Berry was ruled "mentally incompetent" and committed to a mental-health facility in Chicago. He was eventually released and died in Mexico on Dec. 31, 1963, of complications from pneumonia.

**> Special Section: 120 years of Palm Beach Daily News**

**JFK assassination plot, 1960.** A Palm Beach police officer foiled a Dec. 15, 1960, assassination plot on then President-elect John F. Kennedy, while he and his family were staying at the Kennedy home on North Ocean Boulevard. Richard Paul Pavlick, a 73-year-old retired postal clerk from New Hampshire, was arrested in a car filled with sticks of dynamite. Pavlick had stalked Kennedy's Palm Beach surroundings, including St. Edward Catholic Church, which the family attended. Pavlick was committed to a mental-health facility

High-profile cases: Crimes that shook Palm Beach through the decades Document 605-2   Filed 02/09/17   Page 4 of 9          2/9/17, 10:24 AM

Case 1:15-cv-07433-RWS

and criminal charges against him were dropped after President Kennedy was assassinated. He died in 1975.

**Palm Beach Bank and Trust Co. heist, 1971.** Characterized by the FBI as the "biggest single bank robbery in South Florida history" at the time, the nearly $600,000 heist began with a hostage situation at the home of the bank's president. Two gunmen posing as policemen took off with the money after abducting James E. Morgan Jr. at gunpoint from his West Palm Beach home March 3, 1971. Gary Allen Ansin and Richard Michael Sullivan eventually were caught and convicted.

**Council candidate murder, 1976.** When Richard Kreusler, an oil executive, opened his door around 10 p.m. Jan. 16, 1976, he was met by three shotgun blasts. Mark Herman was convicted in 1978 and sentenced to life in prison. In 1992, Gov. Lawton Chiles said he had "serious doubts" about his guilt and commuted his sentence to time served and freed him.



Sotheby's
INTERNATIONAL REALTY

**NEWLY REMODELED BERMUDA STYLE**

Joe DeFina | 561.313.6781

We celebrate the rare, the beautiful and the exceptional in all things, including the most desirable homes in the world.

VIEW LISTING

### Related


PHOTOS: Palm Beach Daily News celebrates 120 years


120 years: Shiny Sheet has been voice of Palm Beach for more than a lifetime


'Shiny Sheet' celebrates 120 years


Inspiration for Monopoly's Mr. Moneybags had eye-popping estates


Donald Trump's top 10 reasons he loves Palm Beach, as we see it

**Palm Beach Towers heist, 1976.** The Palm Beach Towers robbery — when three or four thieves netted $4 million in jewelry, money and stocks — remains unsolved. Posing as security guards, the robbers overpowered and disarmed the real guards, who were bound and gagged along with the switchboard operator in the early morning hours of April 14, 1976. The bandits pried open nearly 200 of the 305 safety-deposit boxes at the Towers and made off with the loot. At the time, the heist was the largest in Palm Beach history.

**Trojan Horse Caper, 1979.** Law student William Brent McFarlan, 23, packed himself into a crate equipped with drinking water, a urinal and a wig and had it delivered to the First National Bank on April 26, 1979. That night McFarlan popped out of the crate, forced the night watchman into a vault and took upwards of $50,000 in gold coins. One item missing after the theft was a coin collection owned by former Palm Beach Mayor Earl E.T. Smith, which he valued at $170,000. It was never recovered. McFarlan was convicted at trial but disappeared while out on bond awaiting sentencing. His whereabouts remain a mystery.

**William Kennedy Smith rape case, 1991.** A Jupiter woman said she met William Kennedy Smith at Au Bar and went back to the Kennedy estate

### Sign up for Newsletters

Want more news? Sign up for newsletters to get more of The Shiny Sheet delivered to your inbox.

### Popular in News

1

Donald Trump in Palm Beach: Expect traffic delays through May

2

Breaking: Palm Beach announces

Case 16-3945, Document 70, 08/24/2017, 2109784, Page135 of 221

A-567

High-profile cases: Crimes that shook Palm Beach through the decades  Case 9:15-cv-07433-RWS  Document 605-2   Filed 02/09/17   Page 5 of 9        2/9/17, 10:24 AM



William Kennedy Smith. Lannis Waters / Daily News



James Sullivan



Fred Keller

with him after the nightclub closed at 3 a.m. She claimed Smith raped her near the pool about 4 a.m. After a high-profile trial, Smith was acquitted.

**Lita Sullivan murder, 1987.** Former Landmarks Preservation Chairman James Sullivan became an international fugitive after being indicted in the murder of his estranged wife, Lita. From his Palm Beach mansion, officials charged, Sullivan hired a hit man to pose as a flower delivery man and kill his estranged wife at the couple's suburban Atlanta home. Sullivan fled to Thailand. After being captured and extradited, he was convicted in 2006 of first-degree murder and is serving a life sentence.

**Rosemarie Keller murder, 2003.** Real estate mogul Fred Keller killed his estranged wife Rosemarie and wounded his brother-in-law Wolfgang Keil in 2003. In May 2007, he was convicted of first-degree murder and first-degree attempted murder in the shooting. Keller, 72, died three months later from the effects of his long-standing leukemia.

**Worth Avenue art thefts, 2008.** Real-life imitated art when a print of The Frugal Repast, as well as a print of Jacqueline Reading, Picasso's portrait of his last wife, vanished from the Worth Avenue Gallery Biba. Together, the prints were valued at $540,000. Eventually they were recovered and Marcus Patmon, 37, of Miami was arrested and charged with burglary and grand theft. He was sentenced in U.S. District Court in Delaware to 23 months behind bars and ordered to pay restitution.

**Jeffrey Epstein case, 2008.** Jeffrey Epstein pleaded guilty in 2008 to soliciting a minor for prostitution and to soliciting prostitution. He served 13 months of an 18-month sentence in the Palm Beach County Stockade with liberal work-release privileges. Lawsuits against him contained similar allegations: Epstein, through his employees and assistants, brought minor girls to his home for

Trump traffic plan through May

———————————————

3

Worth Avenue working to combat loss of business with Trump visit



Renato's
PALM BEACH

Fine Italian dining in the heart of Palm Beach.

YOUR TABLE IS WAITING.

CLICK HERE

Case 16-3945, Document 70, 08/24/2017, 2109784, Page136 of 221

A-568

High-profile cases: Crimes that shook Palm Beach through the decades  Case 1:15-cv-07433-RWS  Document 605-2   Filed 02/09/17   Page 6 of 9        2/9/17, 10:24 AM


Rosemarie Keller

erotic massages and sometimes sex. More than two dozen suits were confidentially settled.

**Bernie Madoff Ponzi scheme, 2008.** Madoff, a New York trader and part-time resident, was arrested in December 2008 and eventually tried, convicted and sentenced by a federal judge to 150 years in prison for running the biggest Ponzi scheme in U.S. history. Palm Beach victims saw it as a betrayal to his community. His homes on the island and New York were sold to repay investors. Irving Picard, the trustee recovering money for victims, has recovered billions. The Justice Department has allowed claims for losses from indirect investors.


Jeffrey Epstein

**Condo shooting, 2014.** Charles Michael Croghan of Lantana walked into The President of Palm Beach condominium, went to the office of manager Jeremy Holland and shot him point-blank in the head. He also threatened Holland's fiancée, Dana Enriquez, with a gun. A plea deal reached in March put him behind bars for 20 years.

*Compiled from Palm Beach Daily News Archives*

A-569



Bernard Madoff



Charles Michael Croghan is serving 20
years for shooting a condo manager in the
head.

Case 16-3945, Document 70, 08/24/2017, 2109784, Page138 of 221

A-570

High-profile cases: Crimes that shook Palm Beach through the decades Document 605-2   Filed 02/09/17   Page 8 of 9         2/9/17, 10:24 AM



Jeremy Holland and Dana Enriques

## *Reader Comments*   2

## *Next Up in Local News*



### Why first-born children really do have a mental edge

*by Shelby Lin Erdman, Cox Media Group National Content Desk*

Birth order really does make a difference in intelligence levels, according to a new study. First-born children have a mental edge and "outperform their siblings" in thinking skills, researchers at the University of Edinburgh and the University of Sydney reported.  The oldest child receives "more mental stimulation from...



### President Trump to play golf in Jupiter? New advisory indicates yes

*by Kristina Webb, Palm Beach Post Staff Writer*

It looks like President Donald Trump will play golf Saturday morning with Japanese Prime Minister Shinzo Abe at Trump's Jupiter golf club. The Federal Aviation Administration issued a temporary flight restriction for the airspace over Jupiter, centered on the intersection of Frederick Small Road and A1A, right next to the Trump...

### Sinkhole opens on North Lake Way in Palm Beach

*by Eleanor Roy, Daily News Staff Writer*

A-571



A small section of North Lake Way will be reduced to one lane today as town utility workers fix a sinkhole. The work is being done at 445 N. Lake Way, between Via Tortuga and Via Las Brisas, where an 8-foot wide concrete storm water drain pipe runs from a pump station to the Intracoastal. Water Resources Division Manager Doug Terry said the sinkhole...



### Plane makes emergency landing after 'security issue'

*by Theresa Seiger, Cox Media Group National Content Desk*

An American Airlines plane that made an unscheduled stop Thursday morning in St. Louis because of an unspecified "security issue" has been cleared to continue its journey from Ohio to Arizona, airport officials said. Flight 534, headed to Phoenix from Columbus, Ohio, was diverted to Lambert-St. Louis International Airport around 8:15...



### PHOTO: Boy visiting twin's grave on first day of school breaks hearts

*by Crystal Bonvillian, Cox Media Group National Content Desk*

A picture of an Alabama boy visiting the grave of his twin brother on his first day of school has gone viral as the twins' mother speaks out about the condition that killed her son before he was born. Walker Myrick, of Florence, is now 9 years old, but it is a picture taken in 2012, when he was 5, that has gained international attention. Walker&rsquo...

## More Stories

---

INSIDE THE SHINY SHEET ▶          MARKETPLACE ▶          FOLLOW US ▶          CONTACT US ▶          TOP ▲

© 2017 Cox Media Group. By using this website, you accept the terms of our Visitor Agreement and Privacy Policy, and understand your options regarding Ad Choices ▷. Learn about careers at Cox Media Group

A-572

# EXHIBIT 3

Cast and Crew of
*Silenced: Our War on Free Speech*

# Silenced.



*our war on free speech*

Home » Cast / Crew

## 📁 Cast / Crew



### Father John Bakas

*1 Sep, 2016  in Cast / Crew by Loren*



### Goldmund

*26 Aug, 2016  in Cast / Crew by Loren*



### Melissa Chen

*26 Aug, 2016  in Cast / Crew by Loren*



### AJ Fouladpour

*22 Aug, 2016  in Cast / Crew by Loren*



### Chuck Ludwig

*18 Aug, 2016  in Cast / Crew by Loren*



### Eric Holland

*3 Aug, 2016  in Cast / Crew by Loren*



### Dulce Sloan

*28 Jul, 2016  in Cast / Crew by Loren*



### Michael Stutz

*28 Jul, 2016  in Cast / Crew by Loren*



### Scott Greenfield

*27 Jul, 2016  in Cast / Crew by Loren*

Case 16-3945, Document 70, 08/24/2017, 2109784, Page142 of 221

A-574



### Harrison Slater Van Pelt
*22 Jul, 2016  in Cast / Crew by Loren*



### Julie Foster
*8 Jul, 2016  in Cast / Crew by Loren*



### Rachel Marsden
*8 Jul, 2016  in Cast / Crew by Loren*



### Ariana Rowlands
*8 Jul, 2016  in Cast / Crew by Loren*



### Paul Provenza
*8 Jul, 2016  in Cast / Crew by Loren*



### Sherrod Small / Kurt Metzger
*23 Jun, 2016  in Cast / Crew by Loren*



### Dr. Michael Goldberg
*23 Jun, 2016  in Cast / Crew by Loren*



### Bosch Fawstin
*23 Jun, 2016  in Cast / Crew by Loren*



### David Horowitz
*18 Jun, 2016  in Cast / Crew by Loren*







### Alan Dershowitz
*12 Jun, 2016  in Cast / Crew by Loren*

### Catherine Fitzpatrick
*12 Jun, 2016  in Cast / Crew by Loren*

### Justine Tunney
*12 Jun, 2016  in Cast / Crew by Loren*



### Brian Tannebaum
*12 Jun, 2016  in Cast / Crew by Loren*



### Mary Schubert
*12 Jun, 2016  in Cast / Crew by Loren*



### T.O.N.E.-z
*11 Jun, 2016  in Cast / Crew by Loren*



### John Schubert
*6 Jun, 2016  in Cast / Crew by Loren*



### James Altucher
*5 Jun, 2016  in Cast / Crew by Loren*



### Milo Yiannopoulos
*4 Jun, 2016  in Cast / Crew by Loren*



### Scott Adams
*4 Jun, 2016  in Cast / Crew by Loren*



### Jason Pontin
*31 May, 2016  in Cast / Crew by Loren*



### Dave Rubin
*31 May, 2016  in Cast / Crew by Loren*

Cast / Crew – Silenced.   Case 1:15-cv-07433-RWS   Document 605-3   Filed 02/09/17   Page 5 of 7      2/9/17, 9:53 AM



### Head Researcher – Christopher Seaton
*28 May, 2016  in Cast / Crew by Loren*



### Aedonis Bravo
*26 May, 2016  in Cast / Crew by Loren*



### Candace Owens
*26 May, 2016  in Cast / Crew by Loren*



### Rabbi Moshe Taub
*26 May, 2016  in Cast / Crew by Loren*



### Demond Handy
*26 May, 2016  in Cast / Crew by Loren*



### Ricky Vaughn
*26 May, 2016  in Cast / Crew by Loren*



### Miriam Seddiq
*26 May, 2016  in Cast / Crew by Loren*



### Oz Sultan
*26 May, 2016  in Cast / Crew by Loren*



### Gavin McInnes
*26 May, 2016  in Cast / Crew by Loren*







### Anthony Cumia
*26 May, 2016  in Cast / Crew by Loren*

### Scooter Downey
*21 May, 2016  in Cast / Crew by Loren*

### Thai Rivera
*5 May, 2016  in Cast / Crew by Loren*



### Art Director – Larry Rosenthal
*28 Apr, 2016  in Cast / Crew by Loren*



### Andrew Auernheimer
*27 Apr, 2016  in Cast / Crew by Loren*



### Scott Barrows
*27 Apr, 2016  in Cast / Crew by Loren*



### Pax Dickinson
*27 Apr, 2016  in Cast / Crew by Loren*



### Charles C. Johnson
*27 Apr, 2016  in Cast / Crew by Loren*



### Mike Rotondo
*27 Apr, 2016  in Cast / Crew by Loren*



### @ProfJeffJarvis
*27 Apr, 2016  in Cast / Crew by Loren*



### Elissa Shevinsky
*26 Apr, 2016  in Cast / Crew by Loren*

Post navigation

( ← Older posts )

A-578

· © 2017 Silenced. · Designed by Press Customizr · Powered by Ⓦ ·

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

               Plaintiff,

  -against-

GHISLAINE MAXWELL,

               Defendant.

No. 15 Civ. 7433 (RWS)

**INTERVENOR ALAN M. DERSHOWITZ'S MEMORANDUM OF LAW IN SUPPORT
OF MICHAEL CERNOVICH'S MOTION TO UNSEAL**

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

**A-580**

## ARGUMENT

Intervenor Alan M. Dershowitz[1] hereby joins in the pending motion by Michael

Cernovich d/b/a Cernovich Media ("Cernovich") to unseal all papers filed under seal in relation

to Defendant's pending motion for summary judgment.  Dershowitz relies upon and incorporates

by reference his previous submissions in support of his motion to unseal certain documents in

this case (*see* ECF Nos. 362-64, 382, 435-36), as well as Cernovich's filings in support of his

motion to unseal (*see* ECF Nos. 550-52, 604-05), to the extent consistent with Dershowitz's prior

filings.

Unlike the extent of the public's right to access discovery motion papers—the subject of

Dershowitz's previous unsealing motion—the right of access to summary judgment papers is

well-settled in this Circuit: "'Documents used by parties moving for, or opposing, summary

judgment should not remain under seal absent the most compelling reasons.'"  *Cox v. Onondaga

Cnty. Sheriff's Dep't*, 760 F.3d 139, 150 (2d Cir. 2014) (alteration omitted) (quoting *Joy v.

North*, 692 F.2d 880, 8932 (2d Cir. 1982)).  The parties cannot possibly establish such reasons

with respect to the summary judgment record in this case, as the substance of Plaintiff's

allegations have been a matter of public record for years.  *See* ECF No. 364 at 4-11, 19-20, 25.

The Second Circuit has specifically held that documents filed in support of or in opposition to a

summary judgment motion are publicly accessible judicial documents as a matter of law *when

they are filed,* regardless of "how a court ultimately comes out on [the] motion."  *Lugosch v.

Pyramid Co. of Onondaga*, 435 F.3d 110, 122 (2d Cir. 2006) (noting that the filing party should,

for purposes of public access, "be assumed to have supported their papers with admissible

evidence").  "If the rationale behind access is to allow the public an opportunity to assess the

correctness of the judge's decision, documents that the judge *should* have considered or relied

---

[1] In its sealed November 2, 2016 Order, the Court granted Dershowitz's motion for permissive intervention under
Federal Rule of Civil Procedure 24(b).

1

upon, but did not, are just as deserving of disclosure as those that actually entered into the judge's decision." *Id.* at 124 (internal quotation marks and ellipsis omitted).

Ultimately, "summary judgment is an adjudication, and an adjudication is a formal act of government, the basis of which should, absent exceptional circumstances, be subject to public scrutiny." *Id.* at 121 (internal quotation marks and alteration omitted).  Because no such circumstances are present here, Cernovich's motion should be granted, and Dershowitz joins Cernovich's application to unseal the summary judgment record in its entirety.

Dated: February 10, 2017
       New York, New York

                                        EMERY CELLI BRINCKERHOFF
                                        & ABADY LLP


                                        _____/s/_____
                                        Andrew G. Celli, Jr.
                                        David A. Lebowitz

                                         600 Fifth Avenue, 10th Floor
                                        New York, New York 10020

                                        (212) 763-5000

                                        *Attorneys for Intervenor*
                                        *Alan M. Dershowitz*

2

H2G8GIUC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

VIRGINIA L. GIUFFRE,

                    Plaintiff,

          v.                              15 Cv. 7433 (RWS)

GHISLAINE MAXWELL,

                    Defendant.

------------------------------x

                                        February 16, 2017
                                        12:45 p.m.

Before:

                    HON. ROBERT W. SWEET

                                        District Judge

                         APPEARANCES

BOIES, SCHILLER & FLEXNER LLP
     Attorneys for Plaintiff
BY:  SIGRID S. McCAWLEY
     MEREDITH L. SCHULTZ

PAUL G. CASSELL
S.J. QUINNEY COLLEGE OF LAW AT THE UNIVERSITY OF UTAH

HADDON MORGAN AND FOREMAN, P.C.
     Attorneys for Defendant
BY:  JEFFREY S. PAGLIUCA
     LAURA A. MENNINGER
     TY GEE

RANDAZZA LEGAL GROUP, PLLC
     Attorneys for Intervenor Cernovich Media
BY:  JAY M. WOLMAN

1          (Case called)

2          THE COURT:  I think we have got to try to bring a

3    little order out of this chaos.  Chaos being, by my

4    approximation, five feet of paper, maybe I am wrong, it might

5    be four, but it's between four and five, and myriad motions and

6    so on.

7          There are some preliminaries I would like to ask you

8    about.

9          How do you all feel about our trial setting of March

10   13.  Is that real?

11         MS. McCAWLEY:  We are set for March 13 right now, and

12   we actually had on the agenda, Jeff and I spoke about wanting

13   to talk to you about this today.  We had originally anticipated

14   a two-week trial.  We have set aside our experts, other

15   individuals that need to be here for that time period, so we

16   are planning to go to trial during that time period if it works

17   with the Court's schedule.

18         There is a concern that we may run long.  So one

19   thought we had, I had, was whether or not it would be amenable

20   to the Court to possibly pick our jury on the Friday before,

21   which would be the 10th, so that by the time Monday rolls

22   around we can start the actual trial.  Mr. Pagliura has a

23   family wedding the third weekend, so if we roll into that third

24   week that may become problematic for him.  So we want to try to

25   find a way to keep the trial date and get through it, and

1    hopefully we can work with the Court on that.

2            I will let them speak on that as well, but that's our

3    position, is we would like to go forward on the 13th and

4    proceed forward.

5            MR. PAGLIUCA:  We actually conferred with Mr. Edwards

6    about this last week, and I advised Mr. Edwards that we were

7    going to be filing a motion to continue the trial that's

8    presently scheduled.

9            The Court can see from the pretrial order that we

10   filed, there is some roughly, by my count, 80 witnesses that

11   have been identified as trial witnesses.  When you actually try

12   to tally up the recorded testimony that's been designated, I

13   don't think you could play that testimony within a two-week

14   time frame.  So, in my view, this case as currently postured

15   would roughly take about a month to try as currently postured.

16   When we originally scheduled the case, we all agreed it would

17   be a two-week time frame.  My daughter's wedding is not the

18   issue in this case.  So I don't want that to be an issue.

19           THE COURT:  When is it?

20           MR. PAGLIUCA:  It is before the trial, shortly before

21   the trial, your Honor.  So it is not the third week.  There was

22   some discussion about opening up the trial, moving it earlier,

23   which is why I said I really need to be at my daughter's

24   wedding, which is March 4, but that's not the issue.  The issue

25   is the two weeks that have been set aside are not sufficient to

1    try this case, number one.

2           There is another real problem and a prejudicial

3    problem to the defense, should it go as the plaintiffs have

4    currently postured it, which is we have witnesses in England,

5    South Africa, Colorado, and these people all have to come here

6    on a date certain.  And the pretrial order, the plaintiff's

7    statement suggests that they may need 10 to 15 trial days, but

8    I can't schedule international witnesses and Colorado witnesses

9    and expert witnesses on a rolling basis because they have to

10   get here and be available to testify.

11          So there are a plethora of problems with this case

12   proceeding on March 13.  And that's sort of the tip of the

13   iceberg, your Honor, because then there are all these other

14   discovery and evidentiary issues that, frankly, I don't believe

15   will be resolved in sufficient time to have an orderly trial

16   here.  If we go through all of the deposition designations and

17   then end up with designations, I don't see how anyone can cut

18   together that much designation testimony in a short time before

19   trial in the case.  So I predict, if we were to go to trial, we

20   would end up with massive delays, massive juror problems, and

21   delay of time and waste of court resources.

22          So I think for all of those reasons, your Honor, I am

23   anticipating filing a motion to continue, but that's as I see

24   the lay of the land here.  If we had planned for this to be a

25   month long case, I think we would have approached this

 1   differently, but we didn't.

 2           THE COURT:  What do you think is a reasonable trial

 3   date under your view of the matter?

 4           MR. PAGLIUCA:  I would say sometime this summer would

 5   be fine, your Honor.  June would be fine.  We are talking about

 6   90 days from the original trial date.  Believe me, we all want

 7   to resolve this case, and my client wants to resolve this case.

 8   I am not looking for any tactical delay here.  I am just

 9   looking for a reasonable solution to what I see as a global

10   problem.

11           THE COURT:  OK.  Let me ask you this.  Would anybody

12   have any problem if we were to start this on April 10?

13           MS. McCAWLEY:  Your Honor, I don't believe at this

14   very moment that that would be a problem.  My only issue is I

15   cleared all of my experts.  They had to set aside their

16   schedule to be here for that date.  So I would hate to commit

17   to something and have one of my critical experts say they have

18   already scheduled something in that time period.  The earlier

19   the better for us.  We want to get this case tried, but I would

20   have to double-check before I committed our group to that

21   because I just don't know at this point.

22           THE COURT:  I think based on the joint pretrial order,

23   and the outstanding problems that we have, which we will get

24   to, I think we are probably talking about a four-week trial.

25           How about the defense, April 10.

```
 1              MS. MENNINGER:  Your Honor, I have a trial scheduled

 2      in federal court in Colorado beginning on April 24.

 3              THE COURT:  When?

 4              MS. MENNINGER:  April 24, your Honor.  And I have

 5      another state court trial scheduled on May 8.  So I would ask

 6      to set it past those two dates.

 7              THE COURT:  That sounds like May 15.

 8              MS. MENNINGER:  That's fine, your Honor.  We haven't

 9      checked with our experts either.

10              THE COURT:  I understand the problem of witness

11      availability and so on, I have got that, but that's something

12      we can work out, hopefully.  How about May 15 then?

13              MS. McCAWLEY:  Yes, your Honor.  Again, we have two of

14      the partners trying the case with us as well.

15              THE COURT:  Let's do this then.  Let's plan on May 15,

16      and I would direct counsel not to take any other commitments,

17      trial counsel, so that we can go forward with that.

18              So that's first order of business.

19              MS. McCAWLEY:  Your Honor, could I ask one question,

20      just so I am clear when we are scheduling witnesses.  Do you

21      typically run your trials five days through or take off

22      Thursdays?  In other words, do we get five full days straight

23      or do you usually have a break where we won't be on trial on

24      Thursday, for example?

25              THE COURT:  I don't understand the question.
```

 1          MS. McCAWLEY:  If we start trial on a Monday, do you

 2     typically run the full week or do you take a break on Thursdays

 3     for these hearings?

 4          THE COURT:  No.  We would probably run a full week.

 5     Friday has sort of a sacrosanct atmosphere, but that's not

 6     written down anywhere.  It will depend.  See how we go and

 7     whatever.

 8          MS. McCAWLEY:  Thank you, your Honor.

 9          MR. PAGLIUCA:  Your Honor, might I ask one other

10     question on the scheduling matter?

11          THE COURT:  Yes.

12          MR. PAGLIUCA:  One of the things that would be very

13     helpful in scheduling would be if we had a system where the

14     plaintiff had a start date and an end date so that I could then

15     contact witnesses and say, here's your day.

16          THE COURT:  There's a lot of things that have to be

17     ironed out.  Let's start with a couple.

18          The Flores motion, I think we should probably have a

19     hearing on the admissibility of the challenged document -- I am

20     calling it that -- because if the document doesn't get in,

21     there is no sense worrying about Flores.  So that's one thing.

22          Secondly, we have got to figure out how you all want

23     to handle the confidential material, any materials that have

24     been designated as confidential, when we get to the trial.  And

25     we have got to have some kind of a protocol as to how that's

1   going to be done.

2           So I would say counsel should get together and decide

3   when you want to have a hearing on the admissibility issue, the

4   Rodriguez materials, and then, also, how you would propose that

5   we handle the question of confidentiality.  Because I hope we

6   are not going to be opening and closing the courtroom.  It

7   should be open all the time, as far as I am concerned.

8           Let me put it this way.  I would certainly urge that

9   we remove the confidential designation for any material that's

10  going to be submitted to the jury.

11          MR. PAGLIUCA:  Your Honor, I think that's what our

12  protective order contemplates.

13          THE COURT:  Well, work out how we are going to deal

14  with it.  The mechanics are not easy.

15          Having said all of that, I think what I should do

16  right now, I think we might hear briefly on the motion to

17  intervene and then hear the motion for summary judgment.  My

18  sense of that at the moment is that some of the issues that are

19  involved in that motion for summary judgment have to be decided

20  before you really come to grips with the seven experts that

21  have been de-expertized, if that's a word.

22          So that's the way I would suggest we proceed.  So you

23  meet and confer and decide when you want to have a hearing on

24  the Rodriguez documents, and if you can agree on how we are

25  going to handle the confidential materials, bring it back to me

 1   if you can't agree.  And at the moment, I will hear the motion

 2   to intervene.

 3          Anybody for it?

 4          MR. WOLMAN:  Good afternoon, your Honor.  Jay Wolman,

 5   Randazza Legal Group, on behalf of putative intervenor Michael

 6   Cernovich, d/b/a Cernovich Media.

 7          Consistent with how your Honor is approaching trial,

 8   saying that it should be open all the time, summary judgment is

 9   a proceeding --

10          THE COURT:  I didn't make a decision on that.  I said

11   that would be my preference.  We have a confidentiality

12   agreement and that's controlling.

13          MR. WOLMAN:  I understand, your Honor.

14          The orders already here did not require the Court to

15   analyze any material submitted to be sealed.  The parties were

16   given the opportunity to freely submit in support of judicial

17   documents.  There is no question summary judgment papers are

18   judicial documents.  They can determine the outcome of the

19   case.  The Second Circuit is quite clear on this.  It's

20   settled.

21          So then the only question becomes whether or not the

22   plaintiffs, or whomever would want the materials sealed,

23   because the motion for summary judgment itself was filed by the

24   defendants who didn't say why it should be sealed.

25          THE COURT:  Let's talk about the motion to intervene.

1          MR. WOLMAN:  Yes, your Honor.  It's to intervene for

2     the purposes of unsealing.  My client is a member of the media.

3     The Fourth Estate has a First Amendment right to review

4     judicial documents, a common law right of access to the court

5     proceedings as to what is going on, because the Court may find

6     for the defendants.  The court may say, no, it has to go to

7     trial.  But that is an adjudication and the standard for

8     sealing any of these documents has not been met because nobody

9     has asked the Court for a finding on any of the materials.

10          THE COURT:  Thank you.

11          MS. SCHULTZ:  This is Meredith Schultz for the

12     plaintiff.

13          This Court has already ruled that the protective order

14     should not be disturbed by a proposed intervenor seeking to

15     unseal and publish self-selected, piecemeal portions of the

16     record.  The latest attempt at intervention by a party line

17     defendant failed on the applicable law, as it is little more

18     than an attempt to taint the jury pool and malign the plaintiff

19     in the eyes of the public immediately prior to trial.

20          This Court's analysis can begin and end with the

21     Second Circuit's presumption against modifying protective

22     orders on which the parties have reasonably relied.  The Second

23     Circuit test on this is clear.  It's articulated in *In re*

24     *Teligent*, 640 F.3d 53, and *In re Sep. 11 Litig.*, 262 F.R.D.

25     274.  Courts can only set aside protective orders if they are

1    improvidently granted or if there is some extraordinary

2    circumstance or compelling need.  The proposed intervenors fail

3    to make any showing whatsoever for either prong of this test.

4          The Second Circuit has been hesitant to permit --

5          THE COURT:  Forgive me, but we are talking about the

6    motion to intervene.  You're talking about the substance of

7    unsealing.  But do they get in to make that motion?

8          MS. SCHULTZ:  No, your Honor, and this is why.

9          The First Amendment does not give the proposed

10   intervenor standing to intervene in this case.  Nonparties

11   cannot claim a First Amendment infringement on their freedom of

12   speech.  The right to speak in public does not carry with it an

13   unrestrained right to gather information.  Moreover, the

14   proposed intervenor's brief is completely silent on how the

15   public access to pretrial proceedings would play a significant

16   positive role in the functioning of the judicial process.  And

17   under the test set forth by the Second Circuit in *Newsday LLC*,

18   730 F.Supp.2d, at page 417, he makes no showing of that

19   whatsoever.  So already there is no standing to intervene based

20   on the Second Circuit test.

21         Finally, this Court has already ruled that it's

22   appropriate for these materials to be sealed, and nothing in

23   either the purported intervenor or Professor Dershowitz's

24   joining of that brief put forth any evidence that the law

25   should be disturbed.

H2G8GIUC

 1              THE COURT:  Anything further?

 2              MS. SCHULTZ:  Before you are going to reach the merits

 3    going to the sealing order, the protective order, there is no

 4    standing to intervene in this case.

 5              THE COURT:  Thank you.  Anything else?

 6              MS. SCHULTZ:  Yes, if you don't mind, your Honor.

 7              It fails for other reasons under the law.  In the

 8    entire motion and reply brief, it is wholly bereft of case law

 9    in which a motion to intervene and publish confidential

10    information has been granted in a case with circumstances like

11    this at all.

12              Here, there are clear and compelling reasons for the

13    sealed documents to remain sealed.  They involve the sexual

14    abuse and sexual trafficking of minors.  Both parties in this

15    case and the Court in its March 17, 2016 hearing articulated

16    clear and compelling reasons why these records should be

17    sealed.

18              Contrary to the *Bernstein* case cited by the purported

19    intervenor, where records were unsealed after settlement, not

20    weeks prior to trial, these documents were not sealed because

21    of some pedestrian reason like an alleged kickback scheme.

22    There can hardly be a more compelling reason to seal documents

23    than those that depict the sexual abuse and sexual trafficking

24    of plaintiff, other minors and other young women.

25              Here, there is no showing why some unspecified

H2G8GIUC

1      interest in revealing documents concerning sexual assault

2      should disturb the protective order.  Moreover, there is prima

3      facie evidence here that there is an illegitimate purpose.

4               There are two purported intervenors -- one intervenor

5      and one purported intervenor moving the Court to unseal these

6      documents right now.  Under *Nixon v. Warner,* Supreme Court

7      case, 435 U.S. 598, and *Amodeo*, 71 F.3d at 1044, the purported

8      intervenor's history of being, as New York Magazine termed, a

9      rape apologist and attacking victims of sexual abuse point to a

10     highly illegitimate purpose to get these unsealed documents

11     that relate to sexual assault.  Also, Dershowitz's now official

12     joining of this motion shows that both directly and by proxy

13     are acting to ratify Dershowitz's private spite.

14               Courts in this district and others routinely seal

15     summary judgment materials, such as in *Louis Vuitton v. My*

16     *Other Bag*, wherein the court held that privacy interests of

17     business figures were sufficient to keep summary judgment

18     documents sealed.  Here, the privacy interests are those of

19     underage victims of sexual assault.  If this Court can extend

20     protection to summary judgment materials related to business

21     figures, it can certainly protect documents surrounding sexual

22     assault of minors.

23               Again, I don't think the Court needs to reach the

24     merits because I don't think there is standing to intervene.

25               Thank you, your Honor.

H2G8GIUC

1          THE COURT:  Anything further?

2          MR. WOLMAN:  I am surprised by the question of

3     standing.  Nothing in any of the opposition suggests that my

4     client is not a member of the Fourth Estate.  Nothing in the

5     opposition suggests that this is not a newsworthy case.  There

6     have been plenty of articles about Mr. Epstein, about this

7     entire proceeding.  This has been in the media.  So my client

8     is just another journalist looking to find out here what's

9     going on.

10          Honestly, I am litigating a little bit with one arm

11    tied behind my back because I am being told that the summary

12    judgment motions and papers have information about all these

13    other minors.  I wouldn't know that, your Honor.  The motion

14    for summary judgment is redacted, pages 1 to 68.  Every single

15    exhibit, the opposition, the reply, this is all redacted.  This

16    is not part of the public record.  The public cannot examine

17    it.

18          Regardless of my client's relationship with Professor

19    Dershowitz does not negate his standing as a member of the

20    media looking to report on a newsworthy case.  If there are

21    particular materials in the summary judgment motion or

22    opposition that are proper to be sealed, we recognize that, but

23    we don't know what they are in order to make that analysis.

24    They are putting the cart before the horse saying it should be

25    sealed or remain sealed when they haven't made a showing of

H2G8GIUC

1   what it is that should be sealed.  So we can't address that

2   issue.

3            With respect to the Second Circuit precedent, this is

4   not about tainting the jury pool or self-selecting.  This isn't

5   even about discovery materials.  Mr. Dershowitz's motion was

6   about discovery materials.  This isn't.  This is about a

7   judicial document, the motion for summary judgment.

8            Now, the case they relied upon, the documents weren't

9   at issue until after settlement.  Well, this is actually more

10  important because this is about what the Court will or will not

11  decide on the ultimate outcome potentially of this case,

12  because defendants could walk out of here winning summary

13  judgment based upon these very papers that the public has no

14  idea what is in them.  That distinguishes *Martindale*.  It fits

15  as seen in *Agent Orange*.  Just because, unfortunately, it does

16  involve allegedly the sexual assault of minors, that does not

17  in and of itself mean there should be a blanket sealing order

18  in all cases.

19           In fact, *Globe Newspaper* was the Supreme Court case

20  that specifically held that a Massachusetts statute that

21  automatically sealed material relating to sexual assault of

22  minors does not pass muster.  We have to look at an

23  individualized, particularized basis as to why these particular

24  materials should be sealed.  Maybe they should be, some of

25  them.  We are not looking to embarrass or expose the plaintiff.

H2G8GIUC

1   We are looking to publicize about a defendant who is now sued

2   in multiple cases relating to a pedophilia ring.  This is the

3   news.  This is what the public is interested in.  This is about

4   there is justice in the courts and there is justice in the

5   court of public opinion.

6          THE COURT:  Thank you all.  I will reserve decision.

7          Now I would like to hear on the motion for summary

8   judgment.

9          MR. PAGLIUCA:  Your Honor, this Mr. Gee who will be

10  arguing this motion.  I think it might be prudent at this

11  point, given that I think we are likely going to be talking

12  about information that is subject to the protective order --

13         THE COURT:  I think you won't.

14         MR. PAGLIUCA:  OK.

15         MR. GEE:  Good afternoon, your Honor.  My name is Ty

16  Gee.  The Court granted my PHV motion last week.

17         We have 80-some-odd witnesses and the Court has talked

18  about four to five feet of material.  I think the summary

19  judgment motion, your Honor, might cut to the chase, and the

20  Court has suggested that perhaps it could, at least with regard

21  to the pending 702 motions.

22         I am here to suggest to the Court that the disposition

23  of this motion for summary judgment, at least with regard to

24  issue number one, certainly can narrow the issues considerably.

25  There would not necessarily need to be 80 witnesses.  And with

1    regard to the other three issues raised on the motion for

2    summary judgment, they would resolve the case entirely.

3            I would like to talk in order of the issues that I

4    think require the least amount of facts in order for the

5    defendant to prevail on summary judgment.  The first had to do

6    with republication.

7            Your Honor, this Court decided the *Davis* case in 1984,

8    which, frankly, has been consistent with all of the

9    republication law in the state of New York.  It requires that

10   for there to be liability for republication, it must be based

11   on real authority to influence the final product.  So that's

12   what we, the defense, have been focusing on with regard to this

13   issue.  Was there real authority to influence the final

14   product?  Authority has a specific meaning.  In *Davis*, the

15   Court said that authority means the authority to decide upon or

16   implement the republication.  And the Court further said that

17   acquiescence or peripheral involvement in any republication is

18   legally insufficient.

19           Of course, I have read the response and the plaintiff

20   chafes at this idea that an original publisher should not be

21   liable for republication.  Your Honor, I guess I have a couple

22   of responses to that.  One is that this disagreement with that

23   rule is directed to the wrong forum.  The New York Court of

24   Appeals and the New York law, of course, is what applies here.

25   The New York Court of Appeals already has spoken on this topic.

 1    And in *Geraci*, the court said that *Davis* is right, that you

 2    need control and authority over the republication in order for

 3    a defendant to incur liability.

 4         I would also say, Judge, that the plaintiff's

 5    disagreement with this rule fails to acknowledge the unique

 6    history and the robust protection of free speech that the New

 7    York Constitution has afforded speakers in the state of New

 8    York.  This is discussed in the *Immuno AG* case cited in our

 9    papers.  At the end of the day, Judge, the plaintiff chose to

10    sue in New York, chose to have New York State law apply.  The

11    plaintiff doesn't have to like it.  They just have to live with

12    it.  And the law is very clear as stated in *Davis*.

13         Now, with regard to the undisputed facts on this

14    question, Judge, there is no question that Mr. Barton, Ms.

15    Maxwell's lawyer, as her agent, caused the January 2015

16    statement to issue.  The e-mail that accompanies that January

17    2015 statement says, in effect, here is a quotable statement.

18         Here is what it does not say, Judge.  It does not say,

19    you are hereby commanded to reprint and republish what we say

20    here.  It doesn't say, if you do not print this quotable

21    statement, we will sue you.  It does not say that if you

22    republish the joinder motion allegations, you must also

23    republish the statement.  Ultimately, what the e-mail does is

24    that it leaves totally in the discretion of the media whether

25    to publish this quotable statement or not to publish the

Case 16-3945, Document 70, 08/24/2017, 2109784, Page168 of 221

1    quotable statement.

2             There was some discussion in the papers about whether

3    this was a, quote unquote, press release.  The plaintiff wants

4    to call it a press release.  That's not what the statement

5    calls itself.  As we point out in our papers, it would be quite

6    an unusual press release to make these arguments about how the

7    plaintiff has told falsehoods and then threatened to sue the

8    very people to whom this quotable statement is submitted.

9             The dispositive fact for *Davis* purposes and for *Geraci*

10   purposes, Judge, is that we have uncontested testimony from the

11   defendant, Ms. Maxwell, from Mr. Barton and Mr. Gow that they

12   did not control the republication of this quotable statement,

13   and they had no decision-making authority over any of the

14   media.  You did not see a contest on that question.

15            In *Davis*, this Court held that if there is no evidence

16   that the defendant controlled republication or made the

17   decision to republish, the trial court has "no option" but to

18   dismiss the case.  And here, your Honor, to grant summary

19   judgment.

20            There was some confusion, I believe, in the

21   plaintiff's papers with regard to the question of republication

22   and the separate question of republication of excerpts from the

23   quotable statement.  These are two different points, your

24   Honor, and we submit that the plaintiff loses on both of these

25   issues.

H2G8GIUC

1          It loses on the first issue because it has not

2     produced any admissible evidence that Ms. Maxwell or her agent

3     had any control or authority over the media or making a

4     decision about the republication of the quotable statement.

5          On the second issue, with regard to excerpts, we

6     pointed out that, as bad as it is to hold a defendant liable

7     for the republication of a statement, it must ever so be wrong

8     to make that defendant liable for someone else's decision to

9     republish portions of a statement she has issued.

10          Now, the New York state law on this is set out in the

11     *Rand v. New York Times* case.  The undisputed facts with regard

12     to this second point with regard to republication, Judge, is

13     that Mr. Barton drafted the bulk of this statement.  If you

14     look at the Barton declaration, paragraphs 13 to 20, this makes

15     it absolutely clear.  I understand from the plaintiff that

16     there is some dispute about whether Mr. Barton drafted the bulk

17     of the statement.  That's not true at all.  If the Court looks

18     at the papers cited by the response, there is no contradiction

19     of Mr. Barton's testimony.  Mr. Barton said that, I drafted the

20     vast majority of it.  He said that it's possible that someone

21     else may have contributed, but, ultimately, I'm the one who

22     drafted it, and I adopted all of these statements in the

23     January 2015 statement.

24          It is undisputed, Judge, that Mr. Barton's purposes in

25     drafting the statement on behalf of Ms. Maxwell was two-fold:

H2G8GIUC

1    To mitigate the damage caused by the plaintiff's salacious

2    statements to the media, in the form of that joinder motion in

3    the CVRA case, and the second purpose was to prevent further

4    damage to Ms. Maxwell by issuing this quotable statement.

5           Now, the quotable statement is unique, as I pointed

6    out earlier, because it threatens to sue the very people to

7    whom it is sent.  And Mr. Barton says that that was

8    intentional.  This quotable statement was intended to be a

9    cease and desist.  If you republish this plaintiff's

10   allegations in that CVRA joinder motion, you do so at your own

11   legal peril.  That was the message that Mr. Barton was

12   delivering in that January 2015 statement.

13          Mr. Barton also testifies -- and this is actually

14   shown in the statement itself, January 2015 statement -- that

15   he was building, in effect, a syllogism.  The syllogism went

16   something like this, Judge:

17          Premise number one is that this woman has made false

18   statements in the past, referring to the original allegations

19   from as far back as 2011 and the Sharon Churcher articles.

20          Premise number two was she is doing it again.  These

21   allegations, these new allegations in the CVRA joinder motion

22   are different from, and more salacious than, and contradictory

23   of the March 2011 statements that were made to the press, for

24   example, the two Churcher articles attached as Exhibit A and B

25   to our motion.

H2G8GIUC

```
 1              The conclusion from these two premises, Judge, is
 2      found in the third paragraph of the January 2015 statement,
 3      that this plaintiff is uttering, quote, obvious lies, the
 4      claims are obvious lies.
 5              THE COURT:  Meaning all that you have referred to?
 6              MR. GEE:  I'm sorry?
 7              THE COURT:  Meaning all that you have referred to, the
 8      2011 and the intervenor's claims?
 9              MR. GEE:  That's a very good question.
10              THE COURT:  Yes, it is.
11              MR. GEE:  The recipients of this quotable statement,
12      of course, are the 6 to 30 journalists to whom Mr. Gow sent
13      e-mails to.  There is no indication whatsoever in the January
14      2015 statement about which allegations are being referred to
15      and the allegation -- there's two references to allegations in
16      the first paragraph of the January 2015 statement.
17              THE COURT:  Original.
18              MR. GEE:  Right.  If we go back to the original
19      allegations --
20              THE COURT:  Those are 2011.
21              MR. GEE:  That's right, Judge.
22              So let's go back to the original allegations.  I'm not
23      sure exactly what are the original allegations.  I have no
24      doubt that the recipients of this January 2015 statement had no
25      idea what qualifies as, quote, the original allegations.
```

1          THE COURT:  I don't care about that.  What I am trying

2     to figure out is what claims are we talking about.

3          MR. GEE:  Your Honor, I think that is the problem with

4     the plaintiff's case.  Is that we have no idea what we are

5     talking about.  Because if we listen to what Mr. Barton is

6     intending, he is not trying to focus --

7          THE COURT:  His intent, it seems to me -- I don't mean

8     to be rude, but I don't know that his intent matters.  There is

9     no question but that Ms. Maxwell authorized the issuance of the

10    statement.  So it seems to me it's her statement.

11         MR. GEE:  Your Honor, in fact, why don't we just set

12    aside Mr. Barton's declaration for purposes of discussion of

13    this second point about republication.

14         The *Rand* point is that you cannot take a statement, an

15    excerpt from a statement; you, the republisher, cannot choose

16    which part of a statement to extract from and then republish it

17    and then have the plaintiff choose to sue the person whose

18    statement was extracted.  That's the *Rand v. New York Times*

19    point, Judge.  And we don't need Mr. Barton's support there

20    because it is uncontested that what happened in this case is

21    that every single one of the republications were excerpts from

22    that quotable statement.

23         The only point I was trying to make, and I don't need

24    Mr. Barton to make this for me, is that that quotable statement

25    sets up a legal argument that says, she lied here, she lied

1    here, these are obvious lies.

2            Now, the *Rand* point is this.  You can't take one of

3    the premises, or, for example, a conclusion, and then republish

4    that and then make Ms. Maxwell liable for that republication.

5    She didn't choose to say only premise one.  She didn't choose

6    just to say premise two.  She chose to say all of it.  She is

7    building a point.  She is making a point to the media that you,

8    media, need to be responsible, you need to be questioning, and

9    you need to make comparisons between her earlier statements and

10   her new statements, and you figure it out, because if you

11   figure it out wrong, you could be on the wrong end of a lawsuit

12   filed by my client.

13           What the media did in this case, and, frankly, what

14   the plaintiffs did in their own complaint, paragraph 30, your

15   Honor, was to take portions, in fact, it was words in the

16   complaint, the complaint that your Honor ruled on in that

17   12(b)(6) motion.  They didn't even take the sentences; they

18   literally extracted phrases and stuck it into paragraph 30 of

19   their complaint.  But the problem here is, if you do anything

20   like what the plaintiffs did, or what the media did in this

21   case, you can't hold Ms. Maxwell liable for that republication.

22   You change the meaning.  How do you change the meaning?  You

23   changed the meaning because you excluded premise one or premise

24   two or the conclusion or the entire argument that Mr. Barton

25   was trying to make on behalf of Ms. Maxwell.

1               So that's the second republication point, your Honor.

2               Let me move quickly to the pre-litigation privilege.

3     This was argument three in our summary judgment papers, Judge.

4               We know under New York law that if you're in

5     litigation, a lawyer makes a statement that's absolutely

6     privileged.  The question in the *Front v. Khalil* case is what

7     happens if a lawyer makes a statement before litigation has

8     begun?  And in that case, litigation did not begin until six

9     months after the allegedly defamatory statements by the lawyer.

10              So what the New York Court of Appeals says in 2015 is

11    that, because of the possibility of abuse by lawyers -- I can't

12    imagine that -- what we are going to do instead is we are not

13    going to give you an absolute privilege, we will give you a

14    qualified privilege.  But it defines a qualified privilege

15    rather carefully, Judge.  It says that the qualified privilege

16    that you have is that any statement that a lawyer makes in good

17    faith anticipated litigation, that's pertinent to good faith

18    anticipated litigation, is privileged.

19              Now, you can look at this as being absolutely

20    privileged or qualifiedly privileged.  It's absolutely

21    privileged, in my view, so long as the lawyer can establish

22    that there was a good faith anticipated litigation.  Once you

23    have established that point, then it is an absolute privilege.

24    Or you can talk about it in a qualified sense, which is that

25    the lawyer has a privilege to make defamatory statements, but

1    the privilege is qualified by whether or not the statement is

2    pertinent to good faith anticipated litigation.

3            Regardless of which way we want to look at this

4    privilege, as articulated in the *Khalil* case, Judge, it applies

5    here.  The elements that *Khalil* says we must establish in order

6    to prevail on summary judgment on this privilege, Judge, is it

7    has to be a statement by an attorney or an agent under his

8    direction.  We have undisputed testimony, paragraphs 7 to 20 of

9    Mr. Barton's declaration, saying that:  I'm the one who engaged

10   Mr. Gow.  I am the one who directed Mr. Gow.  I am the one who

11   drafted the vast majority of the statement.  As to the

12   possibility that other parts were drafted by someone else, I

13   adopted them as my own before I directed Mr. Gow to send out

14   the statement.  We have satisfied that.

15           The second element is that it had to be pertinent to

16   good faith anticipated litigation.  Well, the test on

17   pertinence, I don't believe that the plaintiff is contesting

18   this but I will just mention it quickly, which is that in the

19   *Flomenhaft* case, the appellate court said that the test on

20   pertinence is "extremely liberal."  And for a statement to be

21   actionable it must be "outrageously out of context."

22           Well, there is good reason why the plaintiff would not

23   dispute this, Judge.  The January 2015 statement was certainly

24   not outrageously out of context.  It was fully within context.

25   Be careful if you choose to republish the plaintiff's salacious

H2G8GIUC

1    allegations because we may end up suing you for defamation.  As

2    a matter of fact, in the last paragraph of the January 2015

3    statement, the word defamatory is used twice, Judge.

4            The last element is, was there anticipated good faith

5    litigation?  Well, that's not a difficult hurdle for us, Judge.

6    Mr. Barton says in his declaration that, as a matter of fact,

7    he did anticipate litigation.  He did not have in his eye a

8    particular reporter or medium to bring a lawsuit against.  In

9    fact, that was the whole point of the January 2015 statement,

10   was to dissuade the media from republishing plaintiff's false

11   statements.  And that's why he made the argument that he did:

12   Do not trust this person, this person tells falsehoods.  He

13   could easily see, and he did see, that if the media chose to

14   republish the plaintiff's false allegations, it would be

15   "defamatory," as he says in the fourth paragraph of the January

16   2015 statement, and he would be entitled to sue.  So that

17   certainly is good faith anticipated litigation.

18           Judge, once we have satisfied those elements, this

19   privilege kicks in and that statement, the January 2015

20   statement, all of it, becomes non-actionable under the New York

21   Constitution.

22           It seems to me that the main point of the plaintiff's

23   in opposition to the pre-litigation privilege is this idea that

24   malice applies.  Well, Judge, that was addressed in the Khalil

25   case.  There is no malice question in the application of the

H2G8GIUC

1  pre-litigation privilege.  It specifically talks about how

2  malice does not apply.  In other words, the privilege removing

3  malice that applies to, let us call it, a qualified privilege,

4  a general qualified privilege in the State of New York, does

5  not apply to the pre-litigation privilege.  It says so in

6  *Khalil*.  And all that he must show to prevail on summary

7  judgment is good faith anticipated litigation that is related

8  to the statement made by an attorney.  It could not be a

9  simpler rule.  And, Judge, we have satisfied all the standards.

10 We don't even need to rely on Mr. Barton frankly.  We have to

11 rely on Mr. Barton to the extent that he is the lawyer who

12 prepared the statement, but that's not a contested fact, your

13 Honor.

14          I see the plaintiff, as they sometimes want to do, is

15 simply making an argument that, no, he did not prepare the

16 statement, but they have no opposition to Mr. Barton's

17 declaration.  They say that Mr. Gow prepared the statement, or

18 Ms. Maxwell prepared the statement.  Where is the evidence for

19 that, Judge?  There is absolutely no evidence.  Mr. Barton's

20 declaration is undisputed on the question of who prepared the

21 statement, who engaged Mr. Gow, who directed Mr. Gow to cause

22 this statement to issue to the media.

23          Let me move on to the issue of opinion, Judge.  This

24 is argument two in our motion for summary judgment.

25          The New York Constitution, under *Immuno AG* and the

**A-610**

1    *Steinhilber* case, requires the application of those four

2    so-called *Omen* factors.  I call them the *Steinhilber* factors

3    because *Steinhilber* adopted the four factors in the D.C.

4    Circuit *Omen* case.  And these factors, your Honor, all come our

5    way.  The plaintiff loses on the question of opinion as well.

6         On the question of indefiniteness and the ambiguity,

7    the Court brought out the point earlier about, well, what is

8    meant by the word allegations used twice in the first

9    paragraph.  First, allegations without an adjective, and then

10   the second time, original allegations.  What is meant by that?

11        Well, here is the indefiniteness and the ambiguity,

12   Judge, that comes right into play.  The plaintiff is facing an

13   insurmountable problem, both at trial against the 80 witnesses

14   and in the summary judgment motion, because they are trying to

15   establish that every allegation ever made by the plaintiff is

16   true, and provably true.  So here they are chasing windmills

17   trying to prove that every allegation the plaintiff has ever

18   made is true.  It can't be done, and I am going to talk a

19   little bit more about that in a moment as far as why it cannot

20   be done.  For now I just wanted to talk about the

21   indefiniteness and the ambiguity.

22        The third statement in the January 2015 statement, the

23   third sentence that is the subject of the complaint, paragraph

24   30, is Mr. Barton's statement in paragraph 3 that plaintiff's

25   claims are "obvious lies."  Well, we don't know what, quote

H2G8GIUC

1     unquote, claims Mr. Barton is referring to.  He just says

2     claims.  That is another area of indefiniteness and ambiguity,

3     Judge.  The Court doesn't know, the plaintiff doesn't know, and

4     none of the reporters would know what is meant by the words

5     allegations, original allegations, and claims.

6             As Mr. Barton tells it, he is not trying to go blow by

7     blow to try to rebut plaintiff's allegations.  He is going

8     after something bigger.  He is going after the plaintiff's

9     credibility.  And that comes out in the January 2015 statement

10    itself.  It talks in generalities about how her claims have

11    proven to be untrue.  Well, how are they proven to be untrue?

12    Well, you don't need Mr. Barton for this.  Take a look at the

13    March 2011 statement issued by Ms. Maxwell, and that also was

14    drafted by Mr. Barton, but it doesn't really matter.  The point

15    is that in the March 2011 statement, and this answers your

16    question with regard to that statement, Judge, the March 2011

17    statement, in the very first paragraph of the March 2011

18    statement, Ms. Maxwell says that the allegations by the

19    plaintiff are "all entirely false."  That is to be

20    distinguished from the January 2015 statement when she does not

21    say "all entirely false."  She says simply that the allegations

22    are false.

23            Now, the distinction between the March 2011 statement

24    and the January 2015 statement bear on this question of

25    indefiniteness and ambiguity.  It's certainly not indefinite

H2G8GIUC

1    and it's certainly not ambiguous when Ms. Maxwell says in March

2    of 2011 that these allegations are "all entirely false."  It is

3    ambiguous and it is indefinite when she fails to say "all

4    entirely false."

5          The second issue is whether these three sentences

6    identified in paragraph 30 of the complaint are capable of

7    being characterized as true or false.

8          Now, this is a kind of binary question that the

9    *Steinhilber* factor two has us look at.  But recognizing at the

10   same time that there are some statements that appear factual,

11   but are not when looked at in context -- and now we are jumping

12   to factor number three in *Steinhilber*, the contextual issue.

13         On the question of whether it could be proved true or

14   false, well, the plaintiff has taken to chasing this windmill

15   of trying to prove whether the allegations are true or false.

16   What I suggest to the Court is that you can't prove whether

17   the, quote unquote, allegations are true or false because they

18   are not identified.  You can't prove whether the, quote, claims

19   are obvious lies because they are not identified.  If you broke

20   down every single allegation made by the plaintiff into

21   constituent sentences, discrete constituent sentences, you

22   might have over a thousand statements.  These plaintiffs have

23   chosen to go on this adventure of trying to prove each one of

24   these allegations is true, and, conversely, that there was no

25   good faith basis for Ms. Maxwell to say that any of them were

H2G8GIUC

 1   not true, to say that any of them were false.

 2              Judge, I don't know that this is an adventure that is

 3   going to get us very far.  The Court is setting a one-month

 4   trial for us to figure out whether these hundreds of

 5   allegations made by the plaintiff are true or false, but what I

 6   was trying to do, Judge, was cut to the chase.  Are there at

 7   least two allegations, plural?  Because the Second Circuit in

 8   the *Law Firm of Foster Case* says that substantial accuracy is

 9   the standard here for defendants, not literal accuracy.  But

10   what I am trying to focus on is that, if that's the standard,

11   Judge, and we show you literal accuracy, then surely we win on

12   the *Law Firm of Foster Case*.

13              Judge, may I approach the Court?  I have a hand-out I

14   would like to share with the Court.

15              So that I don't need to discuss this on the record,

16   Judge, I ask two things.  Number one, that the Court let me

17   know when it has finished reading this, and, number two, I

18   would like for this document to be included in today's record.

19              THE COURT:  Yes.

20              MR. GEE:  Thank you, Judge.

21              What I have done here is to do a very simple

22   comparison between the March 2011 allegations, i.e., the

23   original allegations by the plaintiff, and her new, her CVRA

24   joinder motion allegations.  The first allegations were given

25   to Sharon Churcher, reporter, for $160,000, where Ms. Churcher

H2G8GIUC

1    says in the article that she interviewed the plaintiff "at

2    length."  In the article it says -- I think it was on page 3 of

3    the article; Exhibit A to our motion for summary judgment --

4    for a week or better she interviewed the plaintiff.

5           This was plaintiff's coming-out story, first time that

6    she had publicly disclosed who she was and what has happened to

7    her, supposedly, to Ms. Churcher.  Ms. Churcher then writes a

8    very lengthy article, Exhibit A to our memorandum, and the

9    second column, Judge, discusses the plaintiff's allegations on

10   the very same subjects.  The first encounter with Mr. Epstein

11   and then the second encounter with Prince Andrew.

12          As the Court can see from this very simple comparison,

13   anyone with half a brain in January of 2015 could take a look

14   at column 1 and look at column 2 and decide that the original

15   allegations are either true or they are false; the new

16   allegations are either true or false.

17          Now, here is a situation where we are not talking

18   about opinion; we are talking about remembered fact or,

19   alternatively, manufactured fact.  Now, either the plaintiff

20   had these encounters as she described in 2011, or she had the

21   encounters as described in her CVRA joinder motion in December

22   2014.

23          As the Court says in its 12(b)(6) order, one of these

24   must be true.  This is a binary question, Judge.  You can't

25   have both of these being true.

1          Now, when we are talking about that second *Steinhilber*

2     element, whether something can be characterized as true or

3     false, of course, we are applying the second factor to the

4     January 2015 statement and, specifically, to those three

5     sentences:  The allegations are false, the original allegations

6     were shown to be untrue, and the third sentence is, the claims

7     are obvious lies.

8          Now, when the Court issued its 12(b)(6) order, it did

9     not have the benefit, of course, of Exhibits A and B, the

10    Sharon Churcher articles to our memorandum of law; it did not

11    even have the benefit of the full January 2015 statement; it

12    didn't have the benefit of the original allegations proven to

13    be a true statement from March of 2011, because all that it had

14    before it was what the plaintiff chose to select, excerpt, and

15    put into paragraph 30 of the complaint.

16         In that context, it was fairly easy for the Court to

17    say, well, accepting these allegations as true, and drawing all

18    inferences in favor of the plaintiff, I, the Court, can see how

19    this idea of an opinion defense doesn't fly, because it says

20    here that the allegations are false.  I could see how the Court

21    would say, well, either the allegations are true or they are

22    false.  When we place into context the statement, however, we

23    now see all kinds of problems with the plaintiff's case.

24         The one problem this Court already identified was this

25    question of, What does it mean allegations, plural?  What does

H2G8GIUC

1    it mean original allegations, plural?  And what does it mean

2    claims, plural?  We don't know, Judge, what that means.  And I

3    will predict that if you have Mr. Barton, Mr. Gow, and Ms.

4    Maxwell testify in this case, they will say, we don't know what

5    it means.  They will say, we don't know what it means because

6    it is totally vague.  That's not the point they are trying to

7    make.  They are not trying to make the point in 2015 that

8    everything this plaintiff has ever said is a falsehood.  They

9    are making the point that, media, use your head, figure out

10   which of these allegations are true and false before you go

11   around republishing her allegations.  That's the point.

12            When we get to the third factor, the third *Steinhilber*

13   factor, we know that the New York Constitution requires that we

14   consider the full context.  And in the *Boeheim* case, the court

15   said that the full context factor is often the key

16   consideration.  I think it is here too, Judge.  It makes sense,

17   this factor.  It is a First Amendment sin to take things out of

18   context and then sue people for it.  Everything must be read in

19   context.  If you take something out of context, as the

20   plaintiffs do in paragraph 30, you have no idea the environment

21   in which those excerpted statements are being used.  But we

22   know now, Judge.  We know now because of the Rule 56 record.

23            We know that in context that January 2015 statement in

24   its entirety actually makes a lot of sense.  It actually is

25   something that you can see a lawyer drafting, on one hand, to

1      try to fend off the allegations he believes are false on behalf

2      of his client, and on the other hand, to tell the media, you

3      republish her false allegations at your peril.  That is the

4      context of that statement.  As I say, Judge, you don't need Mr.

5      Barton to take a look at the statement and see what he was

6      building there.  He is building a syllogism.  He is trying to

7      persuade the media don't republish the plaintiff's statements.

8            As a side note, Judge, on the question of

9      republication, you will note that Mr. Barton gets it right.

10     Mr. Barton doesn't say, if you republish plaintiff's

11     allegations, we are going to sue the plaintiff.  He doesn't say

12     that.  He says, in the fourth paragraph of the January 2015

13     statement, if you republish the plaintiff's false allegations,

14     we are going to sue you, the plaintiff.  The January 2015

15     statement is not issued to the plaintiff, although she would

16     certainly be a critical witness if Mr. Barton were to sue the

17     media.

18           Let's get to the last factor, Judge.  The last factor

19     is a broader setting, and the broader setting as applicable to

20     our motion for summary judgment has to do with the question of

21     to whom this January 2015 statement was issued.  It was issued

22     to 6 to 30 media.  It doesn't really matter what the number is.

23     It could be one, it could be eight, it could be 100 newspaper

24     reporters.  The point is that it was issued to this audience,

25     and the audience of reporters, not to the general public.  It

1    didn't make any sense to issue to the general public because he

2    is talking about threatening to sue the media.

3         So he sends it to the reporters, the reporters who had

4    contacted Mr. Gow and asked for a response from Ms. Maxwell.

5    You want a response?  I will give you a response.  Here is the

6    response.  The response is this woman is telling falsehoods.

7    Her original allegation had proven to be false.  She is doing

8    it again.  This time they are more salacious, yes.  The claims

9    are obvious lies.  If you're not careful about republishing, we

10   will sue you.  That's the message.

11        So, Judge, the New York Constitution would require

12   that the jury be instructed, if it gets that far, that this has

13   to be looked at, not as a member of the general public, the

14   January 2015 statement must be viewed from the viewpoint of

15   these journalists who are the recipients, the exclusive

16   recipients of the 2015 statement.

17        The last argument that we made I can be fairly short

18   with, Judge.  This is the argument that discusses the

19   plaintiff's heavy burden.  Plaintiff has to prove two things by

20   clear and convincing evidence.  One is it has to prove falsity

21   of the three sentences that are the subject of this lawsuit:

22   The allegations are false, the original allegations have proven

23   to be false, and the claims are obvious lies.

24        By the way, on the "obvious lies" question, Judge,

25   just to step back for a second, on the question of opinion, I

H2G8GIUC

1    don't see how anyone could look at that sentence, "these are

2    obvious lies," and not see an opinion here.  Because what is an

3    obvious lie?  That is purely subject to opinion.  It certainly

4    can't be proven true or false what is obvious.  I would suggest

5    to the Court that the hand-out that I gave titled "Two examples

6    of Plaintiff Giuffre's original and new allegations" is an

7    example of where there are obvious lies.

8            Now, moving back to this question of what the

9    plaintiff's heavy burden is, they have to prove by clear and

10   convincing evidence -- and we set out what the standard is in

11   the Southern District of New York in our papers what clear and

12   convincing is -- they have to prove falsity and they have to

13   prove actual malice, actual malice being that Ms. Maxwell, when

14   that January 2015 statement was issued, knew that those three

15   sentences were false or had been published anyway through Mr.

16   Gow with reckless disregard to whether they were false or not.

17           For the Court's benefit, what we tried to do to make

18   this point more salient is, rather than have the Court wade

19   through the hundreds of pages of materials the plaintiff

20   submitted, we look at it from the converse angle, and that is,

21   are there at least two allegations?  I use two because I am

22   trying to follow the *Foster* case, and I am trying to show

23   literal truth or literal falsity, and allegations plural means

24   two or more.  So if I can find two occasions when this

25   plaintiff has told falsehoods, or has said something that would

1    lead Ms. Maxwell or Mr. Barton on her behalf to believe in good

2    faith that she has told a falsehood, this case ends, Judge, the

3    plaintiff loses.

4           In our papers, we actually identified for the Court

5    some of those facts.  I won't go into them now because we are

6    on the record and the court hasn't been sealed, but I submit to

7    the Court, Judge, that there is no dispute that at least two,

8    and we know of many more of course, but at least two of

9    plaintiff's original allegations are false.  We know that at

10   least two of her new allegations are false.  And any way you

11   cut it, this plaintiff has lied, and she has lied in statements

12   to the public.  The only way that Ms. Maxwell would know about

13   the statements are the ones that she made to the public.  In

14   her own deposition, she has admitted that parts of the Sharon

15   Churcher article, Exhibit A to our memorandum, at least 11

16   statements that she made are not true.

17          That's it.  The case is over, Judge.  We have shown

18   more than one allegation made by this plaintiff is false.  Or

19   we don't even have to prove that it's false.  We can simply

20   show that we had a good faith basis for believing that it was

21   false, and under *New York Times v. Sullivan*, that's good

22   enough.  The case is over, Judge.

23          I anticipate that what is going to happen as soon as I

24   leave this podium, Judge, is that the plaintiff is going to

25   trot out about a hundred pages of facts and spend most of the

1    time talking about facts.  That's simply an homage to the idea

2    that if the law is opposed to you, go with the facts.  I

3    suggest that the Court do what I am going to be doing, which is

4    I am going to be trying to figure out, every time they mention

5    a fact, whether it is something that is of consequence to our

6    motion for summary judgment.  I have laid out what the law is.

7    I don't expect them to be talking much about the law.  It will

8    be about the facts and about how there must be conflicts.  But

9    there is no disputing Mr. Barton's declaration to the extent

10   that it is required for a motion for summary judgment.

11             So, your Honor, we would ask that the Court enter a

12   motion for summary judgment and we can have our May free.

13             MS. McCAWLEY:  May I be heard, your Honor?

14             THE COURT:  Sure.

15             MS. McCAWLEY:  I would like to start by handing your

16   Honor some materials, if I could approach the bench.

17             THE COURT:  Sure.

18             MS. McCAWLEY:  I did three this time.  I remembered.

19             I want to be very clear to start.  We are going to

20   focus on the law, but as you know, at the summary judgment

21   stage, if there are factually disputed issues, it would be

22   improper to be granting summary judgment.  So let's talk about

23   both.

24             To start, there is a plethora of evidence that shows

25   that the defendant sexually abused and sexually trafficked my

H2G8GIUC

1   client when she was a minor.  A plethora.  We don't have to

2   prove hundreds of allegations.  All we have to prove is that my

3   client was abused and trafficked by Maxwell.  The statement

4   comes out two days after the CVRA filing where my client says

5   she was abused and trafficked by Maxwell, and that statement is

6   released and calls her allegations, plural, untrue, obvious

7   lies, etc.

8           So let's just look at what we have.  I am not going to

9   repeat it because it's in your binder, but in there you will

10  see -- and, also, because it's confidential right now -- you

11  will see a number of witnesses who corroborate the story that

12  they were similarly abused by both Maxwell and Epstein.  You

13  will see eyewitnesses at the time back in 2000 who defendant

14  asked to assist in this process with.  You will see the flight

15  log showing over 23 flights when my client was a minor flying

16  with Maxwell and Epstein.  You are going to see a number of

17  witnesses taking the Fifth when asked about Maxwell.  You're

18  going to see the house staff talking about how these things

19  occurred, that there was evidence of sexual trafficking and

20  abuse.

21          More importantly, your Honor, you're going to see the

22  hard copy documents.  As my partner, David Boies, often says,

23  the documents don't lie, and in this case they prove the case.

24  It needs to go to the jury.  You will see that there are

25  pictures from early 2000.  Nothing produced by Maxwell, mind

H2G8GIUC

1    you; she has produced nothing.  From the early 2000s, the first

2    documents we get, after pulling tooth and nail, is 2011.  So

3    there is nothing from her for the early years 2000.

4          But we have pictures, hard copy pictures.  We have

5    hospital records from when my client was a minor here in New

6    York with them.  We have time and travel records saying call

7    Maxwell.  We have message pads.  We have the FBI 302, which was

8    taken in 2011, mentions Prince Andrew in it, in the unredacted

9    part, so you can see it there.  The victim notification letter,

10   the black book, which we have talked about, and you said with

11   respect to Alfredo Rodriguez, which has a Florida massage

12   section that has a 14-year-old girl's name in it.

13         So this information is all relevant to the factual

14   issue of whether defendant's defamatory statement that my

15   client lied about sexual abuse that's at issue here.

16         Your Honor, they have been careful about trying to

17   carve around your February 27th order, and I am mindful of the

18   fact that that was an order that was issued at the motion to

19   dismiss stage, but to be clear, that order has well-reasoned

20   language because it talks about sexual abuse being a clear-cut

21   issue.  You either were abused or you were not.  You said

22   either Maxwell is telling the truth and she was involved or the

23   plaintiff is telling the truth.  It's a factual issue that can

24   be determined by the finder of fact, as you said.

25         So, your Honor, let's look at this republication issue

H2G8GIUC

1    because I think that is an issue that they focused on

2    tremendously, and I want to be very clear on that.

3            First of all, Maxwell issued this press release, not

4    her lawyer Barton.  They can file as many self-serving

5    declarations as they want, but the documents don't lie.  If you

6    look in your binder, your Honor, you will see the smoking gun

7    e-mail.  And I will tell you, we didn't get that e-mail from

8    Maxwell.  You will remember that we had to fight tooth and nail

9    to get the deposition of Ross Gow, her press agent.  We spent

10   close to $100,000 getting all the way over to London, fighting

11   in those courts, to get the deposition of her agent.  They

12   wouldn't produce him.  And now they are submitting this

13   affidavit on behalf of Barton.

14           Your Honor, that document is critical, because what it

15   shows very clearly is it was Maxwell who sent the press release

16   to her press agent, Ross Gow, for publication.  That press

17   release goes out from Ross Gow, not from a lawyer.  His Web

18   site says he is a reputation manager.  He is a press agent who

19   issued a press release.  This is not a cease and desist letter.

20   This was a press release.  In fact, a press release that said,

21   "Please find the attached quotable statement by Ms. Maxwell."

22   It's a press release telling the press, please quote these

23   defamatory statements.

24           They have admitted at least 30 different international

25   press folks to defame my client in the international press.

1    And now they want to say, Oh, no, no, hands off, we are not

2    liable for any of that; we are not liable for our statement

3    being disseminated in the international press; there is

4    republication case law and we didn't control or authorize that.

5    There is no better evidence, your Honor, of control and

6    authorization than sending a press release to the international

7    press saying, please publish this, please publish these

8    defamatory statements so that the international public thinks

9    that this little girl is a liar.  So that is what is happening

10   here.

11          So when we look at the republication law, you will see

12   very clearly, there are cases that we can follow -- and it is

13   New York case law; we have cited nothing but New York case

14   law -- that says it's different when you issue a press release.

15   Look at *Levy v. Smith*, and that's in your binder, your Honor.

16   That case says, yes, there is republication case law that says

17   you have to control or authorize.  But issuing a press release

18   so that it goes out to the media, is that control or

19   authorization?  It's saying, here is a statement, I want to

20   publish this and disseminate it internationally.

21          We also have the *National Puerto Rican Day* case, which

22   is the same thing.  It was an opinion piece that was paid for

23   and disseminated to the press.  And there the court held, yes,

24   there is control and authorization over that dissemination.

25          Here, your Honor, we have the same thing.  We have

 1    Maxwell hiring a paid press agent to issue a statement to the

 2    international press with defamatory statements in it, your

 3    Honor.

 4            They focus on the *Geraci* case.  And that is case law

 5    in New York.  We looked at that case.  We take no issue with

 6    that case.  That case is vastly different than the situation

 7    here.  In that case, the republication happened three years

 8    later.  The initial publication was a statement to a fire

 9    commissioner, it was a letter, but then three years later a

10    newspaper published.

11            This here is vastly different.  We have a press

12    release that's given directly to the international media for

13    publication saying, Please, here, attached find a quotable

14    statement for your distribution, your Honor.  This is the

15    perfect situation.  If the law were otherwise, it would turn

16    defamation on its head.  It would mean that you could issue a

17    press release to the international press and then sit back and

18    say, I am not liable because those other publications put the

19    quotes in, I didn't.  That's not the law, your Honor.  She

20    controlled and authorized this entire process.

21            So, your Honor, we believe that the cases that they

22    focus on there are distinguishable because they are situations

23    where -- for all of their cases -- where the publication was in

24    a different type of publication, happened years after the fact.

25    Those are the types of republication issues where the court

**A-627**

H2G8GIUC

1    says, well, that person is not really liable.  Three years

2    later a different movie came out with a statement that the

3    original publisher had no involvement with.  That's where the

4    republication law lands.  But if you look at *Levy* and if you

5    look at the *National Puerto Rican Day* cases, you will see that

6    the courts do hold you liable when you issue a press release,

7    which is what happened here.

8         So I submit to you that on republication and the

9    publication issue, she is certainly liable for publication of

10   the initial statement to the 30 international press, and then

11   thereafter she is liable for those being quoted.

12        Now, she says, well, there is another issue, because

13   if it's excerpted or quoted or edited in any way, under *New*

14   *York v. Rand*, I am not liable.  *New York v. Rand* is a case that

15   involves an interview of a singer, and it's a long interview

16   that takes place, and then the publication that comes out takes

17   statements from that interview and changes the words.  So it

18   uses different words than what happened during the interview.

19        That's not our situation here, your Honor.  The

20   defamation that we have gone after, that you see from our

21   expert, Jim Jansen, has gone after, are the quoted statements.

22   That's what we are looking at.  The press release has those

23   statements; those being quoted by the international media that

24   she sent it to, she is liable for that.  It's not a *Rand*

25   situation.  This is exact quotes from her statement that she

1    said, Please find a quotable statement.  She didn't say, you

2    have to quote the whole thing.  She said, Please find a

3    quotable statement.  And what are they going to quote?  The

4    defamatory pieces, the obvious lies, the things that make my

5    client look like a liar when she is not.

6           So that issue, in my view, is something that is clear

7    that there was publication, and that if anything is deemed

8    republication, it was clearly authorized by the defendant.

9           So let's look at the second issue that they raise, and

10   that is they raise the issue of the pre-litigation privilege.

11          Now, your Honor well knows, I know you're familiar

12   with the pre-litigation privilege because you have had cases

13   that have talked about it.  But with respect to the

14   pre-litigation privilege, that was crafted to handle situations

15   like when, for example, a lawyer sends a cease and desist

16   letter in advance of litigation.  If you look at the *Khalil*

17   case, which they talk about, that case was a situation where an

18   employee had stolen intellectual property and the lawyer sent a

19   letter saying, this person has stolen this intellectual

20   property, we want them to cease and desist and give our

21   property back.  Then that person sued for defamation.

22          We are in a remarkably different situation here.  We

23   are not in a pre-litigation context here, no matter how many

24   times they want to say it.  No matter how much they want Barton

25   to throw himself on the sword and say, oh, this is all about

H2G8GIUC

1    litigation, it's not, your Honor, because the documents don't

2    lie.  So if you look at the documents, you will see it's not

3    about pre-litigation.

4         The *Block v. First Blood* case, which is your case,

5    your Honor, in that case you denied summary judgment saying, to

6    prevail on a qualified privilege defense, the defendant must

7    show that his claim of privilege does not raise a triable issue

8    of fact that would defeat it.  Here, we clearly have triable

9    issues of fact.  We believe that there is no pre-litigation

10   privilege that's applicable, but at a minimum, we have triable

11   issues of fact.

12        So with respect to pre-litigation, let's look at what

13   the facts are.  The facts are that this statement, which they

14   say we haven't contested or disputed, that's not correct.  We

15   submitted the statements themselves, those e-mails that show

16   that Maxwell is sending the statement; not her lawyer, Maxwell.

17   The documents don't lie.  So Maxwell sends a statement to her

18   press agent, which gets issued to the international press.

19   They say, no, the purpose was -- let's rephrase that, the

20   purpose was that we really were thinking about suing the

21   international press.  Maxwell in her deposition said she never

22   sued the international press.  So this never occurred.  There

23   was no lawsuit that came out of this.

24        If you look at what the statements are, if you

25   accepted that, you would be able to say, someone can defame

**A-630**

 1   someone freely, a nonparty, included in a statement, issue it

 2   to the international press and then stand back and say, oh,

 3   well, my lawyer really intended to sue those other entities,

 4   those publications, so therefore I get protected by the

 5   pre-litigation privilege.  That's not the law, your Honor.  It

 6   doesn't apply here.  This was Maxwell issuing a statement for

 7   her own benefit, to try to clear up her reputation, because she

 8   had been implicated in a very serious sexual trafficking and

 9   sexual abuse situation.  That is what that statement was about.

10   It was not about litigation.  It was about taking down my

11   client and her reputation and trying to build back defendant's

12   reputation.

13          And while we are on that, your Honor, they admitted

14   that by submitting Barton's declaration, they waived the work

15   product privilege.  We contend that they also waived an

16   attorney-client privilege.  They have submitted a privilege log

17   to you that you have reviewed that had documents on it,

18   communications between the two of them.  We should be able to

19   see all of that.  Certainly, if they waived the work product

20   privilege, where are the drafts of this document, where are the

21   e-mails back and forth on how this was created?  That's all

22   factual issues.  We are entitled to see that.

23          So, your Honor, I submit to you that there is no

24   pre-litigation privilege here.  This was not done for the

25   purposes of litigation, regardless of what they are doing as a

H2G8GIUC

1   post hoc self-serving declaration, and that they don't meet the

2   case law for that either.  If anything, there is clearly a

3   questionable issue of fact as to that.

4        So, your Honor, I would like to turn now to the issue

5   of whether or not -- they have now argued again, as they did at

6   the motion to dismiss stage, that these statements are not

7   fact, they are opinion.

8        So, your Honor, if you look at that, that argument

9   turns logic on its head.  Mr. Gee said today, these folks would

10  have to prove a hundred allegations are all true in order to

11  win this case.  That's not the case, your Honor.  We only have

12  to prove, because her statement says the allegations that my

13  client has made are false, we only have to prove that my client

14  was sexually abused and trafficked, which we can do.  We prove

15  that, we win this defamation case.  She defamed my client by

16  calling her a liar about sexual abuse and trafficking claims.

17       Your Honor, when we look at whether that's fact or

18  opinion, you were very clear in your motion to dismiss order,

19  talking about the nature of calling someone a liar, and that

20  being able to be proven true or false when it relates to sexual

21  abuse.  You said either Maxwell was involved or she was not.

22  This issue is not a matter of opinion, and there cannot be a

23  differing understanding of the same fact that justify

24  diametrically opposed opinions as to whether defendant was

25  involved in the plaintiff's abuse as plaintiff has claimed.

1    Either plaintiff is telling the truth about her story and

2    defendant's involvement or defendant is telling the truth and

3    she was not involved in the trafficking and ultimate abuse of

4    the plaintiff.  The answer depends on facts.

5              Your Honor, that is the case.  So let's look at this

6    four-factor test that they talk about, because that four-factor

7    test, which you did analyze in your motion to dismiss papers as

8    well, but that four-factor test bodes clearly in favor of

9    finding that this is fact and not opinion.

10             If you look at the first factor, the statement has to

11   be definite and unambiguous, clearly, the statement is definite

12   here.  She is calling my client a liar.  She is saying her

13   claims of sexual abuse and trafficking are obvious lies.  So in

14   that context, there is definiteness, it is not ambiguous.  She

15   is either telling the truth or she is not.  That's it.

16             With respect to the second factor, it says the

17   statement must be verifiable and be capable of being proven

18   true or false.  That's clearly the issue here.  It is capable

19   of being proven true or false as to whether or not my client

20   was sexually abused and trafficked by Ms. Maxwell.  Again, you

21   have a plethora of facts in the binder that show, we believe,

22   that that is the case.  But, nevertheless, it's not an opinion.

23   It is a factual issue as to whether that occurred.

24             The third is looking at the entire context of the

25   statement and to compel a finding of whether it's a statement

 1    of fact or opinion.  Again, the context of this statement --

 2    and that bleeds into the fourth factor -- is a press release.

 3    This was a press release by Maxwell.  It wasn't an opinion

 4    piece.  It wasn't a letter to the editor.  It was a press

 5    release, your Honor, where Maxwell's goal was to put false

 6    facts into the public to try to repair her reputation.

 7             So, your Honor, we contend that under that four-factor

 8    test, it is absolutely clear that this would be fact and not

 9    opinion.

10             The last issue that they raise -- they skipped a few

11    things, but the last issue that they did raise was the issue of

12    malice, and they say that we would be unable to prove in this

13    case malice.

14             First, they haven't met their burden for showing that

15    we have to prove malice.  But if we do have to prove malice, we

16    absolutely can, because what this statement is about is sexual

17    abuse, and the person who made the statement is Maxwell.  So if

18    Maxwell abused my client, and then knowingly made a statement

19    that my client was lying about that abuse, that those claims

20    were obvious lies, that establishes malice.  It's knowledge on

21    the part of the person making the statement.  She made it

22    intentionally to try to deflect from her own self, and she

23    would be responsible for that action, and we would have

24    established malice.

25             So with respect to that issue, we absolutely can

1   establish malice without question.  The only question is

2   whether we have to establish that.

3           Now, I just want to touch one more moment on this idea

4   they have just raised in the summary judgment papers that they

5   only have to show that two issues are false, and if they show

6   that, they win.  That's not the case, your Honor.  The

7   statement is about any of the allegations.  So she is saying my

8   client's allegations are untrue.  So if we prove that those

9   allegations of sexual abuse and trafficking are true, that my

10  client was sexually abused and trafficked, we win.  That's

11  defamatory.  So they have just flipped logic on its head with

12  respect to this, oh, we can prove two things and then we win.

13  That's not the case here.

14          But regardless, bottom line, your Honor, this is a

15  case that must go to the jury.  There are clearly questions of

16  disputed fact.  They don't qualify for the issue of

17  republication.  They don't qualify for the pre-litigation

18  privilege.  Malice is a factual issue that goes to the jury,

19  your Honor.  So summary judgment should be denied, and we are

20  entitled to take this case to a jury.

21          Thank you, your Honor.

22          MR. GEE:  Thank you, your Honor.

23          Well, I didn't give the plaintiff enough credit.  I

24  thought they were going to try to prove this case, but instead,

25  they are going to try to prove a different case.

1          I didn't think that it was possible to prove, for

2     example, all of the allegations the plaintiff made to

3     Ms. Churcher in Exhibit A and B were all true.  I didn't think

4     that they were going to be able to prove that all of the

5     allegations made by the plaintiff in the CVRA joinder motion

6     are true.  And put a different way, I didn't think that they

7     were going to be able to prove by clear and convincing evidence

8     that Ms. Maxwell, through Mr. Barton, could not have in good

9     faith believed that at least two of these allegations, the

10    original and the new, were false.  I didn't think they could do

11    that.

12          I think what Ms. McCawley has just done is implicitly

13    confirm that they can't do that, that's why they are not going

14    to do it.  Instead, they have changed the case, Judge.  And I

15    want to spend a little bit of time on this because I think it's

16    really important for the parties and for the Court, and

17    ultimately, if this case makes it that far, to the jury.

18          I heard Ms. McCawley say multiple times that what this

19    case is about is sexual abuse.  My client was sexually abused

20    and trafficked, that's what we have to prove.  That's coming

21    right out of Ms. McCawley's mouth.

22          Judge, they brought a defamation case; they didn't

23    bring a sexual abuse case.  The question is not whether Ms.

24    Maxwell sexually abused anyone.  The question is whether Ms.

25    Maxwell defamed someone, specifically, the plaintiff.  And,

H2G8GIUC

1   judge, they don't cite any case law for this idea that if

2   you're alleged to have defamed someone about the underlying

3   transaction, that we get to prove whether the underlying

4   transaction is true, and if it is true, then we win.  That's

5   not the case they brought.

6           The allegation in the complaint, the requirement of

7   defamation law in the State of New York is that, if you, the

8   plaintiff, allege that you have been defamed, your obligation,

9   or burden as the defamation plaintiff, is to prove that the

10  allegations made against you are false.

11          Furthermore, if you, the plaintiff, are a public

12  figure, as the plaintiff in this case must certainly be -- a

13  person who writes books, a person who gives out interviews is a

14  public figure.  A person who establishes a nonprofit

15  organization for this very purpose of making public this idea

16  of assisting victims of sexual abuse, I can't imagine a more

17  limited public figure set of facts.  But setting that aside,

18  the defamation law in New York says, if you bring a defamation

19  claim, you have to prove the defamation.  And if you're a

20  public figure, as the plaintiff is, then you would also have to

21  prove actual malice.  You have to prove falsity by clear and

22  convincing evidence, falsity of the allegedly defamatory

23  statement, and you have to prove actual malice.

24          Now, I don't know what case Ms. McCawley is trying.

25  She is the one who brought this lawsuit.  She has to prove

**A-637**

H2G8GIUC

1    defamation.  If she proves that the plaintiff was sexually

2    abused, in fact, if I were to concede right now that the

3    plaintiff had been sexually abused, does that mean that she

4    wins the defamation case, Judge?  I think not.  She has said

5    that three sentences in the January 2015 statement are false,

6    are defamatory.  One is, the allegations are false.  Sentence

7    number two is, the original allegations have been proven to be

8    untrue.  And the third sentence is, the claims are obvious

9    lies.

10           Well, one thing that I took away from Ms. McCawley's

11   conversation with the Court is that she didn't answer your

12   question, Judge.  The question was, What does it mean when the

13   January 2015 statement says allegations twice in the first

14   paragraph?  What does it mean in the third paragraph when Ms.

15   Maxwell, through Mr. Barton, says the claims, plural, are

16   obvious lies?  Ms. McCawley doesn't answer the question

17   because, as I predicted the first time I was up here, there is

18   no answer to that question.  She doesn't want to answer the

19   question because she can't answer the question.  The Court

20   can't answer the question, and I guarantee you I cannot answer

21   the question.  No one knows what that means.  As I said before,

22   there is no witness who will testify in this courtroom about

23   what that means, what specific statement is being referenced.

24   It doesn't exist.

25           So what does the plaintiff do?  What the plaintiff

H2G8GIUC

1   does is, since we can't figure out what it means, what we will

2   try to do is just prove that she was sexually abused.  In the

3   words of Ms. McCawley, I am going to prove that my client was

4   sexually abused and trafficked.  Well, that doesn't satisfy

5   your burden of proving defamation.  The fact that the plaintiff

6   was sexually abused and trafficked?  No.

7            To use Ms. McCawley's words, there is a plethora of

8   allegations.  Take a look at Exhibits A and B.  Take a look at

9   the CVRA joinder motion.  Talk about plethora.  Judge, this

10  plaintiff has said at least 100 different things in all these

11  news articles, the original allegations, and then another

12  couple of dozen in the CVRA joinder motion.  Well, which of

13  these allegations is the plaintiff going to prove, if true, in

14  order to show that my client's statement from January 2015 is

15  false?

16           I think what we hear from Ms. McCawley is we are not

17  going to do that.  Well, Judge, if we are not going to do that,

18  can we please have summary judgment because they can't prove

19  their case.  You can't prove your case by showing that Ms.

20  Giuffre was sexually abused and trafficked.

21           On the republication issue, Judge, Ms. McCawley says

22  there is no better evidence about the authorization and control

23  of republication other than the words in Mr. Gow's e-mail,

24  "please find this quotable statement," on behalf of Ms.

25  Maxwell.

**A-639**

1          Well, that's not true, Judge.  That sentence from Mr.

2     Gow tells us two things.  One is that this is a statement

3     written on behalf of Ms. Maxwell.  This is not Ms. Maxwell's

4     statement per se.  It is written on behalf, by her agent.

5          Now, the reporters may very well have thought that Mr.

6     Gow prepared the statement, but it doesn't really matter

7     because we have Mr. Barton's declaration saying that, I

8     prepared the statement.

9          But with regard to the issue of republication, Judge,

10     it says, here is a quotable statement.  It doesn't say, as Ms.

11     McCawley recharacterizes it, please publish the statement.

12     Actually, you won't see those words in that January 2015

13     statement.  It doesn't say, please publish this statement.  It

14     says, here is a statement.

15          And Ms. McCawley wants to put all of her eggs into the

16     question whether this is a press release or whether it's not a

17     press release.  Judge, that seems like an irrelevant road to go

18     down to try to characterize something as a press release or as

19     not a press release.

20          How about we look at it this way?  It is a statement

21     that was issued to 6 to 30 media.  We should look at it that

22     way because that's what the undisputed facts are.  It wasn't

23     issued to anyone else.

24          What is also true is that the press were free to do

25     with that statement as they wished because we, Ms. Maxwell and

1     her agent, did not control what the media did with that.

2              I hear Ms. McCawley try to characterize the

3     authorization and control law relevant to republication.  I

4     guess I could ask the Court to disregard what Ms. McCawley and

5     I say altogether because we have laid out the law.  If the

6     Court looks at, for example, footnote 3 on page 3 of our reply

7     brief, we cited to five, six cases from the federal district

8     courts in New York.

9              In *Egiazaryan*, the 2012 case, it says the original

10    publisher is not liable for republication where he had nothing

11    to do with the decision to republish and he had no control over

12    it.  Well, those are facts, Judge.

13             In *Egiazaryan* II, same holding.  That's a 2011

14    opinion.

15             In *Davis v. Costa-Gavras*, which is this Court's 1984

16    decision, what does the court say?  Under New York law,

17    liability for a subsequent republication must be based on real

18    authority to influence the final product, not upon evidence of

19    acquiescence or peripheral involvement in the republication

20    process.

21             Judge, we are within *Davis*.  We didn't have any

22    influence over the final product.  At best, we had acquiescence

23    or peripheral involvement, but *Davis* says that's not enough.

24             In the earlier *Davis* case, from 580 F.Supp., at 1094,

25    it says the original publisher is not liable for injuries

H2G8GIUC

1    caused by the republication "absent a showing that they

2    approved or participated in some other manner in the activities

3    of the third-party republisher."  Well, we win on that case,

4    Judge.  We certainly didn't participate or approve of any

5    republication or any third-party republisher's decision to

6    republish.

7            Then we have the *Croy* case from 1999, "The original

8    author of a document may not be held personally liable for

9    injuries arising from its subsequent republication absent a

10   showing that the original author approved or participated in

11   some other manner in the activities of the third-party

12   republisher."

13           Then, finally, we have the *Cerasani* case, also from

14   this court, 1998, "A liable plaintiff must allege that the

15   party had authority or control over or somehow ratified or

16   approved the republication."

17           Well, we win on that case, Judge.

18           So I appreciate Ms. McCawley's attempt to

19   recharacterize and redefine what authority and control are, but

20   it's totally unnecessary because the federal courts and the

21   state courts have made it clear what kind of control or

22   authority is required.

23           With regard to the pre-litigation privilege,

24   Judge -- I'm sorry.  Let me step back on the republication

25   issue.  There was a mention of the *Levy* case and the *National*

1    *Puerto Rican* case, two New York intermediate appellate court

2    decisions.  Once again, the plaintiff fails to acknowledge that

3    those, like this Court's opinion back in October, are 12(b)(6)

4    cases.  They are not summary judgment cases, not relevant to

5    this proceeding, Judge.  Those are cases where, actually, the

6    courts made inferences of control and authority based on the

7    pleaded facts.  Of course, the Court isn't able to do that in a

8    Rule 56 proceeding.

9           On the pre-litigation privilege, Judge, the statement

10   made by Ms. McCawley is that Ms. Maxwell sends the statement.

11   She is the one who drafts the statement.  She is the one who

12   prepares the statement.  She points to a, quote unquote,

13   smoking gun.  What is the smoking gun Ms. McCawley is referring

14   to?  This e-mail that they spent upwards of $100,000 to get.

15          Well, Judge, the smoking gun turns out to be nothing

16   but a peashooter.  This smoking gun is an e-mail from Ms.

17   Maxwell to Mr. Gow saying this is the statement.  That's it.

18   It is the actual transmission.  It was the actual approval by

19   Ms. Maxwell of the statement that Mr. Gow ultimately sends to

20   these 6 to 30 newspaper reporters.

21          Well, since Ms. McCawley wants to call this a conflict

22   of facts and wants a jury, then it's her burden to show that

23   there is a conflict between the smoking gun and Mr. Barton's

24   declaration.  Well, where is the conflict, Judge?

25          Ms. Maxwell, in sending out that smoking gun, didn't

 1   say, Mr. Gow, I just drafted this statement without the help of

 2   any lawyers, would you please issue the statement?  That's not

 3   what Ms. Maxwell said.  She said, this is the statement, this

 4   is the agreed statement.  That's perfectly in consonance with

 5   Mr. Barton's declaration.  What does Mr. Barton say?  Mr.

 6   Barton says, I drafted the vast majority of the statement, and

 7   to the extent that anyone else contributed to drafting the

 8   statement, I adopted it and I approved it as my own, and I am

 9   the one who directed Mr. Gow to issue the statement.  Those are

10   not inconsistent.  That's not a basis for a jury trial, Judge.

11          Finally, we get to this issue of the plaintiff having

12   to prove falsity by clear and convincing evidence, actual

13   malice by clear and convincing evidence.  There was very little

14   discussion of this by Ms. McCawley, but she points out that we

15   are not going to try to prove actual malice as to any discrete

16   set of statements made by our client.  We are not going to try

17   to prove the truth of her allegations that makes Ms. Maxwell's

18   January 2015 statement false.  We are not going to do that.

19   What we are going to do instead, Judge, according to Ms.

20   McCawley, is we are going to prove that our client was sexually

21   abused and trafficked.

22          This returns us to the beginning, Judge.  It is

23   crucially important to the parties that they know what they are

24   litigating, and I see two ships passing in the night on the

25   central question in this case.  On the one hand, the plaintiff

H2G8GIUC

1    says we are proving a sexual abuse case; we are going to prove

2    that our client was sexually abused and trafficked.  We on the

3    defense are trying to prove -- well, we have no obligation to

4    prove anything, but here is what we are defending against.  We

5    are defending against a defamation claim.  The defamation

6    claim, as alleged in the complaint, paragraph 30, says there

7    are three sentences in your January 2015 statement that are

8    false.  So, naturally, we have focused on those three sentences

9    in the 2015 statement to see whether they are true or false.

10          If we, Judge, the parties, the lawyers cannot agree on

11   that central question, it may not take four weeks to try this

12   case, it might take eight weeks to try this case.  They are

13   proving something that we have no obligation to defend against.

14   We are defending a defamation claim because that's the claim

15   that they brought.

16          So, Judge, we think it's just imperative that the

17   Court step in on this central question of what is at issue in

18   this lawsuit, this defamation lawsuit.

19          THE COURT:  Thank you all.  I will reserve decision.

20          I think we will leave the other motions for

21   consideration after I resolve the summary judgment.

22          MS. McCAWLEY:  Thank you, your Honor.

23          (Adjourned)

24

25

**A-645**

**United States District Court**
**Southern District of New York**

Virginia L. Giuffre,

               Plaintiff,               Case No.: 15-cv-07433-RWS

v.

Ghislaine Maxwell,

               Defendant.

_____/

### MS. GIUFFRE'S MOTION TO EXCLUDE PROPOSED INTERVENER MICHAEL CERNOVICH D/B/A CERNOVICH MEDIA'S OPPOSITION TO NOTICE OF INTENT TO REQUEST REDACTION OF FEBRAUARY 16, 2017 HEARING <u>TRANSCRIPT [DE 725]</u>

Ms. Giuffre hereby requests that this Court exclude Proposed Intervener Michael Cernovich D/B.A Cernovich Media's Opposition to Notice of Intent to Request Redaction of February 16, 2017 Hearing Transcript.

On January 19, 2017, Mr. Cernovich moved the Court to be allowed to intervene in this case for the purported purpose of publishing confidential materials [DE 550]. This Court has not granted Mr. Cernovich intervention under Rule 24(b).

Accordingly, he is not a party of this litigation, and has no standing to bring the instant motion. *See Esther Sadowsky Testamentary Trust v. Federal Housing Finance Agency*, 412 Fed.Appx. 361, 363, 2011 WL 744962, at *1 (2d Cir. March 4, 2011) (third party lacked standing to appeal district court's ruling where the third party's motion to intervene was not granted).

Accordingly, for the reasons stated above, Ms. Giuffre respectfully requests that this Court Exclude Proposed Intervener's Opposition to Notice of Intent to Request Redaction of the February 16, 2017 Hearing Transcript.

A-646

Dated:  March 21, 2017

Respectfully Submitted,

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Meredith Schultz
          Meredith Schultz (Pro Hac Vice)
          Sigrid McCawley (Pro Hac Vice)
          Boies Schiller & Flexner LLP
          401 E. Las Olas Blvd., Suite 1200
          Ft. Lauderdale, FL 33301
          (954) 356-0011

          David Boies
          Boies Schiller & Flexner LLP
          333 Main Street
          Armonk, NY 10504

          Bradley J. Edwards (Pro Hac Vice)
          FARMER, JAFFE, WEISSING,
          EDWARDS, FISTOS & LEHRMAN, P.L.
          425 North Andrews Avenue, Suite 2
          Fort Lauderdale, Florida 33301
          (954) 524-2820

          Paul G. Cassell (Pro Hac Vice)
          S.J. Quinney College of Law
          University of Utah
          383 University St.
          Salt Lake City, UT 84112
          (801) 585-5202[1]

---

[1] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

**A-647**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 21st day of March, 2017, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system.  I also certify that the

foregoing document is being served this day on the individuals identified below via transmission

of Notices of Electronic Filing generated by CM/ECF.

> Laura A. Menninger, Esq.
> Jeffrey Pagliuca, Esq.
> HADDON, MORGAN & FOREMAN, P.C.
> 150 East 10th Avenue
> Denver, Colorado 80203
> Tel: (303) 831-7364
> Fax: (303) 832-2628
> Email: lmenninger@hmflaw.com
>         jpagliuca@hmflaw.com


> /s/ Meredith Schultz
> Meredith Schultz, Esq.

3



21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Eric J. Feder**
212.603.6483 tel
212.379.5279 fax

ericfeder@dwt.com

May 4, 2017

**Via Facsimile and Email**

Hon. Robert W. Sweet
U.S. District Court
  for the Southern District of New York
500 Pearl Street
New York, New York
Email: SweetNYSDChambers@nysd.uscourts.gov
Facsimile: (212) 805-7925

Re:    <u>**Giuffre v. Maxwell**</u>**, No. 15 Civ. 7433 (RWS)**

Dear Judge Sweet:

This firm represents non-parties NYP Holdings, Inc., publisher of the *New York Post* (the "Post") and Daily News, L.P., publisher of the *New York Daily News* (the "Daily News") (collectively, the "Newspapers"). The Newspapers are aware that the Court has scheduled a pre-trial conference for today in the above-referenced case "to address any outstanding issues including confidentiality." ECF No. 648. We write in advance of the conference because the confidentiality practices in this case to date raise concerns that the parties may seek to try some or all of this case behind closed doors. Should the parties seek to close any portion of the trial proceedings in this case (or to seal any trial exhibits), the Newspapers respectfully request that they be provided with advance notice and an opportunity to oppose any such closure or sealing. Such notice and opportunity to be heard is both Constitutionally required and appropriate under the circumstances.

This case is of obvious, significant public interest, and the events underlying the lawsuit have been covered extensively in the press, including in the Post and Daily News. However, a significant portion of the parties' filings with the Court (and the Court's rulings) thus far have been kept secret and sealed, despite the presumption of open access to judicial proceedings and documents under the First Amendment and common law. With trial set to commence in less than two weeks, the practice of filing nearly all substantive submissions under seal has not abated, and the Court just yesterday denied a motion to unseal the papers filed in connection with the Defendant's summary judgment motion. *See* ECF No. 892.

The Newspapers are aware of the general privacy interests at stake in this case, and that the parties and witnesses relied on the existence of the protective orders in place when providing testimony and evidence in discovery. *See* ECF No. 892 at 6-7. However, once documents are filed with the Court, and certainly once the case proceeds to a jury trial, the balance shifts, and

Anchorage    New York    Seattle
Bellevue    Portland    Shanghai
Los Angeles    San Francisco    Washington, D.C.        www.dwt.com

May 3, 2017
Page 2

the strong presumption of access to judicial proceedings under the First Amendment attaches. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). Under this presumption, access to trial proceedings may be denied only "if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Id.* at 120. In particular, the Second Circuit has instructed that a proceeding may be closed only where four factors are satisfied: "[1] the party seeking to close the hearing must advance an overriding interest that is likely to be prejudiced, [2] the closure must be no broader than necessary to protect that interest, [3] the trial court must consider reasonable alternatives to closing the proceeding, and [4] it must make findings adequate to support the closure." *N.Y. Civil Liberties Union v. N.Y. City Transit Auth.*, 684 F.3d 286, 304 (2d Cir. 2012) (quotation marks and citation omitted). "Broad and general findings by the trial court … are not sufficient to justify closure." *Lugosch*, 435 F.3d at 120. Thus, the fact that the case *generally* involves sensitive or private issues is insufficient to close the entire trial—or indeed, to close any portion of the trial that does not directly intrude upon sufficiently compelling interests in privacy with respect to that particular information.

Of particular relevance to this case, although the Supreme Court has acknowledged that an interest in "safeguarding the physical and psychological well-being of a minor" testifying about sexual abuse could be considered "a compelling one," it held that a court rule automatically requiring closure of the courtroom during such testimony was unconstitutional, because it could not "be viewed as a narrowly tailored means of accommodating" that interest. *Globe Newspaper Co. v. Superior Court for Norfolk Cty.*, 457 U.S. 596, 608 (1982). Because "the circumstances of the particular case may affect the significance of the interest," courts must be able to determine "on a case-by-case basis whether the State's legitimate concern for the well-being of the minor victim necessitates closure." *Id.* at 608, 609. "Among the factors to be weighed are the minor victim's age, psychological maturity and understanding, the nature of the crime, the desires of the victim, and the interests of parents and relatives." *Id.* at 608. The fact that "the names of the minor victims were already in the public record, and the record indicates that the victims may have been willing to testify despite the presence of the press," would presumably have weighed against closure. *Id.* at 608-09. Here, of course, since the alleged abuse took place in the late 1990s and early 2000s, any victim witnesses testifying today will no longer be minors, in any event.

The current practices in this case leave the Newspapers concerned that the parties' view of the appropriate scope of confidentiality in this case far exceeds what could be considered narrowly tailored to serve a compelling interest. For example, under the protective orders in place, the parties submitted a Joint Pretrial Statement that was completely redacted, save the contact information for the parties' attorneys. *See* ECF No. 859. Thus, in the parties' view, there is a compelling interest in withholding from public scrutiny even the "brief statement … as to the basis of subject matter jurisdiction," or the statement "whether the case is to be tried with or without a jury," let alone <u>any</u> portion of the summary of "the claims and defenses [the]

May 3, 2017
Page 3

part[ies have] asserted which remain to be tried."  Individual Practices of Robert W. Sweet §
3.A.  It does not seem possible that all of the information contained in this document—which
serves as a basic roadmap of the issues to be tried for the Court and the public—could
legitimately be deemed confidential.

Similarly, the Court characterized the redactions to its summary judgment decision as
"omit[ting] only the confidential fact contentions of the parties resulting from the
discovery."  ECF No. 892 at 5.  Yet the redacted portion of the opinion comprises the entire
"Facts" section—nearly two-thirds of the 76-page opinion.  *See* ECF No. 872 at 3-52.  Treating
every single "fact" at issue on a summary judgment motion as "confidential"—presumably in
accordance with the parties' requested redactions—raises concerns about whether the parties will
likewise seek to have the Court hold substantial portions of the trial outside of public view.

In addition, the purported confidentiality of the facts in this case is further undermined by
the fact that many of the most salacious allegations have already been widely reported in the
press, many based on interviews with or court filings from Plaintiff herself.  *See, e.g.*, Martin
Gould, *EXCLUSIVE: Jeffrey Epstein's 'sex slave' Virginia Roberts wins round in defamation
lawsuit against British socialite and alleged 'pimp' Ghislaine Maxwell who 'passed her around
for sex' and trained her to be 'everything a man wanted'*, Dailymail.com (May 2, 2017),
http://dailym.ai/2qvcjqq; Maureen Callahan, *The 'sex slave' scandal that exposed pedophile
billionaire Jeffrey Epstein*, N.Y. Post (Oct. 9, 2016), *available at* http://nyp.st/2dc8bac; Sharon
Churcher, *WORLD EXCLUSIVE: The first full account of the masseuse at the center of the
explosive Prince Andrew 'sex slave' drama... but is she telling the truth?*, Mail On Sunday (Jan.
3, 2015), *available at* http://dailym.ai/146Oo4i.

The Supreme Court has long acknowledged the "universal rule against secret trials" in
our system of government.  *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 591 (1980)
(quoting *In re Oliver*, 333 U.S. 257, 266 (1948)).  And the Supreme Court, Second Circuit, and
this Court have all consistently emphasized that "[w]hat transpires in the court room is public
property," and "[o]ne of the demands of a democratic society is that the public should know what
goes on in courts."  *Katzman v. Victoria's Secret Catalogue*, 923 F. Supp. 580, 588 (S.D.N.Y.
1996) (Sweet, J.) (quoting *Craig v. Harney*, 331 U.S. 367, 374 (1947), and *Maryland v.
Baltimore Radio Show, Inc.*, 338 U.S. 912, 920 (1950)); *see also Huminski v. Corsones*, 396 F.3d
53, 82 (2d Cir. 2005) ("Based on the history and purposes of maintaining public access to court
proceedings, 'a presumption of openness inheres in the very nature of a trial under our system of
justice.'") (quoting *Richmond Newspapers, Inc.*, 448 U.S. at 573) (ellipses omitted).

In light of these principles (and the fundamental right of public access to judicial
proceedings under the First Amendment), the Newspapers respectfully urge the Court to treat
skeptically any request to close the courtroom or seal trial exhibits in this case.  And to the extent
any such request is made, the Newspapers request that the Court provide notice sufficiently in
advance of the closure to afford the Newspapers the Constitutionally-required opportunity to

May 3, 2017
Page 4

"assert the public's First Amendment right of access" to the proceedings.  *United States v. Aref*, 533 F.3d 72, 81 (2d Cir. 2008).  *See also Globe Newspaper*, 457 U.S. at 609 n.25 ("[R]epresentatives of the press and general public must be given an opportunity to be heard on the question of their exclusion [from court proceedings].") (citation and quotation marks omitted).

    We thank Your Honor for your time and attention to this request, and are prepared to submit or discuss anything further, including a formal motion to intervene, if the Court determines that such a motion is necessary or proper.

Respectfully Submitted,

Davis Wright Tremaine LLP

/s/ Eric J. Feder

cc:      Parties' counsel (*via* Email)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VIRGINIA L. GUIFFRE,                                      :
                                                         :
                        Plaintiff,                       :
                                                         :        Case No.: 15-cv-7433 (RWS)
            -against-                                     :
                                                         :
GHISLAINE MAXWELL,                                       :        **NOTICE OF APPEAL**
                                                         :
                        Defendant.                       :
                                                         :
-----------------------------------------------------------x

   Notice is hereby given that Intervenor Michael Cernovich d/b/a Cernovich Media ("Cernovich Media") appeals to the United States Court of Appeals for the Second Circuit from the Order dated May 2, 2017 and filed on May 3, 2017 (ECF No. 892), which construed Cernovich Media's Motion to Unseal (ECF No. 550) as a motion to modify the protective order and, so construed, denied the motion, and from each and every part thereof denying the said motion.  Cernovich Media further appeals the implicit order pursuant to which the Opinion (ECF No. 872) setting forth the denial of summary judgment was filed in redacted form on April 27, 2017, implicitly denying Cernovich Media's Opposition to Notice of Plaintiff's Proposed Redactions to this Court's Order Denying Summary Judgment (ECF No. 833).

Dated: May 31, 2017.     Respectfully submitted,

             */s/ Jay M. Wolman*
             Jay M. Wolman (JW0600)
             RANDAZZA LEGAL GROUP, PLLC
             100 Pearl Street, 14th Floor
             Hartford, CT 06103
             Tele:   702-420-2001
             Fax:    305-437-7662
             Email: ecf@randazza.com

             *Attorneys for Intervenor,*
             *Michael Cernovich d/b/a Cernovich Media*

A-653

CASE NO. 15-cv-7433 (RWS)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman

2