# 16-3945-cv(L),
## 17-1625 (CON), 17-1722 (CON)

# United States Court of Appeals
## for the
## Second Circuit

VIRGINIA L. GIUFFRE,

*Plaintiff-Appellee,*

– v. –

GHISLAINE MAXWELL,

*Defendant,*

– v. –

SHARON CHURCHER, JEFFREY EPSTEIN,

*Respondents,*

ALAN M. DERSHOWITZ, MICHAEL CERNOVICH, dba CERNOVICH MEDIA,

*Intervenors-Appellants.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## Volume IV of VI (Pages A-654 to A-914) [REDACTED]

PAUL CASSELL, ESQ., PROFESSOR
UNIVERSITY OF UTAH
S.J. QUINNEY COLLEGE OF LAW
332 South 1400 East, Room 101
Salt Lake City, Utah 84124
(801) 585-5202

– and –

BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Attorneys for Plaintiff-Appellee*

EMERY CELLI BRINCKERHOFF & ABADY LLP
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant
Alan M. Dershowitz*

i

# Table of Contents

**Page**

District Court Docket Entries .................................................... A-1

Complaint, Dated September 21, 2015 ..................................... A-112

Protective Order of the Honorable Robert W. Sweet,
    Dated March 17, 2016 ............................................................ A-124

Transcript of Proceedings before the Honorable
    Robert W. Sweet, Dated April 21, 2016 ............................... A-130

Transcript of Proceedings before the Honorable
    Robert W. Sweet, Dated June 23, 2016 ................................. A-159

Minute Entry of Oral Argument before the Honorable
    Robert W. Sweet, Entered on June 27, 2016 ......................... A-194

Standing Order of the Honorable Robert W. Sweet,
    Dated August 9, 2016 ............................................................ A-196

Notice of Motion by Proposed Intervenor Alan M. Dershowitz
    to Intervene and to Unseal Certain Documents Previously
    Filed with the District Court, Dated August 11, 2016 ........... A-197

Declaration of Proposed Intervenor Alan M. Dershowitz
    in Support of his Motion to Intervene and Unseal,
    Dated August 11, 2016
    (Reproduced in confidential appendix at pp.
    A-654 to A-671)

    Exhibit A to Dershowitz Declaration -

        (i) E-mail Exchange between Sharon Churcher
        and Virginia Giuffre, Dated from May 10, 2011
        to May 12, 2011
        (Reproduced in confidential appendix at pp.
        A-672 to A-674)

        (ii) E-mail Exchange between Sharon Churcher
        and Virginia Giuffre, Dated June 8, 2011
        (Reproduced in confidential appendix at pp.
        A-675 to A-677)

ii

**Page**

Exhibit B to Dershowitz Declaration -
Excerpts of "The Billionaire's Playboy Club",
by Virginia Roberts
(Reproduced in confidential appendix at pp.
A-678 to A-819)

Exhibit C to Dershowitz Declaration -
Complaint and Demand for Jury Trial, in *Jane Doe No. 102
v. Epstein* (U.S. District Court, Southern District of Florida
Case No. 09-cv-80656), Dated May 1, 2009 .......................... A-199

Exhibit D to Dershowitz Declaration -
Order of the Honorable Kenneth A. Mara Denying
Petitioners' Motion to Join Under Rule 21 and Motion
to Amend Under Rule 15, in *Jane Doe 1 et ano. v. USA*
(U.S. District Court, Southern District of Florida Case
No. 08-cv-80736), Dated April 6, 2015 ................................. A-228

Exhibit E to Dershowitz Declaration -
Subpoena to Attend and Produce ........................................... A-239

Exhibit F to Dershowitz Declaration -
Motion to Quash for Protective Order Regarding Subpoena
Served on Non-Party Jane Doe No. 3, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated April 9, 2015 ................................................................. A-245

Exhibit 1 to Motion to Quash -
"Florida judge tosses 'sex slave' claims involving
Prince Andrew, Alan Dershowitz", by Oren Yaniv and
Dareh Gregorian (*NY Daily News*, April 7, 2015) ............. A-260

Exhibit 2 to Motion to Quash -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ................................................................... A-265

Exhibit 3 to Motion to Quash -
Transcript of CNN News Segment,
Dated January 6, 2015 ............................................................ A-269

Exhibit 4 to Motion to Quash -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015 ......................................... A-278

iii

**Page**

Exhibit 5 to Motion to Quash -
"After Vindication, Alan Dershowitz Vows to Sue
Sex Accuser in Court", by Ilan Shavit
(www.jewishbusinessnews.com, April 8, 2015) ................ A-282

Exhibit 6 to Motion to Quash -
Subpoena to Attend and Produce, Dated March 30, 2015 .... A-286

Exhibit 7 to Motion to Quash -
"Alan Dershowitz Wants Attorney Behind 'Totally False'
Underage Sex Claims to Be Disbarred", by Hilary Lewis
(*The Hollywood Reporter*, January 5, 2015) ...................... A-300

Exhibit 8 to Motion to Quash -
Affidavit of Jane Doe No. 3 in Support of Motion to
Quash or for Protective Order, Sworn to April 9, 2015 ..... A-304

Exhibit 9 to Motion to Quash -
Non-Party Jane Doe No. 3's Objections to Defendant
Alan Dershowitz's Subpoena *duces tecum*,
Dated April 9, 2015 ........................................................... A-307

Exhibit 1 to Objections to Subpoena *duces tecum* -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015
(Reproduced in non-confidential appendix at
pp. A-278 to A-281)

Exhibit 2 to Objections to Subpoena *duces tecum* -
"Florida judge tosses 'sex slave' claims involving
Prince Andrew, Alan Dershowitz", by Oren Yaniv and
Dareh Gregorian (NY Daily News, April 7, 2015)
(Reproduced in non-confidential appendix at
pp. A-260 to A-264)

Exhibit G to Dershowitz Declaration -
Deposition Transcript of Virginia Roberts Giuffre, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated January 16, 2016
(Reproduced in confidential appendix at pp.
A-820 to A-1042)

iv

**Page**

Exhibit H to Dershowitz Declaration -
"Lawyers Acknowledge Mistake in Filing Sexual
Misconduct Charges Against Professor Dershowitz"
(Press Release, April 8, 2016)................................................. A-330

Exhibit I to Dershowitz Declaration -
"Investigation by Former FBI Director Louis Freeh
Concludes that the Totality of the Evidence Refutes
Allegations Made Against Professor Dershowitz"
(Press Release, April 8, 2016)................................................. A-333

Exhibit J to Dershowitz Declaration -
Notice of Withdrawal of Motion for Partial Summary
Judgment, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated April 8, 2016 ........................................... A-338

Exhibit K to Dershowitz Declaration -

(i) "Settlement Reached In Litigation Between Alan
Dershowitz, Paul Cassell, And Bradley Edwards", by
David Lat (www.abovethelaw.com, April 8, 2016)........... A-342

(ii) "Dershowitz Settles Sex Case, But Is He Vindicated?",
by Vivia Chen (www.law.com, April 10, 2016) ................ A-351

(iii) "Alan Dershowitz Extends Truce Offer to
David Boies Amid Bitter Feud", by John Lamparski
(Bloomberg Law, April 11, 2016)...................................... A-357

(iv) "Did Dershowitz Pay Big Bucks to Settle Sex Case?",
by Vivia Chen (*The American Lawyer*, April 11, 2016).... A-364

(v) "Epstein victim's attorneys clarify statement",
by Michele Dargan (*Palm Beach Daily News*,
April 11, 2016) ................................................................... A-366

(vi) "Defamation case settled over sex-misconduct
accusations against lawyer Alan Dershowitz",
by Jay Weaver (*Miami Herald*, April 11, 2016) ................ A-367

(vii) "Alan Dershowitz and 2 Other Lawyers Settle Suite
and Counter Claim", by Barry Meier (*The New York
Times*, April 12, 2016)........................................................ A-375

(viii) "What's Everyone Hiding in the Dershowitz Case?",
by Vivia Chen (*The American Lawyer*, April 14, 2016).... A-378

v

**Page**

(ix) "Dershowitz, Croghan, DeRosa: Busy season in Palm
Beach court cases", by Michele Dargan (*Palm Beach
Daily News*, May 1, 2016).................................................. A-380

Exhibit L to *Dershowitz* Declaration -
Protective Order of the Honorable Robert W. Sweet,
Dated March 17, 2016
(Reproduced in non-confidential appendix at pp.
A-124 to A-129)

Exhibit M to Dershowitz Declaration -
Reply Memorandum of Law in Further Support of
Non-Party Sharon Churcher's Motion to Quash
Subpoena, Dated July 5, 2016
(Reproduced in confidential appendix at pp.
A-1043 to A-1057)

Exhibit N to Dershowitz Declaration -
E-mail from Susan Moss to Thomas E. Scott,
Steven R. Safra, Richard Simpson and Others,
Dated November 4, 2015 ....................................................... A-382

Supplemental Declaration of Proposed Intervenor Alan M.
Dershowitz in Support of his Motion to Intervene
and Unseal, Dated August 19, 2016....................................... A-384

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
to Proposed Intervenor Alan M. Dershowitz's Motion
to Intervene and Unseal, with Exhibits 1 through 23,
Dated August 29, 2016
(Reproduced in confidential appendix at pp.
A-1058 to A-1254)

Declaration of Paul G. Cassell, for Plaintiff, in Opposition
to Proposed Intervenor Alan M. Dershowitz's Motion
to Intervene and Unseal, with Exhibits 1 through 4,
Dated August 29, 2016
(Reproduced in confidential appendix at pp.
A-1255 to A-1333)

Reply Declaration of Proposed Intervenor Alan M. Dershowitz
in Further Support of his Motion to Intervene and Unseal,
Dated September 14, 2016
(Reproduced in confidential appendix at pp.
A-1334 to A-1360)

vi

**Page**

Exhibit O to Dershowitz Reply Declaration -
Excerpts of Deposition Transcripts of Paul G. Cassell, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015, and October 17, 2015 ..................... A-388

Exhibit P to Dershowitz Reply Declaration -
Excerpts of Deposition Transcript of Alan M. Dershowitz,
in *Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015 ........................................................ A-396

Exhibit Q to Dershowitz Reply Declaration -
Affidavit of Juan P. Alessi, in *Jane Doe No. 2 v. Epstein*
(U.S. District Court, Southern District of Florida Case
No. 08-cv-80119), Sworn to January 13, 2016 ..................... A-400

Exhibit R to Dershowitz Reply Declaration -
Excerpts of Deposition Transcript of Sarah Kellen, in *Jane
Doe 2 v. Epstein* (U.S. District Court, Southern District of
Florida Case No. 08-cv-80119), Dated March 24, 2010 ........ A-406

Exhibit S to Dershowitz Reply Declaration -

    (i) Letter from Alan M. Dershowitz to Jack Scarola,
    Dated August 15, 2011 ...................................................... A-410

    (ii) Letter from Jack Scarola to Alan M. Dershowitz,
    Dated August 23, 2011 ...................................................... A-412

    (iii) E-mail from Alan M. Dershowitz to Mary E. Pirrotta,
    Dated September 7, 2011 ................................................... A-413

Exhibit T to Dershowitz Reply Declaration -
"Teenage girl recruited by paedophile Jeffrey Epstein
reveals how she twice met Bill Clinton", by Sharon
Churcher (*Daily Mail*, March 5, 2011) ................................. A-414

Exhibit U to Dershowitz Reply Declaration -
Excerpts of Deposition Transcripts of Alfredo Rodriguez,
in *Jane Doe No. 2 v. Epstein* (U.S. District Court,
Southern District of Florida Case No. 08-cv-80119),
Dated July 29, 2009, and August 7, 2009 ............................. A-423

Exhibit V to Dershowitz Reply Declaration -
Transcript of Telephone Interview with Virginia Roberts,
Dated April 7, 2011 ............................................................... A-430

Page

Exhibit W to Dershowitz Reply Declaration -
Redacted Affidavit of Virginia Roberts,
Sworn to January 19, 2015 ................................................... A-454

    Exhibit 1 to Roberts Redacted Affidavit -
    Letter from A. Marie Villafana to Virginia Roberts,
    Dated September 3, 2008 ................................................... A-469

    Exhibit X to Dershowitz Reply Declaration -
    Transcript of Non-Party Virginia Roberts' Emergency
    Motion to Seal, in *Edwards v. Dershowitz* (Circuit Court
    of the 17th Judicial Circuit, Broward County, Florida Case
    No. 15-000072), Dated December 18, 2015 ......................... A-474

Notice of Appeal by Proposed Intervenor Alan M. Dershowitz,
    Dated November 21, 2016 ................................................... A-508

Notice of Motion by Proposed Intervenor Cernovich Media
    to Intervene and to Unseal Certain Documents Previously
    Filed with the District Court, Dated January 19, 2017 ........... A-509

Declaration of Michael Cernovich, for Proposed Intervenor
    Cernovich Media, in Support of its Motion to Intervene
    and Unseal, Dated January 19, 2017 ..................................... A-512

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
    to Proposed Intervenor Cernovich Media's Motion to
    Intervene and Unseal, Dated February 2, 2017 ..................... A-514

    Exhibit 1 to McCawley Declaration -
    Transcript of Australian Broadcasting System News
    Segment, Dated January 6, 2015
    (Reproduced in non-confidential appendix at pp.
    A-278 to A-281)

    Exhibit 2 to McCawley Declaration -
    "Alan Dershowitz: 'Sex slave' accuser is serial liar,
    prostitute", by Bob Norman (www.local10.com,
    January 22, 2015)
    (Reproduced in non-confidential appendix at pp.
    A-265 to A-268)

Declaration of Jay M. Wolman, for Proposed Intervenor
    Cernovich Media, in Further Support of its Motion to
    Intervene and Unseal, Dated February 9, 2017 ..................... A-528

viii

**Page**

Exhibit 1 to Wolman Declaration -
"Pedophile Jeffrey Epstein is accused of luring an underage
girl into his elaborate sex trafficking enterprise under the
guise of using his wealth and connections to get her into
a prestige NYC college", by Martin Gould (*Daily Mail*,
January 27, 2017) ................................................................... A-530

Exhibit 2 to Wolman Declaration -
"High-profile cases: Crimes that shook Palm Beach through
the decades", by Palm Beach Daily News Staff (*Palm Beach
Daily News*, February 2, 2017) ............................................. A-563

Exhibit 3 to Wolman Declaration -
Cast and Crew of "Silenced: Our War on Free Speech"
(www.silencedmovie.com)...................................................... A-572

Memorandum of Law by Proposed Intervenor Alan M.
   Dershowitz in Support of Proposed Intervenor Cernovich
   Media's Motion to Intervene and Unseal,
   Dated February 10, 207............................................................ A-579

Transcript of Proceedings before the Honorable
   Robert W. Sweet, Dated February 16, 2017 .......................... A-582

Plaintiff's Motion to Exclude Proposed Intervenor Cernovich
   Media's Opposition to Notice of Intent to Request Redaction
   of February 16, 20107 Hearing Transcript,
   Dated March 21, 2017.............................................................. A-645

Sealed Opinion of the Honorable Robert W. Sweet,
   Dated March 22, 2017
   (Reproduced in confidential appendix at pp.
   A-1361 to A-1436)

Letter from Eric J. Feder to the Honorable Robert W. Sweet,
   Dated May 4, 2017................................................................... A-648

Notice of Appeal by Proposed Intervenor Cernovich Media,
   Dated May 31, 2017................................................................. A-652

## **Confidential Material**

Declaration of Proposed Intervenor Alan M. Dershowitz
   in Support of his Motion to Intervene and Unseal,
   Dated August 11, 2016............................................................. A-654

ix

Page

Exhibit A to Dershowitz Declaration -

(i) E-mail Exchange between Sharon Churcher
and Virginia Giuffre, Dated from May 10, 2011
to May 12, 2011................................................................... A-672

(ii) E-mail Exchange between Sharon Churcher
and Virginia Giuffre, Dated June 8, 2011 ......................... A-675

Exhibit B to Dershowitz Declaration -
Excerpts of "The Billionaire's Playboy Club",
by Virginia Roberts ................................................................ A-678

Exhibit G to Dershowitz Declaration -
Deposition Transcript of Virginia Roberts Giuffre, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated January 16, 2016......................................................... A-820

Exhibit M to Dershowitz Declaration -
Reply Memorandum of Law in Further Support of
Non-Party Sharon Churcher's Motion to Quash Subpoena,
Dated July 5, 2016................................................................. A-1043

Declaration of Sigrid S. McCawley, for Plaintiff, in Opposition
to Proposed Intervenor Alan M. Dershowitz's Motion to
Intervene and Unseal, Dated August 29, 2016.................... A-1058

Exhibit 1 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) .................................................................. A-1063

Exhibit 2 to McCawley Declaration -
Flight Logs .......................................................................... A-1067

Exhibit 3 to McCawley Declaration -
"Criticism Prompts 'GMA' to Flip Fuhrman's Title, Ax
Pay", by Gail Shister (*Miami Herald*, March 18, 2000) ...... A-1077

Exhibit 4 to McCawley Declaration -
Excerpts of Deposition Transcript of Virginia Roberts
Giuffre, in *Edwards v. Dershowitz* (Circuit Court of the 17th
Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated January 16, 2016 ................................... A-1081

x

**Page**

Exhibit 5 to McCawley Declaration -
"Kiddie Porn, Sex Toys & Worse: Clinton Pal Jeffrey
Epstein's Pedophile Palace Revealed", by Radar Staff
(www.radaronline.com, July 7, 2016) .................................. A-1087

Exhibit 6 to McCawley Declaration -
Excerpts of Deposition Transcript of Juan P. Alessi, in
*Jane Doe No. 2 v. Epstein* (U.S. District Court, Southern
District of Florida Case No. 08-cv-80119),
Dated September 8, 2009 .................................................... A-1090

Exhibit 7 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ............................................................... A-1095

Exhibit 8 to McCawley Declaration -
Excerpts of Deposition Transcripts of Alfredo Rodriguez,
in *Jane Doe No. 2 v. Epstein* (U.S. District Court,
Southern District of Florida Case No. 08-cv-80119),
Dated July 29, 2009 and August 7, 2009 ............................ A-1099

Exhibit 9 to McCawley Declaration -

    (i) Excerpts of Deposition Transcript of Nadia
    Marcinkova, in *Jane Doe v. Epstein* (U.S. District Court,
    Southern District of Florida Case No. 08-cv-80893),
    Dated April 13, 2010 ...................................................... A-1107

    (ii) Excerpts of Deposition Transcript of Sarah Kellen,
    in *Jane Doe 2 v. Epstein* (U.S. District Court, Southern
    District of Florida Case No. 08-cv-80119),
    Dated March 24, 2010 ..................................................... A-1111

    (iii) Excerpts of Deposition Transcript of Adriana Ross,
    in *Jane Doe v. Epstein* (U.S. District Court, Southern
    District of Florida Case No. 08-cv-80893),
    Dated March 15, 2010 ..................................................... A-1117

Exhibit 10 to McCawley Declaration -

    (i) Excerpts of Deposition Transcript of Joseph Recarey,
    Dated June 21, 2016 ........................................................ A-1121

    (ii) "How Alan Dershowitz bullied rape victims to protect
    a serial child molester", by Rania Khalek (*The Electronic
    Intifada*, January 10, 2015) ............................................ A-1126

xi

**Page**

Exhibit 11 to McCawley Declaration -
Notice of Appeal, in *Edwards v. Dershowitz* (Circuit Court
of the 17th Judicial Circuit, Broward County, Florida Case
No. 15-000072), Dated May 27, 2016 ................................ A-1131

Exhibit 12 to McCawley Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP and Jane Doe No. 3's Motions to
Quash Subpoenas or for Protective Order, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated November 12, 2015 .................................................. A-1136

Exhibit 13 to McCawley Declaration -
Excerpts of Deposition Transcript of Virginia Giuffre,
Dated May 3, 2016.............................................................. A-1139

Exhibit 14 to McCawley Declaration -
Excerpts of Transcript of Non-Party Virginia Roberts'
Emergency Motion to Seal, in *Edwards v. Dershowitz*
(Circuit Court of the 17th Judicial Circuit, Broward County,
Florida Case No. 15-000072), Dated December 18, 2015 ... A-1142

Exhibit 15 to McCawley Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP's Motion to Seal, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated December 18, 2015.................................................... A-1149

Exhibit 16 to McCawley Declaration -
Motion to Strike and for Sanctions, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated December 16, 2015.................................................... A-1151

Exhibit 17 to McCawley Declaration -
Sealed, Unredacted Supplemental Motion to Strike and for
Sanctions, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated January 28, 2016 ................................... A-1160

Exhibit 18 to McCawley Declaration -
Transcript of Proceedings before the Honorable
Robert W. Sweet, Dated March 17, 2016 ........................... A-1168

xii

**Page**

Exhibit 19 to McCawley Declaration -
Transcript of Proceedings before the Honorable
Robert W. Sweet, Dated April 21, 2016 ............................. A-1204

Exhibit 20 to McCawley Declaration -
"Alan Dershowitz: 'Sex slave' accuser is serial liar,
prostitute", by Bob Norman (www.local10.com,
January 22, 2015) ................................................................ A-1234

Exhibit 21 to McCawley Declaration -
Transcript of CNN News Segment, Dated January 6, 2015. A-1238

Exhibit 22 to McCawley Declaration -
Transcript of Australian Broadcasting System News
Segment, Dated January 6, 2015 ......................................... A-1247

Exhibit 23 to McCawley Declaration -
"After Vindication, Alan Dershowitz Vows to Sue
Sex Accuser in Court", by Ilan Shavit
(www.jewishbusinessnews.com, April 8, 2015) .................. A-1251

Declaration of Paul G. Cassell, for Plaintiff, in Opposition
to Proposed Intervenor Alan M. Dershowitz's Motion
to Intervene and Unseal, Dated August 29, 2016 ................ A-1255

Exhibit 1 to Cassell Declaration -
Excerpts of Deposition Transcript of Paul G. Cassell, in
*Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated October 16, 2015 ...................................................... A-1268

Exhibit 2 to Cassell Declaration -
Order of the Honorable Thomas M. Lynch, IV on Boies,
Schiller & Flexner LLP and Jane Doe No. 3's Motions to
Quash Subpoenas or for Protective Order, in *Edwards v.
Dershowitz* (Circuit Court of the 17th Judicial Circuit,
Broward County, Florida Case No. 15-000072),
Dated November 12, 2015
(Reproduced in confidential appendix at pp.
A-1136 to A-1138)

xiii

**Page**

Exhibit 3 to Cassell Declaration -
Order of the Honorable Thomas M. Lynch, IV Granting
Unopposed Motion for Order of Non-Waiver of Privilege,
in *Edwards v. Dershowitz* (Circuit Court of the 17th Judicial
Circuit, Broward County, Florida Case No. 15-000072),
Dated June 16, 2015 ............................................................. A-1328

Exhibit 4 to Cassell Declaration -
Notice of Withdrawal of Motion for Partial Summary
Judgment, in *Edwards v. Dershowitz* (Circuit Court of the
17th Judicial Circuit, Broward County, Florida Case No.
15-000072), Dated April 8, 2016 ......................................... A-1330

Reply Declaration of Proposed Intervenor Alan M. Dershowitz
in Further Support of his Motion to Intervene and Unseal,
Dated September 14, 2016 ................................................... A-1334

Sealed Opinion of the Honorable Robert W. Sweet,
Dated March 22, 2017 ......................................................... A-1361

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA GIUFFRE,

                Plaintiff,

    -against-

GHISLAINE MAXWELL,

                Defendant.

Index No. 15 Civ. 7433 (RWS)

**DECLARATION OF
ALAN M. DERSHOWITZ**

       **ALAN M. DERSHOWITZ** declares under penalty of perjury that the following is true and correct:

       1.     I am a Professor of Law, Emeritus, at Harvard Law School, where I taught criminal law, legal ethics and other subjects for 50 years.  As a criminal defense attorney, I have also represented numerous individuals accused of crimes over the course of my career.  I am personally familiar with the facts set forth in this declaration.

       2.     I submit this Declaration in support of my motion for permissive intervention under Federal Rule of Civil Procedure 24(b), and to unseal certain judicial documents, or alternatively to modify the stipulated Protective Order in this.  The documents I am seeking relate directly to me.  The plaintiff in this case, Virginia Roberts Giuffre, through her counsel and in publicly-filed declarations, has accused me of having sex with her and other young girls.  The allegation is utterly false—a fabrication from start to finish—but, because I am a well-known law professor and lawyer, it has been widely covered and repeated in the press, both here and around the world.  See ¶¶ 13-14, 26-27, *infra*.

1

3.      In this application, I am seeking modest and narrowly tailored relief: an Order unsealing three documents that were filed with the Court in this case.  Specifically, I seek to unseal ████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████ In the alternative, I seek an Order lifting the stipulated Protective Order with respect to these three documents (the "Requested Documents"). ███████████ are attached hereto collectively as Exhibit A, ██████████ is attached hereto as Exhibit B, and ███████████ is attached hereto as Exhibit M.  In accordance with the Protective Order, I am filing the Requested Documents under seal, and redacting all substantive references to them, pending disposition of this application. Although I have erred on the side of strict confidentiality to avoid any semblance of violating the Court's Protective Order, I of course do not believe that these materials should remain sealed permanently. In the event the Court grants my application, I would also request that the Court unseal the Requested Documents along with all of the references to them in my motion papers that are being redacted from the public docket.

4.      ████████████████████████████████ ████████████████████████████████████████████████ ██████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████████████████████████████████████

2

████████████████████████████████████████████

████████████████████████████

5.      I have been a lawyer and law professor in the public eye for more than 50 years,

and I have been happily married for 30 years.  Even as I have taken on unpopular causes and

asserted controversial positions, I have always enjoyed a deserved reputation for rectitude in my

personal life.  The false allegations lodged by Ms. Giuffre and her lawyers have sullied my

reputation unfairly.  At nearly 78 years of age, I am determined to restore my reputation █

████████████████████████████████████████

**My Representation of Jeffrey Epstein**

6.      Jeffrey Epstein, a financier who was accused of soliciting sex workers and having

inappropriate sexual conduct with underage girls, was a client of mine.  I first was introduced to

Mr. Epstein by a friend, Lynn Forester de Rothschild, in 1997.  Over the years, I attended a

number of academic events where he and many others—including distinguished academics,

business people, and others—were present.  At no time—either then or after I became his

lawyer—did I ever see Mr. Epstein in the presence of underage girls, nor was I aware of any

allegation of improper sexual conduct on his part prior to being retained as one of his lawyers.

7.      Mr. Epstein retained me as a criminal defense lawyer towards the end of 2006.  I

was hired as part of a team of lawyers that included Roy Black, Gerald Lefcourt, Kenneth Starr,

Martin Weinberg, and several others.  In 2008, Mr. Epstein pleaded guilty to certain offenses

involving sex with minors.

8.      Virginia Roberts Giuffre, the plaintiff in this action, has alleged that she was one

of Mr. Epstein's victims.  Ms. Giuffre has claimed that she was held as a "sex slave" and

trafficked by Mr. Epstein, and that a number of men associated with Mr. Epstein had sexual

encounters with her that Mr. Epstein facilitated.  Mr. Epstein's criminal conviction involved his conduct with respect to other girls; he was neither charged nor convicted in connection with his conduct toward Ms. Giuffre.

9.      Years after Mr. Epstein's guilty plea, as detailed below, Ms. Giuffre falsely claimed that I was one of the men to whom Mr. Epstein trafficked her.  The actions that Ms. Giuffre attributes to me did not occur.   Indeed, they could not have:  my travel, work, and cell phone records, together with other documentary evidence, prove that I could not have been in locations in which she claims to have had sexual contact with me, including Little St. James, New Mexico, Mr. Epstein's home in Palm Beach, and Mr. Epstein's private jet.  These records and other evidence prove that I was not at any of those locations during the years Ms. Giuffre says she was with Mr. Epstein.

**2006-2011:  Ms. Giuffre Does Not Accuse Me of Sexual Misconduct In Her Initial Accounts**

10.      The first time Ms. Giuffre publicly accused me of sexual misconduct was in December 2014—by her own account, more than 12 years after her last encounter with Jeffrey Epstein.  In the intervening period, of course, a number of important things happened:  Ms. Giuffre had sued Mr. Epstein; she had been paid to sell her story to the media; she had drafted and sought to publish a "tell-all" memoir[1]; and Mr. Epstein had been investigated by law enforcement, charged, and pled guilty to offenses related to sex with minors.  I discuss these and related circumstances because they reflect on Ms. Giuffre's lack of credibility when it comes to her allegations against me, and on the need for me to have unencumbered access to and use of the Requested Documents as I seek to restore my personal and professional reputation.

_____

[1] See Richard Shears & Martin Robinson, *Prince Andrew's 'sex slave' Virginia Roberts 'is writing a tell-all memoir about their alleged trysts at home of US billionaire Jeffrey Epstein,'* DAILYMAIL.COM, Jan. 6, 2015 http://www.dailymail.co.uk/news/article-2897615/Prince-Andrew-s-sex-slave-Virginia-Roberts-writing-tell-memoir.html.

11.     During the criminal investigation of Mr. Epstein, which spanned the years 2006

through 2008, Ms. Giuffre was interviewed by law enforcement and provided details about Mr.

Epstein's alleged criminal acts.  At the time, I was one of Mr. Epstein's lawyers.  Ms. Giuffre did

not allege to law enforcement that I engaged in sexual misconduct of any sort.  According to the

Assistant United States Attorney in charge of negotiating Mr. Epstein's plea arrangement, while

he was at the U.S. Attorney's Office, Ms. Giuffre never mentioned me as having been involved

in any sexual misconduct, much less suggested that she had been trafficked to me by Mr.

Epstein.  The Assistant United States Attorney told me and my lawyer that, had such an

allegation been lodged, the Government would not have permitted me to continue to represent

Jeffrey Epstein, nor would I have been ethically permitted to do so.

12.     In May 2009, Ms. Roberts filed a civil suit against Mr. Epstein, in which she

alleged that Mr. Epstein required that she "be sexually exploited by Defendant's adult male

peers, including royalty, politicians, academicians, businessmen, and/or other professional and

personal acquaintances."  Again, the 2009 lawsuit did not mention me as an alleged perpetrator.

*See* Ex. C (Complaint, *Jane Doe No. 102 v. Epstein*, No. 09-80656 (S.D. Fla.)).

13.     In or around early 2011, Sharon Churcher, a reporter for the British tabloid *The

Daily Mail*, contacted Ms. Giuffre and then traveled to Australia to meet with her in person.

(These contacts, and the existence of emails between Ms. Giuffre and Ms. Churcher in 2011,

were discussed and disclosed in documents publicly filed in this case, *see, e.g.*, ECF Nos.

216-218, as part of the motion to quash Ms. Churcher's deposition subpoena.)  Ultimately, the

*Daily Mail* published a series of stories, under Ms. Churcher's by-line, about Ms. Giuffre's

involvement with Mr. Epstein.  Nowhere did the Churcher stories allege that I had engaged in

sexual misconduct.  As far as the published stories reveal, Ms. Giuffre never mentioned me in any of the interviews as someone with whom she had had sex.

14.   ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████

**December 2014 Forward:  Ms. Giuffre and Her Lawyers Accuse Me**

15.   Ms. Giuffre first made accusations against me after she retained Bradley Edwards and Paul Cassell as her attorneys.

16.   In December 2014, Ms. Giuffre, represented by Messrs. Edwards and Cassell, filed a motion to join an action that had been initially filed in the United States District Court for the Southern District of Florida in 2008 by one of Mr. Epstein's alleged victims, who was designated as "Jane Doe."  *Jane Doe #1 v. United States (Doe v. United States)*, No. 08-80736-CIV-MARRA (S.D. Fla.).  That action (the "CVRA Action"), which was brought under the federal Crime Victims' Rights Act, sought to challenge federal prosecutors' handling of plea negotiations with Mr. Epstein.

17.   Between late 2014 and early 2015, Ms. Giuffre's attorneys—two of the same lawyers who represent her in this case—alleged in court filings that I had had sex with Ms. Giuffre on numerous occasions while she was a minor, including in Florida, on Mr. Epstein's private planes, in the British Virgin Islands, in New Mexico, and in New York.  They did not offer to prove these allegations or offer me an opportunity to dispute them; they simply inserted

them in the pleadings.  While Ms. Giuffre's attorneys could have made the filings under seal (as

much of the case file is sealed already), they elected to make the accusations against me part of

the public record, intending, I believe, that they be widely reported.

18.     The allegations lodged against me were detailed, horrific, and utterly false.  In

two further court filings in the CVRA Action in or around early 2015, Ms. Giuffre provided

perjurious declarations alleging that I had sex with her at least six times while when she was

between the ages of sixteen and nineteen.  She alleged that the sex occurred in New Mexico,

New York, on Little St. James Island, in Mr. Epstein's house in Palm Beach, and on a private

plane.  She also falsely alleged that I had sex with other underage girls.  Finally, Ms. Giuffre

claimed that I was so comfortable with the sex that was going on that I would chat with Epstein

while she was giving him oral sex.  All of this is categorically false.[2]

19.     In April 2015, U.S. District Judge Kenneth A. Marra, the judge presiding over the

CVRA Action, struck the allegations against me from Ms. Giuffre's filings under to Federal Rule

of Civil Procedure 12(f).  Judge Marra called the allegations against me "immaterial and

impertinent," and characterized "striking the lurid details from Petitioners' submissions" as a

"sanction."  *See* Ex. D (Order Denying Petitioners' Motion to Join Under Rule 21 and Motion to

Amend Under Rule 15, Apr. 7, 2015, *Doe v. United States*, ECF No. 324).

20.     Since she first accused me of sexual misconduct in her filings in the CVRA

Action, Ms. Giuffre has stood by these accusations against me and repeated them numerous

times.

---

[2] Even some of Ms. Giuffre's factual allegations concerning time she spent with Mr. Epstein have been undermined by the discovery of contrary facts.  At one point, she asserted that she had been with Mr. Epstein before she turned sixteen, having met him after her father began working at the Mar-a-Lago Club in Palm Beach.  Later, it emerged that her father did not start working at the club until well after her sixteenth birthday.

**2015-2016: The Defamation Case Brought by Ms. Giuffre's Lawyers Against Me**

21.     Having been falsely accused, in public documents, of sexual misconduct, I publicly defended myself, including by asserting that the lawyers representing Ms. Giuffre had not properly investigated her (false) allegations against me.  In January 2015, Ms. Giuffre's attorneys—Mr. Edwards and Mr. Cassell, two of the same lawyers who are representing her in the case at bar—sued me for defamation in a case styled as *Edwards v. Dershowitz*, Case No. CACE 15-000072 (Cir. Ct., Broward Cnty., Fla.)  The lawyers alleged that I had defamed them by publicly stating that it was improper and unethical for them, as officers of the court, to accuse me of sexual misconduct in public court filings without having appropriately investigated Ms. Giuffre's allegations.  I countersued, alleging that their claims about my supposed sexual encounters with Ms. Giuffre were defamatory.

22.     During discovery in the *Edwards v, Dershowitz* case, I subpoenaed Ms. Giuffre, requesting that she produce, among other items, "[a]ll statements, written or recorded, which you have provided to anyone that reference by name, Alan M. Dershowitz."  *See* Ex. E (Subpoena to Attend and Produce, Req. No. 7).  Ms. Giuffre objected to this request and refused to comply, ultimately moving to quash the subpoena.  *See* Ex. F (Motion to Quash) at 7-9 & n.2.  On November 4, 2015, the judge in *Edwards v. Dershowitz* granted certain aspects of Ms. Giuffre's motion to quash, but otherwise denied it, including with respect to Request 7.  *See* Ex. N (Email Concerning Court Orders, *Edwards v. Dershowitz*, Case No. CACE 15-000072 (Cir. Ct., Broward Cnty., Fla.)), Nov. 4, 2015).  ████████████████████████

████████████████████████████████████████████████

████████████████████

23.



24.     In April 2016, I settled the defamation lawsuit with Mr. Cassell and Mr. Edwards. Pursuant to the settlement agreement, the parties released a joint statement in which Messrs. Cassell and Edwards admitted that it was a mistake to accuse me of sexual misconduct in their filings in the CVRA Action and withdrew those allegations.  *See* Ex. H at 3 (Joint Statement).

25.     Also in April 2016, I released the results of a thorough investigation led by former FBI Director and federal judge Louis Freeh, which found that "the totality of the evidence" "refutes the allegations made against" me by Ms. Giuffre.  *See* Ex. I (Freeh Statement).



**Ms. Giuffre and Her Lawyers "Stand By" Her False Allegations Against Me – Even After the Settlement of _Edwards v. Dershowitz_**

26.      Despite the settlement in the defamation case, Judge Marra's order striking the allegations in the CVRA Action, and the results of Judge Freeh's investigation, Ms. Giuffre and her counsel have republished Ms. Giuffre's allegations against me.  On April 8, 2016, just after the settlement of the _Edwards_ case, Mr. Cassell and Mr. Edwards made a court filing that stated that Ms. Giuffre "reaffirms" her allegations against me, and that their mistake in filing those allegations in the CVRA Action was merely "tactical."  _See_ Ex. J (Notice of Withdrawal).  David Boies, another of Ms. Giuffre's attorneys in this case, was described as saying that Ms. Giuffre "stands by her allegations" against me.  _See_ Casey Sullivan, _Alan Dershowitz Extends Truce Offer to David Boies Amid Bitter Feud_, BLOOMBERG LAW (Apr. 11, 2016), https://bol.bna.com/alan-dershowitz-extends-truce-offer-to-david-boies-amid-bitter-feud/. Reckless statements like these—which falsely imply that I am guilty of sexual misconduct—are highly injurious to my reputation, especially when they come from otherwise-credible lawyers.[5]

27.      The claim that I engaged in sexual misconduct with Ms. Giuffre has also continued to receive attention in the press, despite the settlement and the joint statement released as a result thereof.  _See_ Ex. K (Compendium of News Stories).  I am aware of at least two books that have been or will soon be published that discuss the allegations against me; one of these books, advertised in a press release just this week as "expos[ing] one of the most sordid human rights violation stories in the history of the United States," is being marketed as following "[o]n the heels of the sensational Alan Dershowitz defamation settlement case."  Press Release, _"TrafficKing": Conchita Sarnoff's Human Trafficking Book Is Now Available_, NEWSWIRE.COM ,

---

[5] I have compiled records of my whereabouts for the years in question, and these records show that I could not have been in the places that Ms. Giuffre alleges I was at the times she alleges.

Aug. 9, 2016, https://www.newswire.com/news/conchita-sarnoffs-book-trafficking-is-now-available-1384303.  *See also* Richard Johnson, *Epstein Sex Scandal Book Clears Bill Clinton*, Page Six, Dec. 1, 2015, http://pagesix.com/2015/12/01/epstein-sex-scandal-book-clears-bill-clinton/ (discussing a book about "the Jeffrey Epstein sex slavery scandal [that] will be published with the help of best-selling author James Patterson" and referring to "allegations that Dershowitz had sex with" Ms. Giuffre).  And I have learned that following the filing of the false accusations against me Ms. Giuffre sat for an interview with ABC News, as part of her efforts to increase public interest in (and the commercial value of) her "story."  The interview was announced on social media by an organization with which Mr. Edwards is associated and was said to be slated to appear on ABC's Good Morning America, World News Tonight, and Nightline programs.  While the ABC News interview has not yet run, there is no assurance that it will not run in the future.  Moreover, Ms. Giuffre's willingness to sit for press interviews undermines any suggestion she might make that she has an ongoing interest in keeping her allegations of sexual abuse private. ████████████████████████████████

████████████████████████████████████████

████████████████████████

**This Case, My Involvement as a Witness, and My Discovery of Exculpatory Materials**

28.     As the Court knows, in 2015, Ms. Giuffre filed this action against Ghislaine Maxwell, a friend of Jeffrey Epstein.  The suit alleges that Ms. Maxwell defamed Ms. Giuffre by denying that she, Ms. Maxwell, facilitated the trafficking of Ms. Giuffre and other girls and young women.

29.     In or about May 2016, I was named as a witness in this case by both plaintiff and defendant.

11

30.     Thereafter, I was contacted by defense counsel Ms. Laura Menninger, who said that she wanted me to testify.  Ms. Menninger informed me that a stipulated Protective Order (the "Protective Order") had been entered in this case, *see* Ex. L, under which discovery materials could be designated by either party as "confidential."  She asked me to read the Protective Order and to agree in writing to abide by its terms, which I did.  The Protective Order allows documents that were produced in discovery and that have been designated "confidential" to be shown to potential witnesses.

31.     To the best of my knowledge, the Protective Order is a "blanket" confidentiality agreement that has been so-ordered by this Court.  Accordingly, it is likely that the documents designated as "confidential" under the Protective Order have not been individually scrutinized by this Court to determine whether the designation is proper and/or that they are truly entitled to confidential treatment under the law in this Circuit.

32.     ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

33.     █████████████████████████████████████████████████████████████████████████████████████

34.     █████████████████████████████████████████████████████████████████████████████████████████████████████████████████

35. ██████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████

36. ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████

37. ██████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████

_____
[6] ████████████████████████████████████████████
██████████████████████████████████

13

███████████████████████████████████████████

██████████████████████████████████████████

████████████████

38. █████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

███████████████████████████████

39. █████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████

███████████████

█

███████████████████████████████████████████

████████████████████████████████████

40. ██████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████

41. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████

**Need for Public Access**

42.    The Requested Documents I am seeking by this application are ███████████

████████████████████████████████████████████

████████████████████████████████████

43.    ██████████████████████████████████████

████████████████████████████████████████████

a.    ████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████

b.    ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████

c.

d.

e.

f. 

44.

45.     Ms. Giuffre has long been a willing and active participant in the publication and dissemination of her accusations.  Indeed, according to documents publicly filed in the *Edwards* case, she sold her story to the press for $160,000 in 2011.  As relates to me, Ms. Giuffre launched her continuing campaign of public character assassination by publicly filing false allegations of sexual abuse against me, knowing and intending, I believe, that they would be widely reported in the press.  Most recently, she granted an interview to ABC News with the intent that it be broadcast on national television. █████████████████████ █████████████████ sealing presumptively public court filings would be a perverse mockery of the judicial system, the First Amendment, and fundamental fairness.

46.     These materials are also essential to my defense against a motion to sanction me brought against me Ms. Giuffre, via her lawyers at Boies Schiller & Flexner LLP, in connection with the *Edwards* case.  In that motion, Ms. Giuffre and her lawyers argue that I should be sanctioned for submitting an affidavit and testifying (truthfully) about exculpatory comments made to me by David Boies.  After the parties in *Edwards* reached a settlement, Ms. Giuffre and her lawyers insisted on pressing their sanctions motion against me.  The motion was denied by the trial judge, but Ms. Giuffre and her counsel have noticed and are pursuing an appeal.

17

47.     Because Ms. Giuffre and her lawyers continue to publicly stand by Ms. Giuffre's allegations with regard to the accusations against me, I am entitled, under the First Amendment and the common law, to access the Requested Documents ███████████████████████ ████████████████████████████████

Dated: August 11, 2016
        Chilmark, Massachusetts


ALAN M. DERSHOWITZ

A-672 - A-914

**THE DOCUMENTS REPRODUCED HEREIN WERE REDACTED IN THEIR ENTIRETY ON THE DISTRICT COURT DOCKET.**

**THEREFORE, THESE PAGES ARE OMITTED IN THIS REDACTED VOLUME FOR THE SAKE OF BREVITY BUT THE COMPLETE UNREDACTED VERSIONS CAN BE FOUND IN THE CORRESPONDING PAGES OF THE CONFIDENTIAL VOLUME.**