# **CERTIFICATE OF SERVICE**

I certify that one copy of the Confidential Brief for Intervenor-Appellant Alan M. Dershowitz, one copy of the Confidential Special Appendix, and one copy of the Confidential Joint Appendix Volumes IV – VI were served via overnight delivery on the parties listed below:

>PAUL CASSELL, ESQ., PROFESSOR
>UNIVERSITY OF UTAH
>S.J. QUINNEY COLLEGE OF LAW
>332 South 1400 East, Room 101
>Salt Lake City, Utah 84124
>(801) 585-5202
>
>    – and –
>
>BOIES SCHILLER & FLEXNER LLP
>401 East Las Olas Boulevard, Suite 1200
>Fort Lauderdale, Florida 33301
>(954) 356-0011
>
>*Attorneys for Plaintiff-Appellee*

Dated:  August 24, 2017

>EMERY CELLI BRINCKERHOFF
>& ABADY LLP
>
>/s/ David A. Lebowitz
>Andrew G. Celli, Jr.
>David A. Lebowitz
>
>600 Fifth Avenue, 10th Floor
>New York, New York 10020
>(212) 763-5000
>
>*Attorneys for Appellant Alan M. Dershowitz*