# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand seventeen.

Before:     Rosemary S. Pooler,
               *Circuit Judge.*

_____

Virginia L. Giuffre,

     Plaintiff - Appellee,

v.

Ghislaine Maxwell,

     Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

     Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

     Intervenors - Appellants.
_____

**ORDER**

Docket No. 16-3945

     Intervenor-Appellant Alan M. Dershowitz moves for leave to file his opening brief under seal. The motion is unopposed.

     IT IS HEREBY ORDERED that the motion is GRANTED.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

