# **CERTIFICATE OF SERVICE**

I certify that copies of the Brief for Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media and Appendix of Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media were served via Notices of Docket Activity produced by CM/ECF on the parties listed below:

PAUL CASSELL, ESQ., PROFESSOR
UNIVERSITY OF UTAH
S.J. QUINNEY COLLEGE OF LAW
332 South 1400 East, Room 101
Salt Lake City, Utah 84124
(801) 585-5202

– and –

BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Attorneys for Plaintiff-Appellee*

Dated: September 13, 2017.   RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

(702) 420-2001

*Attorneys for Intervenor-Appellant,
Michael Cernovich dba Cernovich Media*