**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Giuffre v. Maxwell     Docket No.: 16-3945

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bruce D. Brown

Firm: The Reporters Committee for Freedom of the Press

Address: 1156 15th St. NW, Suite 1250, Washington, DC 20005

Telephone: (202) 795-9300     Fax: (202) 795-9310

E-mail: bbrown@rcfp.org

Appearance for: The Reporters Commitee for Freedom of the Press and 18 Media Organizations / Amici Curiae
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Alan Dershowitz and Michael Cernovich / Appellants-Intervenors )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Bruce D. Brown

Type or Print Name: Bruce D. Brown