

Jay Marshall Wolman, JD
Licensed in CT, MA, NY, DC

25 September 2017

<u>Via CM/ECF</u>
Catherine O'Hagan Wolfe
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Giuffre v. Maxwell* | 16-3945cv | Redacted Appendix

Dear Ms. O'Hagan-Wolfe:

I am writing in response to the Notice of Defective Filing of September 15, 2017, which states, in relevant part:

> Please file a letter separately explaining why there is no sealed version of your Appendix (in re: the redacted portions of the Appendix).

As you are aware, certain materials were filed in redacted form in the Appendix of Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media. We are unable to file unredacted versions of those materials under seal.

We do not possess them, and the very purpose of the appeal is to obtain access to them. The District Court order under appeal, denying a motion to unseal, precludes our access to them.

Thank you for your attention to this matter.

Sincerely,

Jay Marshall Wolman

cc: All Counsel of Record (via CM/ECF)