UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>ALAN M. DERSHOWITZ,<br>MICHAEL CERNOVICH, DBA<br>CERNOVICH MEDIA,<br><br>        Intervenors-Appellants. | Nos. 16-3945, 17-1625, 17-1722 |

### *AMICUS CURIAE* DAILY NEWS, LP SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(b), *amicus curiae* Daily News, LP provides the following supplement to the disclosure statement it filed with the Brief of *Amici Curiae* The Reporters Committee for Freedom of the Press and 18 Media Organizations in Support of Intervenors-Appellants on September 20, 2017, ECF No. 106:

Daily News, LP is a subsidiary of tronc, Inc., which is publicly held. Merrick Venture Management Holdings, LLC, California Capital Equity, LLC, and PRIMECAP Management Company each own 10 percent or more of tronc, Inc.'s stock.

        Respectfully submitted,

        */s/ Bruce D. Brown*
        Bruce D. Brown
        THE REPORTERS COMMITTEE
        FOR FREEDOM OF THE PRESS
        1156 15th Street NW, Ste. 1250
        Washington, D.C. 20005
        Telephone: (202) 795-9300
        Facsimile: (202) 795-9310
        *Counsel for Amicus Curiae Daily News, LP*

October 6, 2017

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on October 6, 2017.

Dated: October 6, 2017  By: */s/ Bruce D. Brown*
Bruce D. Brown
*Counsel for Amici Curiae Daily News, LP*