UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945-CV(L), 17-1625(CON), 17-1722(CON)

**Caption [use short title]**

**Motion for:** Virginia L. Giuffre

**Set forth below precise, complete statement of relief sought:**

Leave to file a principal brief of not more than 15,000 words.

DERSHOWITZ et al., Intervenor-Appellants, v. GIUFFRE, Plaintiff-Appellee

**MOVING PARTY:** Virginia L. Giuffre

**OPPOSING PARTY:** Alan Dershowitz / Michael Cernovich

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Paul G. Cassell

**OPPOSING ATTORNEY:** Andrew Celli / Jay Wolman

[name of attorney, with firm, address, phone number and e-mail]

Univ. of Utah College of Law
383 S. Univ. St., SLC, UT 84112
(801) 585-5202

Emery Celli, 600 Fifth Ave., 10th Floor, New York, NY 10020
(212) 763-5000 / Randazza Legal Group -
100 Pearl St., Hartford, CT 06103 (702) 420-2001

**Court- Judge/ Agency appealed from:** U.S. District Court for S.D.N.Y. (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes    ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed    ☐ Opposed    ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes    ☑ No    ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

**Signature of Moving Attorney:**

/s/ Paul G. Cassell    **Date:** 11/17/17    **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# NOS. 16-3945-CV(L), 17-1625 (CON), 17-1722 (CON)

### In the United States Court of Appeals

### For the Second Circuit

VIRGINIA L. GIUFFRE,

                              *Plaintiff-Appellee,*

    v.

GHISLAINE MAXWELL*,*

                              *Defendant,*

    v.

SHARON CHURCHER, JEFFREY EPSTEIN,

                              *Respondents,*

ALAN M . DERSHOWITZ,
MICHAEL CERNOVICH, dba CERNOVICH MEDIA,

                              *Intervenors-Appellants.*

### UNOPPOSED MOTION TO EXCEED PAGE LIMITS TO RESPOND TO TWO BRIEFS IN THREE CONSOLIDATED APPEALS

    Appellee Virginia L. Giuffre, by her counsel, hereby moves this Court for permission to file a principal response brief of no more than 15,000 words in length in these three consolidated appeals, for the following reasons:

    1. Ms. Giuffre is the only appellee in three consolidated appeals, Nos. 16-

1

3945-CV(L), 17-1625(CON) and 17-1722(CON). The issues involved in the appeals are complicated and arise from a heavily-contested civil case in which the district court's docket includes more than 900 entries.

2. Appellant Alan Dershowitz has filed an opening brief of 13,325 pages. Appellant Michael Cernovich (d/b/a Cernovich Media) has filed an opening brief of 2,565 words. Thus, Ms. Giuffre must respond to opening briefs that, combined, total 15,890 words.

3. The three consolidated appeals involve two different orders from the district court. One of the orders involves Dershowitz alone, and the other order involves Cernovich and Dershowitz. The two orders involve different procedural postures, which the opening briefs for appellants have discussed at length.

4. Ms. Giuffre has been working diligently to prepare her response brief and to meet this Court's normal 14,000 word-count limit. Her initial draft totaled more than 16,500 words. Ms. Giuffre has shortened the draft to 15,000 words. However, further reductions in the brief will mean that Ms. Giuffre is unable to effectively respond to all of the arguments advanced either by Dershowitz and/or Cernovich.

5. On November 17, 2017, Ms. Giuffre requested of the position of the parties by email on her motion. Neither Dershowitz nor Cernovich has any objection, and thus the motion is unopposed.

**WHEREFORE**, it is respectfully requested that this Court grant appellee Virginia L. Giuffre's motion to file a principal brief not exceeding 15,000 words.

Dated: November 17, 2017

    Salt Lake City, Utah

        /s/ Paul G. Cassell
        PAUL G. CASSELL
        S.J. QUINNEY COLLEGE OF LAW AT THE UNIVERSITY OF UTAH
        383 S. University St.
        Salt Lake City, UT 84112
        (801) 585-5202[*]

        SIGRID McCAWLEY
        BOIES SCHILLER & FLEXNER LLP
        401 East Las Olas Blvd., Suite 1200
        Fort Lauderdale, FL 33301
        (954) 356-0011

        *Attorneys for Appellee Virginia L. Giuffre*

---

[*] This daytime business address is provided for contact purposes only and is not intended to imply institutional support for this private representation.

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2017, I caused the foregoing motion to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

/s/ Paul G. Cassell
PAUL G. CASSELL