# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand and seventeen.

Before: Robert A. Katzmann,
       *Chief Judge.*

---

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

**ORDER**

Docket Nos. 16-3945(L), 17-1625(Con), 17-1772 (Con)

---

    Appellee moves for leave to file an oversized brief of 15,000 words.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

