# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945-cv(L); 17-1625(CON); 17-1722(CON)

**Caption [use short title]**

**Motion for:** Virginia L. Giuffre (Appellee)

DERSHOWITZ et al., Intervenor/Appellants

v.

GIUFFRE, Plaintiff/Appellee

**Set forth below precise, complete statement of relief sought:**

Leave to file an unredacted appellee brief under seal, upon the review of this Court, and consistent with the district court's sealing orders [DE 89] and this Court's order [DE 77] permitting Appellant/Dershowitz to file his opening brief and confidential portions of the related appendices under seal.

**MOVING PARTY:** Virginia L. Giuffre
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☑ Appellee/Respondent

**OPPOSING PARTY:** Alan Dershowitz/Michael Cernovich

**MOVING ATTORNEY:** Paul G. Cassell

**OPPOSING ATTORNEY:** Andrew Celli/Jay Wolman

[name of attorney, with firm, address, phone number and e-mail]

University of Utah College of Law*
383 S. University St., SLC, Utah 84112
(801) 585-5202

Emery Celli, 600 Fifth Ave., 10th Floor, New York, NY 10020 (212) 763-5000 / Randazza Legal Group, 100 Pearl St., Hartford, CT. 06103 (702) 420-2001

**Court-Judge/Agency appealed from:** U.S. District Court for S.D.N.Y. (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed  ☑ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

Opposed: Appellant Cernovich
Unknown: Appellant Dershowitz

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Paul G. Cassell    **Date:** 12/12/2017    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

* Daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

ALAN M. DERSHOWITZ,

          Intervenor-Appellant,

v.

VIRGINIA GIUFFRE,

          Plaintiff-Appellee.

Nos. 16-3945, 17-1625

# APPELLEE VIRGINIA GIUFFRE'S MOTION TO FILE ANSWER BRIEF UNDER SEAL

Appellee Virginia Giuffre, by her counsel, hereby moves this Court for leave to file her answer brief under seal, for the following reasons:

1. During the course of proceedings in the district court, the parties entered into a confidentiality agreement that was "so-ordered" by the district court (the "Protective Order"). The Protective Order is entry number 62 on the district court's docket (No. 15 Civ. 07433, S.D.N.Y.).

2. The Protective Order provided that papers filed in the district court which incorporated or revealed information designated confidential would be filed under seal. Accordingly, the parties filed a number of motions, briefs, exhibits, and other filings under seal during the course of the litigation, and the district court sealed several of its opinions in whole or in part.

3. In these appeals, Intervenor-Appellant Alan Dershowitz seeks review of two orders of the district court that denied unsealing of documents filed on the district court docket. Accordingly, Appellee's answer brief will reference a significant amount of information that the district court has ordered sealed.

4. Accordingly, the portions of Appellee's brief that reference information filed under seal in the district court must be filed under seal.

5. On August 22, 2017, Appellant Dershowitz motioned the Court to seal his opening brief as well as portions of the confidential appendices [DE 63] which is the same relief Appellee is currently seeking.

6. On August 28, 2017, this Court granted Appellant Dershowitz's motion to seal. [DE 77].

7. Appellee attempted to confer with Appellant Dershowitz, but as of the time of this filing had not received a response.

8. Appellee's Motion is opposed by Appellant Cernovich. However, Appellant Cernovich did not lodge an objection with this Court to Appellant Dershowitz's Motion to Seal.

9. Should the Court grant this motion, Appellee Giuffre will file the unredacted version under seal once the Court has issued its order.

**WHEREFORE**, it is respectfully requested that this Court grant Appellee Virginia Giuffre's motion to file under seal an unredacted version of her answer brief.

Dated:	December 12, 2017
	New York, New York

                                        Respectfully Submitted,

                                        */s/ Paul G.Cassell*
                                        Paul G. Cassell
                                        S.J. Quinney College of Law
                                        University of Utah
                                        383 S. University St.
                                        Salt Lake City, UT 84112
                                        (801) 585-5202[1]

---

[1] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

Respectfully Submitted,

*/s/ Paul G. Cassell*

_____
PAUL G. CASSELL
S.J. Quinney College of Law
University of Utah
383 S. University St.
Salt Lake City, UT 84112
(801) 585-5202[2]

BOIES, SCHILLER & FLEXNER LLP

Sigrid McCawley
Boies Schiller & Flexner LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011

---

[2] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

4