# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand and seventeen.

Before: Christopher F. Droney,
      *Circuit Judge.*

_____

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

_____

**ORDER**

Docket Nos. 16-3945(L), 17-1625(con), 17-1772 (con)

Appellee moves for leave to file her brief under seal. Appellant Cernovich opposes the motion.

IT IS HEREBY ORDERED that the motion is REFERRED to a motions panel for decision.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

