# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945, 17-1625

**Caption [use short title]**

**Motion for:** Leave to file reply brief under seal (Unopposed)

Alan M. Dershowitz, Intervenor-Appellant

v.

Virginia Giuffre, Plaintiff-Appellee

**Set forth below precise, complete statement of relief sought:**

Dershowitz seeks leave to file his unredacted reply brief, which references materials sealed by the district court, under seal pending this Court's disposition of the merits. A redacted copy will be filed publicly.

**MOVING PARTY:** Alan M. Dershowitz
[ ] Plaintiff  [ ] Defendant
[✓] Appellant/Petitioner  [ ] Appellee/Respondent

**OPPOSING PARTY:** Virginia Giuffre

**MOVING ATTORNEY:** David A. Lebowitz

**OPPOSING ATTORNEY:** Paul Cassell

[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor, New York, NY 10020
(212) 763-5000 / dlebowitz@ecbalaw.com

University of Utah, S.J. Quinney College of Law
332 S. 1400 East, Rm. 101, Salt Lake City, UT 84112
(801) 585-5202 / cassellp@law.utah.edu

**Court-Judge/Agency appealed from:** Sweet, U.S.D.J. (S.D.N.Y.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[✓] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [✓] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this Court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [✓] No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date:

**Signature of Moving Attorney:**
s/ David A. Lebowitz  **Date:** 12/26/17  **Service by:** [✓] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev. 12-13)