UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN M. DERSHOWITZ,<br><br>    Intervenor-Appellant,<br><br>  v.<br><br>VIRGINIA GIUFFRE,<br><br>    Plaintiff-Appellee. | Nos. 16-3945, 17-1625 |

**INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S
MOTION TO FILE REPLY BRIEF UNDER SEAL**

Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court for leave to file his reply brief under seal, for the following reasons:

1. During the course of proceedings in the district court, the parties entered into a confidentiality agreement that was "so-ordered" by the district court (the "Protective Order"). The Protective Order is entry number 62 on the district court's docket (No. 15 Civ. 07433, S.D.N.Y.).

2. The Protective Order provided that papers filed in the district court which incorporated or revealed information designated confidential would be filed under seal. Accordingly, the parties filed a number of motions, briefs, exhibits, and other filings under seal during the course of the litigation, and the district court sealed several of its opinions in whole or in part.

3. In these appeals, Intervenor-Appellant Alan Dershowitz seeks review of two orders of the district court that denied unsealing of documents filed on the district court docket. Accordingly, Dershowitz's reply brief will reference a significant amount of information that the district court has ordered sealed.

4. While Dershowitz disagrees with the district court's sealing orders, to avoid running afoul of them before they can be reviewed by this Court, the portions of Dershowitz's brief that reference information filed under seal in the district court must be filed under seal.

5. Should the Court grant this motion, Dershowitz will publicly file a redacted version of his reply brief on December 27, 2017 and will file an unredacted version under seal pending this Court's ultimate decision.

**WHEREFORE**, it is respectfully requested that this Court grant Intervenor-Appellant Alan Dershowitz's motion to file under seal an unredacted version of his reply brief.

Dated: December 26, 2017
        New York, New York

                                       EMERY CELLI BRINCKERHOFF
                                       & ABADY LLP

                                         /s/ David A. Lebowitz
                                       Andrew G. Celli, Jr.
                                       David A. Lebowitz

                                       600 Fifth Avenue, 10th Floor
                                       New York, New York 10020

(212) 763-5000

*Attorneys for Intervenor-Appellant
Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                                           /s/ David A. Lebowitz
                                                         David A. Lebowitz