# CERTIFICATE OF SERVICE

I certify that one copy of the Confidential Reply Brief for Intervenor-Appellant Alan M. Dershowitz was served via overnight delivery on the parties listed below:

>PAUL CASSELL, ESQ., PROFESSOR
>UNIVERSITY OF UTAH
>S.J. QUINNEY COLLEGE OF LAW
>332 South 1400 East, Room 101
>Salt Lake City, Utah 84124
>(801) 585-5202
>
>  – and –
>
>BOIES SCHILLER & FLEXNER LLP
>401 East Las Olas Boulevard, Suite 1200
>Fort Lauderdale, Florida 33301
>(954) 356-0011
>
>*Attorneys for Plaintiff-Appellee*

Dated: December 27, 2017

  EMERY CELLI BRINCKERHOFF
  & ABADY LLP

  /s/ David A. Lebowitz
  Andrew G. Celli, Jr.
  David A. Lebowitz

  600 Fifth Avenue, 10th Floor
  New York, New York 10020
  (212) 763-5000

  *Attorneys for Appellant Alan M. Dershowitz*