UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN M. DERSHOWITZ,<br><br>            Intervenor-Appellant,<br><br>   v.<br><br>VIRGINIA GIUFFRE,<br><br>            Plaintiff-Appellee. | Nos. 16-3945, 17-1625 |

**INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S
NON-OPPOSITION RESPONSE TO PLAINTIFF-APPELLEE VIRGINIA
GIUFFRE'S MOTION FOR LEAVE TO FILE HER UNREDACTED BRIEF
UNDER SEAL**

Intervenor-Appellant Alan M. Dershowitz ("Dershowitz"), by his counsel, hereby notifies this Court that he does not oppose Plaintiff Appellee Virginia Giuffre's motion for leave to file her unredacted brief under seal, for the following reasons:

      1.     On August 28, 2017, this Court granted Dershowitz's motion to file the unredacted version of his opening brief to this Court—which referenced materials that the district court ordered sealed—under seal.

      2.     On December 12, 2017, Plaintiff-Appellee Virginia Giuffre moved to file the unredacted version of her opening brief under seal. That motion has been referred to a motions panel for decision.

3. Giuffre sought Dershowitz's position on her motion approximately three hours before filing it. Accordingly, Dershowitz did not have the opportunity to express a position on the motion before it was filed. Giuffre therefore noted in her motion information statement that she did not know Dershowitz's position on the motion.

4. Dershowitz does not object to the continued sealing of those documents ordered sealed by the district court, pending this Court's resolution of the merits of Dershowitz's appeals, which challenge the district court's sealing orders. Accordingly, Dershowitz does not oppose Giuffre's motion.

Dated: December 27, 2017
New York, New York

                                          EMERY CELLI BRINCKERHOFF
                                          & ABADY LLP

                                              /s/ David A. Lebowitz
                                          Andrew G. Celli, Jr.
                                          David A. Lebowitz

                                          600 Fifth Avenue, 10th Floor
                                          New York, New York 10020
                                          (212) 763-5000

                                          *Attorneys for Intervenor-Appellant*
                                          *Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2017, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                               /s/ David A. Lebowitz
                                               David A. Lebowitz