16-3945-cv(L); 17-1625 (CON); 17-1722 (CON)

# CERTIFICATE OF SERVICE

I certify that copies of the Reply Brief for Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media were served via Notices of Docket Activity produced by CM/ECF on the parties listed below:

UNIVERSITY OF UTAH
S.J. QUINNEY COLLEGE OF LAW
Paul Cassell, Esq., Professor
332 South 1400 East, Room 101
Salt Lake City, Utah 84124
(801) 585-5202

– and –

BOIES SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
(954) 356-0011

*Attorneys for Plaintiff-Appellee*

Dated: December 27, 2017        RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman

Jay M. Wolman
100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

(702) 420-2001

*Attorneys for Intervenor-Appellant,
Michael Cernovich dba Cernovich Media*