# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of January, two thousand and eighteen.

Before: Peter W. Hall,
       *Circuit Judge.*

---

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

---

**ORDER**

Docket No. 16-3945(L), 17-1625(Con), 17-1772 (Con)

Appellant Alan Dershowitz moves for leave to file his reply brief under seal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

