PAUL G. CASSELL<br>
Ronald N. Boyce Presidential Professor of Criminal Law<br>
S.J. Quinney College of Law at the University of Utah<br>
383 S. University St.<br>
Salt Lake City, UT 84112<br>
Telephone: 801-585-5202<br>
cassellp@law.utah.edu[*]

January 8, 2018

**<u>Via CM/ECF</u>**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Dershowitz and Cernovich v. Maxwell*, Court of Appeals Docket No. 16-3945

Dear Ms. O'Hagan-Wolfe:

    Along with co-counsel, I represent appellee Ms. Virginia Giuffre. This letter confirms that, while we take no position on whether oral argument should be held in this matter, if the Court decided that oral argument would be useful, Ms. Giuffre would like to participate.

                                       Respectfully submitted,

                                       Paul G. Cassell

cc:  All counsel of record (via CM/ECF)

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.