**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: February 06, 2018<br>Docket #: 16-3945cv<br>Short Title: Giuffre v. Maxwell | DC Docket #: 15-cv-7433<br>DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-7433<br>DC Court: SDNY (NEW YORK CITY)DC Docket #: 15-cv-7433<br>DC Court: SDNY (NEW YORK CITY)<br>DC Judge: Sweet |

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to seal document filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, February 20, 2018.

Inquiries regarding this case may be directed to 212-857-8595.