UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN M. DERSHOWITZ,<br><br>Intervenor-Appellant,<br><br>v.<br><br>VIRGINIA GIUFFRE,<br><br>Plaintiff-Appellee. | Nos. 16-3945, 17-1625 |

## CERTIFICATE OF SERVICE

I certify that one copy of the Confidential Brief for Plaintiff-Appellee, Virginia Giuffre was served via overnight delivery on the party listed below:

> EMERY CELLI BRINCKERHOFF & ABADY LLP
> Andrew G. Celli, Jr.
> David A. Lebowitz
> 600 Fifth Avenue, 10th Floor
> New York, NY 10020
> Tel: (212) 763-5000
>
> *Attorneys for Alan M. Dershowitz*

Dated: February 22, 2018

                                              Respectfully Submitted,

                                              */s/ Paul G.Cassell*
                                              Paul G. Cassell
                                              S.J. Quinney College of Law
                                              University of Utah
                                              383 S. University St.
                                              Salt Lake City, UT 84112
                                              (801) 585-5202[1]

---

[1] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

-and-

BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011
*Attorneys for Plaintiff- Appellee*