# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand and eighteen.

---

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

**ORDER**

Docket No. 16-3945(L), 17-1625(con), 17-1722(con)

---

    Per this Court's order dated February 20, 2018, the parties are instructed to file supplemental briefs regarding the question of appellate jurisdiction in this case. The supplemental briefs must be submitted by April 2, 2018.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

