PAUL G. CASSELL
Ronald N. Boyce Presidential Professor of Criminal Law
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
cassellp@law.utah.edu[*]

April 10, 2018

<u>Via CM/ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Rule 28(j) Letter Regarding *Dershowitz and Cernovich v. Maxwell*,
                  Court of Appeals Docket No. 16-3945

Dear Ms. O'Hagan-Wolfe:

      This appeal involves whether certain materials sealed by the district court during pre-trial proceedings should remain under seal. Last week, on April 2, 2018, appellee Ms. Virginia Giuffre filed a supplemental brief, as requested by this Court, explaining her position that this Court lack jurisdiction to review the district's sealing orders. The Ms. Giuffre outlined why the sealing orders were "a temporary measure that was not final." Supp. Br. at 1.

      Under Fed. R. App. P. 28(j), Ms. Giuffre now submits the following newly-available information supporting her position. On April 6, 2018, a well-known newspaper, *The Miami Herald,* filed a motion to intervene in the proceedings below. It sought to have many of the underlying materials in the case below unsealed, including a number of the materials at issue on this appeal. The district court set a hearing for May 9, 2018, to determine whether *The Miami Herald's* motion should be granted.

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.

Ms. Giuffre respectfully submits that the district court's order setting a hearing on the motion supports her position that the sealing orders at issue on this appeal are not final and, accordingly, that this Court lacks jurisdiction to review them.

        Respectfully submitted,

        Paul G. Cassell
         For Ms. Giuffre

cc: All counsel of record (via CM/ECF)