

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

**12 April 2018**

<u>Via CM/ECF</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   *Re: Response to Appellee's April 10, 2018 "Rule 28(j) Letter"*
     *Court of Appeals Docket No. 16-3945*

Dear Ms. O'Hagen-Wolfe:

Appellant Michael Cernovich d/b/a Cernovich Media hereby responds to the letter filed by Appellee Giuffre regarding the District Court's scheduling of a hearing on a new motion to intervene and unseal by *The Miami Herald*. Although styled as a submission under Fed. R. App. P. 28(j), it is not an "authority", let alone a pertinent or significant one. It is merely a common-place procedural order. Pursuant to the Individual Practices of Judge Robert W. Sweet, § 2(F) (Feb. 8, 2018), every motion of that type is automatically scheduled for oral argument.

Appellee submitted her letter to attempt to suggest that the prior orders subject to this appeal are non-final.[1] However, such is directly contrary to this Court's holding in *Lugosch v. Pyramid Co.*, 435 F.3d 110, 126 (2d Cir. 2006), cited in Appellants' Supplemental Brief at 5, finding appellate jurisdiction where it observed that "each passing day" was a separate infringement, "effectively a denial of any right to contemporaneous access" under the First Amendment. Thus, the scheduling order does not alter the previously demonstrated landscape under which this Court has jurisdiction to hear appeals of denials of motions to unseal.

                 Sincerely,

                 Jay Marshall Wolman

cc:  Counsel of Record (via CM/ECF)

---

[1] Moreover, Appellee's letter seems to contradict her assertion in her April 2, 2018 Supplemental Brief at 7 that she was unopposed to releasing all case-related documents, as she has not joined the Herald's motion.