

**Jay Marshall Wolman, JD**
Licensed in CT, MA, NY, DC

8 June 2018

Via CM/ECF
Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Giuffre v. Maxwell*, Case No. 16-3945, 17-1625, 17-1722

Dear Clerk O'Hagan Wolfe,

I represent Appellant Michael Cernovich d/b/a Cernovich Media in the above-referenced matter. On December 27, 2017, I filed an Oral Argument Statement indicating that I did not want oral argument. Appellant Prof. Dershowitz indicated that he wanted oral argument. Counsel for Appellee Virginia Giuffre filed a letter taking no position on oral argument, but seeking to participate in argument if scheduled. To date, the matter has neither been placed on the argument calendar or taken on submission.

Subsequently, the Court ordered the filing of supplemental briefs related to appellate jurisdiction and Rule 28(j) letters were filed. In the District Court, more recently, on May 9, 2018, argument was held on a motion by the Miami Herald to intervene and unseal the record, an issue related to the instant appeal.

In light of these developments, Appellant desires to change his position to that taken by Ms. Giuffre. Although Appellant believes this case should be taken on submission, should the Court decide to schedule oral argument, Appellant would like the opportunity to participate.

Additionally, as the Oral Argument Statement form contemplates a window up to 20 weeks thereafter,[1] counsel notes he is unavailable as follows:

> July 23-August 3, August 20, August 27-30, September 10-13, September 18-19, September 24-25, October 1-2, October 9, and October 25, 2018.

Thank you for your attention to this matter.

Sincerely,

Jay Marshall Wolman

cc: All counsel of record (via CM/ECF)

---

[1] It should be noted that the original 20-week period expired on May 30, 2018, as calculated from January 10, 2018, being 14 days after the last appellee's principal brief was filed.