DocuSign Envelope ID: 3754A530-9D73-4539-A10A-8BCD173D2431

## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Guiffre v. Maxwell**  Docket No.: **16-03945, 17-1625, 17-1722**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Marc J. Randazza**

Firm: **Randazza Legal Group, PLLC**

Address: **2764 Lake Sahara Drive, Suite 109 Las Vegas, NV 89117**

Telephone: **702-420-2001**  Fax:

E-mail: **mjr@randazza.com**

Appearance for: **Michael Cernovich / Appellant**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Jay Marshall Wolman/Randazza Legal Group** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *Marc J. Randazza* (DocuSigned by: FC7D2A65030B432...)

Type or Print Name: **Marc J. Randazza**