## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of November, two thousand and eighteen,

_____

| | |
|---|---|
| Virginia L. Giuffre, | **ORDER** |
| | Docket Nos. 16-3945(L), |
| Plaintiff - Appellee, | 17-1625(Con), |
| | 17-1722(Con) |
| v. | |
| | |
| Ghislaine Maxwell, | |
| | |
| Defendant, | |
| | |
| v. | |
| | |
| Sharon Churcher, Jeffrey Epstein, | |
| | |
| Respondents, | |
| | |
| Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media, | |
| | |
| Intervenors - Appellants. | |

_____

IT IS HEREBY ORDERED that the oral argument in the above entitled appeal, set for Thursday, December 6, 2018 is ADJOURNED.

Oral argument will be rescheduled at a later date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

