S.D.N.Y.
15-cv-7433
Sweet, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of November, two thousand eighteen.

_____

Virginia L. Giuffre,

    Plaintiff-Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich DBA Cernovich Media,

    Intervenors-Appellants.
_____

**AMENDED ORDER**

16-3945

Virginia L. Giuffre,

    Plaintiff-Appellee,

v.

Ghislaine Maxwell,

    Defendant-Appellee,

v.

18-2868

Sharon Churcher, Jeffrey Epstein,

        Respondents,

Julia Brown, Miami Herald Company,

        Intervenors-Appellants.

_____

It is hereby ORDERED that the above-captioned appeals be heard in tandem.

To allow for the expeditious resolution of both appeals, argument in both cases is rescheduled for Wednesday, February 6, 2019 at 2 p.m. The Court notes that briefing in the appeal captioned no. 16-3945 is already complete, and sets the following expedited briefing schedule for the appeal captioned no. 18-2868: APPELLANTS' brief shall be filed no later than December 10, 2018; APPELLEES' brief shall be filed no later than January 10, 2019; and APPELLANTS' reply brief shall be filed no later than January 28, 2019.

Argument in both cases will be heard by a single panel.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court