**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 16-3945, 17-1625

**Caption [use short title]**

**Motion for:** Rescheduling of Oral Argument on consent of all parties

ALAN M. DERSHOWITZ,
Intervenor-Appellant,

v.

**Set forth below precise, complete statement of relief sought:**
An Order rescheduling the joint oral argument in Nos. 16-3945, 17-1625, 17-1722, and 18-2868 currently scheduled for February 6, 2019 to March 4, 2019.

VIRGINIA GIUFFRE,
Plaintiff-Appellee.

**MOVING PARTY:** Alan M. Dershowitz
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Virginia Giuffre

**MOVING ATTORNEY:** David A. Lebowitz
**OPPOSING ATTORNEY:** Paul Cassell
[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor, New York, NY 10020
(212) 763-5000 / acelli@ecbalaw.com

S.J. Quinney College of Law
383 University St., Salt Lake City, UT 84112
(801) 585-5202 / cassellp@law.utah.edu

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes ☐ No  If yes, enter date: February 6, 2019

**Signature of Moving Attorney:**
/s/ David A. Lebowitz    **Date:** December 20, 2018    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>GHISLAINE MAXWELL,<br><br>        Defendant,<br><br>v.<br><br>SHARON CHURCHER, JEFFREY EPSTEIN,<br><br>        Respondents,<br><br>ALAN M. DERSHOWITZ, MICHAEL CERNOVICH DBA CERNOVICH MEDIA,<br><br>        Intervenors-Appellants. | Nos. 16-3945, 17-1625 |
| VIRGINIA L. GIUFFRE,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>GHISLAINE MAXWELL,<br><br>       Defendant-Appellee,<br><br>v. | No. 18-2868 |

SHARON CHURCHER, JEFFREY EPSTEIN,

    Respondents,

JULIA BROWN, MIAMI HERALD COMPANY,

    Intervenors-Appellants.

### INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S CONSENT MOTION TO RESCHEDULE ORAL ARGUMENT

Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court for leave to reschedule oral argument in the above-captioned appeals for March 4, 2019, for the following reasons:

1. Dershowitz is the Appellant in two appeals arising from Orders issued by the district court, Nos. 16-3945 and 17-1625.

2. On July 18, 2017, this Court issued an Order consolidating Dershowitz's two appeals with one another and with a related appeal filed by Intervenor-Appellant Michael Cernovich, No. 17-1722 (together, the "Consolidated Appeals").

3. Merits briefing on the Consolidated Appeals was completed on December 27, 2017. Pursuant to Local Rule 34.1(a), the parties filed Oral

2

Argument Statement Forms setting forth their availability to appear for oral argument through the end of May 2018.

4. On March 2, 2018, the Court ordered the parties to the Consolidated Appeals to file supplemental briefs concerning appellate jurisdiction, which were filed on April 2, 2018. Oral argument was not scheduled during the 20-week period addressed by the parties' Oral Argument Statement Forms.

5. On October 28, 2018, the Court issued an Argument Notice setting oral argument in the Consolidated Appeals for December 6, 2018. The parties duly filed Notices of Hearing Date Acknowledgment and were prepared to appear on that date.

6. On November 13, 2018, the Court issued an Order adjourning the scheduled oral argument. The following day, the Court issued an Order directing that the Consolidated Appeals be heard in tandem with a related appeal filed by Julia Brown and the Miami Herald Company, No. 18-2868 (the "Herald Appeal"). The Court set an expedited briefing schedule for the Herald Appeal and scheduled argument in both the Herald Appeal and the Consolidated Appeals for February 6, 2019.

7. Unfortunately, counsel for Intervenor-Appellant Dershowitz is unavailable on February 6, 2019 due to long-scheduled international travel.

8. Counsel for Dershowitz consulted counsel for the other parties in the Consolidated Appeal and in the Herald Appeal to determine dates of mutual availability in February and March of 2019. Although counsel made extensive efforts to find additional dates when the argument could feasibly be rescheduled, ultimately the only date when all counsel are available is March 4, 2019.

9. Accordingly, Intervenor-Appellant Dershowitz respectfully requests that the Court reschedule oral argument in the Herald Appeal and the Consolidated Appeals for March 4, 2019. All parties have consented to this request through counsel.

**WHEREFORE**, it is respectfully requested that this Court grant Intervenor-Appellant Alan Dershowitz's motion to reschedule oral argument.

Dated: December 20, 2018
New York, New York

        EMERY CELLI BRINCKERHOFF
        & ABADY LLP

        /s/ David A. Lebowitz
        Andrew G. Celli, Jr.
        David A. Lebowitz

        600 Fifth Avenue, 10th Floor
        New York, New York 10020
        (212) 763-5000

        *Attorneys for Intervenor-Appellant*
        *Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2018, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

    /s/ David A. Lebowitz
David A. Lebowitz