S.D.N.Y.
15-cv-7433
Sweet, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand nineteen.

Virginia L. Giuffre,

       Plaintiff-Appellee,

16-3945, 17-1625,
17-1722

  v.

Ghislaine Maxwell,

       Defendant-Appellee,

  v.

Sharon Churcher, Jeffrey Epstein,

       Respondents,

  v.

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

       Intervenors-Appellants.

Virginia Giuffre,

       Plaintiff-Appellee,

18-2868

  v.

Ghislaine Maxwell,

       Defendant-Appellee,

2

     v.

Sharon Churcher, Jeffrey Epstein,

        Respondents,

     v.

Julia Brown, Miami Herald Company,

        Intervenors-Appellants.

_____

  Intervenor-Appellant Alan Dershowitz moves to reschedule oral argument to March 4, 2019.

  The motion is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED that oral argument in the above-captioned appeals be removed from the calendar of February 6, 2019 and rescheduled for Wednesday, March 6, 2019 at 4 p.m.

           FOR THE COURT:
           Catherine O'Hagan Wolfe,
           Clerk of Court