**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:
Firm Name (if applicable):
Current Telephone Number:

The above named attorney represents:
( ) Appellant/Petitioner    (X) Appellee-Respondent ( ) Intervenor

Virginia Giuffre

Date: 2/20/19    Signature: _____

Paul Cassell