| | **EMERY CELLI BRINCKERHOFF & ABADY LLP** | |
|---|---|---|
| RICHARD D. EMERY | | CHARLES J. OGLETREE, JR. |
| ANDREW G. CELLI, JR. | | EMERITUS |
| MATTHEW D. BRINCKERHOFF | ATTORNEYS AT LAW | |
| JONATHAN S. ABADY | 600 FIFTH AVENUE AT ROCKEFELLER CENTER | DIANE L. HOUK |
| EARL S. WARD | 10TH FLOOR | JESSICA CLARKE |
| ILANN M. MAAZEL | NEW YORK, NEW YORK 10020 | |
| HAL R. LIEBERMAN | | ALISON FRICK |
| DANIEL J. KORNSTEIN | TEL: (212) 763-5000 | DAVID LEBOWITZ |
| O. ANDREW F. WILSON | FAX: (212) 763-5001 | DOUGLAS E. LIEB |
| ELIZABETH S. SAYLOR | www.ecbalaw.com | ALANNA KAUFMAN |
| KATHERINE ROSENFELD | | EMMA L. FREEMAN |
| DEBRA L. GREENBERGER | | DAVID BERMAN |
| ZOE SALZMAN | | ASHOK CHANDRAN |
| SAM SHAPIRO | | MICHELE YANKSON |

February 25, 2019

*Via CM/ECF*

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Giuffre v. Maxwell*, Court of Appeals Docket No. 16-3945

Dear Ms. O'Hagan-Wolfe:

      This firm represents Intervenor-Appellant Alan M. Dershowitz in the above-referenced appeal. We write in response to the Notice of Hearing Date issued by the Court on February 20, 2019, to seek guidance concerning the conduct of oral argument in this matter.

      As the Court is aware, this appeal concerns the district court's decision to seal various documents filed by the parties during the course of the underlying litigation. In his capacity as a potential witness in the case before the district court, Dershowitz received and reviewed several of the documents sealed by the district court, subject to the governing protective order. These sealed documents are central to Dershowitz's appeal, are included in the joint appendix, and are referenced extensively in Dershowitz's briefs (the publicly filed versions of which have been redacted).

      The Court has directed counsel for Dershowitz to share 10 minutes of oral argument time with counsel for Michael Cernovich, whose appeal has been consolidated with Dershowitz's. The Court has further ordered that Dershowitz's

EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

appeal be heard in tandem with a related appeal by the *Miami Herald* and one of its reporters. While counsel are of course happy to comply with the Court's direction, we wish to draw to the attention of the Court that, unlike Dershowitz, neither Cernovich nor the *Miami Herald* parties have ever been privy to any of the sealed documents, including during the prosecution of these appeals.

Because the contents of the sealed documents are central to Dershowitz's arguments to this Court, we respectfully submit that it would be impracticable for Dershowitz's counsel to participate in oral argument without referring to the nature and substance of these documents. Accordingly, absent contrary guidance from the Court, counsel for Dershowitz plans to reference these documents at oral argument. In the event the Court wishes to maintain the confidentiality of the documents sealed by the district court, Dershowitz respectfully requests the opportunity to present oral argument to the panel outside the presence of Cernovich, the *Miami Herald* parties, and their respective counsel, so that the Court can have the benefit of counsel's particularized arguments concerning the specific documents at issue in Dershowitz's appeal.

Respectfully submitted,

/s/ *Andrew G. Celli, Jr.*

Andrew G. Celli, Jr.
David A. Lebowitz

c. All Counsel of Record (*via CM/ECF*)