**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument:
Firm Name (if applicable):
Current Telephone Number:

The above named attorney represents: Virginia Giuffre
( ) Appellant/Petitioner  (X) Appellee-Respondent ( )  Intervenor

Date: 2/27/19     Signature: _____