PAUL G. CASSELL
Ronald N. Boyce Presidential Professor of Criminal Law
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
cassellp@law.utah.edu[*]

February 28, 2019

<u>**VIA CM/ECF**</u>

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Giuffre v. Maxwell*, **Court of Appeals Docket No. 16-3945**

Dear Ms. O'Hagan-Wolfe,

    I represent Appellee Virginia Giuffre in the above-referenced appeal. On February 25, 2019, counsel for Intervenor-Appellant Alan M. Dershowitz sent a letter to you apparently advising that he plans to publicly refer to the "nature and substance" of documents that are currently under seal in the District Court during his oral argument in this appeal.

    Ms. Giuffre does not understand how such actions would comply with the existing District Court sealing order in this case. But if the Court permits Mr. Dershowitz's counsel to refer to the "nature and substance" of sealed of documents that he believes are useful to his appeal, then Ms. Giuffre would respectfully request, as a matter of fairness, the opportunity to respond by referring to the nature and substance of sealed documents that are useful to her position in this appeal. Ms. Giuffre would also respectfully request that Mr. Dershowitz's counsel identify in advance the sealed documents whose substance he intends to disclose.

.

                                      Respectfully submitted,

                                        Paul G. Cassell
                                        Counsel for Ms. Giuffre

cc: All Counsel of Record (*via CM/ECF)*

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.