**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Marc Randazza
Firm Name (if applicable): Randazza Legal Group, PLLC
Current Telephone Number: 702-420-2001

The above named attorney represents:
(X) Appellant/Petitioner  ( ) Appellee-Respondent ( )  Intervenor
    Intervenor Michael Cernovich

Date: 3/04/19                    Signature: s/Marc J. Randazza