S.D.N.Y.
15-cv-7433
Sweet, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

  At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand eighteen.

Virginia Giuffre,

   *Plaintiff-Appellee*,

 v.

Ghislaine Maxwell,

   *Defendant,*

 v.

Sharon Churcher, Jeffrey Epstein,

   *Respondents,*

 v.

Alan M. Dershowitz, Michael Cernovich DBA Cernovich Media

   *Intervenors-Appellants.*

16-3945

Virginia Giuffre,

   *Plaintiff,*

 v.

Ghislaine Maxwell,

   *Defendant-Appellee,*

 v.

18-2868

Sharon Churcher, Jeffrey Epstein,

       *Respondents,*

 v.

Julia Brown, Miami Herald Company,

       *Intervenors-Appellants.*

---

 In order to expedite review by this Court, Plaintiff-Appellee and Defendant-Appellee are hereby ORDERED to provide to this Court three electronic copies of each filing submitted by that party to the District Court in connection with Defendant-Appellee's January 9, 2017 motion for summary judgment. Such materials shall include Defendant-Appellee's motion for summary judgment, Plaintiff-Appellee's response to this motion for summary judgment, Defendant-Appellee's reply brief, all memoranda in support of and in opposition to summary judgment, and all declarations and exhibits attached to such documents.

 Such materials must be submitted under seal in electronic form, and must be received no later than Tuesday, March 19, 2019.

          FOR THE COURT:
          Catherine O'Hagan Wolfe, Clerk of Court