# IIN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| Virginia L. Giuffre, | |
|              Plaintiff-Appellee, | |
| v. | |
| Ghislaine Maxwell, | |
|              Defendant-Appellee, | |
|   v. | |
| Sharon Church, Jeffrey Epstein, | Docket No. 16-3945 |
|              Respondents, | |
| Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media, | |
|              Intervenors-Appellants | |

_____

| | |
|---|---|
| Virginia L. Giuffre, | |
|              Plaintiff-Appellee, | |
| v. | Docket No. 18-2868 |
| Ghislaine Maxwell, | |
|              Defendant-Appellee, | |
|   v. | |
| Sharon Church, Jeffrey Epstein, | |

Respondents,

Julie Brown, Miami Herald Company,

Intervenors-Appellants

## PLAINTIFF-APPELLEE VIRGINIA GIUFFRE'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff-Appellee, Ms. Virginia Giuffre, hereby files this response to the Court's Order to Show Cause. Ms. Giuffre fully agrees with the Court's suggestion that the summary judgment opinion in this case and related materials (including Ms. Giuffre's factual materials related to that motion) should be immediately unsealed for the reasons that follow.

**I. NO CAUSE EXISTS FOR DELAYING UNSEALING OF THE SUMMARY JUDGMENT DOCUMENTS**

As the Court's order indicates, binding precedent in this Circuit "clearly establishes that 'documents submitted to a court for its consideration in a summary judgment motion are – as a matter of law – judicial documents to which a strong presumption of access attaches, under both the common law and the First Amendment.'" Order at 1 (*quoting Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006)). Indeed, this Court has created something akin to a super-presumption of access for summary judgments materials, explaining recently that "[d]ocuments used by parties moving for, or opposing, summary judgment should not remain under seal absent *the most compelling reasons*.'" *Cox v. Onondaga Cnty.*

2

*Sheriff's Dep't*, 760 F.3d 139, 150 (2d Cir. 2014) (emphasis added) (*quoting Joy v. North*, 692 F.2d 880, 893 (2d Cir. 1982)). At this time, despite extended litigation spanning several years, Ms. Maxwell is the only participant in these appeals who opposes unsealing; she has barely shown any reason for keeping the documents sealed, let alone "the most compelling reasons." As a result, the obvious next step for this Court is to simply unseal the summary judgment materials – specifically including Ms. Giuffre's Response to Defendant's Motion for Summary Judgment and Undisputed Facts and related materials (district court docket entries 538, 586, and 620).

Ms. Maxwell has had four previous opportunities to provide something approaching the "most compelling reasons" for keeping the summary judgment materials under seal: (1) in her briefing to this Court in appeal No. 16-3945; (2) in her briefing to this Court in appeal No. 18-2868; (3) during oral argument on both these appeals; and (4) in her recent motion for the court to reconsider its order to show cause (filed Friday, March 15, 2019, and summarily denied Monday, March 18, 2019). The arguments she has advanced during these opportunities and in her most briefing last Friday fall far short. In her most recent effort, Ms. Maxwell alluded vaguely and generally to "sexual and other private acts" and "highly confidential, sensitive, embarrassing and/or oppressive information" that might be disclosed. Mot. to Reconsider at 2, 20. Ms. Maxwell is dodging the key point: The

summary judgment filings focused on whether Ms. Maxwell was an essential co-conspirator in Epstein's international sex trafficking organization. It may be "embarrassing" for Ms. Maxwell to have the world know the scope of her involvement in the trafficking of underage girls internationally for sexual purposes. But her involvement in a criminal enterprise does not remotely approach any legitimate ground for sealing.

In her most recent filing, Ms. Maxwell also shed crocodile tears over the interests of third parties – particularly including the victims whom she sexually trafficked. Apart from Ms. Giuffre, none of Ms. Maxwell's victims have chosen to be involved in the multiple appeals. Presumably this is because the victims (and other third parties) understood, through the plain language of the protective order, that confidentiality was to be lifted when this case went to trial. *See* Protective Order at 5 ("This Protective Order shall have no force and effect on the use of any confidential information at trial in this matter"). Accordingly, everyone involved in this litigation had (at most) a reasonable expectation of privacy in the materials only through the June 2017 trial date.

In her most recent filing, Ms. Maxwell also argued that the appeal should be remanded to the district court for further fact-finding. But a remand should be granted only where there is something for the district court to do. In the absence of allegations of something akin to a "most compelling reason" for maintaining the

documents under seal, a remand to the district court is entirely unnecessary – and a waste of scarce judicial resources.

Waiting for a remand would also necessarily involve delay – perhaps considerable delay. As Ms. Maxwell no doubt recognizes, the district court currently lacks jurisdiction in this case, as a "notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *United States v. Ransom*, 866 F.2d 574, 575 (2d Cir. 1989) (internal quotation omitted). Accordingly, a remand to the district court is not possible while this Court continues to work on other aspects of the two appeals. Because this Court currently possesses jurisdiction and a simple path forward exists to resolve the question of unsealing the summary judgment materials, this Court should promptly move down that path.

## II. REDACTIONS ARE EASY TO ACCOMPLISH

In her most recent filing, Ms. Maxwell claimed that it is difficult to determine what redactions would need to be made to unseal the documents. Mot. to Reconsider at 19. But here again, Ms. Maxwell fails to come to grips with the overarching fact: Most of the materials do nothing more than demonstrate her role as a lynchpin in an international sex trafficking organization. Thus, no basis exists for keeping most of the materials under seal.

To be sure, a small part of these materials may need a few limited redactions, such as redactions for specific references to the names of minor sexual assault victims or personal identifiers such as social security numbers. But all parties seeking unsealing of the materials have agreed to these kinds of redactions. And protecting this limited information is a routine task for lawyers making filings throughout this country, hardly requiring further review in the district court. Indeed, this is a simple scrivener's task – as demonstrated by Ms. Giuffre's attached appendix with the necessary redactions and the reasons therefore.[1]

And Ms. Maxwell, too, will obviously have an opportunity to suggest to this Court any necessary and appropriate redactions. The Court's show cause order obviously envisions that, if good "cause" is shown for a redaction, that redaction can be made. There is nothing unworkable about this procedure or any real difficulty in determining whether a compelling reason exists for a redaction – and thus no cause for the Court to delay in moving forward with a redaction review as part of a procedure for promptly unsealing the summary judgment materials.

---

[1] As a belt-and-suspender measure, it may be useful for this Court to make the redactions it believes are appropriate in the materials and then circulate those redacted materials to Ms. Giuffre and Ms. Maxwell for one last review to make sure nothing has slipped through the cracks through inadvertence or miscommunication. Ms. Giuffre would be prepared to review those redactions and respond to the Court within 48 hours (two business days) of receipt of the materials.

### III.   EQUITY FAVORS UNSEALING THE MATERIALS

Finally, in her most recent filing, Ms. Maxwell alluded to general equitable principles as justifying maintaining the seal on the summary judgment materials. Mot. to Reconsider at 7-8.   Presumably she will advance similar claims in her response to this Court's Order to Show Cause.   If anything, equity argues for broad unsealing.

Ms. Giuffre wants the summary judgment materials unsealed to demonstrate that she was sexually trafficked by Jeffrey Epstein and Ghislaine Maxwell to their powerful friends, both in this country and overseas.  Indeed, Ms. Giuffre continues to suffer severe prejudice from every day that Ms. Maxwell succeeds in delaying that disclosure.

While Ms. Maxwell is arguing before this Court for extended proceedings to evaluate disclosure of documents, her surrogates continue to attack Ms. Giuffre.  For example, four prominent attorneys of Ms. Maxwell's co-conspirator – Jeffrey Epstein –  recently launched an attack on Ms. Giuffre (and other Epstein sexual trafficking victims), writing in a letter published in one of the nation's most widely circulated newspapers that "[t]he number of young women involved in the [Epstein] investigation has been vastly exaggerated, there was no 'international sex-trafficking operation' and there was never evidence that Mr. Epstein 'hosted sex parties' at his home." *See* Letter to the Editor from Kenneth W. Starr, Martin G. Weinberg, Jack

Goldberger & Lilly Ann Sanchez, N.Y. Times, March 4, 2019. And another of Mr. Epstein's attorney's, Alan Dershowitz, has attacked Ms. Giuffre, tweeting several days before the oral argument in this Court that "My perjuring accusers are Virginia Roberts [Giuffre] and Sarah Ransomme. Both have long records of lying." Twitter, @AlanDersh, March 2, 2019

While hiding behind their mansions' walls, Ms. Maxwell and Mr. Epstein can hire legions of high-priced lawyers to continue to create a smokescreen about what really happened, hoping to conceal the breadth of their criminal sex trafficking conspiracy. But Ms. Giuffre has a more powerful weapon in her arsenal: The truth.

The truth is that Ms. Maxwell and Mr. Epstein sexually trafficked her to their well-connected friends, both in this country and elsewhere. Unfortunately, critical documents and transcripts proving the truth of Ms. Giuffre's allegations remain sealed in the vault of the U.S. District Court for the Southern District of New York. It is time for the truth to come out. The only equitable approach to resolving this dispute is for all of those documents to be unsealed, beginning immediately with the summary judgment materials and as soon as possible thereafter all of the others.

Ms. Maxwell, Mr. Epstein, and others sexually trafficked and abused Ms. Giuffre. The public should now see the evidence.

March 19, 2019                             Respectfully Submitted,

                                          */s/ Paul Cassell*
                                          PAUL G. CASSELL
                                          S.J. Quinney College of Law
                                          University of Utah
                                          383 S. University St.
                                          Salt Lake City, UT 84112
                                          (801) 585-5202[2]

                                          BOIES SCHILLER FLEXNER LLP
                                          Sigrid McCawley
                                          Boies Schiller Flexner LLP
                                          401 E. Las Olas Blvd., Suite 1200
                                          Ft. Lauderdale, FL 33301
                                          (954) 356-0011

---

[2] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

9

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 19, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

/s/ *Paul Cassell*

Paul Cassell

# APPENDIX A

## MOTION FOR SUMMARY JUDGMENT REDACTIONS

| RECORD CITATION | ITEM TO BE REDACTED | REASON FOR REDACTION |
|---|---|---|
| 2017-01-06 Motion for Summary Judgment, Exhibit KK, page 59 (GIUFFRE004192), line 25; 32 | Name of Individual | As a result of a scrivener's error, the person whose name appears is not the person to which the writing refers. |
| 2017-01-06 Motion for Summary Judgment, Exhibit O, GIUFFRE004981-GIUFFRE004988, line 3 | Social Security Number | Ms. Giuffre's School ID is her social security number and her social security number is listed. |
| 2017-01-06 Motion for Summary Judgment, Exhibit W, GIUFFRE009201, line 3 | Social Security Number | Ms. Giuffre's social security number is listed. |
| 2017-01-06 Motion for Summary Judgment, Exhibit W, GIUFFRE009209, Image | Social Security Number | Ms. Giuffre's social security card and driver's license are shown. |
| 2017-01-06 Motion for Summary Judgment, Exhibit W, GIUFFRE009210, Box 2 of W-4 Form | Social Security Number | Ms. Giuffre's Social Security number is listed |
| 2017-01-06 Motion for Summary Judgment, Exhibit AA, page 260, line 18 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 20, lines 3; 9 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 20, lines 11; 20; 21; 23-24 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 20, lines 27; 29 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 20, lines 28-29 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 20, line 30 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 21, lines 24; 27 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 21, lines 34-35; 38 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 21, line 27 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 22, lines 2 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 22, line 3 | Name of Individual | Name of minor. |

## MOTION FOR SUMMARY JUDGMENT REDACTIONS

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 22, line 5 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 22, line 8 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 23, lines 9-10 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 23, line10 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgement, Page 23, line10 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 8, line 17 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 8, line 17 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 8, line 18 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 10, line 13 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 18, line 17 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 18, line 17 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Statement of Contested Facts and Undisputed Facts, Page 18, line 18 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Declaration, Page 2, line 6 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 1, line 12 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 54, line 1 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 55, line 1 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 56, line 1 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 57, line 1 | Name of Individual | Name of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 57, line 12 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 71, line 1 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 71, line 6 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 7, page 71, line 21 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 1, line 35 | Name of Individual | Name of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 1, lines 36-37 | Address | Address of a victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 1, line 38 | Date of Birth/Age | Date of Birth and Age of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 1, line 39 | License | License Number of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 1, line 40 | Phone Number | Phone number of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 15 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 16-17 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 18 | Date of Birth/Age | Date of Birth and Age of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 20 | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 32 | Name if Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 35 | Date of Birth./Age | Date of Birth and Age or minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 49 | Name if Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 3, line 52 | Date of Birth./Age | Date of Birth and Age or minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 4, line 17 | Name if Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 4, line 20 | Date of Birth./Age | Date of Birth and Age or minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 4, line 34 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 4, line 37 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 4, line 51 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 5, line 6 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 5, line 20 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 5, line 23 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 5, line 37 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 5, line 40 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 4 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 7 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 22 | Name of Individual | Name of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 25 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 39 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 6, line 42 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 6 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 9 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 23 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 26 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 40 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 7, line 43 | Date of Birth/Age | Date of Birth and Age of minor child. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 8 | Name of Individual | Name of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 11 | Date of Birth/Age | Date of Birth and Age of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 25 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 28 | Date of Birth/Age | Date of Birth and Age of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 42 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 8, line 45 | Date of Birth/Age | Date of Birth and Age of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 9 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, lines 10-11 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 12 | Date of Birth/Age | Date of Birth and Age of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 14 | Phone Number | Phone Number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 29 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 30-31 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 32 | Date of Birth/Age | Date of Birth and Age of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 34 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 39 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, lines 40-41 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 42 | Date of Birth/Age | Date of Birth and Age of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 9, line 44 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 19 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, lines 20-21 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 22 | Date of Birth/Age | Date of Birth and Age of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 24 | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 29 | School | School of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, lines 30-31 | Address | Address of school of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 34 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, lines 35-36 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 39 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 44 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, lines 45-46 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 10, line 49 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 7 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, lines 8-9 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 10 | Date of Birth/Age | Date of Birth and Age of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 11 | Driver License Number | Driver License number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, lines 21-22; 27; 34; 36; 47; 49 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, lines 37 and 39 | Phone Number | Phone number of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 20; 23; 29-30; 32; 35; 37; 40-41; 47-48 | Name of Individual | Name of two parents of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 48 | Date of Birth | Date of Birth of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 49 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 11, line 49 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 12, line 4;6; 12; 16; 26; 2931-32; 35; 38-40; 43;47-48 | Name of Individual | Name of four minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 12, lines 4; 8; 11;15; 17; 22; 25-26; 30;37-38; 42; 46-48 | Name of Individual | Names of three Parents of two Minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 13, line 8; 16; 18; 21-22; 26; 28-30; 31-34; 36; 38; 41; 43; 45; 47 | Name of Individual | Names of three Minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 13, lines 39-40 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 13, line 37 | Address | Address of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 14, lines 4; 8-12; 15; 17-19; 22; 24; 26-28; 30; 33-39; 42; 45-48; 50; 52 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 15, lines 4; 6; 8;-9; 11;-13; 15-16; 18-19; 23; 25;27;29; 31; 33-34; 36-40; 43-45; 48 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 16, lines 4-9; 11-13; 15; 17; 20; 23-25; 27-28; 32 | Name of Individual | Names of four minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 16, lines 20; 23-24; 29-30; 32 | Name of Individual | Parent of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 17, lines 4-6; 9-10; 15-16; 21; 26; 43 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 17, lines 14; 20; 25; 27-29; 38-42; 44 | Name of Individual | Parents of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 17, line 38 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 18, lines 6-7; 11; 14; 16; 34; 36-38; 40; 42; 44-47; 50-51 | Name of Individual | Name or minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 18, lines 4-5; 7; 8-10; 12; 14; 16; 18-19; 22; 29; 32; 34; | Name of Individual | Name of two parents of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 19, lines 7-13; 15-16; 19; 21; 25; 27; 38 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 19, line 27 | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 20, line 6-7; 12; 15-16; 20; 24; 26; 27; 30; 41; 43 | Name of Individual | Name of nine minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 20, line 21;32 | Phone Number | Phone number of minor and parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 20, line 30 | Date of Birth/Age | Date of Birth and Age of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 20, line 30-31 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 21, lines 14; 16; 27; 37 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 21, lines 11-12; 16; 25-27; 30 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 22, lines 14; 30 | Name of Individual | Name of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 22, lines 14; 16; 29; 31 | Name of Individual | Names of parents of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 24, lines 22-23; 25; 30; 33 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 24, lines 23; 30-31; 33; 35 | Phone Number | Phone numbers of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 28, lines 43-44 | Name of Individual | Name of five minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 29, lines 5-6;27-28; 42; 44; 46-47; 49; 51 | Name of Individual | Name of five minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 29, lines 27-28; 48 | Date of Birth | Date of Birth of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 29, line 43 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 29, line 41 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 30, lines 6; 12; 14-17; 22; 24; 27-29; 31; 36; 39-47; 50 | Name of Individual | Names of four minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 30, line 10 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 30, lines 14-15; 27 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 31, lines 5-8; 11-12; 14-16; 40 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 32, line 37 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 34, lines 11; 17; 25; 27; 30; 34; 39; 40; 43-45; 47-48 | Name of Individual | Name of two minors. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 34, line 17 | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 35, lines 4; 7; 12-16; 21;23;27; 30-31; 33; 35;37-38; 40; 44; 46; 48 | Name of Individual | Name of four minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 35, line 12-15 | Address | Address of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 35, line 7 | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 36, lines 8;10; 12; 14; 15-16; 18; 21-23; 25-28; 31-32; 37; 39; 42; 45; 47; 52-53 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 36, lines 16 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 36, lines 17; 21 | Name of Individual | Parent of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 37, lines 4-6; 8-10; 12; 14-16; 18-20; 22-23; 32-33; 35; 37-38; 40-43; 45; 48 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 38, lines 4; 6; 8; 10; 13; 16; 18-19; 25; 27-28;32; 37-38; 40; 42; 44 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 38, line 49 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 38, line 50 | Phone Number | Phone number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 39, lines 8; 10-13; 16; 18-19; 21; 24; 28-29; 31; 33-34; 36; 39; 41; 46-47; 49-50 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 40, lines 6-7; 10-11; 13-14; 16-17; 20; 22; 24; 28; 30-31; 33; 37-38; 41; 45; 47; 50 | Name of Individual | Name of three minors. |

11

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 40, lines 10-11 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 41, lines 4-7; 9; 12; 15; 19-22; 24; 27; 29; 32; 34-35; 37; 39-41; 46; 48-50 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 42, lines 6-7; 9; 11; 21-23; 25-26; 29-30; 32; 37 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 44, lines 6-7 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 46, lines 26; 29; 33; 34; 39; 43; 44. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 46, line 29. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 46, lines 38-39; 41–42; 43. | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 47, lines 4;27 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 47, lines 7;8;11;14;16; 19; 22; 25; 28; 29; 30; 34; 35. | Name of Individual | Names of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 47, lines 9; 10; 12; 26. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 47, lines 42; 45; 47; 48; 50. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 48, lines 4; 11; 15; 19. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 48, lines 6-7. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 48, lines 27-28; 31; 37; 42; 44; 49;50. | Name of Individual | Names of four minors. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 48, line 42. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 49, lines 4; 5; 8; 15; 16; 18. | Name of Individual | Names of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 49, line 17. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 49, lines 26; 27; 32; 35; 41; 43;47; 49. | Name of Individual | Names of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 49, lines 34; 37; 40; 47. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 50, lines 6; 9; 12; 15; 17; 21; 23; 24. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 50; lines 26-27. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 50; lines 38; 40; 43; 45; 47. | Name of Individual | Names of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 51; lines 31-32. | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 51; lines 32-33; 36-7; 39; 45; 46; 48. | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 52; lines 4; 5; 7; 10; 13; 14; 16; 19-20; 26; 27; 28; 34; 35. | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 52; lines 37; 39. | Name of Individual | Name of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 52; line 38. | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 54; lines 4-5. | Address | Address of minor. |

## MOTION FOR SUMMARY JUDGMENT REDACTIONS

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 54; lines 5; 18; 20-21; 23-25; 28; 31; 33-37; 41-42; 44; 47-49; 52 | Name of Individual | Name of two minors |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 54; lines 7; 12; 14; 16 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 55; lines 4; 20 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 55; lines 38-40; 42-43; 48. | Name of Individual | Name of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 56; lines 5; 12; 16; 17; 21; 23; 27; 29. | Name of Individual | Name of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 59; line 30; 33; 42 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 59; lines 42-43; 48. | Name of Individual | Parent of minor |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 59; lines 33; 42; 44; 47. | Address | Addresses of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 59; lines 40-41. | Phone Number | Phone number of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 60; lines 4; 15; 18 | Name of Individual | Parents of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 60; lines 5-6; 10; 14-16; 17; 22; 24; 27-31; 38; 46; 48; 51. | Name of Individual | Name of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 61; lines 4-5; 9-10; 12; 14; 16; 18-19; 21; 23; 25; 31; 32; 36; 41; 44. | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 64; line 42 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 65; lines 22-23; 33-35; 45-46 | Name of Individual | Name of nine minors. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 65; lines 38; 46 | Phone Number | Phone numbers of minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 66; lines 5; 6; 8; 14; 24; 29 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 66; line 15 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 67; lines 16; 8; 12; 16; 21; 28-29; 34-35; 37-39; 44 | Name of Individual | Name of five minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 70; line 25 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 70; lines 25-26; 31-32; 35 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 72; lines 44; 46 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 73; lines 14; 17; 19; 27; 30- 37; 41; 52 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 74; lines 4; 9; 12 21-22; 25; 29; 31; 35; 37-38 | Name of Individual | Name of four minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 74; line 29 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 75; line 28 | Phone Number | Phone Number of parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 75; line19-21 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 75; line 18 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 76; line 30 | Name of Individual | Parent of minor. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 76; line 34 | Date of Birth | Date of Birth of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 76; lines 34-35 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 76; lines 31; 33-35; 46 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 76; lines 36 | Social Media | Name of minor social media. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 77; lines 8; 11; 12; 14-16; 19; 22; 24; 27; 30; 32; 37; 40; 45-47 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 77; lines 7-8 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 78; lines 4-5; 7; 9; 11; 13-17 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 78; line 19 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 79; line 45 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 80; lines 21; 23; 49; 51 | Name of Individual | Name of victims. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 80; line 22 | Phone Number | Phone number of victim. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 80; lines 23; 49-50 | Address | Address of victims. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 81; lines 4; 10; 12-13; 16; 22 | Name of Individual | Name of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 82; lines 4-6; 8; 12-13; 15-16; 18-19; 22; 24-26; 29; 31; 48 | Name of Individual | Name of four minors. |

**MOTION FOR SUMMARY JUDGMENT REDACTIONS**

| | | |
|---|---|---|
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 82; lines 4-5 | Address | Address of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 83; lines 4-6; 8-9; 11; 13; 17; 19-20; 23; 48 | Name of Individual | Name of five minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 83; line 18 | Date of Birth | Date of Birth of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 84; lines 16-17 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 86; lines 6-7; 10; 17; 19; 22 | Name of Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 86; lines 28-29; 35 | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 87; lines 5-6; 8; 11; 20; 41 | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 39, page 87; line 41 | Name if Individual | Parent of minor. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, page 18; line14 [picture snippet] | Name of Individual | Name of two minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, page 18; line1 [picture snippet] | Name of Individual | Name of three minors. |
| 2017-01-31 PTF Response IOT Motion for Summary Judgment, Exhibit 51, Image | Social Security Number | Ms. Giuffre's social security card and driver's license are shown. |