PAUL G. CASSELL
Ronald N. Boyce Presidential Professor of Criminal Law
S.J. Quinney College of Law at the University of Utah
383 S. University St.
Salt Lake City, UT 84112
Telephone: 801-585-5202
cassellp@law.utah.edu[*]

April 8, 2019

**VIA CM/ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Rule 28(j) Letter Regarding *Dershowitz and Cernovich v. Maxwell*, Court of Appeals Docket No. 16-3945, and *Giuffre v. Maxwell*, Court of Appeals Docket No. 18-2868

Dear Ms. O'Hagan-Wolfe:

      This appeal involves whether certain materials sealed by the district court during pre-trial proceedings should remain under seal. The Court recently issued an Order to Show Cause why various materials under seal in the district court filed in connection with a summary judgment motion involving sex trafficking allegations against Jeffrey Epstein and Ghislaine Maxwell should not be unsealed (DE 138). Various briefs and motions have been submitted in connection with that order.

      Under Fed. R. App. P. 28(j), Ms. Giuffre now submits the following newly-available information supporting her position. On April 3, 2019, the House Subcommittee on Labor, Health and Human Services, Education, and Related Agencies of the House Appropriation Committee held a hearing during which U.S. Labor Secretary Alex Acosta testified. Secretary Acosta (when he was the U.S. Attorney for the Southern District of Florida) had approved a highly controversial non-prosecution agreement blocking federal prosecution of Epstein for various sex trafficking and related offenses. During last week's hearing, Secretary Acosta testified that that a Florida grand jury had reviewed "all of the evidence" related to Epstein's sex trafficking and had decided to return only a single count state indictment in which only one of Epstein's victims was involved. A recording can be found at the link below. https://appropriations.house.gov/legislation/hearings/department-of-labor-budget-request-for-fy-2020.

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah.

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
April 8, 2019
P a g e | **2**

     The sealed summary judgment materials that Ms. Giuffre has asked to have unsealed are part of the "evidence" concerning Epstein's sex trafficking crimes. The materials thus bear directly on the accuracy of Secretary Acosta's testimony and, more broadly, on the propriety of his actions in approving the non-prosecution agreement.

     Ms. Giuffre respectfully submits that the fact that a U.S. House Subcommittee was directly questioning Secretary Acosta about these matters just last week support Ms. Giuffre's (and *The Miami Herald's*) assertions that an important public interest will be served by unsealing the materials in question.

                                           Respectfully submitted,

                                           Paul G. Cassell
                                             For Ms. Giuffre

cc: All counsel of record (via CM/ECF)