UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of June, two thousand and nineteen,

_____

Virginia L. Giuffre,

    Plaintiff - Appellee,

v.

Ghislaine Maxwell,

    Defendant,

v.

Sharon Churcher, Jeffrey Epstein,

    Respondents,

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

    Intervenors - Appellants.

_____

**ORDER**
Docket No. 16-3945

Appellant Alan M. Deshowitz's submission of a letter does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said letter is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court