**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 16-3945, 17-1625

**Caption [use short title]**

**Motion for:** Partial Unsealing of the Joint Appendix

Giuffre v. Maxwell

Set forth below precise, complete statement of relief sought:

Dershowitz respectfully requests that the Court immediately unseal the three documents identified in his briefs, which appear at pages 672 through 819 and 1043 through 1057 of the Joint Appendix in No. 16 3945.

**MOVING PARTY:** Alan M. Dershowitz
**OPPOSING PARTY:** Virginia Giuffre

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Andrew G. Celli, Jr.
**OPPOSING ATTORNEY:** Paul Cassell

[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor, New York, NY 10020
(212) 763-5000 / acelli@ecbalaw.com

S.J. Quinney College of Law
383 University St., Salt Lake City, UT 84112
(801) 585-5202 / cassellp@law.utah.edu

**Court-Judge/Agency appealed from:** U.S. District Court for the Southern District of New York (Sweet, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☑ Yes ☐ No  If yes, enter date: March 6, 2019

**Signature of Moving Attorney:**
/s/ Andrew G. Celli, Jr.   Date: July 1, 2019   Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| VIRGINIA L. GIUFFRE,<br><br>　　　　　　Plaintiff-Appellee,<br><br>　v.<br><br>GHISLAINE MAXWELL,<br><br>　　　　　　Defendant,<br><br>　v.<br><br>SHARON CHURCHER, JEFFREY EPSTEIN,<br><br>　　　　　　Respondents,<br><br>ALAN M. DERSHOWITZ, MICHAEL CERNOVICH DBA CERNOVICH MEDIA,<br><br>　　　　　　Intervenors-Appellants. | Nos. 16-3945, 17-1625 |

**INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S
MOTION FOR PARTIAL UNSEALING OF THE JOINT APPENDIX**

　　Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court for partial unsealing of the Joint Appendix.

　　　　1.　　Dershowitz is the Appellant in two appeals arising from Orders issued by the district court, Nos. 16-3945 and 17-1625.

2. On March 11, 2019, this Court issued an Order to Show Cause "why the Court should not unseal the summary judgment motion, including any materials filed in connection with this motion, and the District Court's summary judgment decision."

3. The panel's Order to Show Cause reflected a recognition that the summary judgment record from the underlying district court action should be unsealed, and solicited targeted proposed redactions from the parties. However, since receiving input from the parties and certain non-parties, the Court has not acted further.

4. Dershowitz respectfully requests that the Court immediately unseal the three documents identified in his briefs, which appear at pages 672 through 819 and 1043 through 1057 of the Joint Appendix in No. 16-3945.

5. As the Court is aware, Dershowitz first sought unsealing of these three documents from the district court nearly three years ago. At the time, Plaintiff-Appellee Giuffre was the only party who opposed their unsealing; she has now abandoned that opposition, leaving *no* interested party asserting a confidentiality interest in these particular documents. *See United States v. Erie County*, 763 F.3d 235, 243 (2d Cir. 2014) (reversing a sealing order and releasing documents without remand where the proponent of sealing had nothing additional to offer beyond what the district court previously considered). In the meantime,

2

Giuffre has sued Dershowitz, making his need to make use of the documents even more urgent. *See Giuffre v. Dershowitz*, 19 Civ. 03377 (S.D.N.Y.).

6. Dershowitz appreciates that the Court may be concerned about the privacy interests of non-parties who may be identified in the documents Dershowitz seeks to unseal, but respectfully submits that such interests can be adequately protected by redacting such names and other identifying information from the documents prior to unsealing. To the extent such redactions would create ambiguity as to whether the redacted information relates to Dershowitz (e.g., where information redacted relates to other academicians), Dershowitz's interests would be satisfied if the redactions were made in such a way as to make clear that the redacted material relates to someone else, not Dershowitz.

**WHEREFORE**, it is respectfully requested that this Court grant Intervenor-Appellant Alan Dershowitz's motion to partially unseal the joint appendix.

Dated: July 1, 2019
New York, New York

        EMERY CELLI BRINCKERHOFF
        & ABADY LLP

          /s/ Andrew G. Celli, Jr.
        Andrew G. Celli, Jr.
        David A. Lebowitz

3

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant
Alan M. Dershowitz*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                             /s/ Andrew G. Celli, Jr.
                                             Andrew G. Celli, Jr.