# IIN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| Virginia L. Giuffre,<br><br>  Plaintiff-Appellee,<br><br>v.<br><br>Ghislaine Maxwell,<br><br>  Defendant-Appellee,<br><br>v.<br><br>Sharon Church, Jeffrey Epstein,<br><br>  Respondents,<br><br>Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,<br><br>  Intervenors-Appellants | Docket No. 16-3945 |

## PLAINTIFF-APPELLEE VIRGINIA GIUFFRE'S RESPONSE TO INTERVENOR-APPELLANT MOTION

Plaintiff-Appellee, Ms. Virginia Giuffre, hereby files this response to Intervenor-Appellant Dershowitz's (duplicative) motion, requesting, as he has previously, that only certain documents be unsealed by this Court. As Ms. Giuffre has stated in her prior filings with this Court, she does not oppose the unsealing of the *entire* record (with appropriate redactions to protect the identities of minor victims) but does oppose Dershowitz's request for cherry-picked materials to be

released piecemeal and out of context. As she has explained previously, the only equitable approach to resolving this dispute is for the entire factual record that was submitted to the United States District Court for the Southern District of New York in Case No. 15-CV-07433-RWS, including the deposition transcripts, be unsealed.

Accordingly, Ms. Giuffre ask that the Court deny Dershowitz's motion for selective unsealing and instead unseal the entire record, as she proposes in her December 13, 2017 [DE 132], March 19, 2019 [DE 260] filings in Case No.: 16-3945 and her December 19, 2018 filing in Case No.: 18-2868 [DE 72].

July 2 , 2019                                   Respectfully Submitted,

                                                /s/ Sigrid McCawley
                                                Sigrid McCawley
                                                Boies Schiller Flexner LLP
                                                401 E. Las Olas Blvd., Suite 1200
                                                Ft. Lauderdale, FL 33301
                                                (954) 356-0011

                                                PAUL G. CASSELL
                                                S.J. Quinney College of Law
                                                University of Utah
                                                383 S. University St.
                                                Salt Lake City, UT 84112
                                                (801) 585-5202[1]

---

[1] This daytime business address is provided for contact purposes only and is not intended to imply institutional endorsement by the University of Utah for this private representation.

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 2, 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served to all parties of record via transmission of the Electronic Court Filing System generated by CM/ECF.

/s/ *Sigrid McCawley*
Sigrid S. McCawley