

**Marc J. Randazza, JD, MAMC, LLM**
Licensed in AZ, CA, FL, MA, NV

03 July 2019

<u>Via U.S. Mail</u>

Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

  **Re: 16-3945-cv(L) & 18-2868-cv | *Cernovich, et al. v. Giuffre, et al.***

Dear Clerk:

In the Opinion and Order issued today, July 3, 2019, Doc. 213-1 at 4, in the above-captioned case, we identified a clerical error. In identifying counsel for the parties, it incorrectly states that I, Marc Randazza, appeared out of my firm's Hartford, Connecticut, office and that my colleague, Jay Wolman, appeared from the Las Vegas, Nevada, office. Those are reversed; I am in Nevada and Mr. Wolman is in Connecticut. I am writing to request that this error be corrected.

Thank you for your attention to this matter.

Sincerely,

Marc J. Randazza