S.D.N.Y.
15-cv-7433
Sweet, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July, two thousand nineteen.

Before:     José A. Cabranes,
            Rosemary S. Pooler,
            Christopher F. Droney,
                *Circuit Judges.*

---

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media.

*Intervenors-Appellants,*

|  |  |
|---|---|
| v. | ORDER |
|  | 16-3945(L) |
|  | 17-1625 |
|  | 17-1722 |

Virginia L. Giuffre,

*Plaintiff-Appellee,*

v.

Ghislaine Maxwell,

*Defendant-Appellee.*

---

Appellant Alan M. Dershowitz's July 1, 2019 motion to unseal documents (Dkt. No. 275) is DENIED. The documents which appear at pages 672 through 819 of the Joint Appendix will be unsealed shortly (upon issuance of our mandate) as part of the summary judgment record. With respect to the documents that appear at pages 1043 through 1057 of the Joint Appendix, Dershowitz may direct his motion to the District Court which, pursuant to our recent opinion, will review the remainder of the sealed materials.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court

