**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 16-3945, 17-1625

**Caption [use short title]**

**Motion for:** taxation of costs

Set forth below precise, complete statement of relief sought:

Taxation of costs pursuant to Federal Rule of Appellate Procedure 39(a)(4).

Dershowitz v. Giuffre

**MOVING PARTY:** Alan M. Dershowitz     **OPPOSING PARTY:** Virginia L. Giuffre

☐ Plaintiff     ☐ Defendant
☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** David A. Lebowitz     **OPPOSING ATTORNEY:** Paul G. Cassell

[name of attorney, with firm, address, phone number and e-mail]

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave., 10th Fl., New York, NY 10023
(212) 763-5000 / dlebowitz@ecbalaw.com

383 S. University St.
Salt Lake City, UT 84112-0730
(801) 585-5202 / cassellp@law.utah.edu

**Court- Judge/ Agency appealed from:** Southern District of New York (Sweet, U.S.D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☑ Yes   ☐ No   If yes, enter date: March 6, 2019

**Signature of Moving Attorney:**
/s/ David A. Lebowitz     **Date:** July 16, 2019     **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN DERSHOWITZ, MICHAEL CERNOVICH, DBA CERNOVICH MEDIA,<br><br>    Intervenors-Appellants,<br><br>v.<br><br>VIRGINIA L. GIUFFRE,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>GHISLAINE MAXWELL,<br><br>    Defendant-Appellee. | Nos. 16-3945, 17-1625 |

### INTERVENOR-APPELLANT ALAN M. DERSHOWITZ'S MOTION TO TAX COSTS

Intervenor-Appellant Alan M. Dershowitz, by his counsel, hereby moves this Court to tax costs pursuant to Federal Rule of Appellate Procedure 39(a)(4).

  1. Dershowitz is the Appellant in two appeals arising from Orders issued by the district court, Nos. 16-3945 and 17-1625.

  2. On July 3, 2019, this Court issued its opinion, which (in pertinent part) vacated the two district court Orders appealed by Dershowitz.

*Brown v. Maxwell*, --- F.3d ----, 2019 WL 2814839, at *9 (2d Cir. July 3, 2019). The Court directed that that "[t]he summary judgment record at issue will be unsealed upon issuance of our mandate, subject to minimal redactions," and remanded to the district court for further review of the remaining sealed materials, which are to be unsealed "as appropriate." *Id.*

       3.      Under Federal Rule of Appellate Procedure 39(a)(4), when the Court of Appeals vacates the decision on review, "costs are taxed only as the court orders."

       4.      Here, Dershowitz succeeded in obtaining vacatur of the district court's Orders, as well as the immediate unsealing of all but one of the documents he sought to unseal (which will be considered on remand). There is accordingly no question that Dershowitz prevailed in his appeals. *See Lafaro v. N.Y. Cardiothoracic Grp., PLLC*, 576 F.3d 128 (2d Cir. 2009) (per curiam) (awarding costs under Rule 39(a)(4) to "the party seeking and obtaining vacatur and remand"); *see also, e.g.*, *Regions Bank v. Gateway Hous. Found.*, 732 F. App'x 402, 405 (6th Cir. 2018) (awarding costs under Rule 39(a)(4) to party that "substantially prevailed" on appeal); *Corbello v. DeVito*, 777 F.3d 1058 (9th Cir. 2015) (awarding costs under Rule 39(a)(4) to "the substantially prevailing party"); *Yokeno v. Sekiguchi*, 754 F.3d 649, 657 n.9 (9th Cir. 2014) (awarding costs to

appellant who "prevailed on the substance of his appeal in securing vacatur of the judgment against him").

5. The only appellee in Dershowitz's two appeals is Plaintiff-Appellee Virginia Giuffre.[1] Although Ms. Giuffre's counsel effectively disclaimed any defense of the district court's sealing orders during oral argument, it was Ms. Giuffre who opposed both of Dershowitz's motions in the district court and unsuccessfully defended both of the challenged Orders in her December 13, 2017 brief to this Court. *See* Brief of Plaintiff-Appellee at 3, *Giuffre v. Maxwell*, No. 16-3945-cv-(L) (Dec. 13, 2017) (arguing that "this Court should affirm the District Court's decision enforcing the protective order against Dershowitz"); *id.* at 30 ("Turning first to the two interlocutory appeals taken by Dershowitz (Nos. 16-3945 and 17-1625), the Court should affirm the District Court's decision . . . ."); *id.* at 31 ("affirming the district court is required"); *id.* at 33 ("Accordingly, this Court should affirm the District Court's rulings as to Dershowitz on this basis and reject his two appeals.")' *id.* at 49 ("Accordingly, the District Court's decision should be affirmed without reaching any of the complicated right of access issues that Dershowitz and Cernovich present in their appeals.").

---

[1] Although the Court amended the caption in connection with the issuance of its July 3, 2019 opinion to reflect the addition of Ghislaine Maxwell as an appellee in Dershowitz's appeals, Ms. Maxwell did not oppose Dershowitz's motions in the district court or file a brief in either of his appeals.

3

6. This Court rejected Plaintiff-Appellee Giuffre's arguments for affirmance—as well as her contention that this Court lacks appellate jurisdiction, which was set forth in her April 2, 2018 supplemental brief (Dkt. 190)—and instead vacated the district court Orders from which Dershowitz appealed.

7. In light of the foregoing, Intervenor-Appellant Dershowitz respectfully moves to tax costs against Plaintiff-Appellee Virginia L. Giuffre. *See Lafaro*, 576 F.3d at 128. A bill of costs will be filed contemporaneously with this motion.

Dated: July 16, 2019
New York, New York

EMERY CELLI BRINCKERHOFF & ABADY LLP

　　/s/ David A. Lebowitz　　
Andrew G. Celli, Jr.
David A. Lebowitz

600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000

*Attorneys for Intervenor-Appellant Alan M. Dershowitz*

4

## CERTIFICATE OF SERVICE

  I hereby certify that on July 16, 2019, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                 /s/ David A. Lebowitz
                 David A. Lebowitz