UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Alan M. Dershowitz,<br>Intervenor-Appellant<br><br>v.<br><br>Virginia L. Giuffre,<br>Plaintiff-Appellee | USCA DOCKET NUMBER:<br>16-3945(L), 17-1625 | COUNSEL'S NAME:<br>David A. Lebowitz |
| | DISTRICT/AGENCY:<br>U.S. District Court, Southern District of New York | COUNSEL'S ADDRESS:<br>600 Fifth Ave., 10th Fl.<br>New York, NY 10020 |
| | DISTRICT/AGENCY NUMBER:<br>No. 15-cv-7433 (RWS) | DATE:<br>July 16, 2019 |

Counsel for
     Intervenor-Appellant Alan M. Dershowitz
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
     Costs taxed against the Plaintiff-Appellee Virginia L. Giuffre     and in favor of
     Intervenor-Appellant Alan M. Dershowitz     for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | $505.00 * 2 = $1,010.00 |
| Costs of printing appendix (necessary copies 26 (17 for Special App.) ) | $2123.40 |
| Costs of printing brief (necessary copies 17 ) | $420.80 |
| Costs of printing reply brief (necessary copies 17 ) | $318.80 |
| Costs of printing supplemental brief (necessary copies 9) | $220.40 |
| Costs of Court-requested reprint of confidential materials (1x) | $220.80 |

**(VERIFICATION HERE)**

Signature
/s/ David A. Lebowitz

NOTE: The costs listed above were calculated using the maximum rate set by the Court pursuant to Local Rule 39.1. The attached supporting records substantiate the number of necessary copies and reflect the actual costs charged.

Rev. April, 2011



**YOUR APPELLATE PARTNER**

# BILL OF COSTS

Emery Celli Brinckerhoff & Abady LLP
600 5th Avenue, 10th Floor
New York, New York 10020

Re: *Guiffre v. Maxwell*
Court: *2CC*
Service & Filing Date: *7/13/17*

| | | | | |
|---|---|---|---|---|
| **Joint Appendix – Non-Confidential** | *9 Copies* | | | |
| Confidential | *11 Copies* | | | |
| Reproduction | 1,503 Pages | @ | 4.20 | $ 6,312.60 |
| Covers | 1 Vol. | | 125.00 | 125.00 |
| Each Additional Volume | 5 Vols. | | 100.00 | 500.00 |
| Table of Contents | 13 Pages | | 90.00 | 1,170.00 |
| | | | | |
| **Special Appendix [Confidential]** | *11 Copies* | | | |
| Reproduction | 38 Pages | @ | 4.20 | $ 159.60 |
| Covers | 1 Vol. | | 125.00 | 125.00 |
| Table of Contents | 1 Page | | 90.00 | 90.00 |
| | | | | |
| **Brief for Intervenor-Appellant [Confidential]** | *11 Copies* | | | |
| Reproduction | 62 Pages | @ | .60117 | $ 410.00 |
| Covers | 1 Vol. | | 125.00 | 125.00 |
| Binding | 1 Vol. | | 90.00 | 90.00 |
| | | | | |
| **[Redacted] Brief, Joint Appendix and Special Appendix** | *6 Copies* | | | |
| Reproduction | 1,644 Pages | @ | 0.30 | $ 493.20 |
| Binding | 30 Books | | 12.00 | 360.00 |
| | | | | |
| Service and Filing of Documents at 2CC | | | | 130.00 |
| E-Filing of Documents | | | | 75.00 |
| ***Less 20% Courtesy Discount*** | | | | **(2,033.08)** |
| | | | | |
| Subtotal Taxable | | | | $ 8,132.32 |
| Sales Taxes @ 8.875% | | | | 721.74 |
| Total | | | | $ 8,854.06 |

APPEALTECH • 7 WEST 36TH STREET • 10TH FLOOR • NEW YORK, NEW YORK 10018
TEL. 212-213-3222 • FAX 212-213-9702 • e-mail: mail@appealtech.com
www.appealtech.com



YOUR APPELLATE PARTNER

# BILL OF COSTS

Emery Celli Brinckerhoff & Abady LLP
600 5th Avenue, 10th Floor
New York, New York 10020

Re: *Guiffre v. Maxwell*
Court: *2CC*
Service & Filing Date: 12/*27/17*

| | | | | | |
|---|---|---|---|---|---|
| **Reply Brief for Intervenor-Appellant [Confidential]** | *11 Copies* | | | | |
| Reproduction | 32 Pages | @ | .73863 | $ | 260.00 |
| Covers | 1 Vol. | | 125.00 | | 125.00 |
| Binding | 1 Vol. | | 90.00 | | 90.00 |
| **Reply Brief for Intervenor-Appellant [Redacted]** | *6 Copies* | | | | |
| Reproduction | 192 Pages | @ | 0.30 | $ | 57.60 |
| Binding | 6 Books | | 12.00 | | 72.00 |
| Service and Filing of Documents at 2CC | | | | | 95.00 |
| E-Filing of Documents | | | | | 75.00 |
| Subtotal Taxable | | | | $ | 774.60 |
| Sales Taxes @ 8.875% | | | | | 68.75 |
| Total | | | | $ | 843.35 |

APPEALTECH • 7 WEST 36TH STREET • 10TH FLOOR • NEW YORK, NEW YORK 10018
TEL. 212-213-3222 • FAX 212-213-9702 • e-mail: mail@appealtech.com
www.appealtech.com



YOUR APPELLATE PARTNER

# BILL OF COSTS

Emery Celli Brinckerhoff & Abady LLP
600 5th Avenue, 10th Floor
New York, New York 10020

Re: *Guiffre v. Maxwell*
Court: *2CC*
Service & Filing Date: *4/2/18*

| | | | | |
|---|---|---|---|---|
| **Supplemental Brief for Intervenor-Appellant** | *9 Copies* | | | |
| Reproduction | 28 Pages | @ .93252 | $ | 235.00 |
| Covers | 1 Vol. | 125.00 | | 125.00 |
| Binding | 1 Vol. | 90.00 | | 90.00 |
| | | | | |
| Filing of Documents at 2CC | | | | 95.00 |
| E-Filing of Documents | | | | 95.00 |
| | | | | |
| Subtotal Taxable | | | $ | 640.00 |
| | | | | |
| Sales Taxes @ 8.875% | | | | 56.80 |
| | | | | |
| Total | | | $ | 696.80 |

APPEALTECH • 7 WEST 36TH STREET • 10TH FLOOR • NEW YORK, NEW YORK 10018
TEL. 212-213-3222 • FAX 212-213-9702 • e-mail: mail@appealtech.com
www.appealtech.com



YOUR APPELLATE PARTNER

# BILL OF COSTS

Emery Celli Brinckerhoff & Abady LLP
600 5th Avenue, 10th Floor
New York, New York 10020

Re: *Guiffre v. Maxwell*
Court: *2CC*
Service & Filing Date: 11/*13/18*

| | | | | |
|---|---|---|---|---|
| **Reprint** | 1 *Copy* | | | |
| Reproduction – Confidential Joint Appendix (Volume IV – VI) | 822 Pages | @ 0.30 | $ | 246.60 |
| Reproduction – Confidential Special Appendix | 38 Pages | 0.30 | | 11.40 |
| Reproduction – Confidential Appellants Brief | 62 Pages | 0.30 | | 18.60 |
| Reproduction – Confidential Reply Brief | 32 Pages | 0.30 | | 9.60 |
| Binding | 6 Books | 12.50 | | 75.00 |
| Filing of Documents at 2CC | | | | 95.00 |
| Subtotal Taxable | | | $ | 361.20 |
| Sales Taxes @ 8.875% | | | | 32.06 |
| Total | | | $ | 393.26 |

APPEALTECH • 7 WEST 36TH STREET • 10TH FLOOR • NEW YORK, NEW YORK 10018
TEL. 212-213-3222 • FAX 212-213-9702 • e-mail: mail@appealtech.com
www.appealtech.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALAN DERSHOWITZ, MICHAEL CERNOVICH, DBA CERNOVICH MEDIA,<br><br>　　　　　Intervenors-Appellants,<br><br>　　v.<br><br>VIRGINIA L. GIUFFRE,<br><br>　　　　　Plaintiff-Appellee,<br><br>　　v.<br><br>GHISLAINE MAXWELL,<br><br>　　　　　Defendant-Appellee. | Nos. 16-3945, 17-1625 |

## VERIFICATION OF BILL OF COSTS

　　I, DAVID A. LEBOWITZ, an attorney duly admitted to practice before this Court, affirm that the information contained in this bill of costs is true to the best of my knowledge.

Dated:　July 16, 2019
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ David A. Lebowitz
　　　　　　　　　　　　　　　　　　　　　David A. Lebowitz

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I caused the foregoing document(s) to be submitted to the Court's ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

                                                          /s/ David A, Lebowitz
                                                David A. Lebowitz