**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

| | |
|---|---|
| **Docket Number(s):** 16-3945; 17-1722 | **Caption [use short title]** |
| **Motion for:** taxation of costs | |
| | **Giuffre v. Maxwell** |

Set forth below precise, complete statement of relief sought:

**Taxation of costs pursuant to Fed. R. App. P. 39(a)(4)**

| | |
|---|---|
| **MOVING PARTY:** Michael Cernovich | **OPPOSING PARTY:** Virginia L. Giuffre and Ghislaine Maxwell |
| ☐ Plaintiff ☐ Defendant | |
| ☒ Appellant/Petitioner ☐ Appellee/Respondent | |
| **MOVING ATTORNEY:** Jay M. Wolman | **OPPOSING ATTORNEY:** |

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| Randazza Legal Group, PLLC | Paul G. Cassell, 383 S. University St., Salt Lake City, UT 84112 |
| | cassellp@law.utah.edu \| 801-585-5202 \| Attorney for Giuffre |
| 100 Pearl Street, 14th Floor, Hartford, CT 06103 | Ty Gee, Haddon, Morgan and Foreman, P.C. \| 303-831-7364 |
| ecf@randazza.com \| (702) 420-2001 | 150 E. 10th Avenue, Denver, CO 80203 \| tgee@hmflaw.com Attorney for Ghislaine Maxwell |

**Court-Judge/Agency appealed from:** U.S. District Court, Southern District of New York (Sweet, U.S.D.J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☒ Yes ☐ No If yes, enter date: **March 6, 2019**

**Signature of Moving Attorney:**
/s/ Jay M. Wolman  Date: **July 7, 2019**  Service by: ☒ CM/ECF ☐ Other [Attach proof of service]

---

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| MICHAEL CERNOVICH d/b/a CERNOVICH MEDIA; and ALAN DERSHOWITZ,<br><br>   Intervenors-Appellants,<br>v.<br><br>VIRGINIA L. GUIFFRE,<br><br>   Plaintiff-Appellee,<br>v.<br><br>GHISLAINE MAXWELL,<br><br>   Defendant-Appellee. | No. 16-3945-cv(L)<br>No. 17-1625(CON)<br>No. 17-1722(CON)<br><br>**INTERVENOR-APPELLANT MICHAEL CERNOVICH D/B/A CERNOVICH MEDIA'S MOTION TO TAX COSTS** |

Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media hereby moves this Court to tax costs pursuant to Fed. R. App. P. 39(a)(4).[1]

1. Mr. Cernovich is the Appellant in this appeal arising from Orders issued by the district court.

2. On July 3, 2019, this Court issued its opinion vacating the district court order appealed by Mr. Cernovich.

---

[1] To the extent applicable, Mr. Cernovich incorporates by reference the arguments made by Intervenor-Appellant Alan M. Dershowitz in his Motion to Tax Costs. *See* Doc. No. 297.

1

3. Under Fed. R. App. P. 39(a)(4), when the Court of Appeals vacates the decision on review, "costs are taxed only as the court orders."

4. In the district court, Mr. Cernovich sought the unsealing of summary judgment documents filed in the underlying case. On appeal, Mr. Cernovich successfully sought vacatur of this order, and this Court ordered these documents to be immediately unsealed upon issuance of the mandate. Mr. Cernovich thus prevailed on the merits of his appeal, with this Court granting the precise relief sought by Mr. Cernovich in his underlying motion.

5. Ms. Giuffre was the appellee in this matter at the briefing stage, as she opposed Mr. Cernovich's efforts to unseal the summary judgment documents in the District Court. However, she later changed her position in this and the companion appeal to support the unsealing of the summary judgment documents if other documents were unsealed as well.

6. Ms. Maxwell did not oppose Mr. Cernovich's motion below or participate in the briefing stage before this Court. However, she later changed her position and acted as appellee at oral argument before this Court.

7. Despite Ms. Giuffre's initial objections and Ms. Maxwell's later ones, this Court vacated the district court order denying Mr. Cernovich's motion to unseal.

8.     In light of the foregoing, Intervenor-Appellant Michael Cernovich d/b/a Cernovich Media respectfully moves this Court to tax costs against whichever Appellee the Court deems appropriate.

Dated: July 17, 2019.                              Respectfully submitted,

/s/ Jay M. Wolman
Jay M. Wolman
Marc J. Randazza
Randazza Legal Group, PLLC
100 Pearl St., 14th Floor
Hartford, CT 06103
(702) 420-2001
ecf@randazza.com

Attorneys for Intervenor-Appellant
Michael Cernovich
d/b/a Cernovich Media

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2019, I caused the foregoing document to be submitted to the Court's CM/ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

/s/ Jay M. Wolman
Jay M. Wolman
