# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br><br>**Giuffre v. Maxwell** | USCA DOCKET NUMBER:<br>**16-3945-cv** | COUNSEL'S NAME:<br>**Jay M. Wolman** |
| | DISTRICT/AGENCY:<br>**U.S. District Court, Southern District of New York** | COUNSEL'S ADDRESS:<br>**100 Pearl St., 14th Floor Hartford, CT 06103** |
| | DISTRICT/AGENCY NUMBER:<br>**1:15-cv-07433** | DATE:<br>**July 16, 2019** |

Counsel for
**Intervenor-Appellant Michael Cernovich dba Cernovich Media**
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
**Appellee(s)**
and in favor of
**Intervenor-Appellant Michael Cernovich dba Cernovich Media**
for insertion in the mandate.

| | |
|---|---|
| Docketing Fee | **$505.00** |
| Costs of printing appendix (necessary copies **9**) | **$469.80** |
| Costs of printing brief (necessary copies **9**) | **$142.20** |
| Costs of printing reply brief (necessary copies **9**) | **$133.20** |
| Costs of printing supplemental brief (necessary copies **9**) | **$137.70** |

I declare under penalty of perjury the foregoing is true and correct.

**/s/ Jay M. Wolman**
**Jay M. Wolman**

NOTE: The forgoing printing costs calculated above were computed using the maximum rate set by the Court pursuant to Local Rule 39.1 as to reproduction, as actual rates were charged at $0.30 per page. Calculations for covers and binding reflect the actual rates charged, as those rates were lower than the rates provided under Local Rule 39.1.

# AppealTech

7 West 36th Street, 10th Floor
New York, New York 10018

# Invoice

| Date | Invoice # |
|---|---|
| 9/15/2017 | 17-09-090 |

| Bill To |
|---|
| Jay M. Wolman, Esq.<br>Randazza Legal Group, PLLC<br>4035 S. EL Capitan Way<br>Las Vegas, NV 89147 |

| P.O. No. | Terms | Due Date | FED.TAX ID | REP | CASE NAME |
|---|---|---|---|---|---|
| 31766 | Net 30 | 10/15/2017 | 20-2475416 | JLM | Giuffre v. Maxwell, et al. |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service & Filing Date: 9/13/17 | | | |
| APPENDIX OF INTERVENOR-APPELLANT | | | |
| 9 Copies - 201 Pages @ $.30 | 1,809 | 0.30 | 542.70T |
| Binding and Printing of Covers - 9 Books @ $12.00 | 9 | 12.00 | 108.00T |
| | | | |
| BRIEF FOR INTERVENOR-APPELLANT | | | |
| 9 Copies of 19 Pages @ $.30 | 171 | 0.30 | 51.30T |
| Binding and Printing of Covers - 9 Books @ $12.00 | 9 | 12.00 | 108.00T |
| | | | |
| Service and Filing of Documents at 2CC | | 95.00 | 95.00T |
| | | | |
| Federal Express Charge to Client | | 41.92 | 41.92T |
| | | | |
| Sub-Total | | | 946.92 |
| Sales Tax - NYC @ 8.875% | | 8.875% | 84.04 |

Accounts forwarded to collections will be assessed a 25% processing fee.

| | |
|---|---|
| **Total** | $1,030.96 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,030.96** |

Payable to Z & J LLC dba APPEALTECH TIN#20-2475416
TO ASSIST YOU AND YOUR CLIENT, WE NOW ACCEPT MAJOR CREDIT CARDS.
Tel: 212-213-3222 Fax: 212-213-4133 e-mail: mail@appealtech.com

# AppealTech

7 West 36th Street, 10th Floor
New York, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 1/9/2018 | 18-01-043 |

| Bill To |
|---|
| Jay M. Wolman, Esq.<br>Randazza Legal Group, PLLC<br>4035 S. EL Capitan Way<br>Las Vegas, NV 89147 |

| P.O. No. | Terms | Due Date | FED.TAX ID | REP | CASE NAME |
|---|---|---|---|---|---|
| 32948 | Net 30 | 2/8/2018 | 20-2475416 | JLM | Giuffre v. Maxwell, et al. |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service & Filing Date: 1/8/18 | | | |
| REPLY BRIEF FOR INTERVENOR-APPELLANT | | | |
| 9 Copies of 14 Pages @ $.30 | 126 | 0.30 | 37.80 |
| Binding and Printing of Covers - 9 Books @ $12.00 | 9 | 12.00 | 108.00 |
| Service and Filing of Documents at 2CC | | 95.00 | 95.00 |
| Federal Express Charge to Client | | 30.85 | 30.85 |
| Sub-Total | | | 271.65 |

Accounts forwarded to collections will be assessed a 25% processing fee.

| | |
|---|---|
| **Total** | $271.65 |
| **Payments/Credits** | -$108.15 |
| **Balance Due** | $163.50 |

Payable to Z & J LLC dba APPEALTECH TIN#20-2475416
TO ASSIST YOU AND YOUR CLIENT, WE NOW ACCEPT MAJOR CREDIT CARDS.
Tel: 212-213-3222 Fax: 212-213-4133 e-mail: mail@appealtech.com

# AppealTech

7 West 36th Street, 10th Floor
New York, NY 10018

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2018 | 18-04-032 |

| Bill To |
|---|
| Jay M. Wolman, Esq.<br>Randazza Legal Group, PLLC<br>4035 S. EL Capitan Way<br>Las Vegas, NV 89147 |

| P.O. No. | Terms | Due Date | FED.TAX ID | REP | CASE NAME |
|---|---|---|---|---|---|
| 33469 | Net 30 | 5/10/2018 | 20-2475416 | JLM | Giuffre v. Maxwell, et al. |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service & Filing Date: 4/6/18 | | | |
| BRIEF FOR INTERVENOR-APPELLANT | | | |
| 6 Copies of 14 Pages @ $.30 | 84 | 0.30 | 25.20 |
| Binding and Printing of Covers - 9 Books @ $12.50 | 9 | 12.50 | 112.50 |
| Service and Filing of Documents at 2CC | | 95.00 | 95.00 |
| Sub-Total | | | 232.70 |

Accounts forwarded to collections will be assessed a 25% processing fee.

| | |
|---|---|
| **Total** | $232.70 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $232.70 |

Payable to Z & J LLC dba APPEALTECH TIN#20-2475416
TO ASSIST YOU AND YOUR CLIENT, WE NOW ACCEPT MAJOR CREDIT CARDS.
Tel: 212-213-3222 Fax: 212-213-4133 e-mail: mail@appealtech.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I caused the foregoing document to be submitted to the Court's CM/ECF system for service and filing, and the document was thereby served upon counsel of record through that system.

/s/ Jay M. Wolman
Jay M. Wolman