18-2868; 16-3945-cv(L)
*Brown v. Maxwell; Dershowitz v. Giuffre*

# In the
# United States Court of Appeals
# for the Second Circuit

AUGUST TERM 2018

No. 18-2868-cv

JULIE BROWN, MIAMI HERALD COMPANY,
*Intervenors-Appellants,*

v.

GHISLAINE MAXWELL,
*Defendant-Appellee,*

v.

VIRGINIA L. GIUFFRE,
*Plaintiff-Appellee.*

No. 16-3945-cv(L)
No. 17-1625 (CON)
No. 17-1722(CON)

## ERRATA

**PAGE:** 4
**LINE:** 11-13
**DELETE:** "Las Vegas, NV, *on the brief*), Randazza Legal Group, PLLC, Hartford, CT, *for intervenor— Appellant Michael Cernovich.*"

**INSERT:** Hartford, CT, *on the brief)* Randazza Legal Group, PLLC, Las Vegas, NV, *for intervenor— Appellant Michael Cernovich.*"

---

Copies have been sent
by chambers to:

**X** Panel Members
**X** West Publishing Co.
**X** Clerk of Court

So Ordered:

*[signature]*

José A. Cabranes, Circuit Judge    Date 8/2/2019