# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand nineteen.

Before:         José A. Cabranes,
                Rosemary S. Pooler,
                Christopher F. Droney,
                    *Circuit Judges*.

_____

Julie Brown, Miami Herald Media Company,

           Intervenors - Appellants,

v.

Ghislaine Maxwell,

           Defendant - Appellee,

v.

Virginia L. Giuffre,

           Plaintiff - Appellee.

_____

Alan M. Dershowitz, Michael Cernovich,
DBA Cernovich Media,

           Intervenors - Appellants,

v.

Virginia L. Giuffre,

           Plaintiff - Appellee,

v.

Ghislaine Maxwell,

           Defendant-Appellee.

_____

**ORDER**

18-2868

16-3945(L)
17-1625(Con)
17-1722(Con)

IT IS HEREBY ORDERED that the Clerk is directed to issue the mandate forthwith.


        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court