# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of July, two thousand and nineteen.

Before:  José A. Cabranes,
  Rosemary S. Pooler,
  Christopher F. Droney,
   *Circuit Judges.*

---

Alan M. Dershowitz, Michael Cernovich, DBA Cernovich Media,

  Intervenors - Appellants.

v.

Virginia L. Giuffre,

  Plaintiff - Appellee,

v.

Ghislaine Maxwell,

  Defendant-Appellee.

---

**JUDGMENT**
Docket Nos. 16-3945(L), 17-1625(con), 17-1722(con)

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the orders of the District Court entered on November 2, 2016, May 3, 2017, and August 27, 2018 are VACATED. The Court further ORDERS the unsealing of the summary judgment record as described in its opinion. The case is REMANDED to the District Court for a particularized review of the remaining materials.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/09/2019