### *Brown v. Maxwell*, 929 F.3d 41 (2d Cir. 2015)
### Errata Found in Softcover edition of F.3d

| Page | Col. | Line | Delete | Insert |
|------|------|------|--------|--------|
| 44 | A | 35 | Sanford L. Bohrer | SANFORD L. BOHRER |
| 44 | A | 38 | on the brief | *on the brief* |
| 44 | A | 40 | Ty Gee (Adam Mueller, on the brief), | TY GEE (Adam Mueller, *on the brief*), |
| 44 | B | 3 | Paul G. Cassell | PAUL G. CASSELL |
| 44 | B | 5 | on the brief | *on the brief* |
| 44 | B | 9 | Andrew G. Celli Jr. | ANDREW G. CELLI JR. |
| 44 | B | 10 | on the brief | *on the brief* |
| 44 | B | 13 | Marc Randazza | MARC RANDAZZA |
| 44 | B | 15 | Las Vegas, NV, on the brief), Randazza Legal Group, PLLC, Hartford, CT, for intervenor—Appellant Michael Cernovich. | Hartford, CT, *on the brief*), Randazza Legal Group, PLLC, Las Vegas, NV, for intervenor-Appellant Michael Cernovich. |
| 44 | B | 17-18 | Before: CABRANES, POOLER, and DRONEY, Circuit Judges. | Before: CABRANES, POOLER, and DRONEY, *Circuit Judges*. |
| 44 | B | 19 | José A. Cabranes, Circuit Judge. | JOSÉ A. CABRANES, *Circuit Judge*. |
| 46 | B | Fn 8 | Docket | Dkt. |
| 48 | B | Fn 20 | in comprehensive detail," and that those allegations 'establish[] a strong privacy interest here')." | in comprehensive detail," and that those allegations "establish[] a strong privacy interest here"). |
| 54 | A | 22 | Pooler, Circuit Judge, dissenting in part: | ROSEMARY S. POOLER, *Circuit Judge*, *dissenting in part*: |

Copies have been sent by chambers to:

   X    Panel Members

   X    West Publishing
   X    Clerk

So ordered:

José A. Cabranes, U.S. Circuit Judge
August 29, 2019