# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of September, two thousand and nineteen.

Before:     José A. Cabranes,
              Rosemary S. Pooler,
              Christopher F. Droney,
                *Circuit Judges.*

_____

Alan M. Dershowitz, Michael Cernovich,
DBA Cernovich Media,

        Intervenors - Appellants.

v.

Virginia L. Giuffre,

        Plaintiff - Appellee,

v.

Ghislaine Maxwell,

        Defendant-Appellee.

_____

**ORDER**

Docket Nos. 16-3945(L), 17-1625(Con), 17-1722(Con)

    Appellants Alan Dershowitz and Michael Cernovich move for taxation of costs pursuant to Fed. R. App. P. 39(a)(4). Appellee Virginia Giuffre opposes the motions.

    IT IS HEREBY ORDERED that the motions for taxation of costs are DENIED.

                                           For the Court:
                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court